FILED

2007 DEC 13  AM 11: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  CHARLES S. BARQUIST (CA SBN 133785)
   CBarquist@mofo.com
2  MORRISON & FOERSTER LLP
   555 West Fifth Street
3  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  BRIAN G. BODINE
   Bbodine@merchantgould.com
6  BRETT A. HERTZBERG
   bhertzberg@merchantgould.com
7  MERCHANT & GOULD, P.C.
   701 Fifth Avenue, Suite 4100
8  Seattle, Washington 98104
   Telephone: 206.342.6200
9  Facsimile: 206.342.6201

10 PETER A. GERGELY
   Pgergely@merchantgould.com
11 MERCHANT & GOULD, P.C.
   1050 17th Street, Suite 1950
12 Denver, Colorado 80265-0100
   Telephone: 303.357.1670
13 Facsimile: 303.357.1671

14 Attorneys for Plaintiff
   ALFRED E. MANN FOUNDATION FOR
15 SCIENTIFIC RESEARCH

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

                                    CV07-08108 GHK (CTx)

19 ALFRED E. MANN FOUNDATION       Case No.
   FOR SCIENTIFIC RESEARCH,
20                                 **COMPLAINT FOR
              Plaintiff,           PATENT INFRINGEMENT**
21
        v.                         **JURY DEMAND**
22
   COCHLEAR CORPORATION and
23 COCHLEAR LTD.,

24            Defendants.

la-947518

Plaintiff, the Alfred E. Mann Foundation for Scientific Research, for its complaint against Defendants Cochlear Corporation and Cochlear Ltd., alleges as follows:

## NATURE OF THE ACTION

1. This is an action for patent infringement under 35 U.S.C. § 271, *et seq.*

2. This action arises out of the infringing activities of defendants Cochlear Corporation and Cochlear, Ltd. in manufacturing, selling, offering for sale, using, and/or importing products that are covered by one or more patents assigned to the Alfred E. Mann Foundation for Scientific Research, and/or inducing others in the United States to infringe, or contributing to the infringement in the United States of, one or more patents assigned to the Alfred E. Mann Foundation for Scientific Research.

## THE PARTIES

3. Plaintiff, the Alfred E. Mann Foundation for Scientific Research ("AMF"), is a nonprofit medical research foundation organized under the laws of California and having a principal place of business in Santa Clarita, California.

4. Defendant Cochlear Corporation is, on information and belief, a for profit corporation organized under the laws of Delaware. On information and belief, Cochlear Corporation is a subsidiary of defendant Cochlear Ltd., which is an Australian corporation. On information and belief, defendant Cochlear Corporation's principal place of business is Englewood, Colorado. On information and belief, defendant Cochlear Ltd.'s principal place of business is in or near Sidney, Australia.

## JURISDICTION AND VENUE

5. The Court has subject matter jurisdiction over this matter because the Complaint alleges a cause of action under the patent laws of the United States, 35 U.S.C. § 1, *et seq.* The Court has original jurisdiction of such claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

1

la-947518

6. The Court has personal jurisdiction over defendant Cochlear Corporation because, on information and belief, defendant Cochlear Corporation regularly and systematically transacts business and has committed acts of infringement (whether direct, contributory, or by inducement) in this judicial district and throughout the United States. The Court has personal jurisdiction over defendant Cochlear Ltd. because, on information and belief, defendant Cochlear Ltd. regularly and systematically transacts business and has committed acts of infringement (whether direct, contributory, or through inducement) in this judicial district and throughout the United States.

7. Venue is appropriate in this judicial district under 28 U.S.C. §§ 1391(a), (b), and (c) and/or 1400(b) because defendants Cochlear Corporation and Cochlear Ltd. each regularly and systematically transact business and have committed acts of infringement (whether direct, contributory, or through inducement) in this judicial district.

### THE BUSINESS OF AMF

8. AMF is a nonprofit medical research foundation, dedicated to the exploration and development of advanced medical technologies that offer hope for significant improvements to the health, quality, and safety of life for people suffering from debilitating medical conditions.

9. AMF and its scientists have a lengthy track record of creating innovative technical solutions that improve the lives of persons suffering from debilitating medical impairments.

10. Alfred E. Mann, the founder of AMF, has for years developed innovative solutions in medical device technology.

11. Mr. Mann founded the AMF to focus on the development of these technologies.

12. Over the years, AMF scientists have focused on cutting edge research in a number of medical technologies, including an implantable glucose sensor for

la-947518

diabetic patients, technology to restore function to partially paralyzed stroke patients, and implantable cochlear implants to help restore hearing to deaf patients.

13. The United States Patent and Trademark Office has recognized the innovation of AMF scientists by granting numerous patents to them.

14. AMF's patents include those resulting from its extensive research in the area of cochlear implants to restore hearing to the deaf, including United States Patent No. 5,531,774 titled *Multichannel Implantable Cochlear Stimulator Having Programmable Bipolar, Monopolar or Multipolar Electrode Configurations* ("the '774 patent"); United States Patent No. 5,609,616 titled *Physician's Testing System and Method for Testing Implantable Cochlear Stimulator* ("the '616 patent"); United States Patent No. 5,569,307 titled *Implantable Cochlear Stimulator Having Backtelemetry Handshake Signal* ("the '307 patent"); United States Patent No. 5,603,726 titled *Multichannel Cochlear Implant System Including Wearable Speech Processor* ("the '726 patent"); United States Patent No. 5,776,172 titled *Multichannel Implantable Cochlear Stimulator* ("the '172 patent"); and United States Patent No. 5,938,691 titled *Multichannel Implantable Cochlear Stimulator* ("the '691 patent"). AMF is the assignee of each of these patents and has the right to sue to recover damages for infringement of each patent, including without limitation the '616 patent.

15. To allow it to continue to do its important research work, AMF licenses its patents to for-profit companies, including Advanced Bionics, a global leader in cochlear implants. Advanced Bionics has licensed the aforementioned patents. All licensing revenues derived from AMF's licensing of its patents directly benefit the continued medical and scientific research conducted by the world-class scientists and researchers employed by AMF.

**DEFENDANTS' INFRINGING ACTIVITIES**

16. Defendants Cochlear Corporation and Cochlear Ltd. are, on information and belief, for-profit corporations that manufacture, sell, offer for sale,

3

la-947518

1  use, and/or import into the United States, cochlear implants and related
2  technologies to clinics, hospitals, physicians, audiologists and/or patients
3  throughout the United States, including selling and offering to sell such
4  technologies to one or more clinics, hospitals, physicians, audiologists and/or
5  patients in this judicial district.

6      17.    On information and belief, cochlear implants manufactured by
7  Cochlear Ltd. and sold by defendant Cochlear Corporation have been implanted in
8  patients in this judicial district and have been and are being used by patients.

9      18.    On information and belief, clinics, hospitals, physicians and/or
10 audiologists in this judicial district have fitted and tested cochlear implants using
11 test equipment manufactured and/or sold by defendants Cochlear Ltd. and/or
12 Cochlear Corporation. The fitting and testing process used by these clinics,
13 hospitals, physicians, and/or audiologists uses methods described and claimed in
14 the '616 patent.

15     19.    On information and belief, Cochlear Ltd. and/or Cochlear Corporation
16 may be infringing the '774, '307, '726, '172, and '691 patents, which potential
17 claims are likely to have evidentiary support after a reasonable opportunity for
18 further investigation or discovery, and accordingly AMF reserves the right to
19 amend its complaint to add claims directed to the '774, '307, '726, '172, and '691
20 patents.

**COUNT ONE – PATENT INFRINGEMENT**

22     20.    AMF reincorporates by reference paragraphs 1 through 19 above as if
23 fully set forth herein.

24     21.    On information and belief, by their actions alleged above defendants
25 Cochlear Ltd. and/or Cochlear Corporation, both collectively and individually, have
26 been and are infringing the '616 patent, either directly, contributorily, or by
27 inducing others to infringe.

28

4

la-947518

22. During all times relevant to this Complaint and since at least 2003, defendants Cochlear Ltd. and Cochlear Corporation had knowledge of the '616 patents and of the rights of AMF with respect to that patent. Despite this knowledge and in derogation of the rights of AMF, Defendants' actions alleged above were willfully committed. Therefore, Defendants are liable for willful infringement of the '616 patent.

## PRAYER FOR RELIEF

WHEREFORE, AMF prays for judgment against defendants Cochlear Ltd. and Cochlear Corporation as follows:

A. That one or both Defendants infringe at least one claim of the '616 patent;

B. That Defendants Cochlear Ltd. and Cochlear Corporation be found jointly and severally liable and be ordered to pay AMF such damages as AMF has sustained and adequate to compensate it for Defendants' infringement of the '616 patent in an amount that is in no event less than a reasonable royalty as provided by 35 U.S.C. § 284;

C. That damages be increased to three times the amount assessed as provided by 35 U.S.C. § 284;

D. That Defendants' infringement of the '616 patent be found to be willful, that the case be found to be exceptional, and that Defendants be ordered to pay AMF the costs of this action and its reasonable attorneys' fees and interest as provided by 35 U.S.C. § 285;

E. That Defendants be ordered to pay AMF prejudgment interest on all sums awarded as allowed by law; and

F. That the Court award AMF such other and further relief that this Court may deem just and equitable.

**JURY TRIAL**

AMF demands a trial by jury for all issues so triable.

Dated: December 13, 2007

CHARLES S. BARQUIST
MORRISON & FOERSTER LLP

BRIAN G. BODINE
PETER A. GERGELY
BRETT A. HERTZBERG
MERCHANT & GOULD

By: _____
Charles S. Barquist
Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

la-947518