NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

BRUCE G. CHAPMAN (SB NO. 164258)
MANUEL C. NELSON (SB NO. 229590)
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. GRAND AVE., STE. 2300
LOS ANGELES, CA 90071
TEL: (213) 787-2500; FAX: 213) 687-0498
EMAIL: bchapman@cblh.com; mnelson@cblh.com

ATTORNEYS FOR: Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH<br><br>Plaintiff(s),<br><br>v.<br><br>COCHLEAR CORPORATION and COCHLEAR LTD.,<br><br>Defendant(s) | CASE NUMBER<br><br>CV 07-08108 GHK (CTx)<br><br>---<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Defendants COCHLEAR CORPORATION and COCHLEAR LTD._
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| COCHLEAR CORPORATION | Defendant |
| COCHLEAR LTD. | Defendant |
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH | Plainitff |
| ADVANCED BIONICS, LLC | Licensee |

1/14/08
_____
Date

(Sign) _____

BRUCE G. CHAPMAN, Attorneys for Defendants
_____
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.  My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On January 14, 2008, I served the foregoing documents described as: **CERTIFICATION AND NOTICE OF INTERRESTED PARTIES (L.R. 7.1-1)** on the following person in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| Charles S. Barquist, Esq.<br>Morrison & Foerster LLp<br>555 W. Fifth St.,<br>Los Angeles, CA 90013-1024 | Attorneys for Plaintiff Alfred E. Mann Foundation for Scientific Research<br><br>Tel:  (213) 892-5200<br>Email:  cbarquist@mofo.com |
| Brian G. Bodin, Esq.<br>Brett A. Hertzberg, Esq.<br>Merchant & Gould, P.C.<br>701 Fifth Ave., Suite 4100<br>Seattle, WA 98104 | Attorneys for Plaintiff Alfred E. Mann Foundation for Scientific Research<br><br>Tel:  (206) 342-6200<br>Email:  bbodine@merchantgould.com<br>        bhertzberg@merchantgould.com |
| Peter A. Gergely, Esq.<br>Merchant & Gould, P.C.<br>1050 17th St., Suite 1950<br>Denver, CO 80265-0100 | Attorneys for Plaintiff Alfred E. Mann Foundation for Scientific Research<br><br>Tel:  (303) 357-1670<br>Email:  pgergely@merchantgould.com |

[X] **BY MAIL**  I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the

19487_1

postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[ ] **BY E-Mail**  I caused such document(s) to be served via e-mail to the foregoing firms.

[X] **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2008 at Los Angeles, California.


_____Dori Dellisanti_____          _____/s/_____
         Name                                     Signature

2