Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Manuel Nelson (State Bar No. 229,590)
mnelson@cblh.com
John L. Paik (State Bar No. 216,024)
jpaik@cblh.com
Keith D. Fraser (State Bar No. 216,279)
kfraser@cblh.com
CONNOLLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Attorneys for Defendants and Counterclaimants
COCHLEAR CORPORATION (n/k/a
COCHLEAR AMERICAS) and COCHLEAR
LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>COCHLEAR CORPORATION and COCHLEAR LTD.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. **CV 07-08108 GHK (CTx)**<br><br>**NOTICE OF MOTION AND DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING**<br><br>Date: March 23, 2009<br>Time: 9:30 a.m.<br>Judge: Hon. George H. King<br>         (Courtroom 650) |
|---|---|

Notice of Motion and Defendants' Motion to Dismiss
659666_1

1     PLEASE TAKE NOTICE that Defendants / Counterclaimants Cochlear Americas and Cochlear Ltd. (collectively "Cochlear") will move and hereby do move, pursuant to Fed. R. Civ. P. 12(h)(3), to dismiss the claims of the Alfred E. Mann Foundation for Scientific Research for lack of standing. The motion shall be heard at 9:30 a.m. on March 23, 2009 in the Courtroom of the Honorable George H. King. This motion is made pursuant to the Federal Rules of Civil Procedure and the local rules of practice of this Court, and is supported by the accompanying memorandum and declaration.

    This motion is made following the conference of counsel pursuant to Local Rule 7-3 on February 11, 2009.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: March 2, 2009    By:   */s/ Bruce G. Chapman*
        Bruce G. Chapman

Attorneys for Defendants
COCHLEAR CORPORATION (n/k/a COCHLEAR AMERICAS) and COCHLEAR LTD.

# CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On March 2, 2009, I served the foregoing documents described as: **NOTICE OF MOTION AND DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING** on the following person in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| Charles S. Barquist, Esq.<br>Morrison & Foerster LLP<br>555 W. Fifth St.,<br>Los Angeles, CA 90013-1024 | Attorneys for Plaintiff Alfred E. Mann Foundation for Scientific Research<br><br>Tel:  (213) 892-5200<br>Email:  cbarquist@mofo.com |
| Brian G. Bodine, Esq.<br>K.M. Das, Esq.<br>Merchant & Gould, P.C.<br>701 Fifth Ave., Suite 4100<br>Seattle, WA 98104 | Attorneys for Plaintiff Alfred E. Mann Foundation for Scientific Research<br><br>Tel:  (206) 342-6200<br>Email:  bbodine@merchantgould.com<br>          kdas@merchantgould.com |
| Peter A. Gergely, Esq.<br>Merchant & Gould, P.C.<br>1050 17th St., Suite 1950<br>Denver, CO 80265-0100 | Attorneys for Plaintiff Alfred E. Mann Foundation for Scientific Research<br><br>Tel:  (303) 357-1670<br>Email:  pgergely@merchantgould.com |

[ ] **BY MAIL**  I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[X] **FEDERAL EXPRESS**:  I am readily familiar with the office practice of Connolly Bove Lodge & Hutz LLP for collecting and processing correspondence for overnight delivery by Federal Express. Such practice is that when correspondence for overnight delivery by Federal Express is deposited with the Connolly Bove Lodge & Hutz LLP personnel responsible fore delivering correspondence to Federal Express, such correspondence is delivered to a Federal Express location or to an authorized courier or driver authorized by Federal Express to receive documents or deposited at a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

**[X] BY E-MAIL:**  I caused this document to be served via email.

**[X] FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2009, at Los Angeles, California.

|  Dori Dellisanti  |  */s/ Dori Dellisanti*  |
|---|---|
| Name | Signature |