CHARLES S. BARQUIST (SBN 133785)
cbarquist@mofo.com
MORRISON & FOERSTER LLP
555 W. Fifth Street, Suite 3500
Los Angeles, CA  90013
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>PLAINTIFF(S)<br><br>v.<br><br>COCHLEAR CORPORATION and COCHLEAR LTD.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 07-08108 GHK (CTx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
1) Plaintiff's Opposition to Defendants' Motion for Rule 11 Sanctions;
2) Plaintiff's Opposition to Cochlear's Motion to Dismiss for Lack of Standing;
3) Plaintiff's *Ex Parte* Application to File Under Seal Its Opposition to Defendants' Motion for Rule 11 Sanctions and Opposition to Cochlear's Motion to Dismiss for Lack of Standing;
4) Plaintiff's [Proposed] Order Granting Plaintiff's Ex Parte Application to File Under Seal Its Opposition to Defendants' Motion for Rule 11 Sanctions and Opposition to Cochlear's Motion to Dismiss for Lack of Standing

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required (*reason*): Procedures of the Hon. George H. King ; L.R. 79-5.1

March 9, 2009                                              /s/ Charles S. Barquist

G-92 (02/08)                         NOTICE OF MANUAL FILING
la-1019675

American LegalNet, Inc.
www.FormsWorkflow.com

| Date | Attorney Name |
|---|---|
|  | Plaintiff Alfred E. Mann Foundation for Scientific Research |
|  | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)  **NOTICE OF MANUAL FILING**
la-1019675

American LegalNet, Inc.
www.Forms*Workflow*.com