CHARLES S. BARQUIST (CA SBN 133785)
CBarquist@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

BRIAN G. BODINE
bbodine@merchantgould.com
KAUSTUV M. DAS
kdas@merchantgould.com
MERCHANT & GOULD, P.C.
701 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Telephone: 206.342.6200
Facsimile: 206.342.6201

PETER A. GERGELY
pgergely@merchantgould.com
MERCHANT & GOULD, P.C.
1050 17th Street, Suite 1950
Denver, CO 80265-0100
Telephone: 303.357.1670
Facsimile: 303.357.1671

Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION FOR
SCIENTIFIC RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>COCHLEAR CORPORATION and COCHLEAR LTD.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 07-08108 GHK (CTX)<br><br>**DECLARATION OF BRIAN G. BODINE IN OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS** |

DECLARATION OF BRIAN G. BODINE IN OPPOSITION
TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS    1

la-1002758

BRIAN G. BODINE declares as follows:

1. I am a partner in the law firm of Merchant & Gould and an attorney for plaintiff Alfred E. Mann Foundation for Scientific Research ("AMF"). I make this declaration from my personal knowledge and my review of the files and documents in this case. I am competent to testify as to the facts addressed in this declaration.

2. I was admitted to the bar of the State of New Mexico in 1991 and am also admitted to practice in Colorado (1995) and Washington (1993). I am also admitted to practice before the United States Supreme Court, the Court of Appeals for the Ninth Circuit, and the Court of Appeals for the Federal Circuit. I am a registered to practice before the United States Patent and Trademark Office. I have also been admitted *pro hac vice* to various federal courts, including this Court.

3. Between March of 2007 and December 13, 2007, our firm performed an extensive investigation before filing the initial complaint in this case on December 13, 2007. During this investigation, we spent a considerable amount of time and reviewed products made by Cochlear; reviewed and analyzed the '616 patent, the '691 patent, and the file histories relating to those and other AMF patents; prepared claim charts mapping the elements of asserted claims of the '616 patent to the Cochlear products; reviewed and analyzed the license agreements, including the 1999 Agreement and the 2004 Agreement; and reviewed other facts and law relating to AMF's standing. After obtaining discovery from Cochlear but before filing AMF's counterclaims in reply, we prepared claim charts mapping the elements of claims of the '691 patent to Cochlear's products.

4. Attached hereto as Exhibit 1 is a true and correct copy of the first page of United States Patent Number 5,609,616.

5. Attached hereto as Exhibit 2 is a true and correct copy of the first page of United States Patent Number 5,938,691.

6.    I first received notice that Cochlear intended to file a motion seeking sanctions pursuant to Rule 11 by a letter from Cochlear's counsel, Bruce Chapman, on February 9, 2009. Included with that letter was a copy of Cochlear's Rule 11 motion dated February 9, 2009, a copy of Cochlear's proposed motion to dismiss, and various exhibits relied upon by Cochlear. Before that, Mr. Chapman did not informally inform me that Cochlear was contemplating a Rule 11 motion. Attached hereto as Exhibit 3 is a true and correct copy of the letter that I received from Mr. Chapman (via email) on February 9, 2009.

7.    After receiving Cochlear's motion, I had a telephone conversation with Mr. Chapman during which I informed Mr. Chapman that AB had elected not to file suit and had communicated that fact to AMF before AMF filed suit. In a follow-up email, Mr. Chapman asked for written confirmation. Attached hereto as Exhibit 4 is a true and correct copy of an email that I received from Mr. Chapman on February 11, 2009.

8.    I responded to Mr. Chapman's email request by a letter dated February 24, 2009. The Declaration of David Lee Hankin and the Declaration of Jeffrey Greiner were attached to my letter. That letter along with the attached declarations was attached to the declaration of Keith Frasier filed March 3, 2009.

9.    I did not receive any response from Mr. Chapman to my letter dated February 24, 2009, until Cochlear served its motions on March 2, 2009.

I hereby certify under the penalty of perjury pursuant to the laws of the State of Washington and of the United States that the foregoing declaration is true.

Executed at Seattle, Washington this 9th day of March, 2009.

*Brian G. Bodine*

Brian G. Bodine

DECLARATION OF BRIAN G. BODINE IN OPPOSITION
TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS     3

la-1002758