CHARLES S. BARQUIST (SBN 133785)
CBarquist@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

BRIAN G. BODINE
Bbodine@merchantgould.com
MERCHANT & GOULD, P.C.
701 Fifth Avenue, Suite 4100
Seattle, Washington 98104
Telephone: 206.342.6200
Facsimile: 206.342.6201

PETER A. GERGELY
Pgergely@merchantgould.com
MERCHANT & GOULD, P.C.
1050 17th Street, Suite 1950
Denver, Colorado 80265-0100

Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION FOR
SCIENTIFIC RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>COCHLEAR CORPORATION and COCHLEAR LTD.,<br><br>Defendants.<br><br>COCHLEAR AMERICAS and COCHLEAR LTD.,<br><br>Counterclaimants,<br><br>v.<br><br>ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>Counterdefendant | Case No. CV 07-08108 GHK (CTX)<br><br>**NOTICE OF FILING OF REDACTED VERSION OF DECLARATION OF KEITH D. FRASER IN SUPPORT OF DEFENDANTS MOTION TO DISMISS AND MOTION FOR SANCTIONS** |

Pursuant to the Court's Order dated June 15, 2009 (Document 120), Plaintiff Alfred E. Mann Foundation for Scientific Research hereby files a redacted version of the Declaration of Keith D. Fraser in Support of Defendants' Motion to Dismiss and Defendants' Motion for Sanctions. The version of the Declaration and Exhibits filed herewith are exact copies of the original documents except that the portions of the exhibits referenced in Plaintiff's Application to file Documents Under Seal (Document 118) have been redacted.

DATED: June 19, 2009

CHARLES S. BARQUIST
MORRISON & FOERSTER LLP

BRIAN G. BODINE
PETER A. GERGELY
MERCHANT & GOULD

By: _____
Brian G. Bodine
Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

## CERTIFICATE OF SERVICE

I hereby certify that I caused the following documents:

NOTICE OF FILING OF REDACTED VERSION OF DECLARATION OF KEITH D. FRASER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SANCTIONS

to be served via Federal Express and e-mail to the below-named counsel:

Bruce G. Chapman
Keith Douglas Fraser
Manual C. Nelson
John L. Paik
Connolly Bove Lodge & Hutz LLP
333 S Grand Avenue, Suite 2300
Los Angeles, CA 90071

Attorneys for Defendants
Cochlear Corporation and Cochlear LTD.

Dated this June 19, 2009

/s/ Melanie Butler
Melanie Butler

Notice of Filing of Redacted Decl. of Fraser Re:
Motion to Dismiss and Motion for Sanctions

3

CV 07-08108 GHK (CTX)