E-Filed: **6/19/09**

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED E. MANN FOUNDATION,** | CASE NO. CV 07-8108-GHK (CTx) |
| Plaintiff, | JUDGMENT |
| v. | |
| **COCHLEAR CORP., et al.,** | |
| Defendants. | |

Pursuant to our May 29, 2009 Order dismissing Plaintiff Alfred E. Mann Foundation's Complaint, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** for Plaintiff's lack of standing.

**IT IS SO ORDERED**.

DATED: June 19, 2009

_____
GEORGE H. KING
United States District Judge