Form 7

FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

[✓]  United States District Court for the Central District of California
[ ]  United States Court of International Trade
[ ]  United States Court of Federal Claims
[ ]  United States Court of Appeals for Veterans Claims

Type of case: Patent Infringement

Alfred E. Mann Foundation for Scientific Research  v.  Cochlear Corp. and Cochlear Ltd.

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. 123                                Date of Judgment or Order  06/19/09
Cross or related appeal? _____              Date of Notice of Appeal  06/23/09
Appellant is: [✓] Plaintiff  [ ] Defendant  [ ] Other (explain) _____

FEES:   Court of Appeals docket fee paid?     [✓] Yes  [ ] No
        U.S. Appeal?                          [ ] Yes  [✓] No
        In forma pauperis?                    [ ] Yes  [✓] No
Is this matter under seal?  [ ] Yes  [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Bruce G. Chapman
Connolly Bove Lodge & Hutz LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Attorney for Defendants Cochlear Corp. and Cochlear Ltd.

Brian G. Bodine
Merchant & Gould PC
701 5th Avenue, Suite 4200
Seattle, Washington 98104
Attorney for Plaintiff Alfred E. Mann Foundation for Scientific Research

COURT REPORTER: (Name and telephone):  Mary Riordan Rickey (213) 894-3507

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439