# UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT
## APPEAL INFORMATION SHEET

_____ United States District Court for the Central District of California

Type of Case: _____

Defendant(s) _____ v. Plaintiff(s): _____

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _____  Date of Judgment _____

Cross or related Appeal _____  Date of Notice of Appeal _____

Appellant is:   Plaintiff(s) _____   Defendant(s) _____   Other: _____

Fees: Court of Appeal Docket Fee Paid $ _____   Billed $ _____

U.S. (Govt) Appeal ( )   Yes _____   No _____

In Forma Pauperis ( )   Yes _____   No _____   Revoked _____   Pending _____   Never Requested _____

COUNSEL:   (List name, firm, address and telephone number of LEAD counsel for each party.  Use separate sheet if necessary.)

Alfred E. Mann

Party: _____                                    Party: _____

Counsel: Brian G. Bodine                                        Counsel: Bruce G. Chapman
Merchant and Gould PC
_____                                            _____
_____                                            _____
_____                                            _____

Email: bbodine@merchantgould.com

COURT REPORTER:   Name _____   Telephone _____

**IMPORTANT:** Attach a copy of opinion or order appealed from.
Forward together with copy of notice of appeal and certified docket entries.