| | |
|---|---|
| 1 | Daniel Grunfeld (State Bar No. 128494) |
| 2 | dan.grunfeld@kayescholer.com<br>Jonathan Rotter (State Bar No. 234137) |
| 3 | jrotter@kayescholer.com<br>KAYE SCHOLER LLP |
| 4 | 1999 Avenue of the Stars, Suite 1700<br>Los Angeles, California  90067 |
| 5 | Telephone:  (310) 788-1000<br>Facsimile:  (310) 788-1200 |
| 6 | Scott Lindvall (pro hac vice) |
| 7 | slindvall@kayescholer.com<br>Robert Laurenzi (pro hac vice) |
| 8 | rlaurenzi@kayescholer.com<br>KAYE SCHOLER LLP |
| 9 | 425 Park Avenue<br>New York, New York 10022 |
| 10 | Attorneys for Plaintiff/Counterdefendant |
| 11 | ALFRED E. MANN FOUNDATION<br>FOR SCIENTIFIC RESEARCH |

(Left margin: KAYE SCHOLER LLP)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>           Plaintiffs,<br><br>     v.<br><br>COCHLEAR CORPORATION and COCHLEAR LTD.,<br><br>           Defendants.<br><br>COCHLEAR AMERICAS and COCHLEAR LTD.,<br><br>           Counterclaimants,<br><br>     v.<br><br>ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>           Counterdefendant. | Case No. CV 07-08108 GHK (CTX)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH'S UNOPPOSED MOTION TO JOIN ADVANCED BIONICS, LLC (FRCP 19)**<br><br>Hearing Date:  September 27, 2010<br>Time:              9:30 a.m.<br>Location:        Courtroom 650<br><br>Honorable George H. King |

Pursuant to the Court's July 29, 2010 Order, Plaintiff Alfred E. Mann Foundation for Scientific Research ("AMF") moves for an Order authorizing AMF to file an amended complaint joining Advanced Bionics, LLC ("AB").

## I.   AB'S POSITION ON JOINDER

Pursuant to the Court's July 9, 2010 order, Daniel Grunfeld, counsel for Plaintiff Alfred E. Mann Foundation for Scientific Research ("AMF"), contacted Todd Malynn of Feldman Gale, P.A., counsel for Advanced Bionics, LLC ("AB") to ascertain whether AB would voluntarily join in this case. After forwarding a copy of the transcript from the July 9, 2010 Status Conference to Mr. Malynn, Mr. Grunfeld received the following response from AB on July 21, 2010:

> "Dan:
>
> As you know, AB does not have an interest in participating in the AMF v. Cochlear litigation.  I have read the transcript of the recent status conference, and the cases cited therein.  AB does not believe it is a necessary party, but understands that there is a difference of opinion and the district court's reasoning to the contrary.  For these reasons, while AB will not voluntarily join the litigation as a plaintiff, AB will not oppose a motion to join AB as a necessary party.  Please call me with any questions.  Please also notify me of any proceeding to join AB as a necessary party.
>
> Regards,
>
> Todd"

## II.   AMF REQUESTS AN ORDER TO JOIN AB

The parties reported the above communication from AB to the Court on July 26, 2010, and in response, the Court on July 29, 2010 ordered that "AMF SHALL file a motion to join AB as a necessary party pursuant to Federal Rule of Civil Procedure 19 within thirty (30) days hereof." (Dkt. Entry 155.)  Although AMF agrees with AB's position that AB is not a necessary party, in order to satisfy

1

1  defendants' Cochlear Corp. and Cochlear Limited (collectively "Cochlear")
2  objections to proceeding in the absence of AB, and pursuant to the above Order,
3  AMF moves pursuant to Federal Rule of Civil Procedure 19 for an order
4  authorizing AMF to file an amended complaint adding AB as a defendant, in the
5  form attached as Exhibit 1 (absent the redline included for the convenience of the
6  Court and defendants), pursuant to which AMF will serve AB with process. As
7  reflected in the Court's July 29, 2010 Order, AMF and Cochlear have agreed that
8  the Court may re-align AB as a party plaintiff after AB is served with process. The
9  parties anticipate no personal jurisdiction issues in joining AB, and believe that
10 joining AB will not deprive this Court of subject matter jurisdiction.

### III.   CONCLUSION

AMF therefore moves the Court to enter the order filed concurrently herewith, authorizing AMF to file an amended complaint in the form attached as Exhibit 1 (absent the redline included for the convenience of the Court and defendants).

DATED:  August 25, 2010

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ Daniel Grunfeld

Daniel Grunfeld
Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH