**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>            Plaintiffs,<br><br>      v.<br><br>COCHLEAR CORPORATION and COCHLEAR LTD.,<br><br>            Defendants.<br><br>COCHLEAR AMERICAS and COCHLEAR LTD.,<br><br>            Counterclaimants,<br><br>      v.<br><br>ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>            Counterdefendant. | Case No. CV 07-08108 GHK (CTX)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO JOIN ADVANCED BIONICS, LLC** |

KAYE SCHOLER LLP

The Court has before it Plaintiff Alfred E. Mann Foundation for Scientific Research's unopposed motion to join Advanced Bionics, LLC, as a party to this action through the filing of a First Amended Complaint and service of that First Amended Complaint and a summons upon Advanced Bionics, LLC.

The motion is granted.

**IT IS SO ORDERED**.

DATED: _____ , 2010

By:_____
The Honorable George H. King
United States District Court
Central District of California