Daniel Grunfeld (State Bar No. 128494)
dan.grunfeld@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Plaintiff/Counterdefendant
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

Todd Malynn (State Bar No. 181595)
tmalynn@FeldmanGale.com
FELDMAN GALE, P.A.
880 West First Street Suite 315
Los Angeles, CA 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

Attorneys for Defendant/Involuntary Plaintiff
ADVANCED BIONICS, LLC

Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
CONNOLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Attorneys for Defendants and Counterclaimants
COCHLEAR LTD. AND COCHLEAR AMERICAS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>          Plaintiff,<br><br>   v.<br><br>COCHLEAR CORPORATION et al.,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-08108 GHK (CTX)<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS AND POTENTIAL APPOINTMENT OF SPECIAL MASTER**<br><br>Honorable George H. King |

JOINT STATUS REPORT

Plaintiff/Counterdefendant Alfred E. Mann Foundation for Scientific Research ("AMF"), Defendant/Involuntary Plaintiff Advanced Bionics, LLC ("AB"), and Defendants/Counterclaimants Cochlear Ltd. and Cochlear Americas ("Cochlear") jointly submit this status report pursuant to the Court's December 22, 2010 In Chambers Order re 1) Status of Settlement Discussions; 2) Potential Appointment of Special Master. The parties also jointly suggest that the Court issue an order "re-aligning" AB as a party plaintiff.

## I. SETTLEMENT

### A. AMF's Position

At the July 9, 2010 status conference, the Court had expressed the hope that the parties might re-examine settlement. In response, AMF offered to return to mediation without any preconditions. Cochlear was not willing to return to mediation unless AMF would agree to "bracket" the potential outcome prior to the mediation, or until after the Court ruled on some of the pending issues in the case. AMF would not oppose the parties being directed to a further settlement conference or additional mediation. Cochlear would only support such an effort unless AMF agrees to "bracket" the potential outcome prior to the mediation, or until after the Court ruled on some of the pending issues in the case.

### B. Cochlear's Position

Although Cochlear believes that future mediation is desirable, it suggests that the parties should not be directed to mediation at this time.

AMF and Cochlear have previously mediated on a couple of occasions. At the time of those mediations, the parties were so far apart that the mediator did not exchange settlement offers out of fear that such an exchange of offers would foreclose future discussions. In view of that history, and the expense of bringing principals from Australia for mediation, Cochlear does not believe that further mediation would be successful until (i) there are further developments in the

litigation (such as claim construction) that would assist the parties to better appreciate the risks, or (ii) there has been a concrete indication that the parties' settlement positions have substantially changed. Because such a concrete indication of change in position does not appear likely, Cochlear suggests that future mediation should be scheduled for a time after the Court has ruled on claim construction.

**C.   AB's Position**

AB was not a part of the prior mediation efforts. AB is willing to participate in mediation immediately.

## II. POTENTIAL APPOINTMENT OF SPECIAL MASTER

The parties have agreed that Robert L. Harmon, who serves with some frequency as a special master in patent cases, would be an appropriate special master in this case. Mr. Harmon's curriculum vitae and list of prior special master assignments is attached as Exhibit 1 hereto.

The parties recently jointly reached out to Mr. Harmon to ascertain his interest in and availability for serving as a special master in this matter. The parties have not yet heard back from Mr. Harmon, but will file a supplement to this report when they do. Should Mr. Harmon prove unavailable, the parties will work together to find another candidate and will file a supplement to this report accordingly.

## III. AB AS INVOLUNTARY PLAINTIFF

The parties suggest that he Court could take up the ministerial issue of ordering the caption altered to reflect AB's status as an involuntary plaintiff, as opposed to the "defendant" posture necessitated by adding them to the case through the service of a summons and complaint. That is a purely clerical issue that can be resolved at any time, up to and beyond trial, and should in no way delay the

advancement of the case. The parties are submitting a proposed order along with this status report for the Court's consideration.

### A. Cochlear's Supplemental Statement

Although Cochlear is in full agreement with the realignment of AB, Cochlear is concerned by the fact that, in its Answer, AB (the exclusive licensee of AMF with the first right to sue) stated that it did not know whether the patents-in-suit were owned by AMF. Cochlear is attempting through informal consultation with AB's counsel to clarify whether or not there is any new standing issue that has arisen. So far, Cochlear has not received that clarification, and therefore wishes to advise the Court that it is possible that Cochlear may seek leave to take limited discovery related to this issue.

Respectfully submitted,

DATED: January 21, 2011         KAYE SCHOLER LLP

By: /s/ Daniel Grunfeld
Daniel Grunfeld
Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

DATED: January 21, 2011         FELDMAN GALE, P.A.

By: /s/ Todd Malynn
Todd Malynn
Attorneys for Defendant/Involuntary Plaintiff
ADVANCED BIONICS, LLC

DATED: January 21, 2011         CONNOLY BOVE LODGE & HUTZ LLP

By: /s/ Bruce G. Chapman
Bruce G. Chapman
Attorneys for Defendant/Counterclaimants
COCHLEAR LTD. and COCHLEAR AMERICAS