Daniel Grunfeld (State Bar No. 128494)
dan.grunfeld@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Plaintiff/Counterdefendant
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

Todd Malynn (State Bar No. 181595)
tmalynn@FeldmanGale.com
FELDMAN GALE, P.A.
880 West First Street Suite 315
Los Angeles, CA 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

Attorneys for Defendant/Involuntary Plaintiff
ADVANCED BIONICS, LLC

Bruce G. Chapman (State Bar No. 164258)
bchapman@cblh.com
CONNOLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

Attorneys for Defendants and Counterclaimants
COCHLEAR LTD. AND COCHLEAR AMERICAS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>    Plaintiff,<br><br> v.<br><br>COCHLEAR CORPORATION et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-08108 GHK (CTX)<br><br>**PROPOSED ORDER RE-ALIGNING ADVANCED BIONICS, LLC AS A PARTY PLAINTIFF**<br><br>Honorable George H. King |

PROPOSED ORDER

Defendant Advanced Bionics, LLC ("AB") was made a defendant in this action through service of an Amended Complaint filed, and Summons issued, on September 30, 2010, pursuant to this Court's Order of September 28, 2010. Whereas Plaintiff Alfred E. Mann Foundation for Scientific Research ("AMF") seeks no relief from AB, and whereas AB is the exclusive licensee of the patents-in-suit, of which AMF is the assignee, the Court hereby Orders AB re-aligned as a party plaintiff pursuant to Federal Rule of Civil Procedure 19.

DATED:_____        _____

Honorable George H. King
United States District Court Judge