UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,**<br><br>             **Plaintiff,**<br><br>**v.**<br><br>**COCHLEAR CORPORATION and COCHLEAR LTD.,**<br><br><br>             **Defendant** | Case No. 2:07-cv-08108-GHK-CT |

NOTICE OF MARKMAN HEARING WITH
SPECIAL MASTER

**PLEASE TAKE NOTICE THAT** a *Markman*/Claim Construction hearing will be held on:

TUESDAY & WEDNESDAY, MAY 3 & 4, 2011
9:00 AM (CST)
U.S. District Court
Spring Street Courthouse
312 N. Spring Street, Courtroom 24
Los Angeles, CA 90012

**Importantly**, please advise Michelle Grosche, tel: (210) 554-5325, fax: (210) 226-8395, e-mail mgrosche@coxsmith.com, by no later than **5:00 p.m. CDT, on Monday, May 2, 2011**, of all appearances on behalf of your client.

SIGNED this 2nd day of May, 2011, in San Antonio, Texas.


                                              /s/ Gale R. Peterson
                                              Gale R. Peterson

3417997.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification to the following parties:

**Attorneys for Plaintiff/Counterdefendant ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH**

Daniel Grunfeld (State Bar No. 128494)
dan.grunfeld@kayescholer.com
Jonathan Rotter (State Bar No. 234137)
jrotter@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Scott Lindvall (pro hac vice)
slindvall@kayescholer.com
Robert Laurenzi (pro hac vice)
rlaurenzi@kayescholer.com
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

**Attorneys for Defendant/Involuntary Plaintiff ADVANCED BIONICS, LLC**

Todd Malynn (State Bar No. 181595)
tmalynn@FeldmanGale.com
FELDMAN GALE, P.A.
880 West First Street Suite 315
Los Angeles, CA 90012
Telephone: (213) 625-5992
Facsimile:  (213) 625-5993

**Attorneys for Defendants and Counter-claimants COCHLEAR LTD. and COCHLEAR AMERICAS**

Bruce G. Chapman (State Bar No. 164,258)
bchapman@cblh.com
Manuel C. Nelson (State Bar No. 229,590)
mnelson@cblh.com
Keith D. Fraser (State Bar No. 216,279)
kfraser@cblh.com
CONNOLY BOVE LODGE & HUTZ LLP
333 S. Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 787-2500
Facsimile: (213) 687-0498

and delivered a chambers copy via ( x ) Federal Express or (  ) U.S. Mail to:

Clerks Office, U.S. District Court for
The Honorable George H. King
Central District of California
312 N. Spring Street
Los Angeles, CA 90012
**ATTN:  Beatrice Herrera**

　　　　　/s/ Gale R. Peterson　　　　　
Gale R.  Peterson, Special Master