UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-8108 FMO (SHx) | Date | October 31, 2013 |
|---|---|---|---|
| Title | Alfred E. Mann Foundation For Scientific Research v. Cochlear Corporation, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Julieta Lozano | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:** ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [243] and PLAINTIFF ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH'S MOTION FOR SUMMARY JUDGMENT [251]

Having reviewed the parties' supplemental briefing as to the issues of definiteness and indefiniteness of claims 6-9 and 14 of the '691 patent and claims 1 and 12 of the '616 patent pursuant to the court's Order of August 29, 2013, IT IS ORDERED THAT:

1. Defendants' motion for summary judgment **(Document No. 243)** as to the issues of indefiniteness of claims 6-9 and 14 of the '691 patent and claims 1 and 12 of the '616 patent is **denied without prejudice**.

2. Plaintiffs' motion for summary judgment **(Document No. 251)** as to the issues of definiteness of claims 6-9 and 14 of the '691 patent and claims 1 and 12 of the '616 patent is **denied without prejudice**.

3. The court has issued the instant Order to allow the parties to prepare for trial. The court will issue a separate order at a later time.

00 : 00

Initials of Preparer  jloz