UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>    Plaintiff,<br><br>v.<br><br>COCHLEAR CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 07-8108 FMO (SHx)<br><br>**ORDER Re: FURTHER PROCEEDINGS** |

In light of a criminal trial that, because of the Speedy Trial Act, must be set for December 3, 2013, the court, on its own motion, will continue the trial and trial-related deadlines. Accordingly, IT IS ORDERED THAT:

1. The trial (which is estimated to be five days) shall begin on **Monday, January 13, 2014**, at 9:00 a.m. On the first day of trial, **counsel must appear at 8:30 a.m.** to discuss preliminary matters with the court.

2. The final pretrial conference and hearing on motions in limine is scheduled for **December 17, 2013**, at 10:00 a.m. At the pretrial conference, the parties shall be prepared to discuss how the parties propose to proceed with the trial (e.g., what portion will be a jury trial and what portion will be a bench trial).

3. Counsel for the parties shall file a memorandum of contentions of fact and law; witness lists; a joint exhibit list; and joint motions in limine no later than **November 26, 2013**.

4.  Counsel for the parties shall file a proposed final pretrial conference order; a pretrial exhibit stipulation; proposed jury instructions (joint and disputed); proposed verdict forms; a joint statement of the case; proposed additional voir dire questions, if desired; and oppositions to motions in limine no later than **December 3, 2013**.

5.  No later than **January 6, 2014**, counsel for the parties shall file trial briefs not to exceed 15 pages.

Dated this 31st day of October, 2013.

/s/
Fernando M. Olguin
United States District Judge
