UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8108 FMO (SHx) | Date | November 5, 2013 |
|---|---|---|---|
| Title | Alfred E. Mann Foundation For Scientific Research v. Cochlear Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| None | | None |

**Proceedings:**   Order Re: Motions *in Limine*

Having reviewed the parties' Stipulation to Clarify Filing Date for Joint Motions *in Limine* (Document No. 305), IT IS ORDERED THAT:

1. Any party moving *in limine* in accordance with the court's October 18, 2013, Order Re: Further Proceedings, as modified by the court's October 31, 2013, Order Re: Further Proceedings, shall provide to the other parties full and complete motions *in limine*, including any exhibits and/or declarations associated therewith, on **November 15, 2013**, including an electronic version in Word format of the memorandum.

2. The parties shall file completed joint motions *in limine* no later than **November 26, 2013**. No separate oppositions shall be filed.

3. Other than the changes reflected expressly in this Order, all other provisions of the Court's Order of October 18, 2013, as modified by the Court's Order of October 31, 2013, shall remain unchanged.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |