1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
     BRUCE G. CHAPMAN, Cal. Bar No. 164258
3    bchapman@sheppardmullin.com
     SCOTT R. MILLER (Cal. Bar No. 112656)
4    smiller@sheppardmullin.com
     LAURA M. BURSON (Cal. Bar No. 204459)
5    lburson@sheppardmullin.com
     MANUEL C. NELSON, Cal. Bar No. 229590
6    mnelson@sheppardmullin.com
     DENNIS J. SMITH, Cal. Bar No. 233842
7    dsmith2@sheppardmullin.com
     333 South Hope Street, 43rd Floor
8    Los Angeles, California 90071-1422
     Telephone:   213.620.1780
9    Facsimile:   213.620.1398

10   Attorneys for Defendants and
     Counterclaimants COCHLEAR LTD. and
11   COCHLEAR AMERICAS

12                  UNITED STATES DISTRICT COURT

13        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

| 15 | ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, | Case No. CV 07-08108 FMO (SHx) |
|---|---|---|
| 16 | | **DECLARATION OF SCOTT R. MILLER IN SUPPORT OF DEFENDANTS COCHLEAR LTD. AND COCHLEAR AMERICAS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW** |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | COCHLEAR CORPORATION (n/k/a COCHLEAR AMERICAS), COCHLEAR LTD., and ADVANCED BIONICS, LLC, | |
| 20 | | [Defendants Cochlear Ltd. and Cochlear Americas' Memorandum of Contentions of Fact and Law filed/lodged concurrently herewith] |
| 21 | Defendants. | |
| 22 | | |
| 23 | | Judge:  Hon. Fernando M. Olguin |
| 24 | | Pre-Trial Conference: December 17, 2013 |
| 25 | | Hearing on Motions in Limine: December 17, 2013 Trial Date: January 13. 2014 |
| 26 | AND RELATED COUNTERCLAIMS. | |

27

28

                                    DECLARATION OF SCOTT R. MILLER

SMRH:414000836.1

**<u>DECLARATION OF SCOTT R. MILLER</u>**

I, Scott R. Miller, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants Cochlear Ltd. and Cochlear Americas (collectively "Cochlear Defendants") in the above-captioned matter.

2.      If called as a witness, I could and would competently testify to all facts within my personal knowledge.

3.      Attached hereto as **Exhibit A** is a true and correct copy of DEFENDANT COCHLEAR LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH AND PLAINTIFF'S OBJECTIONS AND RESPONSE TO SAME, dated May 16, 2008.

4.      Attached hereto as **Exhibit B** is a true and correct copy of DEFENDANT COCHLEAR LTD.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH AND PLAINTIFF'S OBJECTIONS AND SECOND SUPPLEMENTAL RESPONSE TO SAME, dated November 13, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 26, 2013 at Los Angeles, California.

_/s/ Scott R. Miller_
Scott R. Miller

-1-

DECLARATION OF SCOTT R. MILLER

SMRH:414000836.1