1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   BRUCE G. CHAPMAN, Cal. Bar No. 164258
3  bchapman@sheppardmullin.com
   SCOTT R. MILLER (Cal. Bar No. 112656)
4  smiller@sheppardmullin.com
   LAURA M. BURSON (Cal. Bar No. 204459)
5  lburson@sheppardmullin.com
   MANUEL C. NELSON, Cal. Bar No. 229590
6  mnelson@sheppardmullin.com
   DENNIS J. SMITH, Cal. Bar No. 233842
7  dsmith2@sheppardmullin.com
   333 South Hope Street, 43rd Floor
8  Los Angeles, California 90071-1422
   Telephone:  213.620.1780
9  Facsimile:  213.620.1398

10 Attorneys for Defendants and
   Counterclaimants COCHLEAR LTD. and
11 COCHLEAR AMERICAS

12              UNITED STATES DISTRICT COURT

13      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

15 ALFRED E. MANN FOUNDATION          Case No. CV 07-08108 FMO (SHx)
   FOR SCIENTIFIC RESEARCH,
16                                    **VOLUME 3 OF EXHIBITS (K,**
                 Plaintiff,           **PART 2) TO OMNIBUS**
17                                    **DECLARATION OF SCOTT R.**
           v.                         **MILLER RE PARTIES' JOINT**
18                                    **MOTIONS _IN LIMINE_**
   COCHLEAR CORPORATION (n/k/a
19 COCHLEAR AMERICAS),                [Joint Motions _in Limine,_ Declaration of
   COCHLEAR LTD., and ADVANCED        Jerry Schloffman and [Proposed] Orders
20 BIONICS, LLC,                      filed/lodged concurrently herewith]

21             Defendants.            Pre-Trial Conference and Hearing on
                                      Motions _in Limine_: Dec. 17, 2013
22                                    Time: 10:00 a.m.
                                      Ctrm: 22
23

24 _____    Trial Date: January 13, 2014
                                      **Hon. Fernando M. Olguin**
25 AND RELATED COUNTERCLAIMS.

26

27

28

SMRH:413050655.3

# EXHIBIT K
# Part 2

 INTELLECTUAL CAPITAL EQUITY

A.  **Based on financial records and testimony provided to date, I have calculated Cochlear revenue of between $1.539 billion and $1.582 billion on sales of allegedly infringing Cochlear Implant Systems ("CISs") between December 2001 and June 2012.**

I have calculated two alternative royalty bases, one including sales of ESPrit 3G speech processors sold with CI24 implants and the other excluding such sales, the latter being a sub-set of the former.  The Parr Report adopted the latter royalty base.[172]

**Table 1**
**Royalty Base Summary December 2001 to June 2012[173]**

|  | Royalty Base without ESPrit 3G | Royalty Base with ESPrit 3G |
|---|---|---|
| CI24 | $677,157,934 | $677,157,934 |
| CI500 | $250,843,319 | $250,843,319 |
| CI422 | $3,458,058 | $3,458,058 |
| SPrint | $48,474,714 | $48,474,714 |
| SP12 | $312,718,313 | $312,718,313 |
| ESPrit 3G | - | $42,182,070 |
| CP800 | $246,819,688 | $246,819,688 |
| **Royalty Base** | **$1,539,472,024** | **$1,581,654,094** |

The breakout of the royalty base shown above is discussed in the following sections.

1.  **Cochlear has generated revenue of $667.2 million from infringing sales of the CI24 in the Americas between December 2001 and June 2012 and $254.3 million from infringing sales of the CI500 and CI422 series from September 2009 to June 2012.**

Cochlear produced sales data for the period December 2001 through June 2012 for CIs sold in the "Americas" region.  I understand these data represent sales made in the U.S., Canada and Latin America.[174]  I further understand all products sold by Cochlear Americas are imported into the U.S. and therefore subject to U.S. patent law.[175]

As discussed above in Section II.H, during the damages period the CI24 was Cochlear's primary relevant product, accounting for almost all of its implant sales until the introduction

---

[172] If the trier of fact finds that the '691 patent is infringed but not the '616 patent, I have provided an alternative royalty base for the period beginning December 2001 and ending 22 September 2009, the expiration date of the '691 patent.  The royalty base without the ESPrit 3G speech processor would be $900,088,291 and the royalty base with the ESPrit 3G would be $942,827,874 (see Exhibits 9.1 and 9.2); a breakdown of the alternative royalty base is included as Exhibits 9.1 through 9.18 to this report.

[173] Exhibit 2.1

[174] For the 2009 through 2012 fiscal years, Cochlear provided a breakdown of Americas' sales between the U.S., Canada and Latin America.  A similar breakdown is not provided for the 2001 to 2008 fiscal years.  Should the trier of fact determine that infringing sales are limited to those sold in the U.S. only, a royalty base may be estimated for the 2009 to 2012 time period.

[175] Nygard Deposition, p. 147

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

of the CI500 series in 2009. I understand AMF alleges all versions of the CI24 are capable of performing back telemetry. Cochlear contends that a SPrint or SP12 must be used in conjunction with a CI24 implant in order to perform impedance telemetry. However, I understand surgeons and audiologists can and do also perform impedance telemetry on recipients of a CI24 implant with an ESPrit or ESPrit 3G by attaching the recipient's implant to a SPrint or SP12 residing in the hospital or audiologist's office. Christopher van den Honert, Cochlear America's Vice President of Research and Applications, testified as follows in deposition:

> "...the utility of the telemetry arises in the context of the clinician's office, and if one really needs the information provided by telemetry, one can use an alternate processor for that purpose. It need not be the processor that was provided to the recipient for take-home use."[176]

To date, Cochlear has not produced any data or other basis for calculating or reasonably estimating any CI24 sales that should be excluded from the royalty base. Based on this and the evidence presented in the preceding paragraph, I have included all sales of Cochlear's CI24 between December 2001 and June 2012 in my determination of the appropriate royalty base. In addition, all sales of the CI500 series have been included in the royalty base as I understand they are used with back telemetry capable processors (e.g. the CP800 series). A summary of revenue and unit sales for the CI24 and CI500 is presented below:

**Table 2**
**CI24 and CI500 Revenue and Unit Sales - December 2001 to June 2012[177]**

|  | Revenue | Units |
|---|---|---|
| CI24M - Micro Implant | - | (1) |
| CI24M - Cochlear Implant | $802,549 | 204 |
| CI24 Contour [CI24R (CS)] | $118,932,957 | 9,639 |
| CI24 Contour CA [CI24R (CA)] | $36,272,216 | 2,880 |
| MATCI24R (CA)  [CI24R (CA2)] | $2,019,098 | 150 |
| CI24RE (ST) | $13,976,420 | 1,040 |
| CI24R (ST) | $12,055,476 | 1,894 |
| CI24RE (CA) [CI24RE (CA1)] | $492,082,848 | 35,011 |
| CI24RE Hybrid | $1,016,370 | 60 |
| **Total for CI24** | **$677,157,934** | **50,877** |
| CI500 Series | $250,843,319 | 15,990 |
| CI422 | $3,458,058 | 233 |
| **Total with CI500 Series and CI422** | **$931,459,310** | **67,100** |

---

[176] van den Honert Deposition, p. 115
[177] Exhibits 2.2, 2.3, 3.5, and 3.6

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

2. **Cochlear has generated revenue of $361.2 million from infringing sales of the SPrint and SP12 in the Americas between December 2001 and June 2012 as well as $246.8 million from sales of the CP800 series from September 2009 to June 2012.**

As discussed in Section II.H, I understand the SPrint and versions of the SP12 intended for use with the CI24 are alleged to infringe the AMF patents-in-suit, as are all sales of the CP800. A summary of the revenue and unit sales generated by Cochlear from the SPrint, SP12 and CP800 series is presented below:

**Table 3**
**SPrint, SP12 and CP800 Revenue and Units, December 2001 to June 2012[178]**

|  | Revenue | Units |
|---|---|---|
| SPrint | $48,474,714 | 8,056 |
| SP12 | $312,718,313 | 63,923 |
| Total | $361,193,027 | 71,979 |
| CP800 Series | $246,819,688 | 52,178 |
| Total with CP800 Series | $608,012,714 | 124,157 |

I understand the SPrint and SP12 were generally only compatible with the CI24 during the damages period, and therefore were used in an infringing combination. However, I understand that in the fourth quarter of Cochlear's Fiscal Year 2008 Cochlear introduced a version of the SP12 that was compatible with the CI22. I have estimated unit sales of the SP12 associated with the CI22 from 2008 to 2012 at 1,083 units, corresponding with revenue of $5,527,051.[179] When these sales are subtracted from the total sales of the SPrint and SP12 the total infringing revenue is $361,193,027.[180]

3. **Cochlear has generated revenues of approximately $42.2 million from allegedly infringing sales of the ESPrit 3G used in conjunction with the CI24 in the Americas between December 2001 and June 2012.**

As noted above in Section II.A.1, the fact that a CI24 was sold in conjunction with an ESPrit 3G does not preclude the use of back telemetry on the recipient's CIS, and I understand that in fact such use was common.[181] Absent any further evidence or argument from Cochlear or its expert, these speech processors may be appropriately included in the royalty base.

---

[178] Exhibits 2.1, 2.4, 3.3, and 3.4
[179] See Exhibit 2.4
[180] See Exhibit 2.1
[181] Discussion with Dr. Ginger Stickney, Audiologist

*Attorneys' Eyes Only*

EXHIBIT K



INTELLECTUAL CAPITAL EQUITY

Prior to May 2004, the ESPrit 3G was only available in the U.S. for use with the CI24. Therefore, for the period between December 2001 and May 2004 I have quantified all sales of ESPrit 3G as sales made for use with the CI24.  For the period after the first quarter of 2004, I have subtracted the total number of potential upgrades of CI22 recipients to ESPrit 3G from the total ESPrit 3G sales during the period to estimate ESPrit 3Gs sold with CI24s.[182]

Between December 2001 and June 2012, Cochlear generated revenue of approximately $42,182,070 from sales of the ESPrit 3G sold with the CI24.[183]

**B. Consideration of conventional valuation methodologies produces a number of quantitative royalty indicators useful in the determination of a starting range for a reasonable royalty in this case.**

In order to determine a range of royalty indicators that may be appropriate in the current matter, I have considered generally accepted *Market*, *Income* and *Cost* valuation methodologies typically used in evaluating intangible assets such as the AMF Patents.  These methodologies are discussed below.

**1. Based on information currently available to me, in particular the license between AMF and Advanced Bionics that includes the patents-in-suit, the Market Approach indicates royalty rates in the range of approximately 4.8% to 9.8% have been paid by or to parties relevant to this suit for hearing-related and other medical device technologies.**

The Market Approach values assets based on comparable transactions between unrelated parties.  As described in <u>Valuing Intangible Assets</u>.

> *"The market approach uses two categories of analytical procedures to indicate value: 1) The collection and analysis of market-derived empirical transaction data; that is, data regarding the sale or licensing of the subject intangible asset itself and of comparative intangible assets; and 2) An assessment of the current market conditions (i.e., the economic conditions that influence price) and of the changes in market conditions between the dates of the empirical transactional data and the date of the [hypothetical negotiation].*"[184]

With the Market Approach, an examination of the terms of technology transfers with some similarity to the hypothetical transaction is undertaken and inferences are drawn from resulting observations to identify terms AMF and Cochlear might have agreed to in the hypothetical negotiation.  Specifically, I have considered the licensing histories of both Cochlear and AMF.

**a. Cochlear has produced documents related to two license agreements for patents or technologies related to CISs, one of which includes stated running royalties of between 2.0% and 5.0% of sales.  This license also included terms that would impact the actual effective rate of the license, but that cannot be quantified based on information provided by Cochlear to date or otherwise available to me.**

---

[182] Exhibit 2.8
[183] See Exhibit 2.7
[184] Reilly, Robert F. and Schweihs, Robert P., <u>Valuing Intangible Assets</u>, 1999, p. 102

30

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

As of the date of this report, Cochlear has produced two licenses in this matter:

- *Cross License Agreement, signed 1 May 2002 with Advanced Bionics.*[185]  Advanced Bionics owned U.S. Patent No. 6,125,302, entitled "Precurved Modiolar-Hugging Cochlear Electrode."  Cochlear owned U.S. Patent Application Serial No. 09/454,976 entitled "Cochlear Implant Electrode Array" and Application Serial No. 09/983,292, a continuation of the '976 application.

  Advanced Bionics issued to Cochlear a nonexclusive, fully paid-up license under the '302 patent.  Cochlear granted to Advanced Bionics a nonexclusive, fully paid-up license to the '976 application and agreed to drop all claims in the '292 application that it copied from the '302 patent.  I understand neither party received monetary consideration (e.g., royalties or other payments) under this license.

- *IHPS Technology License Agreement with the University of Melbourne.*  On 10 December 1982, Nucleus Limited ("Nucleus") entered into a License Agreement with the University of Melbourne ("MU") and the Commonwealth of Australia for patents and applications related to an "Implantable Hearing Prosthesis System ('IHPS.')"[186]  Nucleus was granted an exclusive right to the licensed patents and know-how to "manufacture IHPS in Australia" and "use and sell IHPS in all countries of the world."[187]  Nucleus did not have the right to manufacture the IHPS outside of Australia without consent from the Commonwealth.[188]  The agreement included 29 Australian, European, Japanese, and U.S. patents and applications, including four U.S. patent applications.[189]

  Nucleus was to pay to MU and the Commonwealth royalties specified as 5% of the net selling price "on all sales of IHPS or any item forming part of IHPS" for the first 12,000 units and 2% on sales thereafter.[190]  The IHPS was defined as "the electrode, receiver-stimulator, transmitter and speech processor."[191]  The agreement was in effect until expiration of the last patent.  On 30 December 1983 Nucleus sublicensed the technology to Cochlear.[192]  On 22 August 1985, a Deed of Novation was signed between Cochlear PTY Limited, the Commonwealth of Australia and MU under which Cochlear essentially replaced Nucleus and assumed "the rights and liabilities of Nucleus in the original license agreement."[193]  As of the date of this agreement, the licensed patents had been expanded to include 46 patents and applications, including four issued U.S. patents and five additional U.S. patent applications.[194]

  On 20 April 2000, in exchange for Cochlear undertaking additional research and development activities, the Commonwealth of Australia agreed to waive its portion of royalties payable from Cochlear for the three-year period beginning 1 January

---

[185] COC-5002389
[186] COC-5002608 – COC-5002623
[187] COC-5002610
[188] COC-5002611
[189] COC-5002622 – COC-5002623
[190] COC-5002614
[191] COC-5002609
[192] COC-5002600
[193] COC-5002601
[194] COC-5002606 – COC-5002607

31

*Attorneys' Eyes Only*

EXHIBIT K


INTELLECTUAL CAPITAL EQUITY

2000.[195] Cochlear's obligations included maintaining its staff and facilities in Australia, spending 12% of sales on research and development activities, developing a CIS adapted for sale in developing countries and developing software to permit remote programming of CISs by Australian-based audiologists for recipients in other countries.[196] This agreement appears to have been terminated on 12 September 2006.[197]

On 30 June 2008, Cochlear agreed to make a one-time payment of $AU 2,500,000 (U.S. $2,396,931.93[198]) plus GST[199] to Hearworks PTY Ltd. and $AU 500,000 (U.S. $479,386.39) plus GST to UM.[200] Cochlear was granted an exclusive, royalty-free license to the patents contained in the original 1982 license agreement as well as additional patents jointly owned by Hearworks and UM.[201]

b. **AMF licensed its CIS technologies, including the patents-in-suit, to Advanced Bionics for running royalties and up-front equity (stock) consideration. The effective rate of this agreement may be reasonably calculated as between 4.8% and 9.8% of sales.**

On 18 May 1999, AMF and Advanced Bionics executed a written license agreement for technology related to CISs.[202] Testimony by AMF's Chief Executive Officer David Lee Hankin indicated this written agreement memorialized an existing agreement in practice between the parties.[203] AMF granted Advanced Bionics an exclusive, worldwide license to "practice under and use" AMF's patents and know-how related to CISs and to "make, have made, use, lease, sell and otherwise commercially exploit" devices and methods that relate to cochlear implants and utilize or incorporate AMF's patents or know-how.[204]

Compensation paid to AMF for this license included one million shares of Advanced Bionics stock (4.6% of the outstanding shares)[205] and running royalties of 3.0% of net revenues for the first four years, 2.5% for the subsequent four years and 2.0% for all years thereafter.[206] The agreement was to remain in effect until expiration of the last remaining patent or until the know-how became public information.[207]

The licensed properties included thirteen U.S. patents issued between 1990 and 1998, including the '616 patent,[208] and two U.S. patent applications, including one that matured into the '691 patent.[209] The licensed properties also included secondary patents to be

---

[195] COC-5002544 – COC-5002545
[196] COC-5002546
[197] COC-5002396
[198] Based on 30 June 2008 exchange rate from http://finance.yahoo.com/currency-converter/#from=AUD;to=USD;amt=2500000 which yielded an exchange rate of 0.9588 AUD to one USD.
[199] GST is defined as "Goods and Services Tax"
[200] COC-5002397 – COC-5002399
[201] COC-5002397 – COC-5002399
[202] AMF018352 – AMF018368
[203] Deposition of David Lee Hankin, 17 December 2008, pp. 16 – 19
[204] AMF018352 – AMF018353
[205] One million shares out of 21,572,026 shares outstanding = 4.6%
[206] AMF018354
[207] AMF018356
[208] AMF018366 – AMF018367
[209] AMF018368 and the '691 Patent

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

determined, defined as any foreign patents or applications related to the primary patents, and any U.S. or foreign patents or applications related to inventions or discoveries made by AMF.[210]

The license was amended by the parties on 1 January 2004. Advanced Bionics granted AMF an additional 1.1 million shares in exchange for reduced royalties of 3.0% retroactively for 1 January 2003 through 18 May 2003, 2.5% for 19 May 2003 through 31 December 2003, 1.25% for 2004 through 2007, and 1.0% thereafter. The term of the amended agreement was 18 years.[211] On 7 November 2009 the license was further amended by the parties in an effort to clarify the previous agreements as a license as opposed to an assignment in response to an earlier District Court ruling.[212] The next day, on 8 November 2009, the license was again amended to provide for an $8.5 million single, one-time royalty payment from Advanced Bionics to AMF in full satisfaction of any on-going and future royalties due AMF.[213]

It is important to note that the 8 November 2009 license agreement was not a stand-alone transaction; rather, it was entered into as part of a larger $489 million transaction in which Sonova Holdings, through its affiliates, Attempo 21 AG and Omega Merger Sub, Inc., acquired Advanced Bionics.[214] I understand Sonova required all future royalty payments to be extinguished in order to complete the sale and that the $8.5 million royalty payment was not separately negotiated by the parties.[215] I further understand the transaction was primarily driven by considerations unrelated to the patents-in-suit.[216] Available documents show both that (a) AMF received additional compensation beyond the $8.5 million lump-sum payment and (b) the amendment to the licensing agreement could have been reversed and rendered null and void if the larger deal with Sonova was not consummated.[217]

Documents produced by AMF indicate it received running royalties from Advanced Bionics totaling $13,127,132[218] related to cochlear devices beginning in 1999 and continuing through 2009.[219] In 2009, as a result of the transaction described above, AMF received a lump-sum payment of $8,500,000 in satisfaction of any future royalties that might be due. In addition, AMF's financial documents indicate that in June 2004, AMF received $11 per share for each of the 2.1 million shares of Advanced Bionics that it owned, for a total of $23.1 million.[220] Furthermore, AMF retained a pro-rata share of the

---

[210] AMF018353

[211] AMF045254-275

[212] AMF050886-894

[213] AMF050899-918

[214] Agreement and Plan of Merger by among Attempo 21 AG, a Limited Company Organized Under the Laws of Switzerland, Omega Merger Sub, Inc., a California Corporation, Advanced Bionics Corporation, a California Corporation and the Alfred E. Mann Living Trust, The 2004 Jeffrey and Kim Greiner Revocable Trust and Alfred E. Mann, on Behalf of the Shareholders of the Company, dated 8 November 2009.

[215] Conversation with David Hankin, CEO of AMF and Farah Boroomand, CFO of AMF

[216] Conversation with David Hankin, CEO of AMF and Farah Boroomand, CFO of AMF

[217] Section 6.7 of the 8 November 2009 licensing amendment provides for automatic termination if the Merger Agreement is terminated and the Agreement and Plan of Merger dated 8 November 2009 (see AMF050905).

[218] See Exhibit 4.8

[219] AMF045193; AMF051328-329

[220] AMF045615

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

earn-out payments and, ultimately, the purchase rights under the merger agreement.[221]  I understand that as part of a settlement resolving a dispute between Advanced Bionics and BSC, the original acquisition agreement was unwound and restructured resulting in a re-purchase of Advanced Bionics stock by AMF for  $7,901,250 (2,625,000 shares at $3.01; see Exhibit 4.7).[222]  In 2010 and 2011, AMF received $18,067,413 from the sale of its interest in Advanced Bionics to Sonova Holding resulting in a gain of $10,166,163 ($18,067,413 - $7,901,250 acquisition price; see Exhibits 4.5 and 4.6).

Documents produced in this matter indicate that AMF received payments related to the BSC earn-out provisions of $79,336,131 as follows:[223]

### Table 4
### Earn-Out Payments from BSC to AMF

|                                        | Total        |
|----------------------------------------|--------------|
| 2005 Earn-Out Payment                  | $10,164,231  |
| 2006 Earn-Out Payment                  | $12,915,000  |
| Payment from Advanced Bionics Trust    | $1,050,000   |
| Payment from Advanced Bionics Trust    | $186,900     |
| 2008 Purchase of Future Earn-Outs      | $30,660,000  |
| 2009 Purchase of Future Earn-Outs      | $24,360,000  |
| Total                                  | $79,336,131  |

I have been informed by David Hankin, AMF's Chief Executive Officer and former General Counsel, that AMF places greater emphasis on the receipt of equity in transactions involving AMF's technology than on ongoing royalty payments.  The strategy described by Mr. Hankin is not uncommon given the nature of the industry, in which small start-up companies that develop commercially viable innovations are often subsequently acquired by larger companies.  At the time of a hypothetical negotiation in this case, it would be reasonable to expect that ownership of a company such as Advanced Bionics would likely change hands at some point in the future.

In view of these facts and circumstances, the failure to consider future payments such as equity and earn-out payments resulting from the future performance of an acquired company would grossly understate the value AMF expected to realize when it licensed its patented technology to Advanced Bionics.  Therefore, in order to determine an effective royalty rate under the AMF-Advanced Bionics license agreement, I have considered actual and expected payments arising from this agreement and its subsequent modifications.

I understand the 2005, 2006 and 2007 earn-out payments of $24,316,131 as shown in Table 4 above were made to AMF based on BSC's sales of CISs during the time it owned Advanced Bionics.  When these earn-out payments are considered along with the

---

[221] AMF045615
[222] Conversations with Farah Boroomand, AMF CFO and John Petrovich, AMF GCO
[223] See Exhibit 4.4

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

proceeds from the sale of Advanced Bionics of $23,100,000 and the actual and projected running royalties received by AMF of $18,931,576.[224] the effective royalty rate paid by Advanced Bionics to AMF is 4.8%.[225]

When all payments received by AMF under the license agreement, including those listed in Table 4, AMF's gain on the sale of the reacquired Advanced Bionics shares and the lump-sum royalty payment of $8,500,000 from the Sonova transaction are considered, the actual effective royalty rate is 9.8%.[226]

The effective royalty rates discussed above were based on all payments received by AMF (stock sale proceeds, running and lump-sum royalties received and earn-out payments) divided by actual and estimated revenues through the expiration date of the last patent-in-suit (the ' 616 patent, expiring 11 March 2014).  The calculation of an effective royalty rate based on the term of the license as done in the Parr Report fails to adjust the license for a point of non-comparability to a hypothetical negotiation.[227]

As part of my analysis, I gave consideration to other contrary arguments  advanced in the Parr Report that: (1) the value of stock proceeds compensates AMF for transferring all of its cochlear business, not just the licenses, (2) if stock value is to be included, the value should be limited to the book value assigned to the shares, (3) earn-outs should not be considered, (4) potential future compensation should not be considered, and (5) the royalty stream and other consideration should be compared to the expected revenue stream over the life of the license.

The first argument advanced in the Parr Report is that since AMF transferred its entire cochlear program, including employees, to Advanced Bionics, the one million shares of Advanced Bionics stock may be viewed as compensation for the transfer of AMF's cochlear *program* to Advanced Bionics, and not as an upfront payment for the license agreement.  I understand from a conversation with Lawrence Fischer, former Chief Financial Officer of AMF, that this argument is inconsistent with and unsupported by the license between AMF and Advanced Bionics, which makes no mention of any payment

---

[224] See Exhibit 4.9; actual royalties of $13,127,132 from July 1999 through December 2009 and projected royalties from January 2010 through 11 March 2014 of $5,804,444

[225] See Exhibit 4.1  [$23,100,000 (cash payout from purchase) + $18,931,576 (running royalties) + $24,316,131 (AMF Share of Earn-out) ÷ $1,376,707,184 (Advanced Bionics Estimated Revenue) = 4.8%

[226] See Exhibit 4.2 [$23,100,000 (cash payout from purchase) + $10,166,163 (gain on shares sold to Sonova) + $13,127,132 (running royalties) + $79,336,131 (AMF Share of Earn-out) + $8,500,000 (lump sum payment to AMF)] ÷ $1,376,707,184 (Advanced Bionics Estimated Revenue) = 9.8%

[227] The 11 March 2009 Parr Report presented an alternative range of "effective rates" calculated using elements of the 1999 and 2004 agreements between AMF and Advanced Bionics.  On pages 9 through 11 of his report he calculated numerous effective royalty rates between 1.16% and 3.98% of revenues.  In addition to the problems with his calculations discussed in my Surrebuttal Report, the lower bound of his range is formulated by adding the initial book value of the one million shares granted in the 1999 license ($2.8 million) to the reduced 1.0% royalty found in the modified 2004 license.  This "mixing and matching" of terms from different license iterations is essentially meaningless mathematics that may be misleading to the trier of fact. Furthermore, the upper bound of the Parr Report's range fails to include the additional 3.34% in compensation he himself calculated related to earn-out payments made by BSC to AMF.  When added to the effective royalty determined in the Parr Report, this figure increases the upper end of his range to 7.32% (3.98% + 3.34%). While I do not agree with the Parr Report's interpretation of the license between AMF and Advanced Bionics, an application of its own rationale produces a range of royalties of 1.98% to 7.32% rather than the 1.16% to 3.98% it presents.

35

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

for the transfer of operating assets or employees from AMF to Advanced Bionics. Rather, the grant of one million shares of Advanced Bionics stock appears in Section 2.1 of the Agreement, entitled "Royalties."[228]  My discussions with Mr. Fischer and with Jerry Schloffman, Vice President of Global Marketing at Advanced Bionics, confirm that the stock compensation was treated as a royalty obligation by both parties.

The second argument raised by the Parr Report is that even if the shares are viewed as an upfront payment, the value of the shares should be based on AMF's book value on 31 March 2008 of $2.8 million (one million shares × $2.80 per share).  There is no reasonable basis in this case for using book value to set the value of the shares received by AMF as part of the original and amended license agreements, as doing so would require one to ignore the reasonable expectation of stock appreciation as evidenced by the amounts eventually realized by AMF.  Furthermore, the additional 1.1 million shares AMF received in 2004 must also be considered when determining the value of the shares to AMF.  All 2.1 million shares were ultimately sold for $11 cash per share *plus earn-out rights*.[229]  I understand that when BSC purchased Advanced Bionics, it offered shareholders the choice of a cash payment of $11 per share plus their prorated share of the earn-out payments, or a cash payment of $21 per share.[230]  The minimum reasonable value is therefore $21 per share.  However, by choosing the option of a lower cash price and earn-out payments, investors such as AMF clearly anticipated the ultimate value of the transaction would be *greater than* a present value of $21 per share.  As there appears to be no record of the expected future value at the time of the license agreement, the best evidence of the anticipated value of the license agreement to AMF remains the actual amounts received.  (I also note parenthetically that the Parr Report's failure to consider the future value of the shares while including projections of future revenues is internally inconsistent).

The third argument made by the Parr Report is that over $79 million in payments received by AMF related to Advanced Bionics' and BSC's use of the patents should not be considered part of the royalty compensation related to the license between Advanced Bionics and AMF.  The Parr Report rather suggests these payments should be regarded as "equalizing payments."  However, Mr. Fischer of AMF has informed me that there was no equity payment from BSC for the neuro-stimulation business and all earn-outs related to the cochlear business.  Consistent with this, it should be noted that over $29 million of the payments were made during the time when Advanced Bionics was still owned by BSC and therefore could not possibly be "equalizing payments."  These earn-outs were based on BSC's actual sales of cochlear implant devices.  The remaining earn-out payments were based on an estimate of the present value of future obligations owed by BSC to AMF.  These payments were also directly related to cochlear implant devices.

The fourth argument presented in the Parr Report is that potential future earn-outs and stock value should not be considered in establishing the value received by AMF for its technology.  It is important to recognize that after the settlement with BSC in late 2007/early 2008, AMF still retained ownership of shares in Advanced Bionics stock that AMF expected to result in significant additional future value.  My Preliminary Report stated:

---

[228] AMF018354
[229] Preliminary Report, p. 25.
[230] AMF045615

*Attorneys' Eyes Only*

EXHIBIT K



INTELLECTUAL CAPITAL EQUITY

> *"I understand Advanced Bionics continues to pay royalties to AMF on sales of CIs and AMF retains an interest in Advanced Bionics that entitles it to other forms of potential future compensation."*[231]

Again, in the absence of any contemporaneous projections, the best evidence of the effective value of this license to AMF is actual amounts received to date. The November 2009 license amendments were part of a larger transaction that resulted in the payment of $18,165,000 for AMF's shares in Advanced Bionics sold to Sonova Holdings on the same date, representing the receipt of compensation that had previously been contingent future consideration. Given the nature of the medical devices industry as one experiencing ongoing consolidation and frequent acquisition of smaller companies by larger ones, at the time of the hypothetical negotiation the possibility that Advanced Bionics could be acquired in the future was a reasonable expectation and would be expected to result in additional payments to AMF based on the equity it received from its license with Advanced Bionics.

The fifth and final argument in the Parr Report is that the royalty stream and other consideration should be compared to the expected revenue stream over the life of the license. However, in calculating purported "effective rates" it increases the denominator to reflect some estimate of potential future sales but does *not* increase the numerator to reflect potential future royalties based on AMF's equity position in, and resulting from its license with, Advanced Bionics. There is no available evidence or basis for reducing any amounts paid to AMF by virtue of its equity stake in Advanced Bionics. This approach is biased and conceptually inaccurate, and produces unreliable results

In my Surrebuttal Report, I critiqued the Parr Report's alternative calculations based on the so-called "discounted cash flow" method of evaluating effective license rates. For a detailed discussion of my critiques on this point, which are still valid, please refer to my Surrebuttal Report.[232]

c.  **AMF entered into two additional agreements with Advanced Bionics for running royalty rates between 3.0% and 4.0% of sales.**

AMF entered into two additional license agreements with Advanced Bionics effective 18 May 1999. Both agreements specified a running royalty rate of 3.0% of sales for an exclusive right to patents and other intellectual property owned by AMF. On 1 January 2004, AMF and Advanced Bionics modified the licenses to increase the royalty rate to 4.0%. AMF also received a royalty-free cross-license to intellectual property owned by Advanced Bionics. I understand the technology that is the subject of these licenses has to do with the miniaturization of items such as injectable capsules, tubes and casings used to minimize the risk of infection caused by leads and electrodes. I understand that the apparatus the technology applies to is so small it can be injected with a needle. I also understand this technology had not been commercialized, either at the time of the agreements or to date. [233]

Detailed descriptions of each of these licenses are as follows:

---

[231] Preliminary Report, p. 26
[232] Surrebuttal Rebuttal Report, pp.6-7 and Surrebuttal Exhibit 8.1
[233] Conversation with John Gord

*Attorneys' Eyes Only*

EXHIBIT K


INTELLECTUAL CAPITAL EQUITY

- **Battery Powered Bion Technology Field License** – *"shall mean and include that field of knowledge relating to medical devices, processes and methods involving or relating to a system of addressable, programmable implantable stimulators, and/or addressable, implantable transducer-telemeters."*[234]  AMF granted Advanced Bionics an exclusive right to make, have made, use, lease, sell and otherwise commercially exploit[235] three U.S. patents, one U.S. patent application, one foreign patent, two patent applications[236] and know-how.[237]  Advanced Bionics agreed to pay to AMF a running royalty of 3.0% of net revenues.[238]

  On 1 January 2004 AMF and Advanced Bionics terminated this license and entered into a "License, Royalty and Manufacturing Agreement" related to "Battery Powered Bion Devices and Services."  AMF granted Advanced Bionics the exclusive right to make, have made, manufacture, use, lease, offer to lease, market, sell, and offer to sell "Bion devices" outside of the AMF field of use.  AMF also granted Advanced Bionics royalty-free rights to manufacture "FES Micro-Stimulators" and "FES Micro-Stimulator Auxiliary Devices."[239]  Advanced Bionics granted AMF a royalty-free, worldwide, non-exclusive cross-license to all of Advanced Bionics' intellectual property in the Bion Devices field.[240]  Advanced Bionics was to pay AMF a running royalty of 4.0% of net revenues and 50% of any net sublicensing revenues.[241]

- **RF Bion Technology Field License** – *"shall mean and include that field of knowledge relating to medical devices, processes and methods involving or relating to a continuously RF-powered, non battery-powered system of addressable, programmable, implantable stimulators, addressable implantable transducer-telemeters and/or extracorporeal transmitters…"*[242]  AMF granted Advanced Bionics an exclusive right to make, have made, use, lease, sell and otherwise commercially exploit[243] seven U.S. patents and know-how.[244]  Advanced Bionics agreed to pay to AMF a running royalty of 3.0% of net revenues.[245]

  On 1 January 2004, AMF and Advanced Bionics terminated this license and entered into a "License, Royalty and Manufacturing Agreement" related to "RF Bion Devices and Services."[246]  AMF granted Advanced Bionics the exclusive right to make, have made, manufacture, use, lease, offer to lease, market, sell and offer to sell "Bion devices" outside of the AMF field of use.  AMF also granted Advanced Bionics royalty-free rights to manufacture "FES Micro-Stimulators" and "FES Micro-Stimulator Auxiliary Devices."[247]  Advanced Bionics granted AMF a royalty-free,

---

[234] AMF045215
[235] AMF045214
[236] AMF045228 – AMF045229
[237] AMF045215
[238] AMF045216
[239] AMF045281
[240] AMF045282
[241] This agreement also included royalty-free, non-exclusive and exclusive manufacturing rights to "RF Bion" products.  AMF045281 – AMF045286
[242] AMF045234
[243] AMF045233
[244] AMF045247
[245] AMF045235
[246] AMF045305 – AMF045334
[247] AMF045310

38

*Attorneys' Eyes Only*

EXHIBIT K

 **INTELLECTUAL CAPITAL EQUITY**

worldwide, non-exclusive cross-license to all of Advanced Bionics' intellectual property related to "FES Micro-Stimulators" and "FES Micro-Stimulator Auxiliary Devices."[248] Advanced Bionics agreed to pay to AMF a running royalty of 4.0% of net revenues on sales of "Bion devices," "Bion Services," "FES Bion Devices," and "FES Bion Services" and 50% of net revenues received from any sublicense.[249]

**d.   Parties related to or owned by Alfred Mann have licensed technologies for 2.0% to 10.0% of sales.**

I understand that on 1 September 1998, Medical Research Group, LLC ("MRG") and MiniMed, Inc. ("MiniMed") entered into an agreement related to implantable insulin pump systems for diabetes patients.  MiniMed was the predecessor company from which Advanced Bionics was spun off.  I understand Alfred Mann owned approximately 70% of MiniMed.[250]  Under the agreement "MRG will pay to MiniMed a royalty of ten percent (10%) of Licensed Pump Sales from the sale, lease, sublicensing or other commercial exploitation of Licensed Products that are for the delivery of insulin during the term of this Agreement until aggregate royalties in the amount of $5 million have been paid and thereafter a royalty equal to three percent (3%) of such Licensed Pump Sales… in the event the Licensed Products include the Enhancement Technology,[251] the applicable royalty rates pursuant to the preceding sentence will be reduced to five percent (5%) of Licensed Pump Sales instead of ten percent (10%) and two percent (2%) of Licensed Pump Sales instead of three percent (3%)."[252]

**e.   The license agreement between The Regents of the University of California San Francisco and Pacesetter Infusion, Ltd. (d/b/a MiniMed) was unavailable to me at the time of my Preliminary Report. It was addressed in my Surrebuttal Report and does not change my determination of a reasonable royalty in this case.**

On 30 December 1988, the Regents of the University of California San Francisco and Pacesetter Infusion Ltd. entered into a license agreement regarding aspects of the CIS technology.  The agreement granted Pacesetter exclusive rights to use the licensed technology for commercialization of cochlear implant products.[253]  Pacesetter agreed to pay The Regents a license fee of $50,000 plus running royalties of 4.25% of net revenues for cochlear electrodes, 0.75% of net revenue on implantable components for a cochlear product and 1.75% of net revenues on all wearable auditory processors. The agreement ran for a period of ten years.[254]

The license agreement indicates Pacesetter Infusion Ltd. was doing business as MiniMed Technologies, and the license agreement was signed by a representative of MiniMed.  As discussed in Section III.B.1.d of this report, MiniMed was a company previously owned in part by Mr. Mann.  I have reviewed this license and note the following:

---

[248] AMF045311

[249] This agreement also included royalty-free non-exclusive and exclusive manufacturing rights to "RF Bion" products.  AMF045310 – AMF045315

[250] Deposition of Alfred E. Mann, 10 December 2008 ("Mann Deposition"), p. 12

[251] Elsewhere defined as "Electronic enhancements for Pump Technology that MRG develops…"

[252] MiniMed, Inc., SEC Form 10-Q, for the quarterly period ended 2 October 1998, Exhibit 10.2

[253] This license was non-exclusive with respect to at least 2 patents.

[254] AMF029301-AMF029329

39

*Attorneys' Eyes Only*

**EXHIBIT K**

 INTELLECTUAL CAPITAL EQUITY

- The license was signed 10 years before a hypothetical negotiation in this case, at a time when multiple channel CISs of the type at issue in this suit were in their commercial infancy and the market unproven.
- The license was signed 5 years before Advanced Bionics existed and 8 years before its first CIS was FDA approved.
- The licensor was a public research institution that neither competed with, nor was known to be commercially allied with, any competitor of the licensee.
- The licensee agreed to pay royalties on all Cochlear Products *whether or not they were covered by the licensed patents.*
- The license contained an upfront payment of $50,000 which would need to be considered when calculating an "effective rate."

It is my opinion that this license may have been known to the parties during a hypothetical negotiation, but due to the many points of non-comparability would not have altered the bargaining position of either party nor impacted the resulting royalty rate for the reasons stated above.

f. **I have not located or considered any publicly available license agreements indicative of customary industry rates or practices for licensing patents related to CISs.**

In determining a reasonable royalty rate, it may be useful to consider licensing practices within the industry for comparable technology. No third-party licenses have been produced by either party to this matter and I have been unable to locate any publicly available licenses for patents or other forms of proprietary technology related to comparable CISs. I respectfully reserve the right to supplement my opinions should any such relevant information become available.

The Parr Report's royalty rate analysis referenced a generalized industry survey on license rates for medical device technologies published in a book by Mr. Parr, Royalty Rates for Technology, 4th Edition. Currently, generalized non-specific licensing studies or surveys such as this do not appear to be considered useful by the Courts in determining a reasonable royalty rate in patent litigation, especially when unaccompanied by any underlying data such as the terms of any of the licenses (see, e.g., *IP Innovation L.L.C. v. Red Hat, Inc).*[255] This aside, I do note that the study purports to summarize 101 license agreements for medical device technologies and that only nine out of 101 licenses contained a royalty rate lower than 1.2% (the hypothetical rate proposed in the Parr Report) while the remaining 92 out of 101 licenses contained higher royalty rates. Over half the licenses (52 out of 101) were between 5.0% and 10.0%. I also understand that 19 of the 101 agreements had upfront payments ranging between $50,000 and $7.5 million. Inclusion of these payments obviously would increase the effective royalty rates.[256]

g. **Quantitative royalty indicators from the Market Approach are summarized below.**

None of the licenses discussed in this section provides an exact comparison substantially

---

[255] Order Granting-in-Part and Denying-in-Defendants' Motion To Exclude The Testimony And Strike The Expert Report of Joseph Gemini, Case No. 2:07-cv-447 (RRR), 2 March 2010. Other recent court decisions have narrowed the scope of comparable licenses that would be considered informative in a hypothetical negotiation: *Lucent v. Gateway,* 580 F. 3d 1301 (Fed. Cir. 2009); *ResQNet.Com v. Lansa,* 594 F. 3d 860 (Fed. Cir. 2010); and *Uniloc USA, Inc. v. Microsoft,* 2010-1035, -1055, 4 January 2011.
[256] Parr Report, Appendix C

40

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

similar in all material respects to the hypothetical negotiation in this case. However, "exact comparisons" are a rarity in both patent litigation and real-life negotiations, and some of the available licenses are more informative than others. The license between Cochlear and Advanced Bionics was a royalty-free cross-license and therefore is not indicative of the monetary value (if any) that might have been assigned to any of the licensed properties individually. Cochlear's license agreement with the Commonwealth of Australia and the University of Melbourne reflected a long-standing relationship between Cochlear and a public institution and ultimately appears to have been more analogous to a joint development agreement than a "naked" patent license as contemplated in a hypothetical negotiation in this case. Moreover, this license imposed obligations on Cochlear that appear to represent potentially material direct or opportunity costs.[257] These would increase the actual, effective rate paid by Cochlear under the license; however, the data and other information necessary to calculate or estimate this increase are not available to me.

The license between AMF and Advanced Bionics related to CISs includes the patents-in-suit and is therefore informative on that basis. The license between MRG and MiniMed is related to technologies other than CISs and is therefore less or non-comparable on this basis. All of the agreements considered vary as to the number of identified patents included; however, it is notable that there does not appear to be any observable correlation between the number of patents licensed and the license rates.

These limitations notwithstanding, when considered in aggregate the licenses identified as part of the Market Approach provide a range of quantitative royalty indicators that are useful for the determination of a reasonable royalty between AMF and Cochlear for the AMF Patents. My findings are illustrated in Figure 3 below:

---

[257] For example, obligations to maintain staff, facilities and remote programming services in Australia rather than having an unfettered ability to move some or all of these to lower-cost markets and an obligation to develop CISs for developing countries, which would likely produce reduced or no profits.

41

*Attorneys' Eyes Only*

EXHIBIT K



**INTELLECTUAL CAPITAL EQUITY**

**Figure 3**
**Summary of Market Approach Royalty Indicators**



2. **Based on information currently available to me, the Income Approach provides quantitative royalty indicators in the range of 16.1% to 33.5% of sales.**[258]

As described in Valuing Intangible Assets:

> *"The income approach is based upon the economic principal of anticipation (sometimes also called the principle of expectation). In this approach, the value of the subject intangible asset is the present value of the expected economic income to be earned from the ownership of that intangible asset. As the name implies, the [licensee] anticipates the expected economic income to be earned from the [license of] the subject intangible asset. This expectation of prospective economic income is converted to a present worth – that is the indicated value of the subject intangible asset."*[259]

One variation on the Income Approach, known commonly as the "Analytical Method," is premised on the theory that the value of a patented technology may be measured by comparing the profits of products incorporating the patents to otherwise equivalent but non-

---

[258] Exhibits 3.2 and 3.3
[259] Reilly, Robert F. and Schweihs, Robert P., Valuing Intangible Assets, 1999, p. 113

*Attorneys' Eyes Only*

**EXHIBIT K**

INTELLECTUAL CAPITAL EQUITY

patented products or to some company or industry norm.[260]  In this case, I have used the best data available from Cochlear's production to compare the profitability of Cochlear's non-accused ESPrit 3G processors to the accused SP12, Sprint and CP800 speech processors.[261]  The range of findings based on this Analytical Method analysis is summarized below:

**Table 5**
**Analytical Approach: Accused Speech Processors Compared to ESPrit 3G[262]**

| | |
|---|---|
| SP12 v. ESPrit 3G Profit Premium | $1,573 |
| SP12 Average Selling Price | $4,896 |
| Royalty Indicator | 32.1% |
| | |
| SPrint v. ESPrit 3G Profit Premium | $1,900 |
| SPrint Average Selling Price | $6,017 |
| Royalty Indicator | 31.6% |
| | |
| CP800 v. ESPrit 3G Profit Premium | $1,326 |
| CP800 Average Selling Price | $4,730 |
| Royalty Indicator | 28.0% |

As described in Section III.A, above, Cochlear produced sales records beginning in December 2001.  At that time, the CI24 was the primary product sold by Cochlear and the non-infringing predecessor CI22 product was no longer sold in meaningful quantities.  I understand Cochlear has refused to produce sales data, including sales data prior to December 2001 or further information related to the revenues or profits associated with the CI22 implant, which would enable further meaningful analysis.  As a result, I have not been able to perform a similar "Analytical Method" analysis for CISs incorporating the CI24.  If further data are produced by Cochlear that would allow computation of a different Analytical Method, I will amend or supplement my opinions as necessary.

The Parr Report contends that the profit margin *percentage* from a non-accused product should be simply subtracted from the profit margin *percentage* of the accused products.  This methodology may be valid and acceptable in some cases.  In this case such an approach would ignore the material price premium generated by Cochlear from sales of products which use the telemetry feature, which is an important component of the profit premium.  I have prepared an example to illustrate this point.  In my example (see Table 6), the hypothetical patented product sells for $1,000 and generates profits of $500, a 50% profit margin.  The hypothetical non-patented product sells for $100 and generates profits of $45, a 45% profit margin.  Application of this methodology suggests a reasonable royalty for the patented product would be only $50 (calculated as 5% of the price of the patented product), even

---

[260] See, for example, *TWM Manufacturing Co., Inc. v. Dura Corp. and Kidde, Inc.,* 789 F.2d 895
[261] I have compared product gross margins because Cochlear has not produced any data showing or permitting a differentiated allocation or assignment of operating expenses to specific products.  In the absence of such data, one may allocate a pro-rata share of operating expenses to each product, but this will not change the results of the analysis.
[262] Exhibit 3.1

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

though it generates over *nine times* that amount ($455) in premium profits as compared to the non-patented product.

**Table 6**
**Hypothetical Analytical Approach Example**

|  | Hypothetical Patented Product | Hypothetical Non-Patented Product | Additional profit earned by Use of Patent |
|---|---|---|---|
| Price | $1,000 | $100 |  |
| Profit | $500 | $45 | $455 |
| Margin | 50% | 45% |  |

For the reasons illustrated here, in my opinion the application of the Analytical Method I have employed is most appropriate in this case.

I have also compared the profits earned by Cochlear on sales of accused components to profits earned by firms in the "Electromedical and Electrotherapeutic Apparatus Manufacturing" industry.[263]  The profits earned by Cochlear on accused products indicate a premium of 16.1% to 33.5% over typical industry profit margins.[264]

**Table 7**
**Analytical Approach:**
**Accused Products Compared to Normal Industry Profit Margin**
**December 2001 through June 2012[265]**

|  | Processors | | | Implants | | |
|---|---|---|---|---|---|---|
|  | SP12 | SPrint | CP800 | CI24 | CI500 | CI422 |
| Gross Margin | 92.1% | 80.3% | 90.1% | 74.7% | 79.5% | 77.2% |
| RMA Margin | 58.6% | 58.6% | 58.6% | 58.6% | 58.6% | 58.6% |
| Royalty Indicator | 33.5% | 21.7% | 31.5% | 16.1% | 20.9% | 18.6% |

As shown above, the Analytical Method in this case indicates a range of 16.1% – 33.5% of sales may be appropriate for consideration in determining a reasonable royalty in this case.[266]

---

[263] This industry comprises "establishments primarily engaged in manufacturing electromedical and electrotherapeutic apparatus, such as magnetic resonance imaging equipment, medical ultrasound equipment, pacemakers, hearing aids, electrocardiographs, and electromedical endoscopic equipment."

[264] Based on the highest industry gross margin from 2003 through 2012 from *Annual Statement Studies*, The Risk Management Association, 2003 – 2012; http://www.statementstudies.org/

[265] Exhibit 3.2

[266] The profit margin analyses described above were based on profitability through the end of the fiscal year ending 30 June 2012.  While the hypothetical negotiation would have been informed by expected profitability at the time of first infringement, my analysis is conservative as analyses described in my Preliminary Report indicate that profit margins through fiscal year 2008 were higher than shown here.

44

*Attorneys' Eyes Only*

EXHIBIT K



INTELLECTUAL CAPITAL EQUITY

The inclusion of back telemetry is important in cochlear implant systems.  This is evidenced by the fact that all CISs currently sold by Advanced Bionics and by Cochlear utilize the back telemetry feature.[267, 268]  Clearly, this feature was, and is, important to Cochlear and Advanced Bionics as both companies have advertised this feature and discontinued all products not practicing back telemetry.  It appears that back telemetry is also important in the marketplace.  In his deposition, Dr. Kelsall testified to preferring a device with telemetry to a device without telemetry, all else equal.[269]

Furthermore, cosmetic and external features introduced after the hypothetical negotiation date which professionals and consumers may consider in making their purchasing decisions do not appear to generate any increased profits on sales of CISs.  An analysis of the gross margins on speech processors, the only part of the CIS that may be analyzed with data produced by Cochlear to date, indicates the inclusion of back telemetry in the cochlear implant system appears to account for the initial increase in gross margin over a comparable product without telemetry.  Conversely, a review of several speech processors including back telemetry (SPrint, SP12, and CP800 series) demonstrates that despite the addition of several additional non-accused product features (see chart below),[270] gross margin *decreased* with each subsequent generation of back telemetry speech processors (see Table 8 below).[271]  This suggests that the initial increase in profitability on CISs with back telemetry may logically be concluded to be due to the presence of back telemetry itself.  Given the findings, it would not be unreasonable to assign the entire incremental margin to the back telemetry technology.

[267] http://www.advancedbionics.com/content/dam/ab/Global/en_fda/documents/3-01051-A_ABTech_Harmony_FNL2.pdf
    http://www.scribd.com/doc/55904466/Neptune-Tech-Specs-20110420-1
    http://www.advancedbionics.com/us/en/products/processors/harmony_processor.html
    http://www.advancedbionics.com/content/dam/ab/Global/en_fda/documents/3-01051-H_ABTech-PSP-FNL2.pdf
[268] Currently, Cochlear only offers for sale the Nucleus 5 system and the Nucleus Freedom system, both of which I understand to practice back telemetry.
[269] Kelsall Deposition, pp. 26 – 28
[270] web.archive.org/web/20050205000916/http://www.cochlearamericas.com/591.asp
    web.archive.org/web/20050205031236/http://www.cochlearamericas.com/1010.asp
    web.archive.org/web/19990507122127/http://www.cochlear.com/nucleussytems/sprint html
    http://www.cochlearamericas.com/PDFs/Freedom_manual.pdf
    web.archive.org/web/20060701013744/http://www.cochlearamericas.com/Products/261.asp
    http://products.cochlearamericas.com/support/nucleus/nucleus-upgrade-program/nucleus-5-upgrade-program
    http://products.cochlearamericas.com/cochlear-implants/nucleus-system/smallest-sound-processor
    http://products.cochlearamericas.com/cochlear-implants/cochlear-nucleus-system-advantage
    Nygard Deposition pp. 103 – 105
[271] Exhibit 3.1

45

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

**Figure 4**
**Comparison of Features in Speech Processors**

| Feature | Not Capable of Back Telemetry | Capable of Back Telemetry | | |
|---|---|---|---|---|
| | ESPrit 3G | SPrint | SP12 | CP800 |
| Back Telemetry | | ✓ | ✓ | ✓ |
| SPEAK | ✓ | ✓ | ✓ | ✓ |
| Continuous Interleaved Sampling | ✓ | ✓ | ✓ | ✓ |
| ACE | ✓ | ✓ | ✓ | ✓ |
| Directional Microphone | ✓ | ✓ | | ✓ |
| Transmitting coil and cables | ✓ | ✓ | ✓ | ✓ |
| Enhanced battery life | ✓ | ✓ | ✓ | ✓ |
| BTE | ✓ | | ✓ | ✓ |
| Programmable volume and sensitivity controls | ✓ | ✓ | | ✓ |
| Four user selectable programs | | ✓ | ✓ | ✓ |
| ADRO (Adaptive Dynamic Range Optimization) | | ✓ | ✓ | |
| LCD panel to display control setting and system status | | ✓ | ✓ | |
| Optional alarm indicating battery level and usage | | ✓ | | |
| Optional button lock to prevent access to the controls | | ✓ | ✓ | |
| SmartSound | | | ✓ | ✓ |
| Sweat and splash resistant | | | ✓ | ✓ |
| Dual microphones | | | ✓ | ✓ |
| AutoPhone | | | | ✓ |
| Dedicated music program | | | | ✓ |
| Two way remote assistant | | | | ✓ |
| Set It and Go | | | | ✓ |

**Table 8**
**Profit Premium Per Unit**
**Accused Products Compared to Non-Accused Product**
**December 2001 to June 2012[272]**

| | ESPrit 3G | SPrint | SP12 | CP800 |
|---|---|---|---|---|
| Average Selling Price | $4,020 | $6,017 | $4,896 | $4,730 |
| Standard Cost Per Unit | $1,085 | $1,182 | $387 | $469 |
| Gross Profit per Unit | $2,935 | $4,835 | $4,508 | $4,261 |
| ESPrit 3G Gross Profit per Unit | $2,935 | $2,935 | $2,935 | $2,935 |
| Profit Premium per Unit | N/A | $1,900 | $1,573 | $1,326 |

[272] See Exhibit 3.3

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

3. **Based on information currently available to me, there does not appear to be either sufficient data or an appropriate factual or conceptual basis for application of the Cost Approach in this case.**

As described in Valuing Intangible Assets,

> *"The cost approach to intangible asset analysis is based on the economic principles of substitution and price equilibrium (often called the competitive equilibrium price). These basic economic principles assert that [a licensee] will pay no more for an investment [or technology] than the cost to obtain (i.e., either by purchase or construction) an investment [or technology] of equal utility. In other words, a willing [licensee] for an intangible asset will pay no more for the subject intangible asset than the price of an intangible property of comparable utility...* "[273]

Properly applied, the cost approach considers out-of-pocket expenditures as well as risks, lost sales and other adverse economic impacts connected with an alternative to the subject intangible property. At this time, I am not aware of any available non-infringing alternatives that could have been employed by Cochlear. However, I reserve the right to review and comment on any purported non-infringing alternatives that may be proposed by Cochlear or its experts.

4. **Quantitative royalty indicators provide useful benchmarks for my reasonable royalty analysis.**

The following table summarizes my consideration of generally accepted *Market*, *Income* and *Cost* valuation methodologies in this case.

---

[273] Reilly, Robert F. and Schweihs, Robert P., Valuing Intangible Assets, 1999, pp. 96 – 97

47

*Attorneys' Eyes Only*

EXHIBIT K



INTELLECTUAL CAPITAL EQUITY

**Figure 5**
**Summary of Quantitative Royalty Indicators**



**C.** **Reference to the fifteen factors and "hypothetical negotiation" construct defined in *Georgia-Pacific v. United States Plywood Corp.* indicates a reasonable royalty for Cochlear's use of the AMF Patents would be 7.5% of sales.**

As discussed above, I understand AMF seeks damages in the form of a reasonable royalty on the sale of Cochlear's accused CIS sales. My use of the term "reasonable royalty" in this matter is consistent with the following definition of the term in the case of *Georgia-Pacific v. United States Plywood Corp., 318 F. Supp.1116 (S.D.N.Y.1970), modified and affirmed, 446 F.2d 295 (2d Cir. 1971),* as cited earlier.

In determining a reasonable royalty in litigation, reference is often made to fifteen factors set forth in the *Georgia-Pacific* case. I have identified each of these factors in subsequent sections of this report and provided commentary and analyses related to them. However, it is important to bear in mind these so-called "Georgia-Pacific factors" are a non-exclusive standard for calculating a reasonable royalty and the applicability or weight given to any individual factor will vary depending on the circumstances of the case. My conclusion of a reasonable royalty for the claimed properties is based on both quantitative analyses and consideration of relevant qualitative factors.

The fifteenth *Georgia-Pacific* factor indicates a reasonable royalty may be determined in part

48

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

through reconstruction of what is often referred to as a "hypothetical negotiation" between two presumed willing parties. In other words, it invites consideration of a royalty the now-plaintiff and the now-defendant might have agreed to if they had negotiated a license prior to the commencement of the alleged infringement. The assumed date of a hypothetical negotiation is generally the "eve of infringement" – that is, shortly or immediately before the first sale or offer for sale of the alleged infringing product. Contemporaneous business records produced by Cochlear indicate it first offered accused products for sale in the U.S. in June 1998. I have assumed the hypothetical negotiation would have occurred at approximately this time.[274] However, I understand from counsel that AMF may be entitled to monetary damages beginning in December 2001, six years prior to the filing of this lawsuit by AMF. Therefore, while a hypothetical negotiation in this case would have taken place in mid-1998, my tabulation of reasonable royalty damages in this case does not begin until December 2001.

For purposes of analyzing damages claimed in litigation, I understand courts have recognized the usefulness of permitting some assumption that the two willing parties in a hypothetical negotiation could have foreseen certain subsequent events, rather than being entirely restricted to information they demonstrably knew at the assumed negotiation date. In other words, it may be appropriate to consider actual activities or events subsequent to the hypothetical negotiation date in order to facilitate an understanding of the position of the negotiating parties, particularly where complete and objectively reliable information on the parties' positions at the time of the hypothetical negotiation is deficient. In reaching my conclusion, I have considered such actual events as necessary and appropriate.

These factors and my observations on them relevant to this case are as follows:

1. *Factor One:* *"The royalties received by the patentee for the licensing of the patent-in-suit, proving or tending to prove an established royalty."*

I understand AMF has licensed the patents-in-suit, along with other patents and technology, once on an exclusive basis to Advanced Bionics. I further understand that the patents-in-suit generally and the back telemetry technology specifically were the impetus for the agreement and the transaction would not have occurred without the patents-in-suit.[275]

As it is the only license to actually include the patents-in-suit, the AMF license to Advanced Bionics is the most informative of all of the licenses I have reviewed. It was in effect prior to the hypothetical negotiation date (in that testimony indicates it memorialized an existing understanding and practice between the parties) and was not paid under threat of litigation. It was for exclusive rights whereas a hypothetical license in this case must be assumed to be non-exclusive, which is a point of non-comparability discussed later in this section. The effective royalty rate under this agreement is analyzed in Section III.B.1.b of my report above.

---

[274] Although not issued until 1999, the '691 patent application had been filed prior to Cochlear's receipt of FDA approval for U.S. sales of accused CISs.

[275] Conversations with John Gord and David Hankin.

49

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

2. *Factor Two: "The rates paid by the licensee for the use of other patents comparable to the patent-in-suit."*

As discussed above, Cochlear has produced two licenses related to CISs. One of these was a cross-license between Cochlear and Advanced Bionics; it did not call for any royalty payments and is thus uninformative under this factor.[276] The other license was between Cochlear as licensee and the University of Melbourne and the Commonwealth of Australia as licensors for technology related to cochlear devices, specifying running royalties between 2.0% and 5.0% of sales. However, as described above in Section III.B.5, this agreement is not comparable in several key respects to a hypothetical agreement in this case. It is between a public institution and a commercial entity. Cochlear agreed to a number of conditions which would be expected to impose direct or opportunity costs to the company. These conditions would increase the effective cost of the license to Cochlear and the effective value of the license to the University of Melbourne and/or the Commonwealth of Australia; however, the extent of this impact cannot be quantified based on information provided by Cochlear or otherwise publicly available. Nevertheless, it is reasonable to conclude that the nominal rate of 2.0% to 5.0% would likely understate an informative rate for purposes of comparison to a hypothetical negotiation in this case.

3. *Factor Three: "The nature and scope of the license, as exclusive or non-exclusive; or as restricted or non-restricted in terms of territory or with respect to whom the manufactured product may be sold."*

A hypothetical license in this case would be non-exclusive. It would be assumed to be restricted to sales covered by U.S. patent law, but otherwise unrestricted. Royalty rates for non-exclusive licenses are typically lower than for exclusive licenses, *all else equal*. For example, a study by Ernst & Young LLP found that "non-exclusive, non-international, licensing transactions" carried an average royalty rate of 3.01%, while exclusive licenses carried an average royalty rate of 4.98%.[277] The average non-exclusive rate was thus approximately 60% of the average exclusive rate. This is generally consistent with my experience involving adjustments for exclusivity in actual licensing practice.

In this case, however, consideration of whether and how the necessary assumption of non-exclusivity would impact a hypothetical license is complicated by the existence of AMF's actual, exclusive license with Advanced Bionics and the fact that the latter is now a plaintiff in the case. In addition, AMF's exclusive license included terms (such as stock compensation) which effectively allied its economic interests with those of Advanced Bionics to a greater extent than would be the case in a hypothetical negotiation with Cochlear. Thus, with respect to the impact of non-exclusivity on a hypothetical license in this case, "all else" is not "equal." Although in fact ("real life") it would have been prevented by the agreement between AMF and Advanced Bionics, the hypothetical negotiation in litigation is constrained to assume that the parties would agree to a license with Cochlear, thus rendering the AMF-Advanced Bionics license non-exclusive. Advanced Bionics would anticipate losing market

---

[276] The fact that this license was royalty-free for both parties does not necessarily mean the relevant patents had no monetary value, simply that such value cannot be determined from the information currently available to me.

[277] O'Haver, Russ, and Finnegan, Brain, "Estimating the Effects of Exclusivity and Geographic Market Characteristics on Royalty Rates: Some Preliminary Results," Ernst & Young LLP

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

share and associated profits in such circumstances. As such, I would not expect a "typical/all-else-equal" adjustment for non-exclusivity to be appropriate in this case.

Moreover, it should also be noted that, in fact, Cochlear's continuing infringement has rendered the AMF-Advanced Bionics license *de facto* non-exclusive. To the extent that various transactions reflecting, to some degree, the value of the patents-in-suit have impacted the effective royalty rate under this agreement, this value may be assumed to have been negatively impacted by Cochlear's infringement. In other words, had Advanced Bionics been able to sell more cochlear implant systems by maintaining its right to exclusive use of the patents-in-suit, its market value would have been higher and would have resulted in higher equity payments to AMF. In short, the "effective rate" benchmark considered under the Market Approach would be higher. Consequently, the simple application of an "all else equal" adjustment factor for lack of exclusivity would result in understating any indicator of a reasonable royalty in the hypothetical negotiation with Cochlear.

This notwithstanding, the Parr Report proposes just such an adjustment, applying a 60% reduction to purportedly convert the 2.0% running royalty rate from Cochlear's license with the Commonwealth of Australia and the University of Melbourne to a non-exclusive royalty indicator. Such an adjustment is also inappropriate for several additional reasons, as discussed earlier. Among others, these include the fact that (a) the license was entered into in 1982, over fifteen years before a hypothetical negotiation in this case and nearly three years before the FDA approved sales of multiple channel CISs in the U.S., (b) the license was apparently predicated on an earlier agreement that gave Nucleus Limited (the original named licensee) an effective monopoly on the sale of CISs in Australia,[278] and (c) requirements imposed by later amendments would reasonably be assumed to increase the effective royalty rate under the agreement. A license granted by an unaffiliated non-competitive party, well before the commercial viability of the technology was known and imposing real and opportunity costs on the licensee would logically carry a much lower rate than would be expected from a hypothetical negotiation in this matter. Before adjusting this license for non-exclusivity, the rate would first have to be adjusted upwards for these other factors, likely offsetting any adjustment for non-exclusivity.

The Parr Report's application of an "all else equal" adjustment for exclusivity based on an assumption that AMF "would not be overly concerned" about any required reduction in the Advanced Bionics royalty because it would gain royalties on Cochlear's "material" 70% U.S. market share[279] is also flawed. Market shares in the "but for" world cannot be reasonably assumed to be equal to those in the actual market in which ongoing infringement occurs. Advanced Bionics' market share would likely have been higher absent Cochlear's infringement of the patents-in-suit.[280] For these reasons, a 60% (or any other "standard") adjustment for exclusivity would not be appropriate in this case and would not likely be considered by the parties in a hypothetical negotiation.

---

[278] "[Nucleus Limited] in a separate Agreement with the Commonwealth dated 23 June 1981 has the right at its option to receive the exclusive right and authority and license to manufacture use and sell [Implantable Hearing Prosthesis Systems] in respect of proprietary rights vesting in the Commonwealth"; COC-5002608. Whereas any patent effectively grants its holder a monopoly on status as potential *licensor*, it appears this agreement also granted Nucleus/Cochlear a monopoly on its status as potential *licensee,* a material condition not present in the hypothetical negotiation.

[279] Parr Report, pp. 25-26

[280] A review of the market share data available in Cochlear's Annual Reports and public sources indicates that Cochlear's market shares have remained relatively unchanged from the time of first infringement to the present.

*Attorneys' Eyes Only*

EXHIBIT K


INTELLECTUAL CAPITAL EQUITY

4. **Factor Four: "The licensor's established policy and marketing program to maintain his patent monopoly by not licensing others to use the invention or by granting licenses under special conditions designed to preserve that monopoly."**

AMF's Chief Executive Officer, David Lee Hankin, testified that AMF does not have a formal licensing policy. However, it does have "informal" goals it seeks to achieve:

> Q. Does AMF have a formal patent licensing policy?
>
> A. No.
>
> Q. Does AMF have an informal patent license policy?
>
> A. I suppose.
>
> Q. What is that informal licensing policy?
>
> A. We attempt to achieve several goals in our – in the licensing of our technologies. The first goal that we attempt to achieve is to ensure that technologies reach the intended patient population. The second goal is to assure that the licensee has the wherewithal to accomplish the first goal, financial or otherwise. The third goal is to preserve our rights and the value in the intellectual property that we've created. Those are the overarching underpinnings of our informal policy.[281]

In a recent conversation I had with Mr. Hankin, he indicated AMF places a great deal of importance on the value of equity over royalties in transactions involving the licensing of its technology to others, reaffirming the importance of preserving AMF's rights to and the value of its developed intellectual property assets.

I understand that in the early 1990s, prior to the hypothetical negotiation date, AMF and Cochlear held discussions which failed to produce an agreement.[282] I specifically understand from conversations with Larry Fischer and testimony by Mr. Mann that Advanced Bionics was founded by Alfred Mann and others specifically for the purpose of commercializing CIS technologies developed by AMF after discussions with Cochlear terminated. As of the date of the hypothetical negotiation, AMF had chosen *not* to license its technology to Cochlear and had instead established a relationship with Advanced Bionics to effect commercialization of the patents-in-suit on an exclusive basis.

5. **Factor Five: "The commercial relationship between the licensor and the licensee, such as whether they are competitors in the same territory in the same line of business; or whether they are inventor and promoter."**

Advanced Bionics competes directly with Cochlear for sales of patented systems. Although AMF does not directly manufacture or sell CISs, due to its exclusive licensing arrangement with Advanced Bionics, AMF's ability to maximize its effective royalty revenues was directly linked to Advanced Bionics at the time of a hypothetical negotiation. Therefore, any sale made by Cochlear rather than by Advanced Bionics would be expected to decrease financial returns to both Advanced Bionics and AMF. This factor would lead the Plaintiffs to

---

[281] Hankin Deposition, pp. 44 – 45
[282] Mann Deposition, pp. 24 – 26

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

expect a relatively higher rate in a hypothetical negotiation than might be expected in a typical negotiation between a research institution and a for-profit commercializing entity.

6. **Factor Six: "The effect of selling the patented specialty in promoting sales of other products of the licensee; the existing value of the invention to the licensor as a generator of sales of his non-patented items; and the extent of such derivative or convoyed sales."**

As previously discussed, my royalty base includes all revenue associated with the sale of Cochlear's implants and speech processors made or sold for use in infringing CISs in the Americas region.

In addition to implants and speech processors, Cochlear has also sold a number of products in combination with the allegedly infringing CISs that may be considered "convoyed sales" as contemplated by this Georgia-Pacific factor. These include at least the following:

- Headsets
- Programming Systems
- Repairs
- Spares & Accessories

Revenue associated with the sale of these components is shown on Table 9, below:

**Table 9**
**Revenue from Sales of Headsets, Programming Systems,**
**Repairs, and Spares & Accessories, December 2001 – June 2012[283]**

|  | Revenue |
|---|---|
| Headsets | $3,121,739 |
| Programming Systems | $343,766 |
| Repairs | $2,436,195 |
| Spares & Accessories | $107,376,718 |
| Total | $113,278,418 |

Cochlear's website lists several additional products for sale including battery packs, microphones, cables and coils.[284] While some of the revenues in the above table are associated with the sale of non-infringing products such as Cochlear's Baha system, Cochlear has not provided sufficient detailed information for most of the categories necessary to permit a determination of the actual convoyed sales associated with infringing cochlear implant

---

[283] See Exhibit 6.5
[284] www.cochlearstore.com

53

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

system sales.[285]  Based on the financial data produced by Cochlear, a comparison of the
infringing revenues earned by Cochlear to its total revenues for hearing aid systems,
including Baha, reveals that nearly 83% of Cochlear's revenues are derived from infringing
product sales for the December 2001 through June 2012 time period indicating that a
substantial portion of the $113,278,418 in revenues may be reasonably assumed to be
attributable to infringing products.[286]  Furthermore, it is also my understanding that
Cochlear's Nucleus 5 system includes the Remote Assistant ("CR110") introduced in 2009[287]
and since then Cochlear's sales of Spares & Accessories has increased materially.[288]   In
general, the evidence that these convoyed sales exist would exert upward pressure on the
hypothetical royalty rate.  However, without further data from Cochlear I am unable to
calculate a specific impact.[289]

7.   *Factor Seven: "The duration of the patent and the term of the license."*

I understand the '616 patent issued in March 1997 and will expire in March 2014, while the
'691 patent issued in August 1999 expired on 22 September 2009.  At the time of a
hypothetical negotiation, the '616 patent had nearly sixteen years of legal life remaining and
the '691 patent had approximately eleven years remaining.  "Waiting out" the expiration of
the patents would not have presented a practical alternative to Cochlear.  Perhaps more
importantly, I understand that over ten years after the issuance of AMF's patents, all CISs in
the U.S. currently practice the patents at issue and I am aware of no commercially acceptable
non-infringing alternative to AMF's Patents that exists now or is contemplated in the relevant
future.  This factor indicates the patents also would have enjoyed a relatively lengthy
economic life and would tend to increase a royalty rate.

8.   *Factor Eight: "The established profitability of the product made under the patent; its
commercial success; and its current popularity."*

I have considered the profitability of Cochlear's accused products relative to its non-accused
products in Section III.B.2 of this report.[290]  I have also considered the overall success of
Cochlear and its accused implants and speech processors.  In the period July 2001 through

---

[285] Headsets, Programming Systems, and Spares & Accessories are not linked to specific products.
While repairs can be linked to specific products, a random review of repairs for some quarters did not identify
any repairs for the non-infringing Baha system.

[286] The level of Cochlear's infringing cochlear implant system sales to total hearing system sales has
not varied much over the relevant time period, hovering near 80%; see Exhibit 5.2.  This suggests that it would
be reasonable to assume a pro-rata share of convoyed sales could be attributed to the infringing CISs.

[287] http://products.cochlearamericas.com/cochlear-implants/cochlear-nucleus-system-advantage-
compare

[288] Financial documents produced by Cochlear (COC-5018852 to COC-5018855) indicate Spares &
Accessories revenues increased to $13.2 million in fiscal year 2010, from $5.4 million in fiscal year 2009, to
$31.3 million in fiscal year 2011; and $37.0 million in fiscal year 2012.

[289] A separate issue, as discussed earlier, is that between December 2001 and June 2012 Cochlear
generated revenue of $42.4 million from sales of ESPrit 3G speech processors which can be used with CI24
implants.  I have currently included sales of these products in the sales base to which a running royalty should
be applied.  If the Court finds these sales should not be included in the royalty base, they would be considered
convoyed sales under Georgia-Pacific Factor Six and the profits to be earned on these sales of ESPrit 3G speech
processors would serve to further increase a hypothetical royalty rate.

[290] See Exhibit 3.1

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

June 2008, Cochlear generated $1.9 billion (69.8%) in gross profits and $527.0 million (19.8%) in operating profits on $2.7 billion in revenue.[291]   Cochlear generated a compound average annual revenue growth rate of 14.8% and a compound average annual operating profit growth rate of 18.9% over a six year period.[292]

**Table 10a**
**Cochlear Ltd. Revenue, Gross Profit, and Operating Profit (Thousands of AUD)**
**[UPDATED BELOW]**

|  | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | Total |
|---|---|---|---|---|---|---|---|---|
| Revenue | $252,706 | $286,011 | $249,981 | $320,444 | $428,516 | $539,711 | $578,845 | $2,656,214 |
| Gross Profit | $179,740 | $203,374 | $165,021 | $220,745 | $297,554 | $378,377 | $409,832 | $1,854,643 |
|  | 71.1% | 71.1% | 66.0% | 68.9% | 69.4% | 70.1% | 70.8% | 69.8% |
| Operating Profit | $48,685 | $59,238 | $12,208 | $53,050 | $83,869 | $132,747 | $137,236 | $527,033 |
|  | 19.3% | 20.7% | 4.9% | 16.6% | 19.6% | 24.6% | 23.7% | 19.8% |

The accused products have been more profitable than Cochlear's total performance.  Between December 2001 and June 2008, Cochlear generated $673.5 million in revenue from U.S. sales of back telemetry capable CISs, resulting in gross profits of $528.0 million (76.7% of revenue) and operating profits of $194.3 million (25.6% of revenue).[293]

Using updated data, from July 2001 through June 2012, Cochlear generated $3.8 billion (70.2%) in gross profits and $1.2 billion (21.2%) in operating profits on $5.5 billion in revenue.[294]  Cochlear generated a compound average annual revenue growth rate of 10.7% and a compound average annual operating profit growth rate of 10.6% over a ten year period.[295]

---

[291] See Exhibit 5.4
[292] The compound average growth rate for the revenues is calculated as follows: (Final Year revenue / First Year revenue) ^ (1 / number of years) – 1 = Growth %. Revenue (578,845/252,706) ^ (1/6) – 1 = 0.1481; Operating Profit (137,236/48,685) ^ (1/6) – 1 = 0.1885. These amounts are in AUD.
[293] See Exhibit 5.1. These amounts are in USD.
[294] See Exhibit 5.4
[295] The compound average growth rate for the revenues is calculated as follows: (Final Year revenue / First Year revenue) ^ (1 / number of years) – 1 = Growth %. Revenue (698,525/252,706) ^ (1/10)  – 1 = 0.1070; Operating Profit (133,423/48,685) ^ (1/10) – 1 = 0.106.  These amounts are in AUD.

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

**Table 10b**
**Cochlear Ltd. Revenue, Gross Profit, and Operating Profit (Thousands of AUD)**

| | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $252,706 | $286,011 | $249,981 | $320,444 | $428,516 | $539,711 | $578,845 | $708,365 | $690,538 | $726,010 | $698,525 | $5,479,652 |
| Gross Profit | $179,740 | $203,374 | $165,021 | $220,745 | $297,554 | $378,377 | $409,832 | $512,121 | $488,347 | $497,524 | $495,265 | $3,847,900 |
| | 71.1% | 71.1% | 66.0% | 68.9% | 69.4% | 70.1% | 70.8% | 72.3% | 70.7% | 68.5% | 70.9% | 70.2% |
| Operating Profit | $48,685 | $59,238 | $12,208 | $53,050 | $83,869 | $132,747 | $137,236 | $185,230 | $166,023 | $148,653 | $133,423 | $1,160,362 |
| | 19.3% | 20.7% | 4.9% | 16.6% | 19.6% | 24.6% | 23.7% | 26.1% | 24.0% | 20.5% | 19.1% | 21.2% |

The accused products have been more profitable than Cochlear's overall results. Between December 2001 and June 2012, Cochlear generated $1.54 billion in revenue from U.S. sales of back telemetry capable CISs. This resulted in gross profits of $1.26 billion (81.6% of revenue) and operating profits of $504.8 million (32.8% of revenue).[296]

9. *Factor Nine: "The utility and advantages of the patented property over the old modes or devices, if any, that had been used for working out similar results," and*

10. *Factor Ten: "The nature of the patented invention; the character of the commercial embodiment of it as owned and produced by licensor; and the benefits to those who have used the invention."*

*Georgia-Pacific* Factors Nine and Ten are often analyzed together because of their inherent similarity.

As discussed above in Section II.C.1, back telemetry as described by the AMF Patents is used by surgeons and audiologists intraoperatively during a CIS implantation procedure:

> *"The process of mapping actually begins in the operating room. My audiologist will be there during surgery to measure the viability of each electrode electronically (impedance and neural response telemetry). Then an X-ray will be taken and if the scan looks good, the surgeon will close the incision. Once the incision has healed and the implant's external component placed in position, the implant will be activated. At this time, the audiologist will commence her/his critical role in programming.*

> *"The more I have gotten into this, the greater is my appreciation of this whole new world of professional challenges facing audiologists. Mapping (or programming) the implant is a complex process, depending, it seems, equally on the client's responses and the competency of the audiologist. Clearly, it is not a 'cookbook' procedure. From everything I've been able to gather, the 'art' of working with human beings, plus the ability to interpret a client's overt or involuntary responses, is a key ingredient to a successful map. An overriding goal is to 'map' as much of the acoustic input as possible into the electronic dynamic range determined during the mapping process.*

---

[296] See Exhibit 5.1. These amounts are in USD.

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

> *"The audiologist determines the amount of electrical current necessary to produce an
> audible sound in each electrode (the 'T' level), and then the current level which produces
> a loud, but comfortable audible sensation (the 'C' point). The difference between these
> two points is the electrical dynamic range. The audiologist also has to make a number of
> other programming decisions, such as the rate of stimulation, the bandwidth of each
> electrical pulse and the acoustic frequencies to assign to each electrode."* [297]

It is also used while "mapping" a patient's CIS, which I understand is performed at almost
every appointment a patient has with the audiologist.[298]

The benefits of back telemetry are particularly useful for young patients, or other patients
who have limited ability to provide accurate feedback to an audiologist:

> *"Nucleus products now come equipped for intraoperative testing.  This allows the
> audiologist to map the patient's electrode array while the patient is asleep.  This is
> especially useful for infants and small children who are often not cooperative with
> conventional mapping techniques.  Intraoperative repositioning is also a possibility if the
> mapping shows poor responses."* [299]

James Findlay Patrick, Cochlear's Chief Scientist and Senior Vice President, described the
benefit of back telemetry over previous modes of testing CISs in his deposition:

> *Q.  Why do you believe that the inclusion of telemetry to measure electrode voltage
> compliance and impedance was a leading innovation in the CI24M?*
>
> *A.   Because it simplifies implant functional diagnosis.*
>
> *Q.  And when you say it simplifies implant functional diagnosis, what do you mean by
> that? What – what does implant functional diagnosis involve and how is it simplified?*
>
> *A.   It means – it just – if you're wanting to test the implant function, you can do much
> more just using measures that are available to the testing person on the
> programming system, rather than needing to add extra hardware, for example, to
> monitor surface potentials on the head of the patient which is what you'd be doing
> otherwise.*
>
> *Q.  So without the inclusion of telemetry to measure electrode voltage compliance and
> impedance, what your – your testimony is that you would have to use more, would it
> be accurate to say more complicated technology or more – more complex method?*
>
> *A.  You need – you need to use additional technology rather than doing it with the
> implant system itself.* [300]

I have considered arguments presented in the Parr Report that other features impacted the sale
of cochlear implants from the period before the date of the hypothetical negotiation through
the present.  The Parr Report lists a few such features that it argues *might* have contributed to
the sales of accused CISs:

---

[297] http://www.hearingloss.org/magazine/2007MarApr/MarkRossMayJune07.pdf
[298] Conversation with Dr. Ginger Stickmey
[299] Cochlear Implants, UTMB Dept. of Otolaryngology, 5 February 2003
[300] Patrick Deposition, pp. 80 – 81

*Attorneys' Eyes Only*

EXHIBIT K



INTELLECTUAL CAPITAL EQUITY

*"Cochlear's success is **likely**[301] derived from the many other inventions and features introduced by Cochlear at the same time they introduced the telemetry invention. Just some of the significant inventions commercialized by Cochlear during the 2000s include:*

- *First behind-the-ear speech processor, ESPrit,*
- *First water resistant speech processor,*
- *First speech processor that uses Beam™ technology,*
- *First implant with self-curling electrode array that hugs the inner wall of the cochlea"[302]*

The Parr Report does not, however, single out any of these identified features nor present any quantitative or qualitative analysis to support a contention that they were capable of impacting market share absent the infringing features. As discussed earlier, a review of the products offered by both Cochlear and Advanced Bionics indicates new features introduced by one party have been quickly emulated by the other, resulting in functional product parity during the relevant time period. Examples are discussed in the following paragraphs.

In the late 1990s to early 2000s, both Advanced Bionic's Clarion and Cochlear's Nucleus 24 had three configurable coding strategies.[303] During this time, both Cochlear and Advanced Bionics introduced processors which could be worn behind the ear (BTE).[304] Advanced Bionics began marketing its products with the "Input Dynamic Range" (IDR), touted as providing the widest "sound window" for any speech processor;[305] Cochlear marketed its speech implants as having the largest range of stimulation, claiming the Nucleus 24 could work at frequencies from 720 to 2,400 Hz and that other implants only worked at 833 Hz.[306] Both companies continued to market their implants and processors as smaller and lighter, with increased suitability for use in small children.[307]

In the mid to late 2000s, Cochlear began to market its Nucleus Freedom as having a processor which would adjust to fit the noise level of the environment, presumably attempting to match the IDR offered by Advanced Bionics.[308] Advanced Bionics advertised its HiRes 90K Implant as having "the only interchangeable input accessory that captures sound in the ear for normal telephone and headphone use" on the market.[309] Similarly, Cochlear advertised Autophone for the Nucleus 5 system, providing automatic phone detection through auto telecoil.[310] Both companies advertised their processors as coming in different colors and having many accessories and modes of wear (e.g. BTE, clipped at the waist, etc.) Both

---

[301] Emphasis added by me in bold.

[302] Parr Report, pp. 16 – 17

[303] http://web.archive.org/web/19990128080308/http://cochlearimplant.com/compare.html and http://web.archive.org/web/20000824072750/http://www.cochlear.com/whynucleus/

[304] http://web.archive.org/web/19990202124944/http://cochlearimplant.com/power.html and http://web.archive.org/web/20020614095008/http://www.cochlear.com/About/620.asp

[305] http://web.archive.org/web/20010331201132/http://www.cochlearimplant.com/implants.html

[306] http://web.archive.org/web/19990508225856/http://www.cochlear.com/nucleussystems/cis html

[307] http://web.archive.org/web/20041021225340/http://www.cochlear.com/568.asp and http://web.archive.org/web/20010331201132/http://www.cochlearimplant.com/implants html

[308] http://web.archive.org/web/20080704172755/http://www.cochlearamericas.com/Products/2306.asp

[309] http://web.archive.org/web/20060827082816/http://www.bionicear.com/tour/hi-res_system.asp

[310] http://web.archive.org/web/20100206115044/http://products.cochlearamericas.com/cochlear-implants/nucleus-5-system

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

companies claimed their products were very reliable, durable and delivered great hearing performance.[311]

Currently, both Advanced Bionics and Cochlear advertise their processors as being able to automatically adapt to the noise level of the surrounding environment, a feature they call AutoSound and SmartSound, respectively.[312] Both companies offer upgrades for previous generations of implants as their technology continues to improve.[313] Cochlear advertises its Nucleus as the only "submergible" BTE processor while Advanced Bionics markets its Neptune as having "swimmable" technology.[314] Cochlear advertises the Nucleus 5 system as having "industry leading hearing performance with highest speech recognition," while, Advanced Bionics similarly markets its ClearVoice as "the first and only sound processing innovation that enhances speech understanding."[315] Consistent with these on-going attempts at one-upsmanship, the language used in the companies' advertisements repeatedly includes "industry's only…", "industry's first…" and "industry leading…".[316] As discussed previously, the addition of new features after the introduction of back telemetry did not appear to increase the profitability of the cochlear implant systems. This would tend to indicate that the leap-frogging that occurred in the industry only served to maintain the status-quo of the market participants.

At the time of a hypothetical negotiation, the competitors for CISs had achieved relative parity in basic device performance. A review of the market share data available to me as shown below indicates that despite any claims that may be made for various features, Cochlear's current market share is roughly the same today as at the time of first infringement:

---

[311] http://web.archive.org/web/20081008011634/http://cochlearamericas.com/Products/1789.asp and http://web.archive.org/web/20100306204221/http://products.cochlearamericas.com/cochlear-implants and http://web.archive.org/web/20060827082816/http://www.bionicear.com/tour/hi-res_system.asp

[312] http://www.advancedbionics.com/us/en/products/sound_processing/autosound.html and http://products.cochlearamericas.com/cochlear-implants/nucleus-system/hearing-performance

[313] http://products.cochlearamericas.com/cochlear-implants/cochlear-nucleus-system-advantage and http://www.advancedbionics.com/com/en/products/sound_processing.html

[314] http://www.advancedbionics.com/com/en/Neptune/waterproof_technology.html and http://products.cochlearamericas.com/cochlear-implants/cochlear-nucleus-system-advantage

[315] http://products.cochlearamericas.com/cochlear-implants/cochlear-nucleus-system-advantage and http://www.advancedbionics.com/com/en/products/sound_processing/clearvoice.html

[316] http://www.advancedbionics.com/com/en/products/sound_processing.html; http://www.advancedbionics.com/com/en/products/sound_processing/clearvoice.html; http://products.cochlearamericas.com/cochlear-implants/nucleus-system/hearing-performance; and http://products.cochlearamericas.com/cochlear-implants/cochlear-nucleus-system-advantage

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

**Table 11**
**Market Share[317]**

| Year | Region | Cochlear Market Share | AB Market Share |
|------|--------|----------------------|-----------------|
| 1998 | WW | 65%-70% | |
| 1999 | WW | 65%-70% | |
| 2000 | WW | 60%-65% | |
| 2002 | WW | 60%-65% | |
| 2003 | Americas | 65% | |
| 2004 | Americas | 60% | |
| 2005 | WW | 70% | |
| 2006 | U.S. | over 70% | |
| 2009 | WW | 65%-70% | 18% |
| 2010 | WW | | 18% |
| 2012 | WW | 65%-70% | |

This data supports the conclusion in my first report that during the damages period, no competitor appears to have introduced a relevant market feature that was not readily duplicated or substituted by the other competitors. The relevant inquiry then becomes not which features are most important to the device's basic functionality, but which features are capable of distinguishing the competitor's product in a commercially meaningful way. A competitor that could retain exclusive use of a functionally critical technology such as the patented feature could expect to reap a market share gain. Consequently, Factors 9 and 10 would tend to increase the royalty rate.

11. *Factor Eleven: "The extent to which the infringer has made use of the invention; and any evidence probative of the value of that use."*

The available evidence in this matter confirms that Cochlear's use of the technology at issue in this matter has been extensive. As discussed above, sales records currently indicate the company generated over $673.5 million in revenue on its sales of accused CISs from December 2001 through June 2008 and $1.54 billion through June 2012.[318] Moreover, as detailed in Exhibit 3.1, Cochlear generated profit premiums on the sales of accused speech processors as compared to speech processors not capable of back telemetry. Both the extent of Cochlear's infringing use and the expected value of its infringement are implicit in the quantitative section of my report.

Separately, I have considered evidence of the relative importance of impedance telemetry as implicated by the patents-in-suit to the demand for the accused products. CISs are complex

---

[317] See Cochlear Annual Reports 1998-2000, 2002-2006, 2009;
http://www.reuters.com/article/2012/08/07/us-australia-cochlear-return-idUSBRE87604B20120807;
http://www.reuters.com/article/2010/11/23/sonova-idUSLDE6AM07G20101123; and
http://articles.latimes.com/2009/nov/10/business/fi-advanced-bionics10.
[318] See Exhibit 5.1

*Attorneys' Eyes Only*

EXHIBIT K

 INTELLECTUAL CAPITAL EQUITY

systems that embody many technologies, whether patented or otherwise.  However, not all of these technologies are of equal importance to the functionality or desirability of the CIS.  Consequently, not all of these technologies are capable of providing a unique advantage to companies employing them.

As discussed earlier in my report, I understand that by the time of a hypothetical negotiation in this case, all manufacturers had achieved approximate parity in terms of the ability of their CISs to produce sound enhancement.  The ability to capture market share came to depend on features beyond this basic functionality.

Jerry Schloffman, VP of Global Marketing at Advanced Bionics, indicated the company's ability to offer impedance telemetry under its exclusive license for the patents-in-suit was "a cornerstone" of the company's Clarion device.  It provided a "competitive edge" and was instrumental in enabling the company to quickly gain market share from Cochlear, which essentially represented 100% of the U.S. market prior to the Clarion's introduction.  Cochlear's introduction of the accused Nucleus 24 device effectively negated this competitive advantage.  I understand from Mr. Schloffman that Cochlear's Nucleus 24 also offered other advancements, such as NRT technology and BTE models; however, Advanced Bionics was able to introduce similar features within a reasonably short timeframe, re-establishing functional parity.  At this time, I believe there is sufficient evidence to conclude that, had Advanced Bionics maintained an exclusive ability to offer impedance telemetry as contemplated by its license with AMF, it would have represented a significant competitive advantage at Cochlear's expense.  Therefore, Cochlear's alleged infringement has been of material economic and strategic value, factors which would increase a royalty in this case.

**12.  Factor Twelve: "The portion of the profit or of the selling price that may be customary in the particular business or in comparable businesses to allow for the use of the invention or analogous inventions."**

I have considered licenses entered into by AMF and Cochlear in my analysis of the *Market Approach,* as well as *Georgia-Pacific* Factors One and Two.  Given that these two parties represent a majority of the market share for infringing systems, they may be considered informative of "industry practice."  However, they do not provide evidence of a "customary" portion of profit or selling price used to determine royalty rates.

**13.  Factor Thirteen: "The portion of the realizable profit that should be credited to the invention as distinguished from non-patented elements, the manufacturing process, business risks, or significant features or improvements added by the infringer."**

I have considered the profit attributable to the accused products vis-à-vis non-accused products in Section III.B.2, above using the so-called Analytical Method.  Certain contributions identified by *Georgia-Pacific* Factor Thirteen, such as the manufacturing process and business risks, would bear on both accused and non-accused products and thus be isolated from the analysis.  To the extent that Cochlear has contributed additional technologies to its accused products that may account for some portion of the identified profit premium, it has not produced documents sufficient to reliably quantify the incremental value of any such non-accused technology.  However, I have considered such additional technologies qualitatively in the conclusion of my analysis.

*Attorneys' Eyes Only*

EXHIBIT K


INTELLECTUAL CAPITAL EQUITY

I did not utilize any "rules of thumb," including the so-called "25% Rule of Thumb", to determine the portion of the profit attributable to the invention. Recent court decisions (such as *Uniloc USA, Inc. v. Microsoft Corp., Nos. 2010-1035, 1055, 2011 WL 9738 (Fed. Cir. 4 January 2011))* appear to discourage the use of this approach, either at all or unless supported in some way by the facts and circumstances of the case, as is not true here.

The Parr Report presents its own variations on the Analytical Method. Specifically, it presents analyses using three permutations: "Cochlear profit Margin Comparison during Different Time Periods," "Cochlear Profit Margin Comparison with Industry Average" and "Product Profit Margin Comparison."[319] Each of these analyses requires an estimation of the profit margin of the accused products. For the first two analytical approaches, the Parr Report relies on Cochlear's company-wide EBIT margin during the period 2001 to 2005 as the measure of profit for the accused products.[320] This is inappropriate for the following reasons:

- It relies on total company profits when more detailed, product-level data were available.
- It relies on total company profits, even though the Report's own analysis shows this understates the accused products' profitability.
- It "cherry picks" the time period considered, which artificially lowers the profit margin.

The documents on which the Parr Report relies are worldwide, company-wide financial statements which include international sales and sales of products other than the accused systems.[321] The Parr Report's own Analytical Method analyses indicate the profitability of the accused products is higher than that of non-accused products;[322] consequently, using total company data in preference to more relevant product-level data understates the profitability of the accused products and resulting indicators of a reasonable royalty. In this case, Cochlear produced data necessary to calculate the gross profitability of the accused products. The Parr Report could have deducted an allocation of company overhead costs, resulting in a more reliable approximation of relevant operating profits. In fact, the case cited in the Parr Report, *TWM Mfg. Co., Inc. v. Dura Corp.*, described an analytical approach based on just such a methodology, in which product-level operating profits were calculated by subtracting allocated company overhead costs from product-specific gross margins.

In addition to improperly using company-wide operating margins, the Parr Report inappropriately limits the time period it considers to Cochlear's 2001-2005 fiscal years, even though the accused products were sold through fiscal year 2008 and continue to be sold today.[323] The Report's explanation for its use of this truncated time period is that Mr. Parr wished to exclude revenue and profit from sales of the Bone-Anchored Hearing Aid device, which was "acquired" in 2005. If the Parr Report had simply used the available product-specific profit information, no further adjustment to exclude the Baha device would have been necessary. In my Preliminary Report, updated here as discussed earlier, I conducted an analysis of the operating profits of the accused products by applying the company-wide operating costs to the gross profits of the accused products for the damages period.

---

[319] Parr Report, pp. 20-22
[320] Parr Report, pp. 20-22
[321] Parr Report, pp. 20-22
[322] Parr Report, pp. 20-22
[323] Parr Report, p. 21

*Attorneys' Eyes Only*

EXHIBIT K



INTELLECTUAL CAPITAL EQUITY

**14. Factor Fourteen: "The opinion and testimony of qualified experts."**

My conversations with John Gord and opinions expressed in the Expert Report of Dr. Choma confirm that the claims of the patents-in-suit do require both the cochlear implant and speech processor working together to practice the patented invention.  Furthermore, the Choma Report discusses the fact that the cochlear implant and speech processor working together form the smallest salable patent practicing unit.  I have also reviewed the Parr Report and the deposition testimony of Mr. Parr.

**15. Factor Fifteen: "The amount that a licensor (such as the patentee) and a licensee (such as the infringer) would have agreed upon (at the time the infringement began) if both had been reasonably and voluntarily trying to reach an agreement; that is, the amount which a prudent licensee - who desired, as a business proposition, to obtain a license to manufacture and sell a particular article embodying the patented invention - would have been willing to pay as a royalty and yet be able to make a reasonable profit and which amount would have been acceptable by a prudent patentee who was willing to grant a license."**

Factor Fifteen describes the integration of the other factors within the willing buyer / willing seller hypothetical negotiation framework.  As implied, the parties in the negotiation are presumed to be *willing*, that is, both as business entities are assumed to seek to reach an agreement.  Another key factor in this hypothetical negotiation is that both parties are assumed to "lay their cards on the table" so each has an understanding of the other's position.

In the hypothetical negotiation framework, factors that would strengthen the Plaintiffs' bargaining position at the time of a hypothetical negotiation include the following:

- AMF had licensed the patents exclusively to Advanced Bionics and their relationship was structured in a manner that provided AMF economic incentive to promote Advanced Bionics' success in the market.

- Advanced Bionics is a party-in-interest in this suit and a direct competitor to Cochlear.  Specifically, Advanced Bionics did and does compete directly with Cochlear for sales of CISs claimed to or accused of practicing the patents-in-suit.

- I am aware of no commercially acceptable non-infringing alternatives to the patented functionality available to Cochlear, either at the time of a hypothetical negotiation with AMF or currently [324]  Furthermore, at the time of a hypothetical negotiation the patents had a relatively long remaining economic and legal life.

- Advanced Bionics had established a viable market for CISs including the patented functionality in the U.S. market by the time of a hypothetical negotiation.

---

[324] Discussions with John Gord and opinions expressed in the Expert Report of Mr. Choma

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

- The accused products had the reasonably foreseeable ability to generate significant sales revenue and premium profits for Cochlear, as compared to non-accused products (to the extent Cochlear's production enables such comparison) and to industry norms.

- The market for CISs had grown at double-digit rates and was expected to sustain strong growth for the foreseeable future.

- The benefit of back telemetry as implicated by the patents-in-suit is a material factor in purchase decisions for the accused products and therefore may be reasonably concluded to have the ability to impact industry market shares.

- Cochlear could expect to sell a material amount of headsets, programming systems and other convoyed sales with its CISs.

- Although a number of other features may be considered by purchasers of CISs, manufacturers in the industry have generally demonstrated the ability to achieve parity with respect to these features within relatively short times. I have not observed that any features unrelated to the patents-in-suit appear to have had the sustained power to sway CIS market share since the time of a hypothetical negotiation. The ability to have exclusive use of back telemetry as contemplated by the patents would have material value to Advanced Bionics and, by extension, to AMF.

- The patents would be considered valid and infringed, absent an agreement.

Factors that would strengthen Cochlear's bargaining position include the following:

- In addition to assuming the business risk associated with developing, testing, manufacturing, selling and supporting the accused CISs, Cochlear has contributed to their commercial success through a number of functional features unrelated to the patents-in-suit.

- Although AMF would necessarily seek a premium royalty to compensate for anticipated reduction in the value of its existing license with Advanced Bionics, Cochlear could not contemplate a unique advantage in the market as a result of the license, which would be non-exclusive.

- Cochlear had a demonstrated ability to disseminate technology, such as that represented by the patents-in-suit, which is one of AMF's informal goals when licensing its technology.

As detailed above, consideration of commonly accepted valuation methodologies produces a relatively wide range of indicators for a hypothetical royalty in this case, from effective rates ranging from a low of 4.8% based on the Market Approach to a high of 33.5% from one application of the analytical method. Given the facts and circumstances of this case, I do not believe that simply using the mean or median of these results would be the most reliable method of producing a reasonable royalty. Rather, I believe the parties would likely start by considering a reasonably anticipated effective rate[325] for the license between AMF and

---

[325] There is no contemporaneous record of AMF's expectations for the ultimate value of the stock portions of its license with Advanced Bionics. I have based my calculations of effective rates on actual results.

*Attorneys' Eyes Only*

EXHIBIT K

 **INTELLECTUAL CAPITAL EQUITY**

Advanced Bionics (4.8-9.8%) and then adjusting for the relevant differences between that license and a hypothetical license between AMF and Cochlear.

Cochlear would likely desire an adjustment to the Advanced Bionics rate for the lack of exclusivity. Simply applying a 60% factor as discussed above would reduce the effective rate of the Advanced Bionics license to approximately 2.9% to 5.9% (depending on the number of years for which earn-out payments or other future events are considered). Cochlear would also note that the Advanced Bionics license included a number of patents in addition to the two in suit. Finally, Cochlear would note its material market share and the revenue prospects that presented to AMF.

AMF would likely counter that a "typical" reduction for non-exclusivity was not appropriate, as the negative impact of converting its license with Advanced Bionics from exclusive to non-exclusive would have to be considered. It could also note, as I have earlier, that there does not appear to be any direct or directional correlation between the number of patents included in various CIS licenses and their stated or effective rates. Further, I understand that Advanced Bionics considered the patents-in-suit to be key among those licensed from AMF,[326] and AMF could reasonably argue that Advanced Bionics had already demonstrated the commercial success of the patented features, thereby reducing the risk to Cochlear of their implementation. Finally, AMF would likely note that Cochlear's historic market share may not be indicative of its future market share, absent access to the patented technology.

Both parties having advanced valid arguments, I believe Cochlear would likely argue for a rate closer to 5% and AMF would likely argue for a rate closer to 10%. Given the totality of the facts and circumstances as currently known in this case, my opinion is that a simple resolution of these positions would be to split the difference and arrive at a reasonable royalty of 7.5%. Cochlear would reasonably and prudently assess a 7.5% royalty as allowing it to maintain market share while retaining the majority of premium profits to be generated through the licensed product. AMF would achieve wider promulgation of its technology and, given Cochlear's market share, would likely anticipate that a 7.5% royalty would generate sufficient additional revenues to offset reduced returns from its license with Advanced Bionics. A rate of 7.5% would be in the middle of the range of the effective royalty rate suggested by the AMF and Advanced Bionics license agreement, as amended. It would also represent half or less of the premium profits indicated by the analytical methods as applied to infringing and non-infringing devices, based on the limited data produced by Cochlear.

Total reasonable royalties payable from Cochlear to AMF would be $118,624,057, as shown below:

---

There is no objective indication that these actual results exceeded what would have been reasonably expected by AMF at the time of the hypothetical negotiation. In fact, had Advanced Bionics maintained exclusive use of the technology embodied in the patents as contemplated in its agreement with AMF, it likely would have achieved higher market shares, which would have increased the effective rate paid to AMF under the license. I therefore believe my calculation of effective rates is appropriately conservative and well within the parameters that could have been reasonably expected at the time of a hypothetical negotiation.

[326] Conversation with Mr. Schloffman

*Attorneys' Eyes Only*

EXHIBIT K

INTELLECTUAL CAPITAL EQUITY

**Table 12**
**Summary of Damages[327]**

|  | Royalty Base | Reasonable Royalty Rate | Damages |
|---|---|---|---|
| Royalty Base With ESPrit 3G | $1,581,654,094 | 7.5% | $118,624,057 |
| Royalty Base Without ESPrit 3G | $1,539,472,024 | 7.5% | $115,460,402 |

**D. Absent additional information from Cochlear or its experts, it is my opinion that a royalty of 7.5% would be reasonable for both of the AMF Patents or either individually, although the period for which damages are calculated may be abbreviated if only the '691 patent is found valid and infringed.**

In theory, it would always be preferable to have the information and analytical means necessary to segregate the value of patents (and perhaps even patent claims) licensed collectively. However, both in "real life" negotiations and in hypothetical negotiations in litigation, the facts and circumstances often fail to provide such information or means. In my experience and considering the evidence available to me, a royalty would likely be negotiated at the same rate whether for one or both of the patents. My opinion in this respect is based on the following:

- The hypothetical negotiation date would not change significantly if only one patent was found valid and infringed. The '616 patent issued prior to the first alleged infringement and the date of a hypothetical negotiation for that patent alone would be consistent with the date assumed in my report. While the '691 patent issued approximately fourteen months after the alleged infringement began, it was in prosecution at that time and I am not aware of any material changes in the market or circumstances of the negotiating parties that would warrant changes in my conclusion as to a reasonable royalty on this basis.

- Per discussions with AMF personnel and the technical expert report in this matter, I understand that the scope of the '616 and '691 patent claims asserted in this matter are comparable, and that either or both would be necessary to practice the accused telemetry functionality.

- As noted earlier in my report, licenses entered into by both parties do not indicate any

---

[327] If the trier of fact finds that the '691 patent is infringed but not the '616 patent, I have provided an alternative royalty base for the period beginning December 2001 and ending 22 September 2009, the expiration date of the '616 patent. The royalty base without the ESPrit 3G speech processor would be $900,088,291 and the royalty base with the ESPrit 3G would be $942,827,974 (see Exhibit 9.2; a breakdown of the alternative royalty base is included as Exhibits 9.1 through 9.18 to this report). In such a scenario, reasonable royalty damages with the ESPrit 3G processor would be $70,712,098 ($942,827,874 x 7.5%) and reasonable royalty damages without the ESPrit 3G processor would be $67,506,622 ($900,088,291 x 7.5%).

66

*Attorneys' Eyes Only*

EXHIBIT K


INTELLECTUAL CAPITAL EQUITY

direct or directional correlation between the number of patents licensed and royalty rates.

- No Cochlear products are accused of infringing one patent but not the other, and I understand Cochlear would need to license either one or both of the patents in order to offer the accused products with full back telemetry functionality.

I do understand that the time period for which damages may be claimed may be abbreviated if only the '691 patent is found valid and infringed, depending on the Court's resolution of issues related to notice and marking. Cochlear has provided sales data for accused products on a quarterly basis. Therefore, damages for some shorter period could be readily calculated or reasonably estimated, depending on the Court's final determination with respect to date.

## IV. PREJUDGMENT INTEREST

I understand the Court will typically determine the appropriateness of an award of interest, as well as the rate and method for calculating such interest if awarded. I will offer opinions on the economic justification for some proposed rate or compute interest amounts based on an assumed rate and methodology if requested and as permitted by the Court.

## V. DATA AND INFORMATION CONSIDERED IN FORMING THESE OPINIONS

A list of the documents and information provided from the discovery in this case is provided in Appendix A to this report. Appendix A has been updated to reflect the additional documents I reviewed since the issuance of my Preliminary Report, including documents identified in Section IV of the Surrebuttal Report and additional documents and information received since the date of the Surrebuttal Report.

## VI. EXHIBITS TO BE USED AS A SUMMARY OF SUPPORT FOR MY OPINIONS

Exhibits currently used as a summary of my opinions are included in Appendix B to this report.[328] These exhibits do not include copies of original source documents produced by the parties to this litigation or demonstrative exhibits that may be used at trial. I may supplement or amend these exhibits to the extent additional documents, exhibits or other materials are produced. Additional demonstrative exhibits may also be prepared.

## VII.   QUALIFICATIONS INCLUDING PUBLICATIONS AND TESTIMONY

I will serve as testifying expert on this case, if required. I am a Managing Director for Ocean Tomo, a firm that provides financing, asset and risk management, merger and acquisition consulting, expert services in litigation and valuation of intellectual capital. I have been a consultant on intellectual property and corporate finance matters since 1990. Prior to its acquisition by Ocean Tomo, I served as the Principal in charge of the Intellectual Property and Dispute Services Practice of Tait Advisory Services LLC. Until November 2001 I was a Partner for PricewaterhouseCoopers, L.L.P. I had previously served in increasingly senior capacities for Ernst & Young and for Coopers & Lybrand, one of PricewaterhouseCoopers' predecessor firms.

---

[328] I have maintained the exhibit numbering sequence of my Preliminary and Surrebuttal reports.

*Attorneys' Eyes Only*

EXHIBIT K

 **INTELLECTUAL CAPITAL EQUITY**

Before 1990 I had over eleven years of industry experience in financial, marketing and accounting management for entertainment, retail and consumer products companies.  My positions included Chief Financial Officer for Cleveland's Playhouse Square Center, Senior Corporate Sales and Marketing Analyst for Dayton Hudson Corporation's Target Stores Division (now Target Corporation), Manager of Financial and Strategic Planning for Aveda Corporation (now a subsidiary of Estée Lauder) and Chief Operating Officer for Sign Consultants, Inc.

I have experience developing strategies and participating in negotiations for the purchase, sale and licensing of intellectual property, both as a consultant and in my positions in industry. I am a Certified Licensing Professional and a Certified Management Accountant.  I am also a member of the Licensing Executives Society and the International Trademark Association, f or whom I served three consecutive terms on the editorial board of <u>The Trademark Reporter</u>.  I am a past member of the Board of Governors for the Brand Name Education Foundation and a current member of the American Marketing Association.  I hold a Bachelor of Arts degree from Oberlin College and a Master of Arts degree in business from the University of Wisconsin-Madison.

My professional publications within the past ten years and my previous testimony in litigation are included in Appendix C to this report, which has been updated for testimony since the issuance of my Preliminary and Surrebuttal Reports.

## VIII.    COMPENSATION PAID FOR SERVICES

Fees for Ocean Tomo personnel's time and expenses have been charged at applicable market rates on this case.  My billing rate for this matter is currently $525 per hour.  My payment is not contingent on the outcome of this case.

Respectfully,

Cate Elsten

68

*Attorneys' Eyes Only*

EXHIBIT K

# *Appendix A*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ORIGINAL DOCUMENTS REVIEWED: COCHLEAR PRODUCTION**

| Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|---|---|---|---|
| COC-1000001 | COC-1000015 | COC-2085496 | COC-2085570 | COC-5000864 | COC-5000916 | COC-5002010 | COC-5002068 |
| COC-1001340 | COC-1001340 | COC-2085571 | COC-2085695 | COC-5000917 | COC-5000960 | COC-5002069 | COC-5002128 |
| COC-1001341 | COC-1001342 | COC-2085696 | COC-2085719 | COC-5000961 | COC-5001005 | COC-5002189 | COC-5002252 |
| COC-1001343 | COC-1001343 | COC-2085727 | COC-2085727 | COC-5001006 | COC-5001045 | COC-5002253 | COC-5002318 |
| COC-1001465 | COC-1001471 | COC-2085811 | COC-2085811 | COC-5001046 | COC-5001091 | COC-5002319 | COC-5002386 |
| COC-1001521 | COC-1001525 | COC-2086758 | COC-2086858 | COC-5001092 | COC-5001132 | COC-5002387 | COC-5002387 |
| COC-1004155 | COC-1004155 | COC-2087896 | COC-2087923 | COC-5001133 | COC-5001173 | COC-5002388 | COC-5002388 |
| COC-1006043 | COC-1006060 | COC-2088184 | COC-2088193 | COC-5001174 | COC-5001215 | COC-5002389 | COC-5002394 |
| COC-1007751 | COC-1007769 | COC-2088347 | COC-2088358 | COC-5001216 | COC-5001263 | COC-5002395 | COC-5002416 |
| COC-1007782 | COC-1007788 | COC-3000382 | COC-3000423 | COC-5001264 | COC-5001307 | COC-5002427 | COC-5002435 |
| COC-1008724 | COC-1008749 | COC-3000850 | COC-3000944 | COC-5001308 | COC-5001352 | COC-5002436 | COC-5002444 |
| COC-1009546 | COC-1009546 | COC-3001214 | COC-3001221 | COC-5001353 | COC-5001400 | COC-5002445 | COC-5002455 |
| COC-1009446 | COC-1009448 | COC-3002538 | COC-3002640 | COC-5001401 | COC-5001441 | COC-5002456 | COC-5002481 |
| COC-2006082 | COC-2006083 | COC-5000000 | COC-5000069 | COC-5001442 | COC-5001480 | COC-5002482 | COC-5002484 |
| COC-2006184 | COC-2006185 | COC-5000070 | COC-5000141 | COC-5001481 | COC-5001517 | COC-5002485 | COC-5002495 |
| COC-2006224 | COC-2006225 | COC-5000142 | COC-5000225 | COC-5001518 | COC-5001557 | COC-5002496 | COC-5002512 |
| COC-2008639 | COC-2008750 | COC-5000226 | COC-5000316 | COC-5001558 | COC-5001598 | COC-5002513 | COC-5002535 |
| COC-2012990 | COC-2013019 | COC-5000317 | COC-5000427 | COC-5001599 | COC-5001650 | COC-5002536 | COC-5002543 |
| COC-2026366 | COC-2026536 | COC-5000428 | COC-5000536 | COC-5001651 | COC-5001695 | COC-5002544 | COC-5002551 |
| COC-2026537 | COC-2026537 | COC-5000537 | COC-5000561 | COC-5001696 | COC-5001748 | COC-5002552 | COC-5002556 |
| COC-2034366 | COC-2034394 | COC-5000562 | COC-5000587 | COC-5001749 | COC-5001792 | COC-5002557 | COC-5002579 |
| COC-2034621 | COC-2034629 | COC-5000588 | COC-5000614 | COC-5001793 | COC-5001813 | COC-5002580 | COC-5002596 |
| COC-2070422 | COC-2070427 | COC-5000615 | COC-5000641 | COC-5001814 | COC-5001845 | COC-5002597 | COC-5002607 |
| COC-2070739 | COC-2070780 | COC-5000642 | COC-5000674 | COC-5001846 | COC-5001885 | COC-5002608 | COC-5002623 |
| COC-2077260 | COC-2077322 | COC-5000675 | COC-5000703 | COC-5001886 | COC-5001994 | COC-5002624 | COC-5002645 |
| COC-2083636 | COC-2083699 | COC-5000704 | COC-5000759 | COC-5001995 | COC-5001998 | COC-5002646 | COC-5002651 |
| COC-2083700 | COC-2083700 | COC-5000760 | COC-5000813 | COC-5001999 | COC-5002005 | COC-5002652 | COC-5002652 |
| COC-2083778 | COC-2083788 | COC-5000814 | COC-5000863 | COC-5002006 | COC-5002009 | COC-5002653 | COC-5002653 |

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ORIGINAL DOCUMENTS REVIEWED: AMF PRODUCTION**

| Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|
| AMF004658 | AMF004684 | AMF045470 | AMF045488 |
| AMF004685 | AMF004704 | AMF045489 | AMF045560 |
| AMF004769 | AMF004770 | AMF045561 | AMF045562 |
| AMF004772 | AMF004773 | AMF045563 | AMF045568 |
| AMF004784 | AMF004784 | AMF045569 | AMF045577 |
| AMF004787 | AMF004789 | AMF045578 | AMF045580 |
| AMF004803 | AMF004804 | AMF045581 | AMF045583 |
| AMF004807 | AMF004871 | AMF045584 | AMF045606 |
| AMF045193 | AMF045196 | AMF045607 | AMF045620 |
| AMF045197 | AMF045199 | AMF045621 | AMF045636 |
| AMF045200 | AMF045202 | AMF045637 | AMF045652 |
| AMF045203 | AMF045205 | AMF045653 | AMF045668 |
| AMF045206 | AMF045213 | AMF045707 | AMF045713 |
| AMF045214 | AMF045230 | AMF045720 | AMF045720 |
| AMF045231 | AMF045232 | AB00344 | AB00344 |
| AMF045233 | AMF045248 | | |
| AMF045249 | AMF045253 | | |
| AMF045254 | AMF045275 | | |
| AMF045276 | AMF045304 | | |
| AMF045305 | AMF045334 | | |
| AMF045335 | AMF045336 | | |
| AMF045345 | AMF045363 | | |
| AMF045364 | AMF045383 | | |
| AMF045384 | AMF045395 | | |
| AMF045396 | AMF045413 | | |
| AMF045414 | AMF045431 | | |
| AMF045432 | AMF045452 | | |
| AMF045453 | AMF045469 | | |

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ORIGINAL DOCUMENTS REVIEWED: COURT FILINGS AND DEPOSITIONS**

Complaint for Patent Infringement, Filed 13 December 2007
Amended Notice of Videotaped 30(b)(6) Deposition to Cochlear Americas, 30 July 2008
Deposition of Tony Nygard, 1 October 2008, Transcript and Errata
Deposition of David Kelsall, 8 December 2008
Deposition of Christopher Van Den Honert, 8 December 2008
Deposition of Jeffrey Graunke, 12 December 2008
Deposition of Lawrence Fischer, 17 December 2008
Deposition of David Hankin, 17 December 2008
Deposition of Tony Nygard, 1 October 2008, Exhibit No. 6
Deposition of Alfred Mann, 10 December 2008
Deposition of James Patrick, 18 December 2008
Deposition of Theresa Adkins, 30 December 2008

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ORIGINAL DOCUMENTS REVIEWED: PUBLIC DOCUMENTS**

*A Simple Two-Component Model of the Electrically Evoked Compound Action Potential in the Human Cochlea* , Audiology Neuro-Otology 2000;5:333-345, 4 April 2000

Boston Scientific Corporation SEC Form 10-K for the year ended 31 December 2004

Boston Scientific Corporation, Scimed Life Systems, Inc., Advanced Bionics Corporation, *et al.* , Agreement and Plan of Merger, 28 May 2004

Cochlear 2008 Annual Report

*Cochlear Implants* , Glen Porter and Arun Gadre, UTMB Department of Otolaryngology, 5 February 2003

*Cochlear Implants  When Hearing Aids Aren't Enough* , Hearing Loss Association of America

*Cochlear Implants  Working Group on Cochlear Implants* , American Speech-Language-Hearing Association, 2004

*Esprit 3G for Nucleus 22* , Cochlear Press Release, 28 May 2004

*Estimating the Effects of Exclusivity and Geographic Market Characteristics on Royalty Rates  Some Preliminary Results* , Russ O'Haver and Brian Finnegan, Ernst & Young LLP, 1996

*Fundamentals of Clinical ECAP Measures on Cochlear Implants - Part 1  Use of ECAP in Speech Processor Programming* , Michelle Hughes, 10 April 2006

*How Many Deaf People Are There in the United States?  Estimates from the Survey of Income and Program Participation* , Rosee Mitchell, Gallaudet Research Institute, 21 September 2005

http://medical-dictionary.thefreedictionary.com

http://www.accessdata.fda.gov

http://www.advancedbionics.com

http://www.aemf.org

http://www.agbell.org

http://www.agbell.org/docs/soyourchild.pdf

http://www.answers.com

http://www.bionicear.com/

http://www.capitaliq.com

http://www.cochlearamericas.com

http://www.hearingreview.com/issues/articles/HPR_2007-07_02.asp

http://www.medel.com

http://www.ncbi.nlm.nih.gov/pubmed/15732380

http://www.powerhousemuseum.com/collection/database/?irn=363656

http://www.pslgroup.com/dg/9f3e htm

http://www.reuters.com/article/pressRelease/idUS225723+04-Jan-2008+PRN20080104

*Mimicking the Human Ear* , Philipos C. Loizou, IEEE Signal Processing Magazine, September 1998

*Neurotech Reports Releases Market Projections Through 2012* , Neurotech Business Report

*Nucleus Freedom Launch in USA* , Cochlear Press Release, 14 March 2005

*Nucleus Reliability Report* , Cochlear, Volume 5, June 2008

*Reflections on My Cochlear Implant* , Mark Ross, Hearing Loss Magazine, March/April 2007

*RMA Estatement Studies*

*The Design and Function of Cochlear Implants* , Michael Dorman and Blake Wilson, The American Scientist

*The Parents Guide to Cochlear Implants* , Patricia Chute and Ellen Nevins, Gallaudet University Press, 2002

*Trends in Cochlear Implants* , Fan-Gang Zeng, Trends in Amplification, Volume 8, Number 1, 2004

*U.S. Markets for Neurostimulation Products* , Medtech Insights, November 2006

U.S. Patent No. 5,609,616

U.S. Patent No. 5,938,691

*Valuing Intangible Assets, Robert Reilly and Robert Schweihs, McGraw-Hill, 1998*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**DOCUMENTS REVIEWED SINCE PRELIMINARY REPORT: PUBLIC DOCUMENTS**

Capital IQ Industry Classifications, Advanced Bionics, LLC
Capital IQ Industry Classifications, Cochlear Ltd.
Capital IQ Private Company Profile, Advanced Bionics Corporation
Capital IQ Private Company Profile, Cochlear Americas Corporation
Capital IQ Public Company Profile, Cochlear Ltd.
Cochlear Annual Report Fiscal Year 1996
Cochlear Annual Report Fiscal Year 1997
Cochlear Annual Report Fiscal Year 1998
Cochlear Annual Report Fiscal Year 1999
Cochlear Annual Report Fiscal Year 2000
Cochlear Annual Report Fiscal Year 2002
Cochlear Annual Report Fiscal Year 2003
Cochlear Annual Report Fiscal Year 2004
Cochlear Annual Report Fiscal Year 2005
Cochlear Annual Report Fiscal Year 2006
Cochlear Annual Report Fiscal Year 2008
Cochlear Annual Report Fiscal Year 2009
Cochlear Annual Report Fiscal Year 2010
Cochlear Annual Report Fiscal Year 2012
Cochlear Press Release, "Cochlear Americas Announces FDA Approval of the Nucleus® 5 System," September 8, 2009
Cochlear Press Release, "Cochlear Americas Receives FDA Approval of the World's Thinnest, Full Length Electrode for Cochlear Implantation," 13 June 2012
*Cost of Capital Yearbook*, 31 March 2010, Ibbotson Associates
*Georgia-Pacific Corp. v. United States Plywood Corp., 318 F. Supp. 1116, 166 U.S.P.Q. (BNA) 235 (S.D.N.Y. 1970)*
http://aemf.org/about-us/mission-history/
http://articles.latimes.com/2009/nov/10/business/fi-advanced-bionics10
http://cochlearimplants.med.miami.edu/implants/04_How%20do%20Cochlear%20Implants%20Work.asp
http://finance.yahoo.com/currency-converter/#from=CHF;to=USD;amt=1
http://nc.agbell.org/page.aspx?pid=727
http://nc.agbell.org/page.aspx?pid=729
http://products.cochlearamericas.com/cochlear-implants/cochlear-nucleus-system-advantage
http://products.cochlearamericas.com/cochlear-implants/nucleus-system/hearing-performance
http://products.cochlearamericas.com/cochlear-implants/nucleus-system/smallest-sound-processor
http://products.cochlearamericas.com/cochlear-implants/our-cochlear-implants-products/nucleus-freedom-bodyworn
http://products.cochlearamericas.com/cochlear-implants/our-cochlear-implants-products/nucleus-freedom-bte
http://products.cochlearamericas.com/news/cochlear-americas-announces-fda-approval-nucleus%C2%AE-5-system
http://products.cochlearamericas.com/news/cochlear-americas-receives-fda-approval-world%25E2%2580%2599s-thinnest-full-length-electrode-for-cochlear-imp
http://products.cochlearamericas.com/news/fda-approves-nucleus-freedom-us
http://products.cochlearamericas.com/news/nucleus-news/apsept-2009
http://products.cochlearamericas.com/support/nucleus/nucleus-upgrade-program/nucleus-5-upgrade-program
http://products.cochlearamericas.com/suspension
http://professionals.cochlearamericas.com/sites/default/files/resources/195993_Iss6_CR110_User_Guide.pdf
http://web.archive.org/web/19981202235243/http://www.cochlear.com/nucleussystems/n24ci24m.html
http://web.archive.org/web/19981203031653/http://www.cochlear.com/nucleussystems/n24sprint.html

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**DOCUMENTS REVIEWED SINCE PRELIMINARY REPORT: PUBLIC DOCUMENTS**

http://web.archive.org/web/19990128080308/http://cochlearimplant.com/compare.html
http://web.archive.org/web/19990202124944/http://cochlearimplant.com/power.html
http://web.archive.org/web/19990225105807/http://www.cochlear.com/nucleussystems/
http://web.archive.org/web/19990508225856/http://www.cochlear.com/nucleussystems/cis.html
http://web.archive.org/web/20000824072750/http://www.cochlear.com/whynucleus/
http://web.archive.org/web/20010331201132/http://www.cochlearimplant.com/implants.html
http://web.archive.org/web/20020207090359/http://www.cochlearimplant.com/products/prod_ss.html
http://web.archive.org/web/20020614095008/http://www.cochlear.com/About/620.asp
http://web.archive.org/web/20021207212224/http://www.cochlearimplant.com/approved_FDA.html
http://web.archive.org/web/20030624103635/http://www.cochlearimplant.com/products/cii.html
http://web.archive.org/web/20030624104921/http://www.cochlearimplant.com/products/ss.html
http://web.archive.org/web/20031125015355/http://www.cochlearamericas.com/Products/465.asp
http://web.archive.org/web/20040115043818/http://cochlearimplant.com/products/products.html
http://web.archive.org/web/20040206215543/http://www.advancedbionics.com/bionicnews/article.asp?ArticleID=117
http://web.archive.org/web/20041021225340/http://www.cochlear.com/568.asp
http://web.archive.org/web/20060827082816/http://www.bionicear.com/tour/hi-res_system.asp
http://web.archive.org/web/20080704172755/http://www.cochlearamericas.com/Products/2306.asp
http://web.archive.org/web/20081008011634/http://cochlearamericas.com/Products/1789.asp
http://web.archive.org/web/20090413163229/http://www.cochlearamericas.com/turnthemusicon/index.html
http://web.archive.org/web/20100206115044/http://products cochlearamericas.com/cochlear-implants/nucleus-5-system
http://web.archive.org/web/20100306204221/http://products cochlearamericas.com/cochlear-implants
http://web.archive.org/web/20100330035038/http://www.advancedbionics.com/CMS/Products/Harmony-System.aspx
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=20579
http://www.advancedbionics.com/com/en/Neptune.html
http://www.advancedbionics.com/com/en/Neptune/waterproof_technology.html
http://www.advancedbionics.com/com/en/products/sound_processing.html
http://www.advancedbionics.com/com/en/products/sound_processing/clearvoice.html
http://www.advancedbionics.com/content/dam/ab/Global/en_fda/documents/3-01051-A_ABTech_Harmony_FNL2.pdf
http://www.advancedbionics.com/content/dam/ab/Global/en_fda/documents/3-01051-H_ABTech-PSP-FNL2.pdf
http://www.advancedbionics.com/us/en/products/processors/harmony_processor.html
http://www.advancedbionics.com/us/en/products/sound_processing/autosound.html
http://www.americanscientist.org/issues/id.942,y.0,no ,content.true,page.1,css.print/issue.aspx
http://www.answers.com/topic/cochlear-implant
http://www.asha.org/aud/Facts-about-Pediatric-Hearing-Loss/
http://www.asha.org/public/hearing/treatment/child_aids.htm
http://www.audiologyonline.com/releases/fda-approves-nucleus-6069
http://www.bionicear.com/Your_Journey_to_Hearing/Adults/Learning/Treatments_forHearing_Loss.cfm?langid=1
http://www.boystownhospital.org/hearingservices/cochlearImplant/Pages/CochlearImplantManufacturers.aspx
http://www.cochlearamericas.com/PDFs/Freedom_manual.pdf
http://www.cochlearamericas.com/Professional/1043.asp
http://www.cochlearcares.com/sept-archive.html
http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/DeviceApprovalsandClearances/Recently-ApprovedDevices/ucm085394.htm
http://www.hearinglossweb.com/res/ci/ab/c1.htm

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**DOCUMENTS REVIEWED SINCE PRELIMINARY REPORT: PUBLIC DOCUMENTS**

http://www.medel.com/data/editor/file/press_releases_US/MAESTRO-US-Press-Release-Revised-09-19-11.pdf?PHPSESSID=bbec8086ub1ufmou3ptp2uepg4
http://www.medel.com/int/show/index/id/364/title/Software-Tasks
http://www.nidcd.nih.gov/health/hearing/pages/coch.aspx
http://www.reuters.com/article/2010/11/23/sonova-idUSLDE6AM07G20101123
http://www.reuters.com/article/2012/08/07/us-australia-cochlear-return-idUSBRE87604B20120807
http://www.scribd.com/doc/55904466/Neptune-Tech-Specs-20110420-1
https://www.asdreports.com/news.asp?pr_id=191
*Lucent v. Gateway, 580 F. 3d 1301 (Fed. Cir. 2009)*
MiniMed, Inc., SEC Form 10-Q, for the quarterly period ended 2 October 1998, Exhibit 10.2
Order Granting-in-Part and Denying-in-Defendants' Motion To Exclude The Testimony And Strike The Expert Report of Joesph Gemini, Case No. 2:07-cv-447 (RRR), 2 March 2010
*ResQNet.Com v. Lansa, 594 F. 3d 860 (Fed. Cir. 2010)*
Sonova Holding AG, Annual Report 2009/2010
Sonova Holding AG, Annual Report 2010/2011
Sonova Holding AG, Annual Report 2011/2012
Sonova Holding AG, Semi-Annual Report 2012/2013
*TWM Manufacturing Co., Inc. v. Dura Corp. and Kidde, Inc.,* 789 F.2d 895
*Uniloc USA, Inc. v. Microsoft, 2010-1035, -1055, 4 January 2011*
web.archive.org/web/19990507122127/http://www.cochlear.com/nucleussytems/sprint.html
web.archive.org/web/20050205000916/http://www.cochlearamericas.com/591.asp
web.archive.org/web/20050205031236/http://www.cochlearamericas.com/1010.asp
web.archive.org/web/20060701013744/http://www.cochlearamericas.com/Products/261.asp
www.audiologyonline.com/articles/article_detail.asp?article_id=1569
www.cochlearstore.com
www.medtechinsight.com/ReportA577.html
www.neurotechreports.com/pages/marketprojections12.html

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**DOCUMENTS REVIEWED SINCE PRELIMINARY REPORT: COURT FILINGS AND DEPOSITIONS**

Amended Complaint for Patent Infringement, filed 30 September 2010
Declaration of Manuel Nelson, executed 28 June 2011
Expert Damages Report of Russell L. Parr, filed 11 March 2009
Order Granting Unopposed Motion to Join Advanced Bionics, LLC, executed 28 September 2010
Expert Report of Cate M. Elsten, filed 19 Janurary 2009
Surrebuttal Report of Cate M. Elsten, filed 20 March 2009

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**DOCUMENTS REVIEWED SINCE PRELIMINARY REPORT: COCHLEAR PRODUCTION**

| Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|
| COC-5001999 | COC-5002005 | COC-5011230 | COC-5011617 |
| COC-5002006 | COC-5002009 | COC-5011618 | COC-5012072 |
| COC-5002669 | COC-5002685 | COC-5012073 | COC-5012297 |
| COC-5002686 | COC-5002705 | COC-5012298 | COC-5012519 |
| COC-5002706 | COC-5002905 | COC-5012520 | COC-5012763 |
| COC-5002906 | COC-5003105 | COC-5012764 | COC-5013002 |
| COC-5003106 | COC-5003305 | COC-5013003 | COC-5013247 |
| COC-5003306 | COC-5003505 | COC-5013248 | COC-5013515 |
| COC-5003506 | COC-5003647 | COC-5013516 | COC-5013809 |
| COC-5003648 | COC-5003822 | COC-5013810 | COC-5014186 |
| COC-5003823 | COC-5003997 | COC-5014187 | COC-5014205 |
| COC-5003998 | COC-5004172 | COC-5014206 | COC-5018247 |
| COC-5004173 | COC-5004272 | COC-5018248 | COC-5018832 |
| COC-5004273 | COC-5004447 | COC-5018833 | COC-5021397 |
| COC-5004448 | COC-5004622 | COC-5021398 | COC-5021680 |
| COC-5004623 | COC-5004816 | COC-5021681 | COC-5022252 |
| COC-5004817 | COC-5005016 | | |
| COC-5005017 | COC-5005233 | | |
| COC-5010000 | COC-5010400 | | |
| COC-5010401 | COC-5010855 | | |
| COC-5010856 | COC-5011229 | | |

Email from Bruce G. Chapman, 21 November 2012

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**DOCUMENTS REVIEWED SINCE PRELIMINARY REPORT: AMF PRODUCTION**

| Beginning Bates Number | Ending Bates Number |
|---|---|
| AMF018352 | AMF018368 |
| AMF029301 | AMF029330 |
| AMF050866 | AMF050918 |
| AMF050985 | AMF050999 |
| AMF051000 | AMF051014 |
| AMF051015 | AMF051030 |
| AMF051328 | AMF051329 |
| AMF051330 | AMF051375 |

Alfred E. Mann Foundation Audited Financial Statements, Fiscal Year 2008
Agreement and Plan of Merger by and among Attempo 21 AG, Omega Merger Sub, Inc., Advanced Bionics Corporation, and
The Alfred E. Mann Living Trust, The 2004 Jeffrey and Kim Greiner Revocable Trust, and Alfred E. Mann. Exhibits A-I listed below
Exhibit A - Class B Purchase Agreement, 8 November 2009
Exhibit B - BSC Amendment and Waiver, 8 Novermber 2009
Exhibit C - Asset Purchase Agreement by and among Attempo 21 AG, Percuport, LLC, and Alfred E. Mann, 8 Novermber 2009
Exhibit D - Amended and Restated Cochlear Technology License and Royalty Agreement, 8 November 2009
Exhibit E - Side Letter Agreement, 8 November 2009
Exhibit F - Guaranty, 8 November 2009
Exhibit G - Non-Competition and Non-Solicitation Agreements (Tab 14), 8 November 2009
Exhibit G - Non-Competition and Non-Solicitation Agreements (Tab 15), 8 November 2009
Exhibit H - Supply Agreement
Exhibit I - Amended & Restated Technology License Agreement, 8 November 2009

EXHIBIT K

# *Appendix B*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF DAMAGES, 1 DECEMBER 2001 - 30 JUNE 2012**
**Exhibit 1.1**

| Damages without ESPrit 3G | | Damages with ESPrit 3G | |
|---|---|---|---|
| Reasonable Royalty Rate (1) | 7.5% | Reasonable Royalty Rate (1) | 7.5% |
| Royalty Base without ESPrit 3G (2) | $1,539,472,024 | Royalty Base with ESPrit 3G (2) | $1,581,654,094 |
| Total Damages without ESPrit 3G | $115,460,402 | Total Damages with ESPrit 3G | $118,624,057 |

**Sources:**
(1) Expert Report of Cate Elsten, p. 43
(2) Exhibit 2.1

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCUALTION OF ROYALTY BASE**
**Exhibit 2.1**

| | Royalty Base without ESPrit 3G | Royalty Base with ESPrit 3G |
|---|---|---|
| CI24 (1) | $677,157,934 | $677,157,934 |
| SPrint (2) | $48,474,714 | $48,474,714 |
| SP12 (3) | $312,718,313 | $312,718,313 |
| ESPrit 3G (4) | - | $42,182,070 |
| CP800 (5) | $246,819,688 | $246,819,688 |
| CI500 (6) | $250,843,319 | $250,843,319 |
| CI422 (6) | $3,458,058 | $3,458,058 |
| Royalty Base | $1,539,472,024 | $1,581,654,094 |

**Sources:**
(1) Exhibit 2.2
(2) Exhibit 6.3
(3) Exhibit 2.4
(4) Exhibit 2.7
(5) Exhibit 6.3
(6) Exhibit 2.3

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI24 REVENUE, 1 DECEMBER 2001 - 30 JUNE 2012** (1)
**Exhibit 2.2**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CI24M - Cochlear Implant | $217,528 | $236,721 | $271,950 | $55,350 | $21,000 | - | - | - | - | - | - | $802,549 |
| CI24 Contour [CI24 (CS)] (2) | $22,697,591 | $46,066,053 | $34,628,834 | $8,256,096 | $2,259,860 | $2,551,202 | $1,477,038 | $301,360 | $136,873 | $362,850 | $195,200 | $118,932,957 |
| CI24 Contour CA [CI24R (CA)] (2) | - | $1,583,488 | $10,835,999 | $20,269,052 | $1,573,346 | $911,550 | $585,585 | $369,246 | $111,300 | $32,650 | - | $36,272,216 |
| MATCI24R (CA) [CI24R (CA2)] (2) | - | - | - | $2,033,373 | ($14,275) | - | - | - | - | - | - | $2,019,098 |
| CI24RE (ST) | - | - | - | $526,122 | $1,512,341 | $1,959,854 | $2,136,251 | $1,991,626 | $1,350,140 | $1,875,179 | $2,624,907 | $13,976,420 |
| CI24R (ST) | $1,384,137 | $2,030,946 | $1,706,763 | $2,275,426 | $1,834,732 | $1,145,793 | $655,792 | $373,137 | $306,950 | $281,350 | $60,450 | $12,055,476 |
| CI24RE (CA) [CI24RE (CA1)] (2) | - | $120,160 | $31,000 | $22,493,100 | $69,308,421 | $83,594,320 | $95,522,629 | $101,665,476 | $21,710,738 | $7,003,678 | $90,633,327 | $492,082,848 |
| CI24RE Hybrid | - | - | - | $64,450 | $598,200 | $353,720 | - | - | - | - | - | $1,016,370 |
| Total | $24,299,256 | $50,037,368 | $47,474,546 | $55,972,969 | $77,093,625 | $90,516,439 | $100,377,295 | $104,700,845 | $23,616,000 | $9,555,707 | $93,513,884 | $677,157,934 |

**Source:**
(1) Exhibit 6 1
(2) The product name in brackets is the name appearing on data sheets produced for 2009-2012

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI500 AND CI422 REVENUE, FY2009 - FY2012** (1)
**Exhibit 2.3**

| | FY2009 | FY2010 | FY2011 | FY2012 | Total |
|---|---|---|---|---|---|
| CI500 Series Cochlear Implant (2) | $254,100 | $98,451,814 | $124,909,498 | $27,227,907 | $250,843,319 |
| CI422 (2) | - | - | - | $3,458,058 | $3,458,058 |

**Notes/Source:**
(1) Exhibit 6.1
(2) This product type was only presented in data since my preliminary report and has been added as such.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**CALCULATION OF REVENUE FROM SP12 SPEECH PROCESSORS USED WITH A CI24, 1 DECEMBER 2001 - 30 JUNE 2012**

**Exhibit 2.4**

|  | Total |
|---|---|
| Total CI22 Recipients (1) | 8,000 |
| SP12 for CI22 Uptake Rate (2) | 13.54% |
| SP12 Units Used with a CI22 | 1,083 |
| SP12 ASP (3) | $5,103 |
| Revenue from SP12 Units Used with a CI22 | $5,527,051 |
| Total SP12 Revenue (4) | $318,245,363 |
| Revenue from SP12 Units Used with a CI24 | $312,718,313 |

**Sources:**

(1) *ESPrit 3G for the Nucleus 22* , Cochlear Press Release, 28 May 2004

(2) COC-3000857.  I have assumed that there would be a constant uptake rate of 2.5% per year.  I have included fiscal year 2008 through the end of November 2012 (2.5 * (5 + (5/12)) = 13.54)

(3) Exhibit 2.5

(4) Exhibit 2.6

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF AVERAGE SELLING PRICE OF SP12 SPEECH PROCESSORS - Q4 FISCAL YEAR 2008**
**Exhibit 2.5**

|  | Q4 FY 2008 Revenue (1) | Q4 FY 2008 Units (2) | Q4 FY 2008 ASP |
|---|---|---|---|
| SP12 BTE Beige | $8,215,213 | 1,638 | $5,015 |
| SP12 BTE Brown | $5,260,235 | 1,033 | $5,092 |
| SP12 BTE Black | $2,779,058 | 527 | $5,273 |
| SP12 BTE Silver | $3,021,847 | 590 | $5,122 |
| SP12 BTE Pink | $706,468 | 132 | $5,352 |
| SP12 BTE Blue | $590,543 | 112 | $5,273 |
| Total | $20,573,364 | 4,032 | $5,103 |

**Sources:**
(1) Exhibit 6.8
(2) Exhibit 6.9

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**SP12 SPEECH PROCESSOR REVENUE, 1 DECEMBER 2001 - 30 JUNE 2012** (1)
**Exhibit 2.6**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP12 - Final Pack Beige | - | - | - | $261,000 | - | - | - | | | | - | $261,000 |
| SP12 BTE Beige | - | - | - | $4,409,604 | $19,289,052 | $31,195,417 | $29,099,501 | - | - | - | - | $83,993,574 |
| SP12 BTE Brown | - | - | - | $1,460,968 | $7,904,744 | $13,891,873 | $16,339,744 | - | - | - | - | $39,597,329 |
| SP12 BTE Black | - | - | - | $618,000 | $3,752,936 | $7,435,146 | $8,669,326 | - | - | - | - | $20,475,408 |
| SP12 BTE Silver | - | - | - | $1,099,500 | $7,211,304 | $12,677,864 | $11,291,304 | - | - | - | - | $32,279,972 |
| SP12 BTE Pink | - | - | - | - | $174,000 | $1,907,096 | $2,481,026 | - | - | - | - | $4,562,122 |
| SP12 BTE Blue | - | - | - | - | $120,000 | $1,331,592 | $2,115,007 | - | - | - | - | $3,566,599 |
| SP12 (2) | - | - | - | - | - | - | - | $80,567,007 | $29,715,255 | $15,797,858 | $7,429,240 | $133,509,359 |
| | | | | | | | | | | | | |
| Total SP12 Revenue | - | - | - | $7,849,072 | $38,452,036 | $68,438,988 | $69,995,908 | $80,567,007 | $29,715,255 | $15,797,858 | $7,429,240 | $318,245,363 |

**Notes/Source:**
(1) Exhibit 6 3
(2) There is no product color information for FY2009 or later

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**REVENUE FROM ESPRIT 3G SPEECH PROCESSORS USED WITH THE CI24 IMPLANT**
**Exhibit 2.7**

|                                          | Total          |
| ---------------------------------------- | -------------- |
| 1 December 2001 - 30 June 2002 (1)       | $4,122,259     |
| FY 2003 (1)                              | $16,698,181    |
| FY 2004 - FY 2012 (2)                    | $21,361,630    |
|                                          |                |
| Revenue from ESPrit 3G Units Used with a CI24 | $42,182,070 |

**Sources:**
(1) Exhibit 2.10
(2) Exhibit 2.8

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**CALCULATION OF REVENUE FROM ESPRIT 3G SPEECH PROCESSORS USED WITH CI24 IMPLANTS AFTER THE INTRODUCTION OF ESPRIT 3G FOR CI22**

**Exhibit 2.8**

|  | FY 2004 - FY 2012 |
|---|---|
| Esprit 3G Units (1) | 12,015 |
| U.S. Nucleus 22 Implants (2) | 8,000 |
| Minimum Esprit 3G Units Used with a CI24 | 4,015 |
| ESPrit 3G ASP (1) | $5,320 |
| Revenue from ESPrit 3G Units Used with a CI24 | $21,361,630 |

**Sources:**

(1) Exhibit 2.9

(2) *ESPrit 3G for Nucleus 22* , Cochlear Press Release, 28 May 2004

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF ESPRIT 3G SPEECH PROCESSOR AVERAGE SELLING PRICE, FY 2004 - FY 2012**
**Exhibit 2.9**

| | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| ESPrit 3G Revenue (1) | $22,209,231 | $22,580,158 | $9,235,340 | $7,704,862 | $2,010,810 | $163,302 | $63,384 | ($32,310) | ($9,500) | $63,925,276 |
| ESPrit 3G Units (2) | 5,488 | 5,160 | 1,399 | 24 | 93 | 16 | (14) | (85) | (66) | 12,015 |
| Average Selling Price | | | | | | | | | | $5,320 |

**Sources:**
(1) Exhibit 2.10
(2) Exhibit 2.11
(3) Values calculated by dividing figures in Exhibit 2.10 by the figures in Exhibit 2.11

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**ESPRIT 3G SPEECH PROCESSOR REVENUES, BY FISCAL YEAR**(1)

**Exhibit 2.10**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beige ESPrit 3G | $2,598,045 | $10,670,053 | ($33,000) | $15,000 | ($6,000) | ($24,950) | - | - | - | - | - | $13,219,148 |
| Brown ESPrit 3G | $621,130 | $2,873,956 | $4,500 | | | ($3,500) | - | - | - | - | - | $3,496,086 |
| Black ESPrit 3G | $142,700 | $924,180 | $15,000 | ($6,000) | | - | - | - | - | - | - | $1,075,880 |
| Silver ESPrit 3G | $760,384 | $2,893,069 | ($33,000) | | | ($3,000) | - | - | - | - | - | $3,617,453 |
| ESPrit 3G Beige | - | - | $14,619,270 | $13,714,026 | $2,362,835 | $1,407,391 | $402,912 | - | - | - | - | $32,506,434 |
| ESPrit 3G Brown | - | - | $4,207,290 | $3,747,986 | $910,500 | $521,526 | $146,500 | - | - | - | - | $9,533,802 |
| ESPrit 3G Black | - | - | $1,336,750 | $2,005,200 | $237,500 | $192,829 | $146,400 | - | - | - | - | $3,918,679 |
| ESPrit 3G Silver | - | - | $4,067,835 | $4,552,654 | $331,460 | $145,740 | $61,400 | - | - | - | - | $9,159,089 |
| ESPrit 3G Deferred | - | ($663,076) | ($1,975,414) | ($1,448,708) | $5,399,045 | $5,468,826 | $1,253,598 | - | - | - | - | $8,034,271 |
| ESPrit 3G (2) | - | - | - | - | - | - | - | $163,302 | $63,384 | ($32,310) | ($9,500) | $184,875 |
| Total | $4,122,259 | $16,698,181 | $22,209,231 | $22,580,158 | $9,235,340 | $7,704,862 | $2,010,810 | $163,302 | $63,384 | ($32,310) | ($9,500) | $84,745,716 |

**Notes/Source:**
(1) Exhibit 6 3
(2) There was not product color information for 2009 to 2012

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ESPRIT 3G SPEECH PROCESSOR UNITS SOLD, BY FISCAL YEAR**(1)
**Exhibit 2.11**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beige ESPrit 3G | 1,949 | 3,576 | (102) | (17) | (3) | (111) | (39) | - | - | - | - | 5,253 |
| Brown ESPrit 3G | 472 | 1,060 | (16) | (4) | - | (24) | (12) | - | - | - | - | 1,476 |
| Black ESPrit 3G | 145 | 291 | (3) | (2) | (1) | (4) | (1) | - | - | - | - | 425 |
| Silver ESPrit 3G | 624 | 949 | (9) | (5) | - | (32) | (9) | - | - | - | - | 1,518 |
| ESPrit 3G Beige | - | - | 3,334 | 2,905 | 880 | 139 | 117 | - | - | - | - | 7,375 |
| ESPrit 3G Brown | - | - | 995 | 852 | 318 | 74 | 13 | - | - | - | - | 2,252 |
| ESPrit 3G Black | - | - | 347 | 424 | 91 | 9 | 25 | - | - | - | - | 896 |
| ESPrit 3G Silver | - | - | 942 | 1,007 | 114 | (27) | (1) | - | - | - | - | 2,035 |
| ESPrit 3G Deferred | - | - | - | - | - | - | - | - | - | - | - | - |
| ESPrit 3G (2) | - | - | - | - | - | - | - | 16 | (14) | (85) | (66) | (149) |
| Total | 3,190 | 5,876 | 5,488 | 5,160 | 1,399 | 24 | 93 | 16 | (14) | (85) | (66) | 21,081 |

**Notes/Source:**
(1) Exhibit 6 4
(2) There was not product color information for 2009 to 2012

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**ANALYTICAL APPROACH:  CALCULATION OF THE PROFIT PREMIUM FOR ACCUSED SPEECH PROCESSORS OVER NON-ACCUSED SPEECH PROCESSORS**
**Exhibit 3.1**

|  | SP12 v. ESPrit 3G | SPrint v. ESPrit 3G | CP800 v. ESPrit 3G |
|---|---|---|---|
| Accused Speech Processor Gross Profit per Unit | $4,508 | $4,835 | $4,261 |
| ESPrit 3G Gross Profit per Unit | $2,935 | $2,935 | $2,935 |
| Profit Premium per Unit for Accused Speech Processor | $1,573 | $1,900 | $1,326 |
| Accused Speech Processor Average Selling Price | $4,896 | $6,017 | $4,730 |
| Gross Profit Margin Premium | 32.1% | 31.6% | 28.0% |

**Source:**
(1) Exhibit 3.3

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**ANALYTICAL APPROACH:  CALCULATION OF PROFIT PREMIUM FOR ACCUSED PRODUCTS OVER INDUSTRY MARGINS**

**Exhibit 3.2**

|  | SP12 | SPrint | CI24 | CI500 | CP800 | CI422 |
|---|---|---|---|---|---|---|
| Gross Profit per Unit (1) | $4,508 | $4,835 | $9,937 | $12,478 | $4,261 | 11,460 |
| Average Selling Price (1) | $4,896 | $6,017 | $13,310 | $15,688 | $4,730 | 14,841 |
| Gross Margin | 92.1% | 80.3% | 74.7% | 79.5% | 90 1% | 77.2% |
| RMA Margin (2) | 58.6% | 58.6% | 58.6% | 58.6% | 58.6% | 58.6% |
| Profit Premium for Accused Products | 33.5% | 21.7% | 16.1% | 20.9% | 31 5% | 18.6% |

**Notes/Sources:**
(1) Exhibit 3.3
(2) Annual Statement Studies, The Risk Management Association, *Electromedical and Electrotherapeutic Apparatus Manufacturing* industry , 2003 – 2012. (http://www statementstudies.org) To be conservative I have used the highest gross margin for any industry segment during the period 2003-2012.

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**GROSS PROFIT PER UNIT BY PRODUCT TYPE**
**Exhibit 3.3**

| | SP12 | SPrint | ESPrit 3G | CI24 | CI500 | CP800 | CI422 |
|---|---|---|---|---|---|---|---|
| Revenue (1) | $318,245,363 | $48,474,714 | $84,745,716 | $677,157,934 | $250,843,319 | $246,819,688 | $3,458,058 |
| Units Sold (2) | 65,006 | 8,056 | 21,081 | 50,877 | 15,990 | 52,178 | 233 |
| Average Selling Price | $4,896 | $6,017 | $4,020 | $13,310 | $15,688 | $4,730 | $14,841 |
| Standard Cost Per Unit (3) | $387 | $1,182 | $1,085 | $3,373 | $3,209 | $469 | $3,381 |
| Gross Profit per Unit | $4,508 | $4,835 | $2,935 | $9,937 | $12,478 | $4,261 | $11,460 |

**Sources:**
(1) Exhibit 2.6, Exhibit 6.3, Exhibit 2.10, Exhibit 2.2, and Exhibit 2.3
(2) Exhibit 3.4, Exhibit 6.4, Exhibit 2.11, Exhibit 3.5, and Exhibit 3.6
(3) Exhibit 3.7, Exhibit 3.10, and Exhibit 3.13

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**SP12 SPEECH PROCESSOR UNITS SOLD, BY FISCAL YEAR (1)**
**Exhibit 3.4**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP12 - Final Pack Beige | - | - | - | 52 | - | - | - | - | - | - | - | 52 |
| SP12 - Base System Beige | - | - | 14 | - | - | - | - | - | - | - | - | 14 |
| SP12 BTE Beige | - | - | - | 1,207 | 4,582 | 7,114 | 5,850 | - | - | - | - | 18,753 |
| SP12 BTE Brown | - | - | - | 289 | 1,794 | 3,168 | 3,220 | - | - | - | - | 8,471 |
| SP12 BTE Black | - | - | - | 127 | 871 | 1,654 | 1,659 | - | - | - | - | 4,311 |
| SP12 BTE Silver | - | - | - | 222 | 1,705 | 2,890 | 2,192 | - | - | - | - | 7,009 |
| SP12 BTE Pink | - | - | - | - | 51 | 521 | 496 | - | - | - | - | 1,068 |
| SP12 BTE Blue | - | - | - | - | 34 | 375 | 419 | - | - | - | - | 828 |
| SP12 (2) | - | - | - | - | - | - | - | 15,081 | 5,118 | 2,952 | 1,349 | 24,500 |
| Total SP12 Units Sold | - | - | - | 1,911 | 9,037 | 15,722 | 13,836 | 15,081 | 5,118 | 2,952 | 1,349 | 65,006 |

**Note/Source:**
(1) Exhibit 6.4
(2) There was not product color information for 2009 to 2012.

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI24 UNITS SOLD, BY FISCAL YEAR** (1)
**Exhibit 3.5**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CI24M - Micro Implant | - | - | (1) | - | - | - | - | - | - | - | - | (1) |
| CI24M - Cochlear Implant | 45 | 59 | 70 | 22 | 8 | - | - | - | - | - | - | 204 |
| CI24 Contour [CI24 (CS)] (2) | 1,825 | 3,578 | 2,594 | 679 | 280 | 340 | 192 | 35 | 24 | 57 | 35 | 9,639 |
| CI24 Contour CA [CI24R (CA)] (2) | - | 123 | 827 | 1,439 | 159 | 146 | 87 | 62 | 32 | 6 | (1) | 2,880 |
| MATCI24R (CA)  [CI24R (CA2)] (2) | - | - | - | 152 | (2) | - | - | - | - | - | - | 150 |
| CI24RE (ST) | - | - | - | 37 | 86 | 127 | 147 | 136 | 138 | 150 | 219 | 1,040 |
| CI24R (ST) | 187 | 292 | 305 | 374 | 300 | 179 | 103 | 48 | 49 | 47 | 10 | 1,894 |
| CI24RE (CA) [CI24RE (CA1)] (2) | - | 8 | 2 | 1,459 | 4,454 | 5,894 | 6,646 | 7,042 | 2,112 | 994 | 6,400 | 35,011 |
| CI24RE Hybrid | - | - | - | 4 | 36 | 20 | - | - | - | - | - | 60 |
| Total CI24 Units Sold | 2,057 | 4,060 | 3,797 | 4,166 | 5,321 | 6,706 | 7,175 | 7,323 | 2,355 | 1,254 | 6,663 | 50,877 |

**Note/Source:**
(1) Exhibit 6 2
(2) The product name in brackets is the name appearing on data sheets produced for 2009-2012

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI500 AND CI422 UNITS SOLD, BY FISCAL YEAR (1)**
**Exhibit 3.6**

|                                   | FY2009 | FY2010 | FY2011 | FY2012 | Total  |
|-----------------------------------|--------|--------|--------|--------|--------|
| CI500 Series Cochlear Implant (2) | 21     | 6,197  | 8,058  | 1,714  | 15,990 |
| CI422 (2)                         | -      | -      | -      | 233    | 233    |

**Note/Source:**
(1) Exhibit 6.2
(2) This product type was only presented in data since my preliminary report and has been added as such.

*Attorneys Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**SPEECH PROCESSOR STANDARD COST PER UNIT, BY FISCAL YEAR**

**Exhibit 3.7**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPrit 3G | $934 | $1,356 | $1,001 | $1,021 | $878 | $636 | $733 | $674 | $608 | $823 | $939 | $1,085 |
| SPrint | $1,120 | $1,274 | $1,201 | $1,012 | $960 | $870 | $871 | $653 | $821 | $956 | $1,019 | $1,182 |
| SP12 | - | - | - | $482 | $468 | $470 | $412 | $271 | $293 | $313 | $303 | $387 |
| CP800 Series Sound Processor | - | - | - | - | - | - | - | - | $471 | $464 | $473 | $469 |

**Sources:**

Exhibit 3 8 and Exhibit 3 9  Values calculated by dividing figures in Exhibit 3 9 by the figures in Exhibit 3 8

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**SPEECH PROCESSOR UNITS FROM STANDARD COST DATA, BY FISCAL YEAR**
**Exhibit 3.8**

| | 1 Dec. 2001 - 30 Jun. 2002 [1] | FY 2003 [1] | FY 2004 [1] | FY 2005 [1] | FY 2006 [1] | FY 2007 [1] | FY 2008 [1] | FY 2009 [2] | FY 2010 [2] | FY 2011 [2] | FY 2012 [3] | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPrit 3G | 3,298 | 5,876 | 5,488 | 5,160 | 1,399 | 24 | 93 | 16 | (14) | (85) | (66) | 21,189 |
| SPrint | 1,694 | 2,741 | 2,238 | 1,798 | 506 | (180) | (99) | (57) | (74) | (180) | (293) | 8,094 |
| SP12 | - | - | - | 1,911 | 9,037 | 15,720 | 13,834 | 15,081 | 5,118 | 2,952 | 1,349 | 65,002 |
| CP800 Series Sound Processor | - | - | - | - | - | - | - | - | 11,793 | 19,310 | 21,075 | 52,178 |

**Sources:**
(1) COC-5002006
(2) COC-5014192
(3) COC-5021681-COC-5021686

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**SPEECH PROCESSOR STANDARD COST, BY FISCAL YEAR**

**Exhibit 3.9**

| | 1 Dec. 2001 - 30 Jun. 2002 (1) | FY 2003 (1) | FY 2004 (1) | FY 2005 (1) | FY 2006 (1) | FY 2007 (1) | FY 2008 (1) | FY 2009 (2) | FY 2010 (2) | FY 2011 (2) | FY 2012 (3) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESPrit 3G | $3,078,955 | $7,970,092 | $5,495,590 | $5,266,864 | $1,228,725 | $15,261 | $68,193 | $10,784 | ($8,517) | ($69,933) | ($61,942) | $22,994,072 |
| SPrint | $1,896,489 | $3,492,381 | $2,688,055 | $1,819,149 | $485,993 | ($156,563) | ($86,224) | ($37,197) | ($60,783) | ($172,024) | ($298,616) | $9,570,660 |
| SP12 | - | - | - | $921,502 | $4,229,003 | $7,393,714 | $5,705,571 | $4,093,082 | $1,500,766 | $924,236 | $408,875 | $25,176,749 |
| CP800 Series Sound Processor | - | - | - | - | - | - | - | - | $5,550,974 | $8,961,901 | $9,963,209 | $24,476,084 |

**Sources:**

(1) COC-5002006

(2) COC-5014192

(3) COC-5021681-COC-5021686

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI24 STANDARD COST PER UNIT, BY FISCAL YEAR** (1)
**Exhibit 3.10**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CI24M | $2,072 | $2,600 | $2,554 | $3,078 | $2,772 | - | - | - | - | - | - | $2,521 |
| CI24 Contour [CI24 (CS)] (2) | $3,084 | $3,766 | $3,601 | $3,874 | $3,462 | $3,436 | $3,622 | $2,445 | $3,010 | $3,171 | $3,609 | $3,564 |
| CI24 Contour CA [CI24R (CA)] (2) | - | $3,735 | $3,894 | $3,789 | $3,457 | $3,667 | $3,714 | $2,489 | $3,041 | $3,149 | $6,562 | $3,752 |
| MATCI24R (CA) [CI24R (CA2)] (2) | - | - | - | $3,960 | $3,366 | - | - | - | - | - | - | $3,968 |
| CI24RE (ST) | - | - | - | $2,573 | $2,949 | $2,845 | $3,020 | $2,376 | $2,370 | $2,536 | $3,049 | $2,743 |
| CI24K or CI24R (ST) | $2,543 | $3,181 | $2,994 | $3,052 | $2,773 | $2,863 | $3,109 | $2,336 | $2,712 | $2,813 | $3,281 | $2,921 |
| CI24RE (CA) [CI24RE (CA1)] (2) | - | $3,737 | $8,211 | $3,511 | $3,440 | $3,470 | $3,674 | $2,586 | $2,845 | $2,921 | $3,793 | $3,335 |
| Total CI24 Cost Per Unit | $3,012 | $3,706 | $3,599 | $3,631 | $3,395 | $3,445 | $3,651 | $2,578 | $2,818 | $2,884 | $3,766 | $3,373 |

**Notes/Sources:**
(1) Exhibit 3 11 and Exhibit 3 12  Values calculated by dividing figures in Exhibit 3 12 by the figures in Exhibit 3 11
(2) The product name in brackets is the name appearing on data sheets produced for 2009-2012

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI24 UNITS FROM STANDARD COST DATA, BY FISCAL YEAR**
**Exhibit 3.11**

| | 1 Dec. 2001 - 30 Jun. 2002 (1) | FY 2003 (1) | FY 2004 (1) | FY 2005 (1) | FY 2006 (1) | FY 2007 (1) | FY 2008 (1) | FY 2009 (2) | FY 2010 (2) | FY 2011 (2) | FY 2012 (3)(5) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CI24M | 47 | 59 | 69 | 22 | 8 | - | - | - | - | - | - | 205 |
| CI24 Contour [CI24 (CS)] (4) | 1,855 | 3,577 | 2,594 | 678 | 280 | 340 | 192 | 35 | 24 | 57 | 35 | 9,667 |
| CI24 Contour CA [CI24R (CA)] (4) | - | 123 | 827 | 1,439 | 159 | 146 | 87 | 62 | 32 | 6 | (1) | 2,880 |
| MATCI24R (CA)  [CI24R (CA2)] (4) | - | - | - | 152 | (2) | - | - | - | - | - | - | 150 |
| CI24RE (ST) | - | - | - | 37 | 86 | 127 | 147 | 136 | 138 | 150 | 219 | 1,040 |
| CI24K or CI24R (ST) (5) | 191 | 292 | 305 | 374 | 300 | 179 | 103 | 48 | 49 | 47 | 10 | 1,898 |
| CI24RE (CA) [CI24RE (CA1)] (4) | - | 8 | 2 | 1,463 | 4,490 | 5,914 | 6,650 | 7,042 | 2,112 | 994 | 6,400 | 35,075 |
| Total CI24 Units | 2,093 | 4,059 | 3,797 | 4,165 | 5,321 | 6,706 | 7,179 | 7,323 | 2,355 | 1,254 | 6,663 | 50,915 |

**Notes/Sources:**
(1) COC-5002006
(2) COC-5014192
(3) COC-5021681-COC-5021686
(4) The product name in brackets is the name appearing on data sheets produced for 2009-2012
(5) The 10 CI24R (ST) units in FY 2012 is derived from the sales data in Exhibit 6 7 because of a typo in the source data

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI24 STANDARD COSTS, BY FISCAL YEAR**
**Exhibit 3.12**

| | 1 Dec. 2001 - 30 Jun. 2002 (1) | FY 2003 (1) | FY 2004 (1) | FY 2005 (1) | FY 2006 (1) | FY 2007 (1) | FY 2008 (1) | FY 2009 (2) | FY 2010 (2) | FY 2011 (2) | FY 2012 (3) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CI24M | $97,386 | $153,413 | $176,198 | $67,725 | $22,178 | - | - | $85,585 | $72,250 | $180,736 | - | $516,900 |
| CI24 Contour [CI24 (CS)] (4) | $5,720,378 | $13,469,660 | $9,340,346 | $2,626,303 | $969,325 | $1,168,160 | $695,340 | $85,585 | $72,250 | $180,736 | $126,322 | $34,454,405 |
| CI24 Contour CA [CI24R (CA)] (4) | - | $459,410 | $3,220,574 | $5,453,056 | $549,602 | $535,429 | $323,157 | $154,296 | $97,322 | $18,891 | ($6,562) | $10,805,175 |
| MATCI24R (CA)  [CI24R (CA2)] (4) | - | - | - | $601,985 | ($6,731) | - | - | - | - | - | - | $595,254 |
| CI24RE (ST) | - | - | - | $95,202 | $253,593 | $361,353 | $443,987 | $323,146 | $327,035 | $380,349 | $667,771 | $2,852,436 |
| CI24K or CI24R (ST) | $485,675 | $928,866 | $913,125 | $1,141,500 | $831,782 | $512,515 | $320,274 | $112,105 | $132,867 | $132,219 | $32,805 | $5,543,733 |
| CI24RE (CA) [CI24RE (CA1)] (4) | - | $29,898 | $16,422 | $5,137,272 | $15,444,261 | $20,522,738 | $24,430,538 | $18,207,101 | $6,007,753 | $2,903,756 | $24,273,861 | $116,973,600 |
| | | | | | | | | | | | | |
| Total CI24 Standard Costs | $6,303,439 | $15,041,247 | $13,666,665 | $15,123,043 | $18,064,010 | $23,100,195 | $26,213,296 | $18,882,233 | $6,637,227 | $3,615,951 | $25,094,197 | $171,741,503 |

**Note/Sources:**
(1) COC-5002006
(2) COC-5014192
(3) COC-5021681-COC-5021686
(4) The product name in brackets is the name appearing on data sheets produced for 2009-2012

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI500 AND CI422 STANDARD COST PER UNIT, BY FISCAL YEAR (1)**
**Exhibit 3.13**

| | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|
| CI500 Series Cochlear Implant (2) | $2,750 | $3,195 | $3,718 | $876 | $3,209 |
| CI422 (2) | - | - | - | $3,381 | $3,381 |

**Notes/Source:**
(1) Exhibit 3.14 and Exhibit 3.15. Values calculated by dividing figures in Exhibit 3.15 by the figures in Exhibit 3.14.
(2) This product type was only presented in data since my preliminary report and has been added as such.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI500 AND CI422 UNITS SOLD, FY 2009 - FY 2012**
**Exhibit 3.14**

| | FY 2009 (1) | FY 2010 (1) | FY 2011 (1) | FY 2012 (2) | Total |
|---|---|---|---|---|---|
| CI500 Series Cochlear Implant (3) | 21 | 6,197 | 8,058 | 1,714 | 15,990 |
| CI422 (3) | - | - | - | 233 | 233 |

**Notes/Source:**
(1) COC-5014192
(2) COC-5021681-COC-5021686
(3) This product type was only presented in data since my preliminary report and has been added as such.

*Attorneys Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI500 AND CI422 STANDARD COSTS, FY 2009 - FY 2012**
**Exhibit 3.15**

| | FY 2009 (1) | FY 2010 (1) | FY 2011 (1) | FY 2012 (2) | Total |
|---|---|---|---|---|---|
| CI500 Series Cochlear Implant (3) | $57,743 | $19,798,903 | $29,957,725 | $1,501,147 | $51,315,518 |
| CI422 (3) | - | - | - | $787,795 | $787,795 |

**Notes/Source:**
(1) COC-5014192
(2) COC-5021681-COC-5021686 at 682
(3) This product type was only presented in data since my preliminary report and has been added as such.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF ADVANCED BIONICS LICENSE EFFECTIVE ROYALTY, EXCLUDING SONOVA PURCHASE**
**Exhibit 4.1**

|  | Total |
|---|---|
| Cash Payout From Purchase (1) | $23,100,000 |
| Running Royalties (2) | $18,931,576 |
| Payments to AMF from Earn-Outs (3)(4) | $24,316,131 |
| Royalty Income | $66,347,707 |
| Advanced Bionics Revenue (5) | $1,376,707,184 |
| Calculated Effective Royalty | 4.8% |

**Note/Sources:**
(1) Exhibit 4.3
(2) Exhibit 4.9
(3) Exhibit 4.4
(4) The AMF share of earn-out is calculated as the sum of the 2005 earn-out payment, the 2006 earn-out payment, and payments from the trusts.
(5) Exhibit 4.8

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF ADVANCED BIONICS LICENSE EFFECTIVE ROYALTY**
**Exhibit 4.2**

| | Total |
|---|---|
| Cash Payout From Purchase (1) | $23,100,000 |
| Profit from Sale of Stock (2) | $10,166,163 |
| Running Royalties (3) | $13,127,132 |
| AMF Share of Earn-Out (4) | $79,336,131 |
| Lump-Sum Payment to AMF (5) | $8,500,000 |
| Royalty Income | $134,229,426 |
| Advanced Bionics Revenue (3) | $1,376,707,184 |
| | |
| Effective Royalty | 9.8% |

**Sources:**
(1) Exhibit 4.3
(2) Exhibit 4.5
(3) Exhibit 4.8
(4) Exhibit 4.4
(5) AMF050886-918 at 904

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**AMF'S PROCEEDS FROM THE ADVANCED BIONICS PURCHASE**

**Exhibit 4.3**

|  | Total |
|---|---|
| AMF Shares of Advanced Bionics | 2,100,000 |
| Cash Paid per Share | $11.00 |
| Cash Payout From Purchase | $23,100,000 |

**Source:**
AMF045614 - AMF045615

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**TOTAL PAYMENTS TO AMF RELATED TO THE ADVANCED BIONICS EARN-OUTS**
**Exhibit 4.4**

| | Total |
|---|---|
| 2005 Earn-Out Payment (1) | $10,164,231 |
| 2006 Earn-Out Payment (2) | $12,915,000 |
| Payment from Advanced Bionics Trust (3) | $1,050,000 |
| Additional Payment from Advanced Bionics Trust (4) | $186,900 |
| Purchase of 2008 Earn-Out Payment (5) | $30,660,000 |
| Purchase of 2009 Earn-Out Payment (5) | $24,360,000 |
| Total Payments to AMF from Earn-Outs | $79,336,131 |

**Sources:**
(1) AMF045632
(2) AMF045647
(3) AMF045720
(4) Conversations with Farah Boroomand
(5) AMF045663

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**AMF'S PROFIT RELATED TO SALE OF ADVANCED BIONICS STOCK**

**Exhibit 4.5**

|  | Total |
|---|---|
| Proceeds from Sale of Stock (1) | $18,067,413 |
| Cost of Orignal Purchase of Shares from Boston Scientific (2) | $7,901,250 |
| Profit from Sale of Stock | $10,166,163 |

**Sources:**

(1) Exhibit 4.6

(2) Exhibit 4.7

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**PROCEEDS EARNED BY AMF RELATED TO SALE OF ADVANCED BIONICS STOCK**
**Exhibit 4.6**

| | Transaction on 19 Jan. 2010 | Transaction in August 2011 | Total |
|---|---|---|---|
| Shares Sold | 2,625,000 | 2,625,000 | 2,625,000 |
| Share Sale Price | $6.7440 | $0.138824 | $6.883 |
| Proceeds from Sale of Stock | $17,703,000 | $364,413 | $18,067,413 |

**Source:**
Conversation with Farah Boroomand, Chief Financial Officer of AMF

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COST OF AMF'S PURCHASE OF ADVANCED BIONICS STOCK FROM BOSTON SCIENTIFIC**
**Exhibit 4.7**

|  | Total |
|---|---|
| Shares Purchased | 2,625,000 |
| Share Purchase Price | $3.01 |
| Total Purchase Price | $7,901,250 |

**Source:**
Conversation with Farah Boroomand, Chief Financial Officer of AMF.

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ADVANCED BIONICS ESTIMATED REVENUE**
**Exhibit 4.8**

| | Royalty (1) | Rate (2) | Revenue |
|---|---|---|---|
| Q3 1999 | $377,003 | 3 00% | $12,566,767 |
| Q4 1999 | $275,556 | 3 00% | $9,185,200 |
| Q1 2000 | $269,791 | 3 00% | $8,993,033 |
| Q2 2000 | $279,843 | 3 00% | $9,328,100 |
| Q3 2000 | $308,737 | 3 00% | $10,291,233 |
| Q4 2000 | $349,823 | 3 00% | $11,660,767 |
| Q1 2001 | $267,436 | 3 00% | $8,914,533 |
| Q2 2001 | $414,863 | 3 00% | $13,828,767 |
| Q3 2001 | $420,880 | 3 00% | $14,029,333 |
| Q4 2001 | $606,674 | 3 00% | $20,222,467 |
| Q1 2002 | $171,144 | 3 00% | $5,704,800 |
| Q2 2002 | $161,082 | 3 00% | $5,369,400 |
| Outstanding Royalty Payment | $762,543 | 3 00% | $25,418,100 |
| Q3 2002 | $49,045 | 3 00% | $1,634,833 |
| Q4 2002 | $266,096 | 3 00% | $8,869,867 |
| Q1 2003 | $277,290 | 3 00% | $9,243,000 |
| Q2 2003 (3) | $237,455 | 2 76% | $8,591,811 |
| Extra Payment After Audit | $20,868 | 2 50% | $834,720 |
| Q3 2003 | $418,350 | 2 50% | $16,734,000 |
| Q4 2003 | $727,740 | 2 50% | $29,109,600 |
| Q1 2004 | $228,050 | 1 25% | $18,244,000 |
| Q2 2004 | $268,338 | 1 25% | $21,467,040 |
| Q3 2004 | $224,162 | 1 25% | $17,932,960 |
| Q4 2004 | $112,226 | 1 25% | $8,978,080 |
| Q1 2005 | $249,913 | 1 25% | $19,993,040 |
| Royalty Overpay | $20,041 | 1 25% | $1,603,280 |
| Q3 2005 | $228,550 | 1 25% | $18,284,000 |
| Q4 2005 | $275,975 | 1 25% | $22,078,000 |
| Q1 2006 | $240,288 | 1 25% | $19,223,040 |
| Q2 2006 | $282,363 | 1 25% | $22,589,040 |
| Q3 2006 | $269,675 | 1 25% | $21,574,000 |
| Q4 2006 | $292,800 | 1 25% | $23,424,000 |
| Q1 2007 | $265,825 | 1 25% | $21,266,000 |
| Q2 2007 | $348,525 | 1 25% | $27,882,000 |
| Q3 2007 | $350,363 | 1 25% | $28,029,040 |
| Q4 2007 | $380,850 | 1 25% | $30,468,000 |
| Q1 2008 | $346,088 | 1 00% | $34,608,800 |
| Q2 2008 | $402,638 | 1 00% | $40,263,800 |
| Q3 2008 (4) | $111,585 | 1 00% | $11,158,500 |
| Q4 2008 (4) | $329,740 | 1 00% | $32,974,000 |
| Q1 2009 (4) | $297,420 | 1 00% | $29,742,000 |
| Q2 2009 (4) | $320,760 | 1 00% | $32,076,000 |
| Q3 2009 (4) | $297,210 | 1 00% | $29,721,000 |
| Q4 2009 (4) | $321,528 | 1 00% | $32,152,800 |
| Q1 2010 (5) | - | 0 00% | $24,234,293 |
| Q2 2010 (6) | - | 0 00% | $32,201,278 |
| Q3 2010 (6) | - | 0 00% | $32,201,278 |

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**ADVANCED BIONICS ESTIMATED REVENUE**

**Exhibit 4.8**

| | Royalty (1) | Rate (2) | Revenue |
|---|---|---|---|
| Q4 2010 (7)(13) | - | 0 00% | $32,201,278 |
| Q1 2011 (7)(13) | - | 0 00% | $32,201,278 |
| Q2 2011 (8)(13) | - | 0 00% | $32,201,278 |
| Q3 2011 (8)(13) | - | 0 00% | $32,201,278 |
| Q4 2011 (9) | - | 0 00% | $31,339,880 |
| Q1 2012 (9) | - | 0 00% | $31,339,880 |
| Q2 2012 (10) | - | 0 00% | $38,668,160 |
| Q3 2012 (10) | - | 0 00% | $38,668,160 |
| Q4 2012 (11) | - | 0 00% | $38,668,160 |
| Q1 2013 (11) | - | 0 00% | $38,668,160 |
| Q2 2013 (11) | - | 0 00% | $38,668,160 |
| Q3 2013 (11) | - | 0 00% | $38,668,160 |
| Q4 2013 (11) | - | 0 00% | $38,668,160 |
| Q1 2014 (11)(12) | - | 0 00% | $29,645,590 |
| | | | |
| Total | $13,127,132 | N/A | $1,376,707,184 |

**Notes/Sources:**

(1) AMF045193

(2) AMF018354 and AMF045259

(3) The royalty rate was 3 0% through 18 May 2003 and 2 5% for the period 19 May 2003 - 31 December 2003   I have used the weighted average for the Q2 2003: ((48/91)* 03)+((43/91)* 025) =  0276

(4) AMF051328-329

(5) Sonova Annual Report 2009/10 p  94 and Exhibit 4 10   The figure shown in the annual report is in Swiss Francs

(6) Sonova Semi-Annual Report 2010/11 p  14 and Exhibit 4 10   I have assumed the semi-annual revenue for Advanced Bionics to be evenly distributed over each quarter

(7) Sonova Annual Report 2010/11 p  110 and Exhibit 4 10   I have assumed the annual revenue less the semi-annual revenue reported above for Advanced Bionics to be evenly distributed over each quarter

(8) Sonova Semi-Annual Report 2011/12 p  19 and Exhibit 4 10   I have assumed the semi-annual revenue for Advanced Bionics to be evenly distributed over each quarter

(9) Sonova Annual Report 2010/11 p  84 and Exhibit 4 10   I have assumed the annual revenue less the semi-annual revenue reported above for Advanced Bionics to be evenly distributed over each quarter

(10) Sonova Semi-Annual Report 2012/13 p  17 and Exhibit 4 10   I have assumed the semi-annual revenue for Advanced Bionics to be evenly distributed over each quarter

(11) These quarters were estimated using the data from Q2 2012 and Q3 2012   I have assumed no growth

(12) The revenues have been truncated at the expiration of the '616 patent on 11 March 2014   I have estimated this by applying a fraction of (69 days / 90 days in the quarter) to the quarterly estimate

(13) Sonova issued a product recall on their HiRes 90K implant in November 2010   These quarters have been estimated using the revenue from Q3 2010 to make up for the product recall, in an effort to be conservative

(14) I understand Sonova entered the cochlear implant market only upon the purchase of Advanced Bionics and all sales in cochlear implants are indicative of Advanced Bionics sales

(15) Sonova's fiscal year ends 31 March

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ADVANCED BIONICS ESTIMATED REVENUE, WITH ROYALTY PAYMENTS UNTIL EXPIRATION OF ALL PATENTS**
**Exhibit 4.9**

| | Royalty (1) | Rate (2) | Revenue |
|---|---|---|---|
| Q3 1999 | $377,003 | 3 00% | $12,566,767 |
| Q4 1999 | $275,556 | 3 00% | $9,185,200 |
| Q1 2000 | $269,791 | 3 00% | $8,993,033 |
| Q2 2000 | $279,843 | 3 00% | $9,328,100 |
| Q3 2000 | $308,737 | 3 00% | $10,291,233 |
| Q4 2000 | $349,823 | 3 00% | $11,660,767 |
| Q1 2001 | $267,436 | 3 00% | $8,914,533 |
| Q2 2001 | $414,863 | 3 00% | $13,828,767 |
| Q3 2001 | $420,880 | 3 00% | $14,029,333 |
| Q4 2001 | $606,674 | 3 00% | $20,222,467 |
| Q1 2002 | $171,144 | 3 00% | $5,704,800 |
| Q2 2002 | $161,082 | 3 00% | $5,369,400 |
| Outstanding Royalty Payment | $762,543 | 3 00% | $25,418,100 |
| Q3 2002 | $49,045 | 3 00% | $1,634,833 |
| Q4 2002 | $266,096 | 3 00% | $8,869,867 |
| Q1 2003 | $277,290 | 3 00% | $9,243,000 |
| Q2 2003 (3) | $237,455 | 2 76% | $8,591,811 |
| Extra Payment After Audit | $20,868 | 2 50% | $834,720 |
| Q3 2003 | $418,350 | 2 50% | $16,734,000 |
| Q4 2003 | $727,740 | 2 50% | $29,109,600 |
| Q1 2004 | $228,050 | 1 25% | $18,244,000 |
| Q2 2004 | $268,338 | 1 25% | $21,467,040 |
| Q3 2004 | $224,162 | 1 25% | $17,932,960 |
| Q4 2004 | $112,226 | 1 25% | $8,978,080 |
| Q1 2005 | $249,913 | 1 25% | $19,993,040 |
| Royalty Overpay | $20,041 | 1 25% | $1,603,280 |
| Q3 2005 | $228,550 | 1 25% | $18,284,000 |
| Q4 2005 | $275,975 | 1 25% | $22,078,000 |
| Q1 2006 | $240,288 | 1 25% | $19,223,040 |
| Q2 2006 | $282,363 | 1 25% | $22,589,040 |
| Q3 2006 | $269,675 | 1 25% | $21,574,000 |
| Q4 2006 | $292,800 | 1 25% | $23,424,000 |
| Q1 2007 | $265,825 | 1 25% | $21,266,000 |
| Q2 2007 | $348,525 | 1 25% | $27,882,000 |
| Q3 2007 | $350,363 | 1 25% | $28,029,040 |
| Q4 2007 | $380,850 | 1 25% | $30,468,000 |
| Q1 2008 | $346,088 | 1 00% | $34,608,800 |
| Q2 2008 | $402,638 | 1 00% | $40,263,800 |
| Q3 2008 (4) | $111,585 | 1 00% | $11,158,500 |
| Q4 2008 (4) | $329,740 | 1 00% | $32,974,000 |
| Q1 2009 (4) | $297,420 | 1 00% | $29,742,000 |
| Q2 2009 (4) | $320,760 | 1 00% | $32,076,000 |
| Q3 2009 (4) | $297,210 | 1 00% | $29,721,000 |
| Q4 2009 (4) | $321,528 | 1 00% | $32,152,800 |
| Q1 2010 (5) | $242,343 | 1 00% | $24,234,293 |
| Q2 2010 (6) | $322,013 | 1 00% | $32,201,278 |
| Q3 2010 (6) | $322,013 | 1 00% | $32,201,278 |

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ADVANCED BIONICS ESTIMATED REVENUE, WITH ROYALTY PAYMENTS UNTIL EXPIRATION OF ALL PATENTS**
**Exhibit 4.9**

| | Royalty (1) | Rate (2) | Revenue |
|---|---|---|---|
| Q4 2010 (7)(13) | $322,013 | 1 00% | $32,201,278 |
| Q1 2011 (7)(13) | $322,013 | 1 00% | $32,201,278 |
| Q2 2011 (8)(13) | $322,013 | 1 00% | $32,201,278 |
| Q3 2011 (8)(13) | $322,013 | 1 00% | $32,201,278 |
| Q4 2011 (9) | $313,399 | 1 00% | $31,339,880 |
| Q1 2012 (9) | $313,399 | 1 00% | $31,339,880 |
| Q2 2012 (10) | $386,682 | 1 00% | $38,668,160 |
| Q3 2012 (10) | $386,682 | 1 00% | $38,668,160 |
| Q4 2012 (11) | $386,682 | 1 00% | $38,668,160 |
| Q1 2013 (11) | $386,682 | 1 00% | $38,668,160 |
| Q2 2013 (11) | $386,682 | 1 00% | $38,668,160 |
| Q3 2013 (11) | $386,682 | 1 00% | $38,668,160 |
| Q4 2013 (11) | $386,682 | 1 00% | $38,668,160 |
| Q1 2014 (11)(12) | $296,456 | 1 00% | $29,645,590 |
| | | | |
| Total | $18,931,576 | N/A | $1,376,707,184 |

**Notes/Sources:**
(1) AMF045193
(2) AMF018354 and AMF045259
(3) The royalty rate was 3 0% through 18 May 2003 and 2 5% for the period 19 May 2003 - 31 December 2003   I have used the weighted average for the Q2 2003: ((48/91)* 03)+((43/91)* 025) =  0276
(4) AMF051328-329
(5) Sonova Annual Report 2009/10 p  94 and Exhibit 4 10   The figure shown in the annual report is in Swiss Francs
(6) Sonova Semi-Annual Report 2010/11 p  14 and Exhibit 4 10   I have assumed the semi-annual revenue for Advanced Bionics to be evenly distributed over each quarter
(7) Sonova Annual Report 2010/11 p  110 and Exhibit 4 10   I have assumed the annual revenue less the semi-annual revenue reported above for Advanced Bionics to be evenly distributed over each quarter
(8) Sonova Semi-Annual Report 2011/12 p  19 and Exhibit 4 10   I have assumed the semi-annual revenue for Advanced Bionics to be evenly distributed over each quarter
(9) Sonova Annual Report 2010/11 p  84 and Exhibit 4 10   I have assumed the annual revenue less the semi-annual revenue reported above for Advanced Bionics to be evenly distributed over each quarter
(10) Sonova Semi-Annual Report 2012/13 p  17 and Exhibit 4 10   I have assumed the semi-annual revenue for Advanced Bionics to be evenly distributed over each quarter
(11) These quarters were estimated using the data from Q2 2012 and Q3 2012   I have assumed no growth
(12) The revenues have been truncated at the expiration of the '616 patent on 11 March 2014   I have estimated to this date and have applied a fraction of (69 days / 90 days in the quarter) to the estimate
(13) Sonova issued a product recall on their HiRes 90K implant in November 2010   These quarters have been estimated using the revenue from Q3 2010 to make up for the product recall, in an effort to be conservative
(14) I understand Sonova entered the cochlear implant market only upon the purchase of Advanced Bionics and all sales in cochlear implants are indicative of Advanced Bionics sales
(15) Sonova's fiscal year ends 31 March

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF AVERAGE EXCHANGE RATES FOR SWISS FRANCS (CHF) TO US DOLLARS (USD)**
**Exhibit 4.10**

| Time Period (1) | Start Date (2) | End Date (2) | Exchange Rate at Start Date (3)(4) | Exchange Rate at End Date (3)(4) | Average for Period (4) |
|---|---|---|---|---|---|
| 2010 Q1 | 1/4/2010 | 3/31/2010 | $0.9708 | $0.9489 | **$0.9599** |
| 2010 Q2 - 2010 Q3 | 4/1/2010 | 9/30/2010 | $0.9487 | $1.0168 | **$0.9828** |
| 2010 Q4 - 2011 Q1 | 10/1/2010 | 3/31/2011 | $1.0270 | $1.0891 | **$1.0581** |
| 2011 Q2 - 2011 Q3 | 4/1/2011 | 9/30/2011 | $1.0796 | $1.1016 | **$1.0906** |
| 2011 Q4 - 2012 Q1 | 10/3/2011 | 3/30/2012 | $1.0863 | $1.1086 | **$1.0975** |
| 2012 Q2 - 2012 Q3 | 4/2/2012 | 9/28/2012 | $1.1061 | $1.0638 | **$1.0850** |

**Source/Notes:**
(1) Time periods are based upon calendar quarters.
(2) Start and End Dates represent the first and last weekdays of the time periods.
(3) http://finance.yahoo.com/currency-converter/#from=CHF;to=USD;amt=1
(4) Swiss Franc is the base currency. All values represented in USD relative to 1 Swiss Franc.

*Attorneys' Eyes Only*

EXHIBIT K

Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.
**COCHLEAR'S PROFITS FROM SALES OF ACCUSED PRODUCTS**
Exhibit 5.1

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue from CI24(1) | $24,299,256 | $50,037,368 | $47,474,546 | $55,972,969 | $77,093,625 | $90,516,439 | $100,377,295 | $104,700,845 | $23,616,000 | $9,555,707 | $93,513,884 | $677,157,934 |
| Revenue from SPrint(2) | $8,452,933 | $14,886,769 | $11,843,510 | $9,389,476 | $2,076,480 | $1,452,950 | $398,375 | $6,000 | ($20,494) | ($5,000) | ($6,285) | $48,474,714 |
| Revenue from SP12(3) | - | - | - | $7,849,072 | $38,452,036 | $68,438,988 | $64,468,857 | $80,567,007 | $29,715,255 | $15,797,858 | $7,429,240 | $312,718,313 |
| Revenue from CI500(4) | - | - | - | - | - | - | - | $254,100 | $98,451,814 | $124,909,498 | $27,227,907 | $250,843,319 |
| Revenue from CI422(4) | - | - | - | - | - | - | - | - | - | - | $3,458,058 | $3,458,058 |
| Revenue from CP800(2) | - | - | - | - | - | - | - | - | $60,272,320 | $87,268,754 | $99,278,614 | $246,819,688 |
| Total Revenue from Accused Products | $32,752,189 | $64,924,137 | $59,318,056 | $73,211,517 | $117,622,141 | $160,408,377 | $165,244,527 | $185,527,952 | $212,034,895 | $237,526,816 | $230,901,417 | $1,539,472,024 |
| Standard Cost of CI24(5) | ($6,303,439) | ($15,041,247) | ($13,666,665) | ($15,123,043) | ($18,064,010) | ($23,100,195) | ($26,213,296) | ($18,882,233) | ($6,637,227) | ($3,615,951) | ($25,094,197) | ($171,741,503) |
| Standard Cost of SPrint(6) | ($1,896,489) | ($3,492,381) | ($2,688,055) | ($1,819,149) | ($485,993) | $156,563 | $86,224 | $37,197 | $60,783 | $172,024 | $298,616 | ($9,570,660) |
| Standard Cost of SP12(6) | - | - | - | ($921,502) | ($4,229,003) | ($7,393,714) | ($5,258,826) | ($4,093,082) | ($1,500,766) | ($924,236) | ($408,875) | ($24,730,004) |
| Standard Cost of CI500(7) | - | - | - | - | - | - | - | ($57,743) | ($19,798,903) | ($29,957,725) | ($1,501,147) | ($51,315,518) |
| Standard Cost of CI422(7) | - | - | - | - | - | - | - | - | - | - | ($787,795) | ($787,795) |
| Standard Cost of CP800(6) | - | - | - | - | - | - | - | - | ($5,550,974) | ($8,961,901) | ($9,963,209) | ($24,476,084) |
| Total Cost of Accused Products | ($8,199,928) | ($18,533,628) | ($16,354,720) | ($17,863,694) | ($22,779,006) | ($30,337,346) | ($31,385,898) | ($22,995,861) | ($33,427,087) | ($43,287,789) | ($37,406,607) | ($282,621,564) |
| Gross Profit | $24,552,261 | $46,390,509 | $42,963,336 | $55,347,823 | $94,843,135 | $130,071,031 | $133,858,630 | $162,532,091 | $178,607,808 | $194,239,027 | $193,444,810 | $1,256,850,461 |
| | 75.0% | 71.5% | 72.4% | 75.6% | 80.6% | 81.1% | 81.0% | 87.6% | 84.2% | 81.8% | 83.8% | 81.6% |
| Distribution, Marketing, and Field Technical Expenses(8) | ($10,012,315) | ($20,213,103) | ($20,729,202) | ($23,068,057) | ($34,258,194) | ($41,920,509) | ($44,672,789) | ($48,513,609) | ($56,408,004) | ($64,202,352) | ($65,149,553) | ($429,147,687) |
| | 30.6% | 31.1% | 34.9% | 31.5% | 29.1% | 26.1% | 27.0% | 26.1% | 26.6% | 27.0% | 28.2% | 27.9% |
| Administration Expenses(8) | ($1,382,247) | ($4,099,824) | ($4,983,807) | ($5,771,584) | ($8,221,165) | ($11,482,771) | ($10,303,286) | ($11,780,455) | ($13,425,169) | ($14,296,889) | ($15,016,815) | ($100,764,011) |
| | 4.2% | 6.3% | 8.4% | 7.9% | 7.0% | 7.2% | 6.2% | 6.3% | 6.3% | 6.0% | 6.5% | 6.5% |
| Research and Development Expenses(8) | ($5,570,073) | ($8,405,763) | ($10,548,027) | ($9,473,467) | ($16,174,431) | ($19,600,809) | ($22,842,680) | ($25,321,993) | ($29,138,839) | ($35,639,983) | ($39,442,567) | ($222,158,630) |
| | 17.0% | 12.9% | 17.8% | 12.9% | 13.8% | 12.2% | 13.8% | 13.6% | 13.7% | 15.0% | 17.1% | 14.4% |
| Other Expenses from Ordinary Activities(8) | ($20,867) | - | - | - | - | - | - | - | - | - | - | ($20,867) |
| | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Operating Profit from Accused Products | $7,566,760 | $13,671,818 | $6,702,300 | $17,034,716 | $36,189,346 | $57,066,942 | $56,039,875 | $76,916,034 | $79,635,796 | $80,099,803 | $73,833,876 | $504,759,266 |
| | 23.1% | 21.1% | 11.3% | 23.3% | 30.8% | 35.6% | 33.9% | 41.5% | 37.6% | 33.7% | 32.0% | 32.8% |

**Sources:**
(1) Exhibit 2.2
(2) Exhibit 6.3
(3) Exhibit 2.6. For 2008 figure see Exhibit 5.3.
(4) Exhibit 2.3
(5) Exhibit 3.12
(6) Exhibit 3.9. For 2008 SP12 figure see Exhibit 5.3.
(7) Exhibit 3.15
(8) Percentages are taken from Exhibit 5.4 and then multiplied by Total Revenue to calculate value.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**ACCUSED UNITS SOLD AS A PERCENTAGE OF TOTAL UNITS SOLD IN AMERICAS**

**Exhibit 5.2**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue from Accused Implants(1) | $24,299,256 | $50,037,368 | $47,474,546 | $55,972,969 | $77,093,625 | $90,516,439 | $100,377,295 | $104,954,945 | $122,067,814 | $134,465,204 | $124,199,848 | $931,459,310 |
| Revenue from Accused Processors(1) | $8,452,933 | $14,886,769 | $11,843,510 | $17,238,548 | $40,528,516 | $69,891,938 | $64,867,232 | $80,573,007 | $89,967,081 | $103,061,612 | $106,701,569 | $608,012,714 |
| Revenue from Accused Implants and Processors | $32,752,189 | $64,924,137 | $59,318,056 | $73,211,517 | $117,622,141 | $160,408,377 | $165,244,527 | $185,527,952 | $212,034,895 | $237,526,816 | $230,901,417 | $1,539,472,024 |
| Revenue from Accused and Non-Accused Implants and Processors(2)(3) | $40,907,074 | $82,854,289 | $76,093,926 | $93,936,372 | $144,476,290 | $190,781,532 | $203,759,094 | $222,118,800 | $256,047,851 | $282,231,151 | $272,349,132 | $1,865,555,511 |
| Percentage of Revenue from Accused Implants and Processors | 80 06% | 78 36% | 77 95% | 77 94% | 81 41% | 84 08% | 81 10% | 83 53% | 82 81% | 84 16% | 84 78% | 82 52% |

**Notes/Sources:**

(1) Exhibit 5 1  Processors include SPrint, SP12, CP800  Implants include CI24, CI500, CI422

(2) COC-5002688 to COC-5002693

(3) These totals include both accused and non accused CIS and BAHA revenue

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF REVENUE AND STANDARD COST OF SP12 SPEECH PROCESSORS USED WITH A CI24, FISCAL YEAR 2008**
**Exhibit 5.3**

| Revenue | Total | | Standard Cost | Total |
|---|---|---|---|---|
| SP12 Units Used with a CI22 (1) | 1,083 | | SP12 Units Used with a CI22 (1) | 1,083 |
| Average Selling Price (2) | $5,103 | | Standard Cost Per Unit (4) | $412 |
| Revenue from SP12s Used with a CI22 | $5,527,051 | | Standard Cost of SP12s Used with a CI22 | $446,745 |
| Total FY 2008 SP12 Revenue (3) | $69,995,908 | | Total FY 2008 SP12 Standard Cost (5) | $5,705,571 |
| Revenue from SP12s Used with a CI24 | $64,468,857 | | Standard Cost of SP12s Used with a CI24 | $5,258,826 |

**Sources:**
(1) Exhibit 2.4
(2) Exhibit 2.5
(3) Exhibit 2.6
(4) Exhibit 3.7
(5) Exhibit 3.9

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR LTD. CONSOLIDATED INCOME STATEMENTS**
**Exhibit 5.4**

| *(in thousands of Australian dollars)* | FY 2002 (1) | FY 2003 (2) | FY 2004 (2) | FY 2005 (3) | FY 2006 (3) | FY 2007 (4) | FY 2008 (4) | FY 2009 (5) | FY 2010 (5) | FY 2011 (6) | FY 2012 (6) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue From Operating Activities(7) | $252,706 | $286,011 | $249,981 | $320,444 | $428,516 | $539,711 | $578,845 | $708,365 | $690,538 | $726,010 | $698,525 | $5,479,652 |
| Cost of Sales | ($72,966) | ($82,637) | ($84,960) | ($99,699) | ($130,962) | ($161,334) | ($169,013) | ($196,244) | ($202,191) | ($228,486) | ($203,260) | ($1,631,752) |
| Gross Profit | $179,740 | $203,374 | $165,021 | $220,745 | $297,554 | $378,377 | $409,832 | $512,121 | $488,347 | $497,524 | $495,265 | $3,847,900 |
|  | 71.1% | 71.1% | 66.0% | 68.9% | 69.4% | 70.1% | 70.8% | 72.3% | 70.7% | 68.5% | 70.9% | 70.2% |
| Distribution, Marketing, and Field Technical Expenses(8) | ($77,252) | ($89,045) | ($87,358) | ($100,968) | ($124,808) | ($141,046) | ($156,487) | ($185,230) | ($183,705) | ($196,237) | ($197,091) | ($1,539,227) |
|  | 30.6% | 31.1% | 34.9% | 31.5% | 29.1% | 26.1% | 27.0% | 26.1% | 26.6% | 27.0% | 28.2% | 28.1% |
| Administration Expenses | ($10,665) | ($18,061) | ($21,003) | ($25,262) | ($29,951) | ($38,635) | ($36,092) | ($44,979) | ($43,722) | ($43,699) | ($45,429) | ($357,498) |
|  | 4.2% | 6.3% | 8.4% | 7.9% | 7.0% | 7.2% | 6.2% | 6.3% | 6.3% | 6.0% | 6.5% | 6.5% |
| Research and Development Expenses | ($42,977) | ($37,030) | ($44,452) | ($41,465) | ($58,926) | ($65,949) | ($80,017) | ($96,682) | ($94,897) | ($108,935) | ($119,322) | ($790,652) |
|  | 17.0% | 12.9% | 17.8% | 12.9% | 13.8% | 12.2% | 13.8% | 13.6% | 13.7% | 15.0% | 17.1% | 14.4% |
| Other Expenses from Ordinary Activities | ($161) | - | - | - | - | - | - | - | - | - | - | ($161) |
|  | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Operating Profit | $48,685 | $59,238 | $12,208 | $53,050 | $83,869 | $132,747 | $137,236 | $185,230 | $166,023 | $148,653 | $133,423 | $1,160,362 |
|  | 19.3% | 20.7% | 4.9% | 16.6% | 19.6% | 24.6% | 23.7% | 26.1% | 24.0% | 20.5% | 19.1% | 21.2% |

**Notes/Sources:**
(1) COC-5000049
(2) COC-5000197
(3) COC-5000368 and COC-5000381
(4) Cochlear Ltd , Annual Report for Fiscal Year 2008, pp  48 and 62
(5) Cochlear Ltd , Annual Report for Fiscal Year 2010, pp  48 and 65
(6) Cochlear Ltd , Annual Report for Fiscal Year 2012, pp  46 and 63
(7) I have only included "Sales of goods revenue before hedging" in order to exclude foreign exchange gains
(8) For 2007-2012, this category is called "Selling and General Expenses" in Cochlear Annual Reports

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF IMPLANTS IN THE AMERICAS, BY FISCAL YEAR**(1)
**Exhibit 6.1**

| (in USD) | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | $71,370 | $303,199 | $169,126 | $315,299 | $248,123 | $462,316 | $138,174 | - | - | - | - | $1,707,607 |
| CI11+11+2M (2) | - | - | - | - | - | - | - | $367,954 | $495,978 | $291,967 | $275,272 | $1,431,171 |
| Abi 24M | $412,925 | $266,439 | $422,259 | $675,781 | $787,906 | $931,236 | $685,022 | $917,568 | $379,370 | $335,578 | $588,649 | $6,402,733 |
| CI22M | ($29,680) | ($16,050) | ($15,500) | - | - | - | - | - | - | - | - | ($61,230) |
| CI24M - Micro Implant | - | - | - | - | - | - | - | - | - | - | - | - |
| CI24M - Cochlear Implant | $217,528 | $236,721 | $271,950 | $55,350 | $21,000 | - | - | - | - | - | - | $802,549 |
| CI24 Contour [CI24R (CS)] (3) | $22,697,591 | $46,066,053 | $34,628,834 | $8,256,096 | $2,259,860 | $2,551,202 | $1,477,038 | $301,360 | $136,873 | $362,850 | $195,200 | $118,932,957 |
| CI24 Contour CA [CI24R (CA)] (3) | - | $1,583,488 | $10,835,999 | $20,269,052 | $1,573,346 | $911,550 | $585,585 | $369,246 | $111,300 | $32,650 | - | $36,272,216 |
| Contour with Softtip | - | - | - | - | - | - | - | - | - | - | - | - |
| MATCI24R (CA)  [CI24R (CA2)] (3) | - | - | - | $2,033,373 | ($14,275) | - | - | - | - | - | - | $2,019,098 |
| CI24RE (ST) | - | - | - | $526,122 | $1,512,341 | $1,959,854 | $2,136,251 | $1,991,626 | $1,350,140 | $1,875,179 | $2,624,907 | $13,976,420 |
| CI24R (ST) | $1,384,137 | $2,030,946 | $1,706,763 | $2,275,426 | $1,834,732 | $1,145,793 | $655,792 | $373,137 | $306,950 | $281,350 | $60,450 | $12,055,476 |
| CI24RE (CA) [CI24RE (CA1)] (3) | - | $120,160 | $31,000 | $22,493,100 | $69,308,421 | $83,594,320 | $95,522,629 | $101,665,476 | $21,710,738 | $7,003,678 | $90,633,327 | $492,082,848 |
| CI24RE Hybrid | - | - | - | $64,450 | $598,200 | $353,720 | - | - | - | - | - | $1,016,370 |
| CI6+16+2M [Custom Implant N24] (3) (4) | - | $122,650 | $150,960 | $135,560 | ($14,480) | - | - | - | - | - | - | $394,690 |
| PABI 24M | - | - | - | - | $77,064 | - | - | - | - | - | - | $77,064 |
| Percutaneous Implant | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Implants | - | - | - | - | - | - | - | - | - | - | - | - |
| Perc Externals | - | - | - | - | - | - | - | - | - | - | - | - |
| Freedom H10 | - | - | - | - | - | - | $75,800 | - | - | - | - | $75,800 |
| CI500 Series Cochlear Implant (2) | - | - | - | - | - | - | - | $254,100 | $98,451,814 | $124,909,498 | $27,227,907 | $250,843,319 |
| CI422 (2) | - | - | - | - | - | - | - | - | - | - | $3,458,058 | $3,458,058 |
| Fixtures (2) | - | - | - | - | - | - | - | $4,580 | - | - | - | $4,580 |
| Total | $24,753,871 | $50,713,606 | $48,201,391 | $57,099,609 | $78,192,238 | $91,909,991 | $101,276,291 | $106,245,047 | $122,943,162 | $135,092,750 | $125,063,769 | $941,491,725 |

**Notes/Sources:**
(1) Exhibit 6 6
(2) This product type was only presented in the new data and has been added as such
(3) The product name in brackets is the name appearing on data sheets produced for 2009-2012  See COC-5014193
(4) For years 2009-2012, this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF IMPLANTS IN THE AMERICAS, BY FISCAL YEAR** (1)
**Exhibit 6.2**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | 5 | 24 | 24 | 21 | 13 | 34 | 3 | - | - | - | - | 124 |
| CI11+11+2M (2) | - | - | - | - | - | - | - | 24 | 33 | 23 | 18 | 98 |
| Abi 24M | 32 | 21 | 24 | 38 | 38 | 46 | 33 | 40 | 14 | 15 | 24 | 325 |
| CI22M | (3) | (3) | (1) | - | - | - | - | - | - | - | - | (7) |
| CI24M - Micro Implant | - | - | (1) | - | - | - | - | - | - | - | - | (1) |
| CI24M - Cochlear Implant | 45 | 59 | 70 | 22 | 8 | - | - | - | - | - | - | 204 |
| CI24 Contour [CI24R (CS)] (3) | 1,825 | 3,578 | 2,594 | 679 | 280 | 340 | 192 | 35 | 24 | 57 | 35 | 9,639 |
| CI24 Contour CA [CI24R (CA)] (3) | - | 123 | 827 | 1,439 | 159 | 146 | 87 | 62 | 32 | 6 | (1) | 2,880 |
| Contour with Softtip | - | - | - | - | - | - | - | - | - | - | - | - |
| MATCI24R (CA) [CI24R (CA2)] (3) | - | - | - | 152 | (2) | - | - | - | - | - | - | 150 |
| CI24RE (ST) | - | - | - | 37 | 86 | 127 | 147 | 136 | 138 | 150 | 219 | 1,040 |
| CI24R (ST) | 187 | 292 | 305 | 374 | 300 | 179 | 103 | 48 | 49 | 47 | 10 | 1,894 |
| CI24RE (CA) [CI24RE (CA1)] (3) | - | 8 | 2 | 1,459 | 4,454 | 5,894 | 6,646 | 7,042 | 2,112 | 994 | 6,400 | 35,011 |
| CI24RE Hybrid | - | - | - | 4 | 36 | 20 | - | - | - | - | - | 60 |
| CI6+16+2M [Custom Implant N24] (3) (4) | - | 11 | 9 | 8 | 2 | - | - | (1) | (1) | (3) | - | 25 |
| PABI 24M | - | 2 | 3 | 1 | 5 | 1 | (2) | - | - | - | - | 10 |
| Percutaneous Implant | - | - | 8 | - | - | 4 | - | - | - | - | - | 12 |
| Other Implants | - | - | - | - | - | - | - | - | - | - | - | - |
| Perc Externals | - | - | 7 | 10 | - | 4 | - | - | - | - | - | 21 |
| Freedom H10 | - | - | - | - | - | - | 4 | - | - | - | - | 4 |
| C1500 Series Cochlear Implant (2) | - | - | - | - | - | - | - | 21 | 6,197 | 8,058 | 1,714 | 15,990 |
| CI422 (2) | - | - | - | - | - | - | - | - | - | - | 233 | 233 |
| Fixtures (2) | - | - | - | - | - | - | - | 2 | - | - | - | 2 |
| **Total** | 2,091 | 4,115 | 3,871 | 4,244 | 5,379 | 6,795 | 7,213 | 7,409 | 8,598 | 9,347 | 8,652 | 67,714 |

**Notes/Sources:**
(1) Exhibit 6.7
(2) This product type was only presented in the new data and has been added as such.
(3) The product name in brackets is the name appearing on data sheets produced for 2009-2012. See COC-5014193
(4) For years 2009-2012, this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals.

EXHIBIT K

Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.
**COCHLEAR REVENUE FROM THE SALE OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL YEAR**(1)
**Exhibit 6.3**

| (in USD) | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | - | - | - | - | - | - | - | - | - | - | - | - |
| Beige/Beige Esprit | $1,183,861 | ($84,265) | ($12,000) | $5,000 | - | - | - | - | - | - | - | $1,092,596 |
| Beige/Brown Esprit | $500,640 | ($30,000) | ($6,000) | - | - | - | - | - | - | - | - | $464,640 |
| Brown/Brown Esprit | $242,760 | ($9,000) | ($3,000) | - | - | - | - | - | - | - | - | $230,760 |
| Black/Black Esprit | $6,000 | - | - | - | - | - | - | - | - | - | - | $6,000 |
| ESPrit (2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Discount - First 1000 Spectra Trade In | - | - | ($4,121,760) | ($633,600) | - | - | - | - | - | - | - | ($4,755,360) |
| Discount - No Special Promotion | - | - | ($133,000) | ($1,654,405) | - | - | - | - | - | - | - | ($1,787,405) |
| Discount - Esprit 22 Trade In | - | - | ($356,800) | ($1,381,690) | - | - | - | - | - | - | - | ($1,738,490) |
| Beige Esprit 3G | $2,598,045 | $10,670,053 | ($33,000) | $15,000 | ($6,000) | ($24,950) | - | - | - | - | - | $13,219,148 |
| Brown Esprit 3G | $621,130 | $2,873,956 | $4,500 | - | - | ($3,500) | - | - | - | - | - | $3,496,086 |
| Black Esprit 3G | $142,700 | $924,180 | $15,000 | ($6,000) | - | - | - | - | - | - | - | $1,075,880 |
| Silver Esprit 3G | $760,384 | $2,893,069 | ($33,000) | - | ($3,000) | - | - | - | - | - | - | $3,617,453 |
| Esprit 3G Beige | - | - | $14,619,270 | $13,714,026 | $2,362,835 | $1,407,391 | $402,912 | - | - | - | - | $32,506,434 |
| Esprit 3G Brown | - | - | $4,207,290 | $3,747,986 | $910,500 | $521,526 | $146,500 | - | - | - | - | $9,533,802 |
| Esprit 3G Black | - | - | $1,336,750 | $2,005,200 | $237,500 | $192,829 | $146,400 | - | - | - | - | $3,918,679 |
| Esprit 3G Silver | - | - | $4,067,835 | $4,552,654 | $331,460 | $145,740 | $61,400 | - | - | - | - | $9,159,089 |
| Esprit 3G Deferred | - | ($663,076) | ($1,975,414) | ($1,448,708) | $5,399,045 | $5,468,826 | $1,253,598 | - | - | - | - | $8,034,271 |
| ESPrit 3G (2) | - | - | - | - | - | - | - | $163,302 | $63,384 | ($32,310) | ($9,500) | $184,875 |
| Black Esprit22 | $11,000 | $83,000 | $9,000 | ($6,000) | - | - | - | - | - | - | - | $97,000 |
| Beige/Beige Esprit22 | $1,274,900 | $1,614,871 | $374,200 | ($54,000) | ($6,000) | - | $6,000 | - | - | - | - | $3,209,971 |
| Beige/Brown Esprit22 | $303,700 | $420,750 | $91,671 | ($30,000) | - | - | - | - | - | - | - | $786,121 |
| ESPrit 22 (2) | - | - | - | - | - | - | - | - | - | - | $24 | $24 |
| Spectra 22 | - | - | - | - | - | - | - | - | - | - | - | - |
| Spectra 22, Smd | $55,150 | $67,350 | $47,635 | $33,178 | $2,500 | - | - | - | - | - | - | $205,813 |
| Spectra (2) | - | - | - | - | - | - | - | - | - | - | - | - |
| Spice (2) | - | - | - | - | - | - | - | - | - | - | - | - |
| MSP | - | - | - | - | - | - | - | - | - | - | - | - |
| Sprint | $8,452,933 | $14,886,769 | $11,843,510 | $9,389,476 | $2,076,480 | $1,452,950 | $398,375 | $6,000 | ($20,494) | ($5,000) | ($6,285) | $48,474,714 |
| Z60067 | - | - | - | $6,000 | - | - | - | - | - | - | - | $6,000 |
| SP12 - Final Pack Beige | - | - | - | $261,000 | - | - | - | - | - | - | - | $261,000 |
| SP12 - Base System Beige | - | - | - | - | - | - | - | - | - | - | - | - |
| SP12 BTE Beige | - | - | - | $4,409,604 | $19,289,052 | $31,195,417 | $29,099,501 | - | - | - | - | $83,993,574 |
| SP12 BTE Brown | - | - | - | $1,460,968 | $7,904,744 | $13,891,873 | $16,339,744 | - | - | - | - | $39,597,329 |
| SP12 BTE Black | - | - | - | $618,000 | $3,752,936 | $7,435,146 | $8,669,326 | - | - | - | - | $20,475,408 |
| SP12 BTE Silver | - | - | - | $1,099,500 | $7,211,304 | $12,677,864 | $11,291,304 | - | - | - | - | $32,279,972 |
| SP12 BTE Pink | - | - | - | - | $174,000 | $1,907,096 | $2,481,026 | - | - | - | - | $4,562,122 |
| SP12 BTE Blue | - | - | - | - | $120,000 | $1,331,592 | $2,115,007 | - | - | - | - | $3,566,599 |
| SP12 (2) | - | - | - | - | - | - | - | $80,567,007 | $29,715,255 | $15,797,858 | $7,429,240 | $133,509,359 |
| Hybrid for Freedom Beige | - | - | - | - | - | - | $10,275 | - | - | - | - | $10,275 |
| Hybrid for Freedom Silver | - | - | - | - | - | - | $10,275 | - | - | - | - | $10,275 |
| Freedom Hybrid Processor(2) | - | - | - | - | - | - | - | - | - | ($3,425) | $8,000 | $4,575 |
| FTEP Redemption | - | - | $325,743 | $159,245 | - | - | - | - | - | - | - | $484,988 |
| FTEP Certs Issued | - | - | ($2,375,895) | $574,328 | - | - | - | - | - | - | - | ($1,801,567) |
| FTEP Revaluations | - | ($1,506,972) | - | - | - | - | - | - | - | - | - | ($1,506,972) |
| CP800 Series Sound Processor(3) | - | - | - | - | - | - | - | - | $60,272,320 | $87,268,754 | $99,278,614 | $246,819,688 |
| Total | $16,153,203 | $32,140,683 | $27,892,535 | $36,836,762 | $49,760,356 | $77,596,800 | $72,431,643 | $80,736,308 | $90,030,464 | $103,025,877 | $106,700,093 | $693,304,724 |

**Notes/Sources:**
(1) Exhibit 6.8
(2) There is not product color information for 2009 through 2012.
(3) This product type is only presented in the new data and has been added as such.

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL YEAR**[1]
**Exhibit 6.4**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | - | - | - | - | - | (1) | - | - | - | - | - | (1) |
| Beige/Beige Esprit | (1,410) | (2,532) | (5) | - | - | (13) | (4) | - | - | - | - | (3,964) |
| Beige/Brown Esprit | 165 | (20) | (5) | 1 | - | (15) | (2) | - | - | - | - | 124 |
| Brown/Brown Esprit | 73 | (6) | - | - | - | (1) | - | - | - | - | - | 66 |
| Black/Black Esprit | 1 | - | - | - | - | - | - | - | - | - | - | 1 |
| ESPrit [2] | - | - | - | - | - | - | - | (5) | (2) | (1) | (2) | (10) |
| Discount - First 1000 Spectra Trade In | - | - | - | - | - | - | - | - | - | - | - | - |
| Discount - No Special Promotion | - | - | - | - | - | - | - | - | - | - | - | - |
| Discount - Esprit 22 Trade In | - | - | - | - | - | - | - | - | - | - | - | - |
| Beige Esprit 3G | 1,949 | 3,576 | (102) | (17) | (3) | (111) | (39) | - | - | - | - | 5,253 |
| Brown Esprit 3G | 472 | 1,060 | (16) | (4) | - | (24) | (12) | - | - | - | - | 1,476 |
| Black Esprit 3G | 145 | 291 | (3) | (2) | (1) | (4) | (1) | - | - | - | - | 425 |
| Silver Esprit 3G | 624 | 949 | (9) | (5) | - | (32) | (9) | - | - | - | - | 1,518 |
| Esprit 3G Beige | - | - | 3,334 | 2,905 | 880 | 139 | 117 | - | - | - | - | 7,375 |
| Esprit 3G Brown | - | - | 995 | 852 | 318 | 74 | 13 | - | - | - | - | 2,252 |
| Esprit 3G Black | - | - | 347 | 424 | 91 | 9 | 25 | - | - | - | - | 896 |
| Esprit 3G Silver | - | - | 942 | 1,007 | 114 | (27) | (1) | - | - | - | - | 2,035 |
| Esprit 3G Deferred | - | - | - | - | - | - | - | - | - | - | - | - |
| ESPrit 3G [2] | - | - | - | - | - | - | - | 16 | (14) | (85) | (66) | (149) |
| Black Esprit22 | 1 | 12 | 2 | (1) | - | - | - | - | - | - | - | 14 |
| Beige/Beige Esprit22 | 275 | 324 | 80 | (11) | (1) | - | 1 | - | - | - | - | 668 |
| Beige/Brown Esprit22 | 66 | 77 | 17 | (5) | - | - | - | - | - | - | - | 155 |
| ESPrit 22 [2] | - | - | - | - | - | - | - | (14) | (4) | (1) | (1) | (20) |
| Spectra 22 | - | (2) | (1) | (1) | - | - | (1) | - | - | - | - | (5) |
| Spectra 22, Smd | 16 | 27 | 27 | 7 | 1 | (1) | - | - | - | - | - | 77 |
| Spectra [2] | - | - | - | - | - | - | - | (12) | (5) | (1) | (3) | (21) |
| Spice [2] | - | - | - | - | - | - | - | (10) | - | - | - | (10) |
| MSP | - | - | - | (8) | - | - | - | (2) | - | - | - | (10) |
| Sprint | 1,656 | 2,741 | 2,238 | 1,798 | 506 | (180) | (99) | (57) | (74) | (180) | (293) | 8,056 |
| Z60067 | - | - | - | 2 | - | - | - | - | - | - | - | 2 |
| SP12 - Final Pack Beige | - | - | - | 52 | - | - | - | - | - | - | - | 52 |
| SP12 - Base System Beige | - | - | - | 14 | - | - | - | - | - | - | - | 14 |
| SP12 BTE Beige | - | - | - | 1,207 | 4,582 | 7,114 | 5,850 | - | - | - | - | 18,753 |
| SP12 BTE Brown | - | - | - | 289 | 1,794 | 3,168 | 3,220 | - | - | - | - | 8,471 |
| SP12 BTE Black | - | - | - | 127 | 871 | 1,654 | 1,659 | - | - | - | - | 4,311 |
| SP12 BTE Silver | - | - | - | 222 | 1,705 | 2,890 | 2,192 | - | - | - | - | 7,009 |
| SP12 BTE Pink | - | - | - | - | 51 | 521 | 496 | - | - | - | - | 1,068 |
| SP12 BTE Blue | - | - | - | - | 34 | 375 | 419 | - | - | - | - | 828 |
| SP12 [2] | - | - | - | - | - | - | - | 15,081 | 5,118 | 2,952 | 1,349 | 24,500 |
| Hybrid for Freedom Beige | - | - | - | - | - | - | 2 | - | - | - | - | 2 |
| Hybrid for Freedom Silver | - | - | - | - | - | - | 2 | - | - | - | - | 2 |
| Freedom Hybrid Processor [2] | - | - | - | - | - | - | - | (5) | - | - | - | (5) |
| FTEP Redemption | - | (1,207) | - | - | - | - | - | - | - | - | - | (1,207) |
| FTEP Certs Issued | - | 2,614 | - | - | - | - | - | - | - | - | - | 2,614 |
| FTEP Revaluations | - | - | - | - | - | - | - | - | - | - | - | - |
| CP800 Series Sound Processor [3] | - | - | - | - | - | - | - | - | 11,793 | 19,310 | 21,075 | 52,178 |
| Total | 4,033 | 7,904 | 7,841 | 8,853 | 10,942 | 15,535 | 13,828 | 14,992 | 16,812 | 21,994 | 22,059 | 144,793 |

**Notes/Sources:**
(1) Exhibit 6.9
(2) There is not product color information for 2009 through 2012.
(3) This product type is only presented in the new data and has been added as such.

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNITS AND REVENUE FROM SALES OF HEADSETS, PROGRAMMING SYSTEMS, REPAIRS, AND SPARES & ACCESSORIES IN THE AMERICAS, BY FISCAL YEAR**
**Exhibit 6.5**

| Units | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | 2,009 | 3,467 | 2,808 | 2,199 | 965 | 815 | 382 | 175 | 108 | 42 | 8 | 12,978 |
| Programming Systems | 198 | 232 | 145 | 570 | 451 | 395 | 467 | 252 | 236 | 345 | 313 | 3,604 |
| Repairs | 162 | (488) | (63) | (1,836) | 82 | (1,055) | 901 | 1,357 | 2,031 | (902) | (1,349) | (1,160) |
| Spares & Accessories | 105,064 | 165,067 | 183,147 | 219,244 | 1,088,132 | 1,120,400 | 1,082,357 | 1,098,270 | 1,555,586 | 1,593,204 | 1,529,269 | 9,739,740 |
| Total | 107,433 | 168,278 | 186,037 | 220,177 | 1,089,630 | 1,120,555 | 1,084,107 | 1,100,054 | 1,557,961 | 1,592,689 | 1,528,241 | 9,755,162 |

| Revenue (in USD) | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | $741,310 | $1,300,099 | $311,190 | $159,098 | $197,502 | $165,003 | $116,212 | $67,306 | $44,834 | $15,687 | $3,498 | $3,121,739 |
| Programming Systems | $146,802 | $58,690 | $61,500 | $46,200 | $10,200 | $9,975 | $9,600 | ($3,600) | $1,200 | ($4,800) | $7,999 | $343,766 |
| Repairs | $38,895 | $146,025 | $144,803 | $105,690 | ($256,682) | $308,771 | $657,354 | $819,279 | $511,273 | $140,617 | ($179,830) | $2,436,195 |
| Spares & Accessories | ($678,880) | ($945,439) | $1,366,760 | $796,032 | $6,485,532 | $6,428,047 | $7,019,167 | $5,410,602 | $13,237,681 | $31,250,513 | $37,006,703 | $107,376,718 |
| Total | $248,127 | $559,375 | $1,884,253 | $1,107,020 | $6,436,552 | $6,911,796 | $7,802,333 | $6,293,587 | $13,794,989 | $31,402,017 | $36,838,370 | $113,278,418 |

**Source:**
Exhibit 6.10

*Attorneys' Eyes Only*

EXHIBIT K

Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.
**COCHLEAR REVENUE FROM THE SALE OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.6**

| Revenue (in USD) | Dec. 2001 (1) | FY02 Q3 (2) | FY02 Q4 (3) | FY 2002 | FY03 Q1 (4) | FY03 Q2 (5) | FY03 Q3 (6) | FY03 Q4 (7) | FY 2003 | FY04 Q1 (8) | FY04 Q2 (9) | FY04 Q3 (10) | FY04 Q4 (11) | FY 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | $28,960 | ($28,960) | $71,370 | **$71,370** | $106,380 | $32,009 | $93,950 | $70,860 | **$303,199** | ($22,752) | $108,897 | $40,564 | $42,417 | **$169,126** |
| CI11+11+2M (13) | | | | - | | | | | - | | | | | - |
| Abi 24M | $86,880 | $153,622 | $172,423 | **$412,925** | $146,991 | $41,497 | $98,496 | ($20,545) | **$266,439** | $155,774 | $31,565 | $119,308 | $115,612 | **$422,259** |
| CI22M | | ($29,680) | - | **($29,680)** | ($6,000) | ($10,050) | | | **($16,050)** | | | | ($15,500) | **($15,500)** |
| CI24M - Micro Implant | | | | - | | | | | - | | | | | - |
| CI24M - Cochlear Implant | $87,910 | ($1,351) | $130,969 | **$217,528** | ($3,400) | $95,600 | $28,600 | $115,921 | **$236,721** | $74,450 | $54,500 | $97,000 | $46,000 | **$271,950** |
| CI24 Contour | $3,431,926 | $7,816,920 | $11,448,745 | **$22,697,591** | $11,332,539 | $13,294,016 | $9,040,939 | $12,365,659 | **$46,033,153** | $9,072,007 | $11,386,573 | $6,981,409 | $7,188,845 | **$34,628,834** |
| CI24 Contour CA [CI24R (CA)] (14) | | | | - | | | $476,136 | $1,107,352 | **$1,583,488** | $550,612 | $1,028,240 | $2,955,394 | $6,301,753 | **$10,835,999** |
| Contour with Softtip | | | | - | | | | | - | | | | | - |
| MATCI24R (CA)  [CI24R (CA2)] (14) | | | | - | | | | | - | | | | | - |
| CI24RE (ST) | | | | - | | | | | - | | | | | - |
| CI24R (ST) (15) | $278,380 | $419,425 | $686,332 | **$1,384,137** | $671,502 | $442,794 | $405,963 | $510,687 | **$2,030,946** | $381,556 | $528,989 | $339,796 | $456,422 | **$1,706,763** |
| CI24RE (CA) [CI24RE (CA1)] (14) | | | | - | | | $75,250 | $44,910 | **$120,160** | $31,000 | | | | **$31,000** |
| CI24R (CS) | | | | - | | | $32,900 | - | **$32,900** | | | | | - |
| CI24RE Hybrid | | | | - | | | | | - | | | | | - |
| CI6+16+2M [Custom Implant N24] (12)(14) | | - | - | - | - | - | | $122,650 | **$122,650** | $15,500 | $60,410 | $31,000 | $44,050 | **$150,960** |
| PABI 24M | | - | - | - | | | | - | - | | - | | | - |
| Percutaneous Implant | | - | - | - | | | | | - | | | | | - |
| Other Implants | | - | - | - | | | | | - | | | | | - |
| Perc Externals | | - | - | - | | | | | - | | | $46,000 | - | - |
| Freedom H10 | | - | - | - | | | | | - | | | | | - |
| CI500 Series Cochlear Implant(13) | | - | | - | | | | | - | | | | | - |
| CI422 (13) | | | | | | | | | | | | | | |
| Fixtures (13) | | | | | | | | | | | | | | |
| Total | $3,914,056 | $8,329,976 | $12,509,839 | **$24,753,871** | $12,248,012 | $13,895,866 | $10,252,234 | $14,317,494 | **$50,713,606** | $10,227,147 | $13,230,174 | $10,564,471 | $14,179,599 | **$48,201,391** |

**Notes/Sources:**
(1) COC-5001796
(2) COC-5001819
(3) COC-5001852
(4) COC-5000714
(5) COC-5000771
(6) COC-5000824
(7) COC-5000874
(8) COC-5000926
(9) COC-5000970
(10) COC-5001015
(11) COC-5001057
(12) For years 2009-2012, I have assumed this product type includes  PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(13) This product type was only presented in the new data and has been added.
(14) The product name in brackets is the name appearing on data sheeted produced for 2009-2012.
(15) Revenue information for this product for December 2001 was determined using COC-5014188 after using cost data to determine the units sold during this period.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.6**

| Revenue (in USD) | FY05 Q1 (1) | FY05 Q2 (2) | FY05 Q3 (3) | FY05 Q4 (4) | FY 2005 | FY06 Q1 (5) | FY06 Q2 (6) | FY06 Q3 (7) | FY06 Q4 (8) | FY 2006 | FY07 Q1 (9) | FY07 Q2 (10) | FY07 Q3 (11) | FY07 Q4 (12) | FY 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | $119,592 | $40,391 | $76,113 | $79,203 | **$315,299** | $46,165 | $58,200 | $78,658 | $65,100 | **$248,123** | $139,575 | $69,825 | $137,600 | $115,316 | **$462,316** |
| CI11+11+2M (14) | | | | | | | | | | | | | | | |
| Abi 24M | $109,518 | $313,460 | $96,640 | $156,163 | **$675,781** | $187,789 | $137,891 | $256,967 | $205,259 | **$787,906** | $200,599 | $262,856 | $206,917 | $260,864 | **$931,236** |
| CI22M | | | | | - | | | | | | | | | | |
| CI24M - Micro Implant | | | | | - | | | | | | | | | | |
| CI24M - Cochlear Implant | $40,500 | $18,900 | | ($4,050) | **$55,350** | $19,000 | $2,000 | | | **$21,000** | | | | | - |
| CI24 Contour | $3,867,140 | $3,152,185 | $1,589,200 | ($367,929) | **$8,240,596** | $448,415 | $718,700 | $610,245 | $482,500 | **$2,259,860** | $659,725 | $600,100 | $447,500 | $843,877 | **$2,551,202** |
| CI24 Contour CA [CI24R (CA)] (15) | $6,558,642 | $8,985,471 | $8,852,602 | ($4,127,663) | **$20,269,052** | ($248,163) | $108,059 | $195,875 | $1,517,575 | **$1,573,346** | $233,800 | $209,400 | $198,750 | $269,600 | **$911,550** |
| Contour with Softtip | | | | | - | | | | | | | | | | - |
| MATCI24R (CA)  [CI24R (CA2)] (15) | $339,775 | $1,722,273 | $15,500 | ($44,175) | **$2,033,373** | ($14,275) | | | | **($14,275)** | | | | | - |
| CI24RE (ST) | | | | $526,122 | **$526,122** | $580,242 | $254,230 | $328,531 | $349,338 | **$1,512,341** | $717,048 | $465,384 | $385,516 | $391,906 | **$1,959,854** |
| CI24R (ST) | $542,800 | $644,475 | $811,660 | $276,491 | **$2,275,426** | $370,452 | $629,180 | $498,000 | $337,100 | **$1,834,732** | $537,500 | $205,330 | $151,500 | $251,463 | **$1,145,793** |
| CI24RE (CA) [CI24RE (CA1)] (15) | $15,500 | $17,500 | $926,887 | $21,533,213 | **$22,493,100** | $18,701,127 | $15,666,787 | $16,241,896 | $18,698,611 | **$69,308,421** | $20,209,086 | $21,188,693 | $19,661,561 | $22,534,980 | **$83,594,320** |
| CI24R (CS) | $15,500 | | | | **$15,500** | | | | | - | | | | | |
| CI24RE Hybrid | | | | $64,450 | **$64,450** | $141,925 | $177,825 | $161,550 | $116,900 | **$598,200** | $154,200 | $67,566 | $114,004 | $17,950 | **$353,720** |
| CI6+16+2M [Custom Implant N24] (13) (15) | $13,050 | $31,000 | $93,000 | ($1,490) | **$135,560** | ($14,480) | | | | **($14,480)** | | | | | - |
| PABI 24M | | | | | - | | | $57,798 | $19,266 | **$77,064** | | | | | - |
| Percutaneous Implant | | | | | - | | | | | | - | | | | |
| Other Implants | | | | | - | | | | | - | | ($1,152,828) | $1,152,828 | | - |
| Perc Externals | - | - | - | | - | | | | | | | | | | |
| Freedom H10 | | | | | - | | | | | - | | | | | - |
| CI500 Series Cochlear Implant (14) | | | | | | | | | | | - | - | - | - | - |
| CI422 (14) | | | | | | | | | | | | | | | |
| Fixtures (14) | | | | | | | | | | | | | | | |
| Total | $11,622,017 | $14,925,655 | $12,461,602 | $18,090,335 | **$57,099,609** | $20,218,197 | $17,752,872 | $18,429,520 | $21,791,649 | **$78,192,238** | $22,851,533 | $21,916,326 | $22,456,176 | $24,685,956 | **$91,909,991** |

**Notes/Sources:**
(1) COC-5001100
(2) COC-5001142
(3) COC-5001183
(4) COC-5001224
(5) COC-5001274
(6) COC-5001317
(7) COC-5001363
(8) COC-5001411
(9) COC-5001452
(10) COC-5001490
(11) COC-5001527
(12) COC-5001569
(13) For years 2009-2012, I have assumed this product type includes  PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(14) This product type was only presented in the new data and has been added.
(15) The product name in brackets is the name appearing on data sheeted produced for 2009-2012.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.6

| Revenue (in USD) | FY08 Q1 (1) | FY08 Q2 (2) | FY08 Q3 (3) | FY08 Q4 (4) | FY 2008 | FY09 Q1 (5) | FY09 Q2 (6) | FY09 Q3 (7) | FY09 Q4 (8) | FY 2009 | FY10 Q1 (9) | FY10 Q2 (10) | FY10 Q3 (11) | FY10 Q4 (12) | FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | $43,307 | $83,059 | $19,490 | ($7,682) | **$138,174** | | | | | **-** | | | | | **-** |
| CI11+11+2M (14) | | | | | **-** | $142,100 | $55,435 | $234,050 | ($63,631) | **$367,954** | $141,769 | $163,981 | $164,749 | $25,480 | **$495,978** |
| Abi 24M | $144,780 | $98,173 | $181,423 | $260,646 | **$685,022** | $160,805 | $351,296 | $381,935 | $23,533 | **$917,568** | $102,949 | $129,685 | ($26,003) | $172,739 | **$379,370** |
| CI22M | | | | | **-** | | | | | **-** | | | | | **-** |
| CI24M - Micro Implant | | | | | **-** | | | | | **-** | | | | | **-** |
| CI24M - Cochlear Implant | | | | | **-** | | | | | **-** | | | | | **-** |
| CI24 Contour | $539,500 | $521,450 | $288,682 | $127,406 | **$1,477,038** | | | | | **-** | | | | | **-** |
| CI24 Contour CA [CI24R (CA)](15) | $251,885 | $174,400 | $101,450 | $57,850 | **$585,585** | $81,650 | $82,800 | $41,250 | $163,546 | **$369,246** | | $34,650 | ($0) | $76,650 | **$111,300** |
| Contour with Softtip | | | | | **-** | | | | | **-** | | | | | **-** |
| MATCI24R (CA)  [CI24R (CA2)](15) | | | | | **-** | | | | | **-** | | | | | **-** |
| CI24R (ST) | $513,102 | $562,238 | $576,920 | $483,991 | **$2,136,251** | $546,808 | $564,540 | $348,219 | $532,059 | **$1,991,626** | $270,996 | $249,838 | $409,814 | $419,492 | **$1,350,140** |
| CI24R (ST) | $52,010 | $386,550 | $58,482 | $158,750 | **$655,792** | $35,750 | $87,512 | $112,175 | $137,700 | **$373,137** | $64,900 | $135,450 | $55,450 | $51,150 | **$306,950** |
| CI24RE (CA) [CI24RE (CA1)](15) | $21,372,233 | $24,880,627 | $22,750,265 | $26,519,504 | **$95,522,629** | $24,815,611 | $26,585,254 | $22,436,720 | $27,827,891 | **$101,665,476** | $18,274,580 | ($1,470,591) | $1,935,999 | $2,970,750 | **$21,710,738** |
| CI24R (CS) | | | | | **-** | $14,000 | $130,060 | $35,750 | $121,550 | **$301,360** | $14,300 | $35,150 | $51,073 | $36,350 | **$136,873** |
| CI24RE Hybrid | - | - | - | - | **-** | | | | | **-** | | | | | **-** |
| CI6+16+2M [Custom Implant N24](13)(15) | - | - | - | - | **-** | | | | | **-** | | | - | | **-** |
| PABI 24M | - | - | - | - | **-** | | | | | **-** | | | | | **-** |
| Percutaneous Implant | - | - | - | - | **-** | | | | | **-** | | | | | **-** |
| Other Implants | - | - | - | - | **-** | | | | | **-** | | | | | **-** |
| Perc Externals | - | - | - | - | **-** | | | | | **-** | | | | | **-** |
| Freedom H10 | - | $37,900 | - | $37,900 | **$75,800** | | | | | **-** | | | | | **-** |
| CI500 Series Cochlear Implant(14) | | | | | | | | $121,000 | $133,100 | **$254,100** | $7,527,944 | $34,010,819 | $28,126,361 | $28,786,690 | **$98,451,814** |
| CI422 (14) | | | | | | | | | | **-** | | | | | **-** |
| Fixtures (14) | | | | | | | | $4,580 | | **$4,580** | | | | | |
| Total | $22,916,817 | $26,744,397 | $23,976,712 | $27,638,365 | **$101,276,291** | $25,796,724 | $27,856,896 | $23,715,679 | $28,875,747 | **$106,245,047** | $26,397,437 | $33,288,982 | $30,717,443 | $32,539,301 | **$122,943,162** |

**Notes/Sources:**
(1) COC-5001620
(2) COC-5001662
(3) COC-5001707
(4) COC-5001760
(5) COC-5021425 to 426
(6) COC-5010887 to 888
(7) COC-5011297 to 299
(8) COC-5011651 to 652
(9) COC-5012098 to 099
(10) COC-5012329 to 330
(11) COC-5012553 to 554
(12) COC-5012795 to 796
(13) For years 2009-2012, I have assumed this product type includes  PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(14) This product type was only presented in the new data and has been added.
(15) The product name in brackets is the name appearing on data sheeted produced for 2009-2012.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.6**

| Revenue (in USD) | FY11 Q1 (1) | FY11 Q2 (2) | FY11 Q3 (3) | FY11 Q4 (4) | FY 2011 | FY12 Q1 (5) | FY12 Q2 (6) | FY12 Q3 (7) | FY12 Q4 (8) | FY2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | | | | | - | | | | | - |
| CI11+11+2M (10) | ($38,858) | $138,297 | $154,502 | $38,026 | **$291,967** | $202,592 | $105,344 | $137,105 | ($169,768) | **$275,272** |
| Abi 24M | $42,206 | $28,524 | $109,294 | $155,555 | **$335,578** | $143,731 | $83,475 | $195,290 | $166,152 | **$588,649** |
| CI22M | | | | | - | | | | | - |
| CI24M - Micro Implant | | | | | - | | | | | - |
| CI24M - Cochlear Implant | | | | | - | | | | | - |
| CI24 Contour | | | | | - | | | | | - |
| CI24 Contour CA [CI24R (CA)] (11) | | $32,650 | | | **$32,650** | | | | | - |
| Contour with Softtip | | | | | - | | | | | - |
| MATCI24R (CA) [CI24R (CA2)] (11) | | | | | - | | | | | - |
| CI24RE (ST) | $596,231 | $348,828 | $401,557 | $528,563 | **$1,875,179** | $478,167 | $961,284 | $596,130 | $589,327 | **$2,624,907** |
| CI24R (ST) | $55,450 | $153,550 | $31,800 | $40,550 | **$281,350** | $13,500 | $46,950 | | | **$60,450** |
| CI24RE (CA) [CI24RE (CA1)] (11) | $1,629,500 | $2,687,442 | $1,093,303 | $1,593,433 | **$7,003,678** | $10,165,750 | $17,638,258 | $32,654,612 | $30,174,707 | **$90,633,327** |
| CI24R (CS) | $117,150 | $130,050 | $15,150 | $100,500 | **$362,850** | $22,000 | $122,500 | $66,000 | ($15,300) | **$195,200** |
| CI24RE Hybrid | | | | | - | | | | | - |
| CI6+16+2M [Custom Implant N24] (9) (11) | | | - | - | - | | | | | - |
| PABI 24M | | | | | - | | | | | - |
| Percutaneous Implant | | | | | - | | | | | - |
| Other Implants | | | | | - | | | | | - |
| Perc Externals | | | | | - | | | | | - |
| Freedom H10 | | | | | - | | | | | - |
| CI500 Series Cochlear Implant (10) | $29,205,223 | $30,768,579 | $30,651,737 | $34,283,958 | **$124,909,498** | $19,805,663 | $7,465,239 | $13,214 | ($56,210) | **$27,227,907** |
| CI422 (10) | | | | | - | | | | $3,458,058 | **$3,458,058** |
| Fixtures (10) | | | | | - | | | | | - |
| Total | $31,606,903 | $34,287,920 | $32,457,342 | $36,740,585 | **$135,092,750** | $30,831,403 | $26,423,050 | $33,662,350 | $34,146,965 | **$125,063,769** |

**Notes/Sources:**
(1) COC-5013032 to 033
(2) COC-5013279 to 280
(3) COC-5013551 to 552
(4) COC-5013847 to 848
(5) COC-5021730 to 732
(6) COC-5019883 to 886
(7) COC-5020507 to 510
(8) COC-5021051 to 054
(9) For years 2009-2012, I have assumed this product type includes PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(10) This product type was only presented in the new data and has been added.
(11) The product name in brackets is the name appearing on data sheeted produced for 2009-2012.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.7**

| Units | Dec. 2001 (1) | FY02 Q3 (2) | FY02 Q4 (3) | FY 2002 | FY03 Q1 (4) | FY03 Q2 (5) | FY03 Q3 (6) | FY03 Q4 (7) | FY 2003 | FY04 Q1 (8) | FY04 Q2 (9) | FY04 Q3 (10) | FY04 Q4 (11) | FY 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | 2 | (2) | 5 | **5** | 8 | 3 | 7 | 6 | **24** | (1) | 17 | 3 | 5 | **24** |
| CI11+11+2M (13) | | | | **-** | | | | | **-** | | | | | **-** |
| Abi 24M | 6 | 12 | 14 | **32** | 11 | 4 | 7 | (1) | **21** | 10 | 1 | 7 | 6 | **24** |
| CI22M | | (3) | - | **(3)** | (1) | (2) | | | **(3)** | | | | (1) | **(1)** |
| CI24M - Micro Implant | | | | **-** | | | | | **-** | | | (1) | | **(1)** |
| CI24M - Cochlear Implant | 17 | 1 | 27 | **45** | 4 | 16 | 5 | 34 | **59** | 25 | 10 | 20 | 15 | **70** |
| CI24 Contour | 296 | 608 | 921 | **1,825** | 937 | 1,018 | 669 | 953 | **3,577** | 670 | 856 | 522 | 546 | **2,594** |
| CI24 Contour CA [CI24R (CA)] (14) | | - | - | **-** | | | 50 | 73 | **123** | 39 | 86 | 220 | 482 | **827** |
| Contour with Softtip | | | | **-** | | | | | **-** | | | | | **-** |
| MATCI24R (CA)  [CI24R (CA2)] (14) | | | | **-** | | | | | **-** | | | | | **-** |
| CI24RE (ST) | | - | - | **-** | | | | | **-** | | | | | **-** |
| CI24R (ST) | 41 | 42 | 104 | **187** | 94 | 53 | 63 | 82 | **292** | 54 | 104 | 58 | 89 | **305** |
| CI24RE (CA) [CI24RE (CA1)] (14) | | - | - | **-** | | | 5 | 3 | **8** | | 2 | | | **2** |
| CI24R (CS) | | | | **-** | | | 2 | (1) | **1** | | | | | **-** |
| CI24RE Hybrid | | - | - | **-** | | | | | **-** | | | | | **-** |
| CI6+16+2M [Custom Implant N24] (12) (14) | | 2 | (2) | **-** | 2 | 1 | | 8 | **11** | 1 | 5 | 1 | 2 | **9** |
| PABI 24M | | - | - | **-** | | | | 2 | **2** | | 2 | 1 | | **3** |
| Percutaneous Implant | | - | - | **-** | | | | | **-** | 6 | | | 2 | **8** |
| Other Implants | | - | - | **-** | | | | | **-** | | | | | **-** |
| Perc Externals | | - | - | **-** | | | | | **-** | | | 2 | 5 | **7** |
| Freedom H10 | | - | - | **-** | | | | | **-** | | | | | **-** |
| CI500 Series Cochlear Implant (13) | | | | | | | | | | | | | | |
| CI422 (13) | | | | | | | | | | | | | | |
| Fixtures (13) | | | | | | | | | | | | | | |
| Total | 362 | 660 | 1,069 | **2,091** | 1,055 | 1,093 | 808 | 1,159 | **4,115** | 804 | 1,083 | 833 | 1,151 | **3,871** |

**Notes/Sources:**
(1) COC-5001796 and COC-5002008
(2) COC-5001819
(3) COC-5001852
(4) COC-5000714
(5) COC-5000771
(6) COC-5000824
(7) COC-5000874
(8) COC-5000926
(9) COC-5000970
(10) COC-5001015
(11) COC-5001057
(12) For years 2009-2012, I have assumed this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(13) This product type was only presented in the new data and has been added
(14) The product name in brackets is the name appearing on data sheeted produced for 2009-2012

EXHIBIT K

Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.
**COCHLEAR UNIT SALES OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.7**

| Units | FY05 Q1 (1) | FY05 Q2 (2) | FY05 Q3 (3) | FY05 Q4 (4) | FY 2005 | FY06 Q1 (5) | FY06 Q2 (6) | FY06 Q3 (7) | FY06 Q4 (8) | FY 2006 | FY07 Q1 (9) | FY07 Q2 (10) | FY07 Q3 (11) | FY07 Q4 (12) | FY 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | 7 | 2 | 9 | 3 | **21** | 6 | 1 | 6 | - | **13** | 10 | 7 | 7 | 10 | **34** |
| CI11+11+2M (14) | | | | | **-** | | | | | | | | | | **-** |
| Abi 24M | 7 | 16 | 7 | 8 | **38** | 11 | 6 | 12 | 9 | **38** | 10 | 13 | 11 | 12 | **46** |
| CI22M | | | | | **-** | | | | | | | | | | **-** |
| CI24M - Micro Implant | | | | | **-** | | | | | | | | | | **-** |
| CI24M - Cochlear Implant | 10 | 7 | | 5 | **22** | 6 | 2 | | | **8** | | | | | **-** |
| CI24 Contour | 281 | 241 | 162 | (6) | **678** | 63 | 94 | 70 | 53 | **280** | 85 | 81 | 59 | 115 | **340** |
| CI24 Contour CA [CI24R (CA)] (15) | 473 | 660 | 660 | (354) | **1,439** | (10) | 19 | 29 | 121 | **159** | 31 | 31 | 34 | 50 | **146** |
| Contour with Softtip | | | | | **-** | | | | | | | | | | **-** |
| MATCI24R (CA)  [CI24R (CA2)] (15) | 24 | 130 | 1 | (3) | **152** | (1) | (1) | | | **(2)** | | | | | **-** |
| CI24RE (ST) | | | | 37 | **37** | 36 | 14 | 21 | 15 | **86** | 45 | 35 | 22 | 25 | **127** |
| CI24R (ST) | 111 | 93 | 110 | 60 | **374** | 76 | 94 | 77 | 53 | **300** | 83 | 32 | 21 | 43 | **179** |
| CI24RE (CA) [CI24RE (CA1)] (15) | 1 | 1 | 62 | 1,395 | **1,489** | 1,183 | 988 | 1,063 | 1,220 | **4,454** | 1,349 | 1,511 | 1,458 | 1,576 | **5,894** |
| CI24R (CS) | 1 | | | | **1** | | | | | **-** | | | | | **-** |
| CI24RE Hybrid | | | | 4 | **4** | 8 | 11 | 9 | 8 | **36** | 9 | 4 | 6 | 1 | **20** |
| CI6+16+2M [Custom Implant N24] (13)(15) | - | 2 | 6 | - | **8** | (1) | | | 3 | **2** | | | | | **-** |
| PABI 24M | | (1) | | 2 | **1** | | | 3 | 2 | **5** | | | | | **-** |
| Percutaneous Implant | 1 | (1) | | | **-** | | | | | | 2 | 3 | 1 | (2) | **4** |
| Other Implants | | | | | **-** | | | | | **-** | - | (79) | 79 | - | **-** |
| Perc Externals | 3 | 3 | 4 | | **10** | | | | | **-** | 2 | 2 | - | - | **4** |
| Freedom H10 | | | | | **-** | | | | | | | | | | |
| CI500 Series Cochlear Implant(14) | | | | | | | | | | | | | | | |
| CI422 (14) | | | | | | | | | | | | | | | |
| Fixtures (14) | | | | | | | | | | | | | | | |
| Total | 919 | 1,153 | 1,021 | 1,151 | **4,244** | 1,377 | 1,231 | 1,289 | 1,482 | **5,379** | 1,626 | 1,640 | 1,699 | 1,830 | **6,795** |

**Notes/Sources:**
(1) COC-5001100
(2) COC-5001142
(3) COC-5001183
(4) COC-5001224
(5) COC-5001274
(6) COC-5001317
(7) COC-5001363
(8) COC-5001411
(9) COC-5001452
(10) COC-5001490
(11) COC-5001527
(12) COC-5001569
(13) For years 2009-2012, I have assumed this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(14) This product type was only presented in the new data and has been added
(15) The product name in brackets is the name appearing on data sheeted produced for 2009-2012

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.7**

| Units | FY08 Q1(1) | FY08 Q2(2) | FY08 Q3(3) | FY08 Q4(4) | FY 2008 | FY09 Q1(5) | FY09 Q2(6) | FY09 Q3(7) | FY09 Q4(8) | FY 2009 | FY10 Q1(9) | FY10 Q2(10) | FY10 Q3(11) | FY10 Q4(12) | FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | 4 | 1 | (1) | (1) | **3** | | | | | **·** | | | | | **-** |
| CI11+11+2M (14) | | | | | **-** | 9 | 3 | 15 | (3) | **24** | 11 | 10 | 9 | 3 | **33** |
| Abi 24M | 7 | 5 | 9 | 12 | **33** | 8 | 17 | 14 | 1 | **40** | 7 | 4 | (2) | 5 | **14** |
| CI22M | | | | | **·** | | | | | **·** | | | | | **-** |
| CI24M - Micro Implant | | | | | **·** | | | | | **·** | | | | | **-** |
| CI24M - Cochlear Implant | | | | | **·** | | | | | **·** | | | | | **-** |
| CI24 Contour | 68 | 69 | 35 | 20 | **192** | | | | | **·** | | | | | **-** |
| CI24 Contour CA [CI24R (CA)] (15) | 38 | 28 | 13 | 8 | **87** | 12 | 14 | 5 | 31 | **62** | | 11 | - | 21 | **32** |
| Contour with Softtip | | | | | **·** | | | | | **·** | | | | | **-** |
| MATCI24R (CA)  [CI24R (CA2)] (15) | | | | | **·** | | | | | **·** | | | | | **-** |
| CI24RE (ST) | 36 | 34 | 38 | 39 | **147** | 39 | 40 | 17 | 40 | **136** | 22 | 23 | 39 | 54 | **138** |
| CI24R (ST) | 9 | 58 | 10 | 26 | **103** | 5 | 11 | 14 | 18 | **48** | 10 | 21 | 9 | 9 | **49** |
| CI24RE (CA) [CI24R (CA1)] (15) | 1,490 | 1,731 | 1,575 | 1,850 | **6,646** | 1,728 | 1,797 | 1,521 | 1,996 | **7,042** | 1,209 | 130 | 332 | 441 | **2,112** |
| CI24R (CS) | | | | | **·** | | 13 | 5 | 17 | **35** | 2 | 6 | 9 | 7 | **24** |
| CI24RE Hybrid | - | - | - | - | **·** | | | | | **·** | | | | | **-** |
| CI6+16+2M [Custom Implant N24] (13)(15) | | | | | **·** | 1 | - | (2) | | **(1)** | | | | (1) | **(1)** |
| PABI 24M | (2) | - | - | - | **(2)** | - | | | | **·** | | | | | **-** |
| Percutaneous Implant | - | - | - | - | **·** | - | | | | **·** | | | | | **-** |
| Other Implants | - | - | - | - | **·** | - | | | | **·** | | | | | **-** |
| Perc Externals | - | - | - | - | **·** | - | | | | **·** | | | | | **-** |
| Freedom H10 | - | 2 | - | 2 | **4** | | | | | **·** | | | | | **-** |
| CI500 Series Cochlear Implant (14) | | | | | | | | 10 | 11 | **21** | 461 | 2,145 | 1,778 | 1,813 | **6,197** |
| CI422 (14) | | | | | | | | | | | | | | | **-** |
| Fixtures (14) | | | | | | | | 2 | | **2** | | | | | **-** |
| Total | 1,650 | 1,928 | 1,679 | 1,956 | **7,213** | 1,802 | 1,895 | 1,601 | 2,111 | **7,409** | 1,722 | 2,350 | 2,174 | 2,352 | **8,598** |

**Notes/Sources:**
(1) COC-5001620
(2) COC-5001662
(3) COC-5001707
(4) COC-5001760
(5) COC-5021425 to 426
(6) COC-5010887 to 888
(7) COC-5011297 to 299
(8) COC-5011651 to 652
(9) COC-5012898 to 099
(10) COC-5012329 to 330
(11) COC-5012553 to 554
(12) COC-5012795 to 796
(13) For years 2009-2012, I have assumed this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(14) This product type was only presented in the new data and has been added
(15) The product name in brackets is the name appearing on data sheeted produced for 2009-2012

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF IMPLANTS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.7**

| Units | FY11 Q1 (1) | FY11 Q2 (2) | FY11 Q3 (3) | FY11 Q4 (4) | FY 2011 | FY12 Q1 (5) | FY12 Q2 (6) | FY12 Q3 (7) | FY12 Q4 (8) | FY2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | | | | | - | | | | | - |
| CI1+11+2M (10) | (3) | 10 | 11 | 5 | 23 | 13 | 5 | 6 | (6) | 18 |
| Abi 24M | 2 | 4 | 2 | 7 | 15 | 4 | 3 | 7 | 10 | 24 |
| CI22M | | | | | - | | | | | - |
| CI24M - Micro Implant | | | | | - | | | | | - |
| CI24M - Cochlear Implant | | | | | - | | | | | - |
| CI24 Contour | | | | | - | | | | | - |
| CI24 Contour CA [CI24R (CA)] (11) | | 6 | | | 6 | | (1) | | | (1) |
| Contour with Softtip | | | | | - | | | | | - |
| MATCI24R (CA)  [CI24R (CA2)] (11) | | | | | - | | | | | - |
| CI24RE (ST) | 50 | 27 | 28 | 45 | 150 | 39 | 91 | 40 | 49 | 219 |
| CI24R (ST) | 9 | 26 | 5 | 7 | 47 | 2 | 8 | - | - | 10 |
| CI24RE (CA) [CI24R (CA1)] (11) | 213 | 386 | 159 | 236 | 994 | 704 | 1,224 | 2,290 | 2,182 | 6,400 |
| CI24R (CS) | 20 | 17 | 2 | 18 | 57 | 4 | 22 | 11 | (2) | 35 |
| CI24RE Hybrid | | | | | | | | | | |
| CI6+16+2M [Custom Implant N24] (9) (11) | | (1) | (1) | (1) | (3) | (1) | | | 1 | - |
| PABI 24M | | | | | - | | | | | - |
| Percutaneous Implant | | | | | - | | | | | - |
| Other Implants | | | | | - | | | | | - |
| Perc Externals | | | | | - | | | | | - |
| Freedom H10 | | | | | - | | | | | - |
| CI500 Series Cochlear Implant (10) | 1,837 | 1,964 | 1,942 | 2,315 | 8,058 | 1,223 | 490 | 1 | - | 1,714 |
| CI422 (10) | | | | | | | | | 233 | 233 |
| Fixtures (10) | | | | | - | | | | | - |
| Total | 2,128 | 2,439 | 2,148 | 2,632 | 9,347 | 1,988 | 1,842 | 2,355 | 2,467 | 8,652 |

**Notes/Sources:**
(1) COC-5013032 to 033
(2) COC-5013279 to 280
(3) COC-5013551 to 552
(4) COC-5013847 to 848
(5) COC-5021730 to 732
(6) COC-5019883 to 886
(7) COC-5020503 to 506
(8) COC-5021051 to 054
(9) For years 2009-2012, I have assumed this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals
(10) This product type was only presented in the new data and has been added
(11) The product name in brackets is the name appearing on data sheeted produced for 2009-2012

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.8

| Revenue (in USD) | Dec. 2001 (1) | FY02 Q3 (2) | FY02 Q4 (3) | FY 2002 | FY03 Q1 (4) | FY03 Q2 (5) | FY03 Q3 (6) | FY03 Q4 (7) | FY 2003 | FY04 Q1 (8) | FY04 Q2 (9) | FY04 Q3 (10) | FY04 Q4 (11) | FY 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | | - | - | - | | | | | - | | | | | - |
| Beige/Beige Esprit | $357,263 | $767,060 | $59,538 | $1,183,861 | ($58,000) | ($17,265) | ($15,000) | $6,000 | ($84,265) | - | ($6,000) | ($6,000) | - | ($12,000) |
| Beige/Brown Esprit | $222,000 | $239,760 | $38,880 | $500,640 | $9,000 | ($9,000) | ($3,000) | ($27,000) | ($30,000) | - | ($3,000) | ($3,000) | - | ($6,000) |
| Brown/Brown Esprit | $74,880 | $149,880 | $18,000 | $242,760 | - | - | ($9,000) | - | ($9,000) | $3,000 | ($6,000) | | | ($3,000) |
| Black/Black Esprit | $6,000 | | | $6,000 | | | | | | | | | | |
| ESPrit (12) | | | | | | | | | | | | | | |
| Discount - First 1000 Spectra Trade In | | | | - | | | | | - | | | | ($4,121,760) | ($4,121,760) |
| Discount - No Special Promotion | | | | - | | | | | - | | | | ($133,000) | ($133,000) |
| Discount - Esprit 22 Trade In | | | | - | | | | | - | | | | ($356,800) | ($356,800) |
| Beige Esprit 3G | | $18,000 | $2,580,045 | $2,598,045 | $2,791,460 | $2,725,930 | $2,160,750 | $2,991,913 | $10,670,053 | $15,000 | ($21,000) | ($3,000) | ($24,000) | ($33,000) |
| Brown Esprit 3G | | - | $621,130 | $621,130 | $844,880 | $669,750 | $655,700 | $703,626 | $2,873,956 | $37,500 | ($6,000) | ($15,000) | ($12,000) | $4,500 |
| Black Esprit 3G | | - | $142,700 | $142,700 | $225,430 | $211,000 | $286,750 | $201,000 | $924,180 | $15,000 | - | - | - | $15,000 |
| Silver Esprit 3G | | $6,000 | $754,384 | $760,384 | $624,250 | $815,000 | $711,050 | $742,769 | $2,893,069 | ($518,000) | ($59,000) | ($6,000) | | ($33,000) |
| Esprit 3G Beige | | - | - | - | | | | | - | $2,391,250 | $2,506,485 | $2,638,510 | $7,083,025 | $14,619,270 |
| Esprit 3G Brown | | - | - | - | | | | | - | $700,000 | $846,120 | $593,435 | $2,067,735 | $4,207,290 |
| Esprit 3G Black | | - | - | - | | | | | - | $282,500 | $324,750 | $213,000 | $516,500 | $1,336,750 |
| Esprit 3G Silver | | - | - | - | | | | | - | $634,250 | $828,385 | $837,000 | $1,768,200 | $4,067,835 |
| Esprit 3G Deferred | | - | - | - | | | | ($663,076) | ($663,076) | ($266,504) | ($111,456) | ($1,250,304) | ($347,150) | ($1,975,414) |
| ESPrit 3G (12) | | | | | | | | | | | | | | |
| Black Esprit22 | $9,000 | $2,000 | - | $11,000 | $28,000 | $37,000 | ($6,000) | $24,000 | $83,000 | $3,000 | - | $6,000 | | $9,000 |
| Beige/Beige Esprit22 | $319,500 | $457,000 | $498,400 | $1,274,900 | $587,000 | $483,371 | $239,918 | $304,582 | $1,614,871 | $190,000 | $139,500 | $91,500 | ($46,800) | $374,200 |
| Beige/Brown Esprit22 | $64,500 | $83,000 | $156,200 | $303,700 | $136,300 | $115,950 | $68,500 | $100,000 | $420,750 | $48,850 | $51,371 | $15,450 | ($24,000) | $91,671 |
| ESPrit 22 (12) | | | | | | | | | | | | | | |
| Spectra 22 | | | - | - | | | | | - | | | - | | - |
| Spectra 22, Smd | $3,000 | $29,800 | $22,350 | $55,150 | $34,300 | $8,650 | $6,200 | $18,200 | $67,350 | $19,360 | $14,375 | $750 | $13,150 | $47,635 |
| Spice (12) | | | | | | | | | | | | | | |
| MSP | | | | - | | | | | - | | | | | - |
| SPrint | $1,487,900 | $3,169,350 | $3,795,683 | $8,452,933 | $3,808,760 | $3,831,964 | $3,214,738 | $4,031,307 | $14,886,769 | $2,928,000 | $2,990,400 | $2,971,870 | $2,953,240 | $11,843,510 |
| Z60067 | | | | - | | | | | - | | | | | - |
| SP12 - Final Pack Beige | | | | - | | | | | - | | | | | - |
| SP12 - Base System Beige | | | | - | | | | | - | | | | | - |
| SP12 BTE Beige | | | - | - | | | | | - | | | | | - |
| SP12 BTE Brown | | | - | - | | | | | - | | | | | - |
| SP12 BTE Black | | | - | - | | | | | - | | | | | - |
| SP12 BTE Silver | | | - | - | | | | | - | | | | | - |
| SP12 BTE Pink | | | - | - | | | | | - | | | | | - |
| SP12 BTE Blue | | | - | - | | | | | - | | | | | - |
| SP12 (12) | | | | | | | | | | | | | | |
| Hybrid for Freedom Beige | | | - | - | | | | | - | | | | | - |
| Hybrid for Freedom Silver | | | - | - | | | | | - | | | | | - |
| Freedom Hybrid Processor (12) | | | | | | | | | | | | | | |
| FTEP Redemption | | | | - | | | - | - | - | | $70,824 | $120,493 | $134,426 | $325,743 |
| FTEP Certs Issued | | | | - | | | | | - | | ($247,680) | | ($2,128,215) | ($2,375,895) |
| FTEP Revaluations | | | | - | | | ($1,506,972) | - | ($1,506,972) | - | - | - | | - |
| Divino | | | | | | | | | | | | | | |
| Cordelle | | | | | | | | | | | | | | |
| Intenso | | | | | | | | | | | | | | |
| BP100 | | | | | | | | | | | | | | |
| BP110 | | | | | | | | | | | | | | |
| CP900 Series Sound Processor (13) | | | | - | | | | | - | | | | | - |
| Total | $2,544,043 | $4,921,850 | $8,687,310 | $16,153,203 | $9,031,380 | $8,872,350 | $5,803,634 | $8,433,319 | $32,140,683 | $6,983,206 | $7,362,074 | $6,204,704 | $7,342,551 | $27,892,535 |

**Notes/Sources:**
(1) COC-5001802
(2) COC-5001827
(3) COC-5001862
(4) COC-5000725
(5) COC-5000781
(6) COC-5000833
(7) COC-5000884
(8) COC-5000934
(9) COC-5000978
(10) COC-5001023
(11) COC-5001065
(12) There is no product color information for 2009 to 2012.
(13) This product is identified in the new data.

Attorneys' Eyes Only

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.8

| Revenue (in USD) | FY05 Q1 (1) | FY05 Q2 (2) | FY05 Q3 (3) | FY05 Q4 (4) | FY 2005 | FY06 Q1 (5) | FY06 Q2 (6) | FY06 Q3 (7) | FY06 Q4 (8) | FY 2006 | FY07 Q1 (9) | FY07 Q2 (10) | FY07 Q3 (11) | FY07 Q4 (12) | FY 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | | | | | - | | | | | | | | | | |
| Beige/Beige Esprit | $8,000 | ($3,000) | | | **$5,000** | | | | | - | - | - | - | - | - |
| Beige/Brown Esprit | | | | - | - | | | | | - | - | - | - | - | - |
| Brown/Brown Esprit | | | | | - | | | | | - | - | - | - | - | - |
| Black/Black Esprit | | | | | | | | | | | | | | | |
| ESPrit (13) | | | | | | | | | | | | | | | - |
| Discount - First 1000 Spectra Trade In | ($686,400) | $9,600 | $28,800 | $14,400 | **($633,600)** | | | | | - | | | | | - |
| Discount - No Special Promotion | ($741,100) | ($529,800) | ($219,505) | ($164,000) | **($1,654,405)** | | | | | - | | | | | |
| Discount - Esprit 22 Trade In | ($665,900) | ($350,000) | ($240,175) | ($125,615) | **($1,381,690)** | | | | | | | | | | |
| Beige Esprit 3G | ($9,000) | - | $24,000 | | **$15,000** | ($6,000) | - | | | **($6,000)** | - | - | ($6,300) | ($18,650) | **($24,950)** |
| Brown Esprit 3G | - | | | | - | | | | | | | | | ($3,500) | **($3,500)** |
| Black Esprit 3G | | | ($6,000) | | **($6,000)** | | | - | | - | | | | | |
| Silver Esprit 3G | | | | - | - | | | | | | | | - | ($3,000) | **($3,000)** |
| Esprit 3G Beige | $4,680,000 | $4,727,185 | $3,066,446 | $1,240,395 | **$13,714,026** | $539,000 | $517,000 | $758,155 | $548,680 | **$2,362,835** | $484,500 | $333,353 | $215,100 | $374,438 | **$1,407,391** |
| Esprit 3G Brown | $1,199,900 | $1,367,586 | $870,468 | $310,032 | **$3,747,986** | $133,500 | $227,000 | $289,000 | $261,000 | **$910,500** | $225,000 | $91,500 | $161,400 | $43,626 | **$521,526** |
| Esprit 3G Black | $603,200 | $750,000 | $457,000 | $195,000 | **$2,005,200** | $62,000 | $60,500 | $64,500 | $50,500 | **$237,500** | $50,500 | $43,700 | $81,000 | $17,629 | **$192,829** |
| Esprit 3G Silver | $1,654,950 | $1,719,736 | $986,468 | $191,500 | **$4,552,654** | $82,000 | $95,500 | $78,500 | $75,460 | **$331,460** | $78,980 | $36,000 | $24,000 | $6,760 | **$145,740** |
| Esprit 3G Deferred | ($460,180) | ($410,207) | ($421,810) | ($156,511) | **($1,448,708)** | | ($31,340) | $1,107,346 | $4,323,039 | **$5,399,045** | $746,936 | $2,883,278 | $1,206,589 | $632,023 | **$5,468,826** |
| ESPrit 3G (13) | | | | | | | | | | | | | | | |
| Black Esprit22 | ($6,000) | | | | **($6,000)** | | | | | - | | | | | |
| Beige/Beige Esprit22 | ($48,000) | ($6,000) | | | **($54,000)** | | | ($6,000) | | **($6,000)** | | | | | |
| Beige/Brown Esprit22 | ($30,000) | | | | **($30,000)** | | | | | - | | | | | |
| ESPrit 22 (13) | | | | | | | | | | | | | | | |
| Spectra 22 | | | | - | - | | | | | | | | | | |
| Spectra 22, Smd | $11,650 | $16,078 | $5,450 | | **$33,178** | | | $2,500 | | **$2,500** | - | - | - | - | - |
| Spectra (13) | | | | | | | | | | | | | | | - |
| Spice (13) | | | | - | - | | | | | | | | | | |
| MSP | | | | | | | | | | | | | | | |
| SPrint | $2,554,200 | $3,622,404 | $2,627,936 | $584,936 | **$9,389,476** | $706,500 | $588,000 | $333,000 | $448,980 | **$2,076,480** | $495,000 | $403,980 | $163,286 | $390,684 | **$1,452,950** |
| Z60067 | $6,000 | | | | **$6,000** | | | | | - | | | | | |
| SP12 - Final Pack Beige | | | $177,000 | $84,000 | **$261,000** | | | | | - | | | | | |
| SP12 - Base System Beige | | | | - | - | | | | | - | | | | | |
| SP12 BTE Beige | | | | $4,409,604 | **$4,409,604** | $5,698,500 | $4,676,904 | $4,086,260 | $4,827,388 | **$19,289,052** | $5,855,277 | $9,328,895 | $8,526,494 | $7,484,751 | **$31,195,417** |
| SP12 BTE Brown | | | | $1,460,968 | **$1,460,968** | $2,062,468 | $1,897,340 | $1,761,000 | $2,183,936 | **$7,904,744** | $2,673,627 | $3,729,981 | $3,705,241 | $3,783,024 | **$13,891,873** |
| SP12 BTE Black | | | | $618,000 | **$618,000** | $947,936 | $906,000 | $870,000 | $1,029,000 | **$3,752,936** | $1,382,858 | $2,066,348 | $2,087,547 | $1,898,391 | **$7,435,146** |
| SP12 BTE Silver | | | | $1,099,500 | **$1,099,500** | $1,799,968 | $1,825,436 | $1,670,940 | $1,914,960 | **$7,211,304** | $2,395,370 | $3,797,543 | $3,655,208 | $2,829,743 | **$12,677,864** |
| SP12 BTE Pink | | | | | - | | | | $174,000 | **$174,000** | $254,262 | $183,000 | $859,184 | $610,650 | **$1,907,096** |
| SP12 BTE Blue | | | | | - | | | | $120,000 | **$120,000** | $196,175 | $316,200 | $484,869 | $334,348 | **$1,331,592** |
| SP12 (13) | | | | | | | | | | | | | | | |
| Hybrid for Freedom Beige | | | | | - | | | | | - | - | - | - | - | - |
| Hybrid for Freedom Silver | | | | | - | | | | | - | | | | | |
| Freedom Hybrid Processor (13) | | | | | | | | | | | | | | | - |
| FTEP Redemption | $15,423 | $41,782 | $74,710 | $27,330 | **$159,245** | | | | | - | | | | | - |
| FTEP Certs Issued | $1,401,272 | ($826,944) | | | **$574,328** | | | | | - | | | | | - |
| FTEP Revaluations | | | | | - | | | | | - | | | | | - |
| Divino | | | | | | | | | | | | | | | |
| Cordelle | | | | | | | | | | | | | | | |
| Intenso | | | | | | | | | | | | | | | |
| BP100 | | | | | | | | | | | | | | | |
| BP110 | | | | | | | | | | | | | | | |
| CP900 Series Sound Processor (1) | | | | | - | | | | | - | | | | | - |
| Total | $9,488,015 | $10,128,420 | $7,430,788 | $9,789,539 | **$36,836,762** | $12,025,872 | $10,762,340 | $11,015,201 | $15,956,943 | **$49,760,356** | $14,838,485 | $23,213,778 | $21,163,618 | $18,380,919 | **$77,596,800** |

**Notes/Sources:**
(1) COC-5001107
(2) COC-5001150
(3) COC-5001590
(4) COC-5001233
(5) COC-5001287
(6) COC-5001329
(7) COC-5001373
(8) COC-5001421
(9) COC-5001462
(10) COC-5001498
(11) COC-5001535
(12) COC-5001578
(13) There is no product color information for 2009 to 2012.
(14) This product is identified in the new data.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.8

| Revenue (in USD) | FY08 Q1 (1) | FY08 Q2 (2) | FY08 Q3 (3) | FY08 Q4 (4) | FY 2008 | FY09 Q1 (5) | FY09 Q2 (6) | FY09 Q3 (7) | FY09 Q4 (8) | FY 2009 | FY10 Q1 (9) | FY10 Q2 (10) | FY10 Q3 (11) | FY10 Q4 (12) | FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | - | - | - | - | - | | | | | - | | | | | - |
| Beige/Beige Esprit | - | - | - | - | - | | | | | - | | | | | - |
| Beige/Brown Esprit | - | - | - | - | - | | | | | - | | | | | - |
| Brown/Brown Esprit | - | - | - | - | - | | | | | - | | | | | - |
| Black/Black Esprit | | | | | | | | | | - | | | | | - |
| ESPrit (13) | | | | | | - | - | - | | - | - | - | | | - |
| Discount - First 1000 Spectra Trade In | | | | | - | | | | | - | | | | | - |
| Discount - No Special Promotion | | | | | - | | | | | - | | | | | - |
| Discount - Esprit 22 Trade In | | | | | - | | | | | - | | | | | - |
| Beige Esprit 3G | - | - | - | - | - | | | | | - | | | | | - |
| Brown Esprit 3G | - | - | - | - | - | | | | | - | | | | | - |
| Black Esprit 3G | - | - | - | - | - | | | | | - | | | | | - |
| Silver Esprit 3G | | | | - | - | | | | | - | | | | | - |
| Esprit 3G Beige | $183,000 | $116,629 | $82,500 | $20,783 | $402,912 | | | | | - | | | | | - |
| Esprit 3G Brown | $59,500 | $33,000 | $12,000 | $42,000 | $146,500 | | | | | - | | | | | - |
| Esprit 3G Black | $36,000 | $48,000 | $35,400 | $27,000 | $146,400 | | | | | - | | | | | - |
| Esprit 3G Silver | $35,000 | $14,400 | $6,000 | $6,000 | $61,400 | | | | | - | | | | | - |
| Esprit 3G Deferred | $329,069 | $433,536 | $308,176 | $182,817 | $1,253,598 | | | | | - | | | | | - |
| ESPrit 3G (13) | | | | | | $38,138 | $51,864 | $55,359 | $17,942 | $163,302 | $32,942 | $17,158 | $15,784 | ($2,500) | $63,384 |
| Black Esprit22 | | | | | - | | | | | - | | | | | - |
| Beige/Beige Esprit22 | $6,000 | | | | $6,000 | | | | | - | | | | | - |
| Beige/Brown Esprit22 | | | | | - | | | | | - | | | | | - |
| ESPrit 22 (13) | | | | | - | - | - | - | | - | - | - | | | - |
| Spectra 22 | - | - | - | - | - | | | | | - | | | | | - |
| Spectra 22, Smd | | | | | - | | | | | - | | | | | - |
| Spectra (13) | | | | | | - | - | - | - | - | - | - | - | - | - |
| Spice (13) | | | | | | | | - | | - | | | | | - |
| MSP | | | | | | | - | | | - | | | | | - |
| SPrint | $106,500 | $133,075 | $104,950 | $53,850 | $398,375 | $18,000 | $0 | ($6,000) | ($6,000) | $6,000 | $6,506 | $6,000 | ($9,000) | ($24,000) | ($20,494) |
| Z60067 | | | | | - | | | | | - | | | | | - |
| SP12 - Final Pack Beige | | | | | - | | | | | - | | | | | - |
| SP12 - Base System Beige | | | | | - | | | | | - | | | | | - |
| SP12 BTE Beige | $6,712,233 | $7,738,569 | $6,433,486 | $8,215,213 | $29,099,501 | | | | | - | | | | | - |
| SP12 BTE Brown | $3,316,826 | $4,255,895 | $3,506,788 | $5,260,235 | $16,339,744 | | | | | - | | | | | - |
| SP12 BTE Black | $1,784,109 | $2,079,510 | $2,026,649 | $2,779,058 | $8,669,326 | | | | | - | | | | | - |
| SP12 BTE Silver | $2,541,537 | $2,849,061 | $2,878,859 | $3,021,847 | $11,291,304 | | | | | - | | | | | - |
| SP12 BTE Pink | $398,055 | $741,415 | $635,088 | $706,468 | $2,481,026 | | | | | - | | | | | - |
| SP12 BTE Blue | $519,665 | $521,875 | $482,924 | $590,543 | $2,115,007 | | | | | - | | | | | - |
| SP12 (13) | | | | | - | $22,498,384 | $22,018,289 | $15,597,355 | $20,452,979 | $80,567,007 | $15,307,326 | $3,845,067 | $3,629,382 | $6,933,480 | $29,715,255 |
| Hybrid for Freedom Beige | - | - | - | $10,275 | $10,275 | | | | | - | | | | | - |
| Hybrid for Freedom Silver | - | - | - | $10,275 | $10,275 | | | | | - | | | | | - |
| Freedom Hybrid Processor (13) | | | | | - | $10,275 | ($10,275) | | | - | | | | | - |
| FTEP Redemption | | | | | - | | | | | - | | | | | - |
| FTEP Certs Issued | | | | | - | | | | | - | | | | | - |
| FTEP Revaluations | | | | | - | | | | | - | | | | | - |
| Divino | | | | | | ($2,850) | | $3,050 | | $200 | | | | | - |
| Cordelle | | | | | | | | | | - | | | $7,090 | $3,545 | $10,635 |
| Intenso | | | | | | | $1,975 | | | $1,975 | | | | | - |
| BP100 | | | | | | | | | | - | | | | | - |
| BP110 | | | | | | | | | | - | | | | | - |
| CP800 Series Sound Processor (1) | | | | | - | | | | | - | $476,025 | $22,042,116 | $19,005,213 | $18,748,966 | $60,272,320 |
| | | | | | | | | | | | | | | | |
| Total | $16,027,494 | $18,964,965 | $16,512,820 | $20,926,364 | $72,431,643 | $22,561,946 | $22,059,877 | $15,651,739 | $20,464,921 | $80,738,483 | $15,822,799 | $25,910,341 | $22,648,468 | $25,659,491 | $90,041,099 |

**Notes/Sources:**
(1) COC-5001628
(2) COC-5001671
(3) COC-5001717
(4) COC-5001769
(5) COC-5021457 to 458
(6) COC-5010923 to 924
(7) COC-5011334 to 335
(8) COC-5011689 to 690
(9) COC-5012342 to 143
(10) COC-5012385 to 386
(11) COC-5012605 to 606
(12) COC-5012847 to 848
(13) There is no product color information for 2009 to 2012.
(14) This product is identified in the new data.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.8

| Revenue (in USD) | FY11 Q1 [1] | FY11 Q2 [2] | FY11 Q3 [3] | FY11 Q4 [4] | FY 2011 | FY12 Q1 [5] | FY12 Q2 [6] | FY12 Q3 [7] | FY12 Q4 [8] | FY2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | | | | | - | | | | | - |
| Beige/Beige Esprit | | | | | - | | | | | - |
| Beige/Brown Esprit | | | | | - | | | | | - |
| Brown/Brown Esprit | | | | | - | | | | | - |
| Black/Black Esprit | | | | | - | | | | | - |
| ESPrit [9] | | | | - | - | - | - | | | - |
| Discount - First 1000 Spectra Trade In | | | | | - | | | | | - |
| Discount - No Special Promotion | | | | | - | | | | | - |
| Discount - Esprit 22 Trade In | | | | | - | | | | | - |
| Beige Esprit 3G | | | | | - | | | | | - |
| Brown Esprit 3G | | | | | - | | | | | - |
| Black Esprit 3G | | | | | - | | | | | - |
| Silver Esprit 3G | | | | | - | | | | | - |
| Esprit 3G Beige | | | | | - | | | | | - |
| Esprit 3G Brown | | | | | - | | | | | - |
| Esprit 3G Black | | | | | - | | | | | - |
| Esprit 3G Silver | | | | | - | | | | | - |
| Esprit 3G Deferred | | | | | - | | | | | - |
| ESPrit 3G [9] | $9,140 | $8,500 | ($44,500) | ($5,450) | ($32,310) | ($5,000) | ($2,500) | ($2,000) | - | ($9,500) |
| Black Esprit22 | | | | | - | | | | | - |
| Beige/Beige Esprit22 | | | | | - | | | | | - |
| Beige/Brown Esprit22 | | | | | - | | | | | - |
| ESPrit 22 [9] | | | - | | - | ($98) | $108 | $1 | $14 | $24 |
| Spectra 22 | | | | | - | | | | | - |
| Spectra 22, Smd | | | | | - | | | | | - |
| Spectra [9] | | | | | - | | | | | - |
| Spice [9] | | | | | - | | | | - | - |
| MSP | | | | | - | | | | | - |
| SPrint | - | - | ($5,000) | - | ($5,000) | ($2,500) | - | ($3,785) | - | ($6,285) |
| Z60067 | | | | | - | | | | | - |
| SP12 - Final Pack Beige | | | | | - | | | | | - |
| SP12 - Base System Beige | | | | | - | | | | | - |
| SP12 BTE Beige | | | | | - | | | | | - |
| SP12 BTE Brown | | | | | - | | | | | - |
| SP12 BTE Black | | | | | - | | | | | - |
| SP12 BTE Silver | | | | | - | | | | | - |
| SP12 BTE Pink | | | | | - | | | | | - |
| SP12 BTE Blue | | | | | - | | | | | - |
| SP12 [9] | $5,765,397 | $4,934,464 | $2,477,310 | $2,620,686 | $15,797,858 | $2,215,305 | $1,697,898 | $1,512,240 | $2,003,798 | $7,429,240 |
| Hybrid for Freedom Beige | | | | | - | | | | | - |
| Hybrid for Freedom Silver | | | | | - | | | | | - |
| Freedom Hybrid Processor [9] | | $6,850 | ($10,275) | | ($3,425) | | $8,000 | | | $8,000 |
| FTEP Redemption | | | | | - | | | | | - |
| FTEP Certs Issued | | | | | - | | | | | - |
| FTEP Revaluations | | | | | - | | | | | - |
| Divino | | | | | - | | | | | - |
| Cordelle | | ($1,094) | | | ($1,094) | | | | | - |
| Intenso | | ($1,149) | | $1,213 | $63 | | | | | - |
| BP100 | | $7,469 | | $1,440 | $8,909 | ($6,086) | ($1,995) | | | ($8,081) |
| BP110 | | | | | - | | | | | - |
| CP800 Series Sound Processor [10] | $20,753,383 | $22,248,799 | $20,594,163 | $23,672,409 | $87,268,754 | $22,132,969 | $26,088,367 | $24,494,391 | $26,562,887 | $99,278,614 |
| Total | $26,527,920 | $27,203,838 | $23,011,699 | $26,290,298 | $103,033,754 | $24,334,590 | $27,789,877 | $26,000,846 | $28,566,699 | $106,692,012 |

**Notes/Sources:**
(1) COC-5013092 to 093
(2) COC-5013343 to 344
(3) COC-5013617 to 618
(4) COC-5013941 to 942
(5) COC-5021820 to 822
(6) COC-5020039 to 042
(7) COC-5020659 to 662
(8) COC-5021199 to 1202
(9) There is no product color information for 2009 to 2012.
(10) This product is identified in the new data.

Attorneys' Eyes Only

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.9

| Units | Dec. 2001 (1) | FY02 Q3 (2) | FY02 Q4 (3) | FY 2002 | FY03 Q1 (4) | FY03 Q2 (5) | FY03 Q3 (6) | FY03 Q4 (7) | FY 2003 | FY04 Q1 (8) | FY04 Q2 (9) | FY04 Q3 (10) | FY04 Q4 (11) | FY 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | | - | | - | | | | | - | | | | | - |
| Beige/Beige Esprit | 100 | 175 | (1,685) | (1,410) | (795) | (124) | (102) | (1,511) | (2,532) | (1) | (1) | (2) | (1) | (5) |
| Beige/Brown Esprit | 69 | 84 | 12 | 165 | 1 | (7) | (1) | (13) | (20) | | (3) | (1) | (1) | (5) |
| Brown/Brown Esprit | 24 | 40 | 9 | 73 | (1) | (3) | (1) | (1) | (6) | 1 | (1) | | | - |
| Black/Black Esprit | 1 | | | 1 | | | | | | | | | | - |
| ESPrit (12) | | | | | | | | | | | | | | |
| Discount - First 1000 Spectra Trade In | | | | - | | | | | - | | | | - | |
| Discount - No Special Promotion | | | | - | | | | | - | | | | - | |
| Discount - Esprit 22 Trade In | | | | - | | | | | - | | | | | |
| Beige Esprit 3G | | 3 | 1,946 | 1,949 | 1,330 | 880 | 654 | 712 | 3,576 | (64) | (16) | (13) | (9) | (102) |
| Brown Esprit 3G | | | 472 | 472 | 444 | 228 | 195 | 193 | 1,060 | (3) | (3) | (5) | (5) | (16) |
| Black Esprit 3G | | | 145 | 145 | 92 | 65 | 81 | 53 | 291 | (1) | (1) | (1) | | (3) |
| Silver Esprit 3G | | 1 | 623 | 624 | 334 | 237 | 191 | 187 | 949 | (3) | (6) | - | | (9) |
| Esprit 3G Beige | | - | - | - | | | | | - | 627 | 621 | 630 | 1,456 | 3,334 |
| Esprit 3G Brown | | - | - | - | | | | | - | 207 | 206 | 140 | 442 | 995 |
| Esprit 3G Black | | - | - | - | | | | | - | 77 | 92 | 57 | 121 | 347 |
| Esprit 3G Silver | | - | - | - | | | | | - | 151 | 206 | 203 | 382 | 942 |
| Esprit 3G Deferred | | - | - | - | | | | - | - | - | - | - | - | - |
| ESPrit 3G (12) | | | | | | | | | | | | | | |
| Black Esprit22 | 1 | - | - | 1 | 4 | 7 | (2) | 3 | 12 | 1 | | 1 | | 2 |
| Beige/Beige Esprit22 | 71 | 98 | 106 | 275 | 121 | 91 | 46 | 66 | 324 | 42 | 26 | 19 | (7) | 80 |
| Beige/Brown Esprit22 | 14 | 19 | 33 | 66 | 26 | 19 | 12 | 20 | 77 | 9 | 10 | 3 | (5) | 17 |
| ESPrit 22 (12) | | | | | | | | | | | | | | |
| Spectra 22 | | - | - | - | | (1) | (1) | | (2) | | | | (1) | (1) |
| Spectra 22, Smd | 4 | 8 | 4 | 16 | 16 | 2 | 3 | 6 | 27 | 9 | 10 | 3 | 5 | 27 |
| Spectra (12) | | | | | | | | | | | | | | |
| MSP | | | | - | | | | | - | | | | | - |
| SPrint | 298 | 596 | 762 | 1,656 | 704 | 690 | 592 | 755 | 2,741 | 537 | 567 | 571 | 563 | 2,238 |
| Z60067 | | | | - | | | | | - | | | | | - |
| SP12 - Final Pack Beige | | | | - | | | | | - | | | | | - |
| SP12 - Base System Beige | | | | - | | | | | - | | | | | - |
| SP12 BTE Beige | | - | | - | | | | | - | | | | | - |
| SP12 BTE Brown | | - | | - | | | | | - | | | | | - |
| SP12 BTE Black | | - | | - | | | | | - | | | | | - |
| SP12 BTE Silver | | - | | - | | | | | - | | | | | - |
| SP12 BTE Pink | | - | | - | | | | | - | | | | | - |
| SP12 BTE Blue | | - | | - | | | | | - | | | | | - |
| SP12 (12) | | | | | | | | | | | | | | |
| Hybrid for Freedom Beige | | - | | - | | | | | - | | | | | - |
| Hybrid for Freedom Silver | | - | | - | | | | | - | | | | | - |
| Freedom Hybrid Processor (12) | | | | | | | | | | | | | | |
| FTEP Redemption | | | | - | | | (1,839) | 632 | (1,207) | | - | - | - | | - |
| FTEP Certs Issued | | | | - | | | 4,222 | (1,608) | 2,614 | | - | - | - | | - |
| FTEP Revaluations | | | | - | | | - | - | - | | - | - | - | | - |
| Divino | | | | | | | | | | | | | | |
| Cordelle | | | | | | | | | | | | | | |
| Intenso | | | | | | | | | | | | | | |
| BP100 | | | | | | | | | | | | | | |
| BP110 | | | | | | | | | | | | | | |
| CP900 Series Sound Processor (13) | | | | | | | | | | | | | | |
| Total | 582 | 1,024 | 2,427 | 4,033 | 2,276 | 2,084 | 4,050 | (506) | 7,904 | 1,589 | 1,707 | 1,605 | 2,940 | 7,841 |

Notes/Sources:
(1) COC-5001802
(2) COC-5001827
(3) COC-5001862
(4) COC-5000725
(5) COC-5000781
(6) COC-5000833
(7) COC-5000884
(8) COC-5000934
(9) COC-5000978
(10) COC-5001023
(11) COC-5001065
(12) There is no product color information for 2009 to 2012.
(13) This product is identified in the new data.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.9

| Units | FY05 Q1 [1] | FY05 Q2 [2] | FY05 Q3 [3] | FY05 Q4 [4] | FY 2005 | FY06 Q1 [5] | FY06 Q2 [6] | FY06 Q3 [7] | FY06 Q4 [8] | FY 2006 | FY07 Q1 [9] | FY07 Q2 [10] | FY07 Q3 [11] | FY07 Q4 [12] | FY 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | | | | | - | | | | | - | | | | (1) | **(1)** |
| Beige/Beige Esprit | 1 | (1) | | | - | | | | | - | | (2) | (2) | (9) | **(13)** |
| Beige/Brown Esprit | | | | 1 | **1** | | | | | - | | (1) | (4) | (10) | **(15)** |
| Brown/Brown Esprit | | | | | - | | | | | - | | - | (1) | - | **(1)** |
| Black/Black Esprit | | | | | | | | | | | | | | | |
| ESPrit [13] | | | | | | | | | | | | | | | |
| Discount - First 1000 Spectra Trade In | - | - | - | - | - | | | | | - | | | | | - |
| Discount - No Special Promotion | - | - | - | - | - | | | | | - | | | | | - |
| Discount - Esprit 22 Trade In | - | | | | - | | | | | - | | | | | - |
| Beige Esprit 3G | (12) | (3) | 5 | (7) | **(17)** | (2) | (1) | | | **(3)** | | (17) | (47) | (47) | **(111)** |
| Brown Esprit 3G | (1) | | | (3) | **(4)** | | | | | - | | (2) | (10) | (12) | **(24)** |
| Black Esprit 3G | | | (1) | (1) | **(2)** | | | (1) | | **(1)** | | (1) | (3) | - | **(4)** |
| Silver Esprit 3G | (2) | | (1) | (2) | **(5)** | | | | | - | | (4) | (18) | (10) | **(32)** |
| Esprit 3G Beige | 983 | 1,067 | 624 | 231 | **2,905** | 181 | 185 | 293 | 221 | **880** | 136 | 12 | (13) | 4 | **139** |
| Esprit 3G Brown | 271 | 325 | 209 | 47 | **852** | 56 | 80 | 107 | 75 | **318** | 67 | 12 | 13 | (18) | **74** |
| Esprit 3G Black | 141 | 163 | 89 | 31 | **424** | 20 | 28 | 25 | 18 | **91** | 9 | (2) | 11 | (9) | **9** |
| Esprit 3G Silver | 352 | 378 | 226 | 51 | **1,007** | 21 | 31 | 37 | 25 | **114** | 19 | (7) | (21) | (18) | **(27)** |
| Esprit 3G Deferred | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ESPrit 3G [13] | | | | | | | | | | | | | | | |
| Black Esprit22 | (1) | | | | **(1)** | | | | | - | | | | | - |
| Beige/Beige Esprit22 | (10) | (1) | | | **(11)** | | | (1) | | **(1)** | | | | | - |
| Beige/Brown Esprit22 | (5) | | | | **(5)** | | | | | - | | | | | - |
| ESPrit 22 [13] | | | | | | | | | | | | | | | |
| Spectra 22 | | | (1) | | **(1)** | | | | | - | | | | | - |
| Spectra 22, Smd | 3 | 3 | 1 | | **7** | | | 1 | | **1** | (1) | - | - | - | **(1)** |
| Spectra [13] | | | | | | | | | | | | | | | |
| Spice [13] | | | | | | | | | | | | | | | |
| MSP | | | (5) | (3) | **(8)** | | | | | - | | | | | - |
| SPrint | 497 | 679 | 488 | 134 | **1,798** | 148 | 161 | 90 | 107 | **506** | 146 | 39 | (108) | (257) | **(180)** |
| Z60067 | 2 | | | | **2** | | | | | - | | | | | - |
| SP12 - Final Pack Beige | | | 35 | 17 | **52** | | | | | - | | | | | - |
| SP12 - Base System Beige | | | 12 | 2 | **14** | | | | | - | | | | | - |
| SP12 BTE Beige | | | | 1,207 | **1,207** | 1,435 | 1,187 | 907 | 1,053 | **4,582** | 1,209 | 2,425 | 1,944 | 1,536 | **7,114** |
| SP12 BTE Brown | | | | 289 | **289** | 480 | 439 | 401 | 474 | **1,794** | 542 | 977 | 863 | 786 | **3,168** |
| SP12 BTE Black | | | | 127 | **127** | 217 | 217 | 209 | 228 | **871** | 292 | 507 | 464 | 391 | **1,654** |
| SP12 BTE Silver | | | | 222 | **222** | 435 | 459 | 392 | 419 | **1,705** | 486 | 952 | 860 | 592 | **2,890** |
| SP12 BTE Pink | | | | | - | | | | 51 | **51** | 65 | 55 | 249 | 152 | **521** |
| SP12 BTE Blue | | | | | - | | | | 34 | **34** | 46 | 97 | 151 | 81 | **375** |
| SP12 [13] | | | | | | | | | | | | | | | |
| Hybrid for Freedom Beige | | | | | - | | | | | - | | - | - | - | - |
| Hybrid for Freedom Silver | | | | | - | | | | | - | | - | - | - | - |
| Freedom Hybrid Processor [13] | | | | | | | | | | | | | | | |
| FTEP Redemption | - | - | - | - | - | | | | | - | | | | | - |
| FTEP Certs Issued | - | - | - | - | - | | | | | - | | | | | - |
| FTEP Revaluations | | | | | - | | | | | - | | | | | - |
| Divino | | | | | | | | | | | | | | | |
| Cordelle | | | | | | | | | | | | | | | |
| Intenso | | | | | | | | | | | | | | | |
| BP100 | | | | | | | | | | | | | | | |
| BP110 | | | | | | | | | | | | | | | |
| CP900 Series Sound Processor [1 ] | | | | | | | | | | | | | | | |
| Total | 2,219 | 2,610 | 1,681 | 2,343 | **8,853** | 2,991 | 2,786 | 2,460 | 2,705 | **10,942** | 3,016 | 5,040 | 4,328 | 3,149 | **15,533** |

Notes/Sources:
(1) COC-5001107
(2) COC-5001150
(3) COC-5001190
(4) COC-5001233
(5) COC-5001287
(6) COC-5001329
(7) COC-5001373
(8) COC-5001421
(9) COC-5001462
(10) COC-5001498
(11) COC-5001535
(12) COC-5001578
(13) There is no product color information for 2009 to 2012.
(14) This product is identified in the new data.

Attorneys' Eyes Only

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
Exhibit 6.9

| Units | FY08 Q1 [1] | FY08 Q2 [2] | FY08 Q3 [3] | FY08 Q4 [4] | FY 2008 | FY09 Q1 [5] | FY09 Q2 [6] | FY09 Q3 [7] | FY09 Q4 [8] | FY 2009 | FY10 Q1 [9] | FY10 Q2 [10] | FY10 Q3 [11] | FY10 Q4 [12] | FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | - | - | - | - | - | | | | | - | | | | | - |
| Beige/Beige Esprit | (1) | (1) | (2) | - | (4) | | | | | - | | | | | - |
| Beige/Brown Esprit | - | (1) | - | (1) | (2) | | | | | - | | | | | - |
| Brown/Brown Esprit | - | - | - | - | - | | | | | - | | | | | - |
| Black/Black Esprit | | | | | - | | | | | - | | | | | - |
| ESPrit [13] | | | | | | (2) | (2) | (1) | | (5) | (1) | (1) | | | (2) |
| Discount - First 1000 Spectra Trade In | | | | | - | | | | | - | | | | | - |
| Discount - No Special Promotion | | | | | - | | | | | - | | | | | - |
| Discount - Esprit 22 Trade In | | | | | - | | | | | - | | | | | - |
| Beige Esprit 3G | (14) | (10) | (10) | (5) | (39) | | | | | - | | | | | - |
| Brown Esprit 3G | (4) | (5) | (1) | (2) | (12) | | | | | - | | | | | - |
| Black Esprit 3G | (1) | - | - | - | (1) | | | | | - | | | | | - |
| Silver Esprit 3G | (3) | (2) | (3) | (1) | (9) | | | | | - | | | | | - |
| Esprit 3G Beige | 45 | 32 | 26 | 14 | 117 | | | | | - | | | | | - |
| Esprit 3G Brown | 5 | 6 | (5) | 7 | 13 | | | | | - | | | | | - |
| Esprit 3G Black | 5 | 9 | 5 | 6 | 25 | | | | | - | | | | | - |
| Esprit 3G Silver | 1 | (2) | (1) | 1 | (1) | | | | | - | | | | | - |
| Esprit 3G Deferred | - | - | - | - | - | | | | | - | | | | | - |
| ESPrit 3G [13] | | | | | | 5 | 4 | 4 | 3 | 16 | (7) | (3) | (6) | 2 | (14) |
| Black Esprit22 | | | | | - | | | | | - | | | | | - |
| Beige/Beige Esprit22 | 1 | | | | 1 | | | | | - | | | | | - |
| Beige/Brown Esprit22 | | | | | - | | | | | - | | | | | - |
| ESPrit 22 [13] | | | | | | (6) | (5) | (3) | | (14) | (3) | (1) | | | (4) |
| Spectra 22 | - | - | - | (1) | (1) | | | | | - | | | | | - |
| Spectra 22, Smd | | | | | - | | | | | - | | | | | - |
| Spectra [13] | | | | | | (4) | (3) | (3) | (2) | (12) | (2) | | (2) | (1) | (5) |
| Spice [13] | | | | | | (1) | (10) | | | (10) | | | | | - |
| MSP | | | | | | (1) | | (1) | | (2) | | | | | - |
| SPrint | (67) | (20) | (1) | (11) | (99) | - | (9) | (36) | (12) | (57) | (27) | (17) | (16) | (14) | (74) |
| Z60067 | | | | | - | | | | | - | | | | | - |
| SP12 - Final Pack Beige | | | | | - | | | | | - | | | | | - |
| SP12 - Base System Beige | | | | | - | | | | | - | | | | | - |
| SP12 BTE Beige | 1,358 | 1,564 | 1,290 | 1,638 | 5,850 | | | | | - | | | | | - |
| SP12 BTE Brown | 651 | 862 | 674 | 1,033 | 3,220 | | | | | - | | | | | - |
| SP12 BTE Black | 346 | 411 | 375 | 527 | 1,659 | | | | | - | | | | | - |
| SP12 BTE Silver | 485 | 574 | 543 | 590 | 2,192 | | | | | - | | | | | - |
| SP12 BTE Pink | 90 | 152 | 122 | 132 | 496 | | | | | - | | | | | - |
| SP12 BTE Blue | 110 | 103 | 94 | 112 | 419 | | | | | - | | | | | - |
| SP12 [13] | | | | | | 4,162 | 4,125 | 2,886 | 3,908 | 15,081 | 2,928 | 695 | 377 | 1,118 | 5,118 |
| Hybrid for Freedom Beige | - | - | - | 2 | 2 | | | | | - | | | | | - |
| Hybrid for Freedom Silver | - | - | - | 2 | 2 | | | | | - | | | | | - |
| Freedom Hybrid Processor [13] | | | | | | 2 | (7) | | | (5) | | | | | - |
| FTEP Redemption | | | | | - | | | | | - | | | | | - |
| FTEP Certs Issued | | | | | - | | | | | - | | | | | - |
| FTEP Revaluations | | | | | - | | | | | - | | | | | - |
| Divino | | | | | | (1) | | | | - | | | | | - |
| Cordelle | | | | | | | | 1 | | - | | 1 | 2 | 1 | 1 |
| Intenso | | | | | | | | 1 | | 1 | | 13 | | | 16 |
| BP100 | | | | | | | | | | - | | 26 | | | 26 |
| BP110 | | | | | | | | | | - | | 147 | | | 147 |
| CP900 Series Sound Processor [1] | | | | | - | | | | | - | 361 | 4,043 | 3,851 | 3,538 | 11,793 |
| Total | 3,007 | 3,672 | 3,104 | 4,043 | 13,826 | 4,155 | 4,093 | 2,848 | 3,897 | 14,993 | 3,249 | 4,903 | 4,206 | 4,644 | 17,002 |

**Notes/Sources:**
(1) COC-5001628
(2) COC-5001671
(3) COC-5001717
(4) COC-5001769
(5) COC-5021457 to 458
(6) COC-5010923 to 924
(7) COC-501334 to 335
(8) COC-5011689 to 690
(9) COC-5012342 to 143
(10) COC-5012385 to 386
(11) COC-5012605 to 606
(12) COC-5012847 to 848
(13) There is no product color information for 2009 to 2012.
(14) This product is identified in the new data.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNIT SALES OF SPEECH PROCESSORS IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.9**

| Units | FY11 Q1 (1) | FY11 Q2 (2) | FY11 Q3 (3) | FY11 Q4 (4) | FY 2011 | FY12 Q1 (5) | FY12 Q2 (6) | FY12 Q3 (7) | FY12 Q4 (8) | FY2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | | | | | - | | | | | - |
| Beige/Beige Esprit | | | | | - | | | | | - |
| Beige/Brown Esprit | | | | | - | | | | | - |
| Brown/Brown Esprit | | | | | - | | | | | - |
| Black/Black Esprit | | | | | - | | | | | - |
| ESPrit (9) | | | | (1) | **(1)** | (1) | (1) | | | **(2)** |
| Discount - First 1000 Spectra Trade In | | | | | - | | | | | - |
| Discount - No Special Promotion | | | | | - | | | | | - |
| Discount - Esprit 22 Trade In | | | | | - | | | | | - |
| Beige Esprit 3G | | | | | - | | | | | - |
| Brown Esprit 3G | | | | | - | | | | | - |
| Black Esprit 3G | | | | | - | | | | | - |
| Silver Esprit 3G | | | | | - | | | | | - |
| Esprit 3G Beige | | | | | - | | | | | - |
| Esprit 3G Brown | | | | | - | | | | | - |
| Esprit 3G Black | | | | | - | | | | | - |
| Esprit 3G Silver | | | | | - | | | | | - |
| Esprit 3G Deferred | | | | | - | | | | | - |
| ESPrit 3G (9) | (11) | (6) | (23) | (45) | **(85)** | (29) | (22) | (11) | (4) | **(66)** |
| Black Esprit22 | | | | | - | | | | | - |
| Beige/Beige Esprit22 | | | | | - | | | | | - |
| Beige/Brown Esprit22 | | | | | - | | | | | - |
| ESPrit 22 (9) | | | (1) | | **(1)** | (1) | - | - | - | **(1)** |
| Spectra 22 | | | | | - | | | | | - |
| Spectra 22, Smd | | | | | - | | | | | - |
| Spectra (9) | | | | (1) | **(1)** | (1) | | | (2) | **(3)** |
| Spice (9) | | | | | - | | | | | - |
| MSP | | | | | - | | | | | - |
| SPrint | (8) | (1) | (14) | (157) | **(180)** | (198) | (60) | (26) | (9) | **(293)** |
| Z60067 | | | | | - | | | | | - |
| SP12 - Final Pack Beige | | | | | - | | | | | - |
| SP12 - Base System Beige | | | | | - | | | | | - |
| SP12 BTE Beige | | | | | - | | | | | - |
| SP12 BTE Brown | | | | | - | | | | | - |
| SP12 BTE Black | | | | | - | | | | | - |
| SP12 BTE Silver | | | | | - | | | | | - |
| SP12 BTE Pink | | | | | - | | | | | - |
| SP12 BTE Blue | | | | | - | | | | | - |
| SP12 (9) | 1,037 | 1,008 | 457 | 450 | **2,952** | 362 | 255 | 292 | 440 | **1,349** |
| Hybrid for Freedom Beige | | | | | - | | | | | - |
| Hybrid for Freedom Silver | | | | | - | | | | | - |
| Freedom Hybrid Processor (9) | | - | - | | - | | | | | - |
| FTEP Redemption | | | | | - | | | | | - |
| FTEP Certs Issued | | | | | - | | | | | - |
| FTEP Revaluations | | | | | - | | | | | - |
| Divino | | | | | - | | | | | - |
| Cordelle | | - | | | - | | | | | - |
| Intenso | | - | | - | - | | | | | - |
| BP100 | | - | | - | - | | | | | - |
| BP110 | | | | | - | | | | | - |
| CP900 Series Sound Processor (10) | 3,832 | 4,121 | 3,724 | 7,633 | **19,310** | 6,982 | 4,892 | 4,324 | 4,877 | **21,075** |
| | | | | | | | | | | |
| Total | 4,850 | 5,122 | 4,143 | 7,879 | **21,994** | 7,114 | 5,064 | 4,579 | 5,302 | **22,059** |

**Notes/Sources:**
(1) COC-5013092 to 093
(2) COC-5013343 to 344
(3) COC-5013617 to 618
(4) COC-5013941 to 942
(5) COC-5021820 to 822
(6) COC-5020039 to 042
(7) COC-5020659 to 662
(8) COC-5021199 to 1202
(9) There is no product color information for 2009 to 2012.
(10) This product is identified in the new data.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**COCHLEAR UNITS AND REVENUE FROM SALES OF HEADSETS, PROGRAMMING SYSTEMS, REPAIRS, AND SPARES & ACCESSORIES IN THE AMERICAS, BY FISCAL QUARTER**

**Exhibit 6.10**

| Units | Dec. 2001 (1) | FY02 Q3 (2) | FY02 Q4 (3) | FY 2002 | FY03 Q1 (4) | FY03 Q2 (5) | FY03 Q3 (6) | FY03 Q4 (7) | FY 2003 | FY04 Q1 (8) | FY04 Q2 (9) | FY04 Q3 (10) | FY04 Q4 (11) | FY 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | 330 | 756 | 923 | **2,009** | 881 | 951 | 696 | 939 | **3,467** | 705 | 730 | 699 | 674 | **2,808** |
| Programming Systems | 10 | 34 | 154 | **198** | 53 | 62 | 57 | 60 | **232** | 34 | 34 | 31 | 46 | **145** |
| Repairs | 33 | 68 | 61 | **162** | 77 | (3) | (351) | (211) | **(488)** | 200 | (244) | (109) | 90 | **(63)** |
| Spares & Accessories | 14,618 | 36,377 | 54,069 | **105,064** | 44,215 | 39,811 | 34,161 | 46,880 | **165,067** | 41,782 | 42,537 | 41,996 | 56,832 | **183,147** |
| Total | 14,991 | 37,235 | 55,207 | **107,433** | 45,226 | 40,821 | 34,563 | 47,668 | **168,278** | 42,721 | 43,057 | 42,617 | 57,642 | **186,037** |

| Revenue (in USD) | Dec. 2001 (1) | FY02 Q3 (2) | FY02 Q4 (3) | FY 2002 | FY03 Q1 (4) | FY03 Q2 (5) | FY03 Q3 (6) | FY03 Q4 (7) | FY 2003 | FY04 Q1 (8) | FY04 Q2 (9) | FY04 Q3 (10) | FY04 Q4 (11) | FY 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | $113,065 | $278,935 | $349,310 | **741,310** | $362,802 | $351,972 | $274,250 | $311,075 | **1,300,099** | $119,330 | $78,260 | $61,340 | $52,260 | **311,190** |
| Programming Systems | ($5,150) | $21,722 | $130,230 | **146,802** | $13,058 | $2,947 | $31,090 | $11,595 | **58,690** | $18,000 | $33,000 | $12,000 | ($1,500) | **61,500** |
| Repairs | $15,795 | $15,100 | $8,000 | **38,895** | $40,950 | $46,950 | $33,175 | $24,950 | **146,025** | $58,707 | $39,450 | $30,896 | $15,750 | **144,803** |
| Spares & Accessories | ($91,001) | ($122,452) | ($465,427) | **(678,880)** | ($169,245) | $50,794 | ($857,309) | $30,321 | **(945,439)** | $259,791 | $386,229 | $311,870 | $408,870 | **1,366,760** |
| Total | $32,709 | $193,305 | $22,113 | **248,127** | $247,565 | $452,663 | ($518,794) | $377,941 | **559,375** | $455,828 | $536,939 | $416,106 | $475,380 | **1,884,253** |

**Sources:**
(1) COC-5001793
(2) COC-5001814
(3) COC-5001846
(4) COC-5000704
(5) COC-5000760
(6) COC-5000814
(7) COC-5000864
(8) COC-5000917
(9) COC-5000961
(10) COC-5001006
(11) COC-5001046

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNITS AND REVENUE FROM SALES OF HEADSETS, PROGRAMMING SYSTEMS, REPAIRS, AND SPARES & ACCESSORIES IN THE AMERICAS, BY FISCAL QUARTER**
**Exhibit 6.10**

| Units | FY05 Q1 (1) | FY05 Q2 (2) | FY05 Q3 (3) | FY05 Q4 (4) | FY 2005 | FY06 Q1 (5) | FY06 Q2 (6) | FY06 Q3 (7) | FY06 Q4 (8) | FY 2006 | FY07 Q1 (9) | FY07 Q2 (10) | FY07 Q3 (11) | FY07 Q4 (12) | FY 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | 611 | 785 | 546 | 257 | **2,199** | 266 | 266 | 184 | 249 | **965** | 282 | 214 | 127 | 192 | **815** |
| Programming Systems | 23 | 40 | 44 | 463 | **570** | 125 | 115 | 136 | 75 | **451** | 105 | 79 | 105 | 106 | **395** |
| Repairs | 137 | (371) | (656) | (946) | **(1,836)** | 25 | 6 | 16 | 35 | **82** | 19 | (124) | (452) | (498) | **(1,055)** |
| Spares & Accessories | 53,486 | 58,923 | 44,846 | 61,989 | **219,244** | 239,638 | 263,273 | 286,406 | 298,815 | **1,088,132** | 284,750 | 284,833 | 273,971 | 276,846 | **1,120,400** |
| Total | 54,257 | 59,377 | 44,780 | 61,763 | **220,177** | 240,054 | 263,660 | 286,742 | 299,174 | **1,089,630** | 285,156 | 285,002 | 273,751 | 276,646 | **1,120,555** |

| Revenue (in USD) | FY05 Q1 (1) | FY05 Q2 (2) | FY05 Q3 (3) | FY05 Q4 (4) | FY 2005 | FY06 Q1 (5) | FY06 Q2 (6) | FY06 Q3 (7) | FY06 Q4 (8) | FY 2006 | FY07 Q1 (9) | FY07 Q2 (10) | FY07 Q3 (11) | FY07 Q4 (12) | FY 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | $43,180 | $41,090 | $24,453 | $50,375 | **159,098** | $48,759 | $45,700 | $40,164 | $62,879 | **197,502** | $58,990 | $46,152 | $31,761 | $28,100 | **165,003** |
| Programming Systems | $18,000 | $6,000 | $24,000 | ($1,800) | **46,200** | $1,200 | $9,000 | - | - | **10,200** | $9,975 | - | - | - | **9,975** |
| Repairs | $36,750 | $22,540 | $20,900 | $25,500 | **105,690** | ($201,140) | ($93,933) | $10,715 | $27,676 | **(256,682)** | $14,519 | $14,317 | $34,997 | $244,938 | **308,771** |
| Spares & Accessories | $599,492 | $616,449 | $598,412 | ($1,018,321) | **796,032** | $3,203,109 | $951,547 | $1,143,460 | $1,187,416 | **6,485,532** | $1,674,458 | $1,799,824 | $1,414,266 | $1,539,499 | **6,428,047** |
| Total | $697,422 | $686,079 | $667,765 | ($944,246) | **1,107,020** | $3,051,928 | $912,314 | $1,194,339 | $1,277,971 | **6,436,552** | $1,757,942 | $1,860,293 | $1,481,024 | $1,812,537 | **6,911,796** |

**Sources:**
(1) COC-5001092
(2) COC-5001133
(3) COC-5001174
(4) COC-5001216
(5) COC-5001264
(6) COC-5001308
(7) COC-5001353
(8) COC-5001401
(9) COC-5001442
(10) COC-5001481
(11) COC-5001518
(12) COC-5001558

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**COCHLEAR UNITS AND REVENUE FROM SALES OF HEADSETS, PROGRAMMING SYSTEMS, REPAIRS, AND SPARES & ACCESSORIES IN THE AMERICAS, BY FISCAL QUARTER**

**Exhibit 6.10**

| Units | FY08 Q1 (1) | FY08 Q2 (2) | FY08 Q3 (3) | FY08 Q4 (4) | FY 2008 | FY09 Q1 (5) | FY09 Q2 (6) | FY09 Q3 (7) | FY09 Q4 (8) | FY 2009 | FY10 Q1 (9) | FY10 Q2 (10) | FY10 Q3 (11) | FY10 Q4 (12) | FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | 136 | 107 | 87 | 52 | **382** | 57 | 53 | 33 | 32 | **175** | 38 | 21 | 30 | 19 | **108** |
| Programming Systems | 89 | 96 | 154 | 128 | **467** | 76 | 64 | 40 | 72 | **252** | 77 | 65 | 40 | 54 | **236** |
| Repairs | 93 | 417 | 228 | 163 | **901** | 281 | 293 | 324 | 459 | **1,357** | 653 | 563 | 649 | 166 | **2,031** |
| Spares & Accessories | 256,988 | 267,133 | 258,330 | 299,906 | **1,082,357** | 285,296 | 297,160 | 246,531 | 269,283 | **1,098,270** | 256,916 | 474,596 | 420,248 | 403,826 | **1,555,586** |
| Total | 257,306 | 267,753 | 258,799 | 300,249 | **1,084,107** | 285,710 | 297,570 | 246,928 | 269,846 | **1,100,054** | 257,684 | 475,245 | 420,967 | 404,065 | **1,557,961** |

| Revenue (in USD) | FY08 Q1 (1) | FY08 Q2 (2) | FY08 Q3 (3) | FY08 Q4 (4) | FY 2008 | FY09 Q1 (5) | FY09 Q2 (6) | FY09 Q3 (7) | FY09 Q4 (8) | FY 2009 | FY10 Q1 (9) | FY10 Q2 (10) | FY10 Q3 (11) | FY10 Q4 (12) | FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | $41,744 | $33,005 | $24,110 | $17,353 | **116,212** | 20,935 | $17,346 | $14,760 | $14,265 | **67,306** | $16,217 | $9,445 | $10,645 | $8,528 | **44,834** |
| Programming Systems | - | $7,200 | - | $2,400 | **9,600** | (6,000) | - | $2,400 | - | **(3,600)** | $1,200 | - | $1,200 | ($1,200) | **1,200** |
| Repairs | $75,059 | $229,137 | $184,547 | $168,611 | **657,354** | 188,476 | $219,618 | $164,754 | $246,430 | **819,279** | $289,669 | $163,725 | $54,928 | $2,951 | **511,273** |
| Spares & Accessories | $2,048,022 | $2,293,339 | $1,775,600 | $902,206 | **7,019,167** | 1,681,853 | $1,137,453 | $1,964,562 | $626,734 | **5,410,602** | $2,023,620 | $2,580,850 | $4,490,797 | $4,142,415 | **13,237,681** |
| Total | $2,164,825 | $2,562,681 | $1,984,257 | $1,090,570 | **7,802,333** | 1,885,265 | $1,374,417 | $2,146,476 | $887,429 | **6,293,587** | $2,330,706 | $2,754,021 | $4,557,569 | $4,152,693 | **13,794,989** |

**Sources:**
(1) COC-5001599
(2) COC-5001651
(3) COC-5001696
(4) COC-5001749
(5) COC-5021398
(6) COC-5010856
(7) COC-5011230
(8) COC-5010401
(9) COC-50112073
(10) COC-5012298
(11) COC-5012520
(12) COC-5012764

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**COCHLEAR UNITS AND REVENUE FROM SALES OF HEADSETS, PROGRAMMING SYSTEMS, REPAIRS, AND SPARES & ACCESSORIES IN THE AMERICAS, BY FISCAL QUARTER**

**Exhibit 6.10**

| Units | FY11 Q1 (1) | FY11 Q2 (2) | FY11 Q3 (3) | FY11 Q4 (4) | FY 2011 | FY12 Q1 (5) | FY12 Q2 (6) | FY12 Q3 (7) | FY12 Q4 (8) | FY2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | 12 | 16 | 9 | 5 | **42** | 1 | 1 | 4 | 2 | **8** |
| Programming Systems | 89 | 94 | 93 | 69 | **345** | 78 | 78 | 69 | 88 | **313** |
| Repairs | (334) | (52) | (14) | (502) | **(902)** | (778) | (269) | (247) | (55) | **(1,349)** |
| Spares & Accessories | 434,750 | 377,885 | 365,400 | 415,169 | **1,593,204** | 425,641 | 377,307 | 352,330 | 373,991 | **1,529,269** |
| Total | 434,517 | 377,943 | 365,488 | 414,741 | **1,592,689** | 424,942 | 377,117 | 352,156 | 374,026 | **1,528,241** |

| Revenue (in USD) | FY11 Q1 (1) | FY11 Q2 (2) | FY11 Q3 (3) | FY11 Q4 (4) | FY 2011 | FY12 Q1 (5) | FY12 Q2 (6) | FY12 Q3 (7) | FY12 Q4 (8) | FY2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | $4,695 | $6,540 | $2,795 | $1,657 | **15,687** | $950 | $309 | $1,639 | $600 | **3,498** |
| Programming Systems | $1,200 | - | ($6,000) | - | **(4,800)** | - | - | $7,999 | - | **7,999** |
| Repairs | $40,292 | $71,988 | $61,156 | ($32,818) | **140,617** | ($78,505) | ($5,552) | ($108,546) | $12,773 | **(179,830)** |
| Spares & Accessories | $5,237,345 | $4,365,129 | $4,308,728 | $17,339,312 | **31,250,513** | $18,147,260 | $7,174,110 | $6,173,364 | $5,511,969 | **37,006,703** |
| Total | $5,283,531 | $4,443,656 | $4,366,679 | $17,308,150 | **31,402,017** | $18,069,705 | $7,168,867 | $6,074,456 | $5,525,342 | **36,838,370** |

**Sources:**
(1) COC-5013003
(2) COC-5013248
(3) COC-5013516
(4) COC-5013810
(5) COC-5021687
(6) COC-5003648 to 649
(7) COC-5004273 to 274
(8) COC-5004817 to 818

*Attorneys' Eyes Only*

EXHIBIT K

*See Surrebuttal Report*

*for*

*Exhibits 7 and 8*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF DAMAGES, 1 DECEMBER 2001 - 22 SEPTEMBER 2009**
**Exhibit 9.1**

| Low Damages | | High Damages | |
|---|---|---|---|
| Reasonable Royalty Rate (1) | 7.5% | Reasonable Royalty Rate (1) | 7.5% |
| Low Royalty Base (2) | $900,088,291 | High Royalty Base (2) | $942,827,974 |
| Low Damages | $67,506,622 | High Damages | $70,712,098 |

**Sources:**
(1) Expert Report of Cate Elsten, p. 43
(2) Exhibit 9.2

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF ROYALTY BASE, 1 DECEMBER 2001 - 22 SEPTEMBER 2009**
**Exhibit 9.2**

|  | Royalty Base without ESPrit 3G | Royalty Base with ESPrit 3G |
|---|---|---|
| CI24 (1) | $567,275,130 | $567,275,130 |
| SPrint (2) | $48,512,362 | $48,512,362 |
| SP12 (3) | $276,825,727 | $276,825,727 |
| ESPrit 3G (4) | - | $42,739,683 |
| CP800 (5) | $429,457 | $429,457 |
| CI500 (6) | $7,045,615 | $7,045,615 |
| Total | $900,088,291 | $942,827,974 |

**Sources:**
(1) Exhibit 9.3
(2) Exhibit 9.16
(3) Exhibit 9.5
(4) Exhibit 9.8
(5) Exhibit 9.16
(6) Exhibit 9.4

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI24 IMPLANT REVENUE, 1 DECEMBER 2001 - 22 SEPTEMBER 2009 (1)**
**Exhibit 9.3**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| CI24M - Cochlear Implant | $217,528 | $236,721 | $271,950 | $55,350 | $21,000 | - | - | - | - | $802,549 |
| CI24 Contour [CI24 (CS)] (3) | $22,697,591 | $46,066,053 | $34,628,834 | $8,256,096 | $2,259,860 | $2,551,202 | $1,477,038 | $301,360 | $12,901 | $118,250,935 |
| CI24 Contour CA [CI24R (CA)] (3) | - | $1,583,488 | $10,835,999 | $20,269,052 | $1,573,346 | $911,550 | $585,585 | $369,246 | - | $36,128,266 |
| MATCI24R (CA)  [CI24R (CA2)] (3) | - | - | - | $2,033,373 | ($14,275) | - | - | - | - | $2,019,098 |
| CI24RE (ST) | - | - | - | $526,122 | $1,512,341 | $1,959,854 | $2,136,251 | $1,991,626 | $244,485 | $8,370,680 |
| CI24K or CI24R (ST) | $1,384,137 | $2,030,946 | $1,706,763 | $2,275,426 | $1,834,732 | $1,145,793 | $655,792 | $373,137 | $58,551 | $11,465,277 |
| CI24RE (CA) [CI24RE (CA1)] (3) | - | $120,160 | $31,000 | $22,493,100 | $69,308,421 | $83,594,320 | $95,522,629 | $101,665,476 | $16,486,849 | $389,221,955 |
| CI24RE Hybrid | - | - | - | $64,450 | $598,200 | $353,720 | - | - | - | $1,016,370 |
| Total | $24,299,256 | $50,037,368 | $47,474,546 | $55,972,969 | $77,093,625 | $90,516,439 | $100,377,295 | $104,700,845 | $16,802,787 | $567,275,130 |

**Notes/Source:**
(1) Exhibit 9 14
(2) The product names in brackets are the names appearing on data sheets produced for 2009-2012

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CI500 SERIES IMPLANT REVENUE, FY2009 - 22 SEPTEMBER 2009 (1)**
**Exhibit 9.4**

|  | **FY2009** | **1 Jul. 2009 - 22 Sep. 2009** | **Total** |
|---|---|---|---|
| CI500 Series Cochlear Implant | $254,100 | $6,791,515 | $7,045,615 |

**Note/Source:**
(1) Exhibit 9.14
(2) This product type was only presented in the new data and has been added as such.

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**CALCULATION OF REVENUE FROM SP12 SPEECH PROCESSORS USED WITH CI24 IMPLANTS, FOR '691 PATENT**

**Exhibit 9.5**

|  | Total |
|---|---|
| Total U.S. CI22 Recipients (1) | 8,000 |
| SP12 for CI22 Uptake Rate (2) | 5.603% |
| SP12 Units Used with a CI22 | 448 |
| SP12 ASP (3) | $5,103 |
| Revenue from SP12 Units Used with a CI22 | $2,287,154 |
| Total SP12 Revenue (4) | $279,112,881 |
| Revenue from SP12 Units Used with a CI24 | $276,825,727 |

**Notes/Sources:**
(1) *ESprit 3G for the Nucleus 22* , Cochlear Press Release, 28 May 2004
(2) COC-3000857.  I have assumed that there would be a constant uptake rate of 2.5% per year.  I have included fiscal year 2008 through 22 September 2009  (2.5 * (2 + (88/365)) = 5.603)
(3) Exhibit 9.6
(4) Exhibit 9.7

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF AVERAGE SELLING PRICE OF SP12 SPEECH PROCESSORS - Q4 FY2008**
**Exhibit 9.6**

| | Q4 FY 2008 Revenue (1) | Q4 FY 2008 Units (2) | Q4 FY 2008 ASP |
|---|---|---|---|
| SP12 BTE Beige | $8,215,213 | 1,638 | $5,015 |
| SP12 BTE Brown | $5,260,235 | 1,033 | $5,092 |
| SP12 BTE Black | $2,779,058 | 527 | $5,273 |
| SP12 BTE Silver | $3,021,847 | 590 | $5,122 |
| SP12 BTE Pink | $706,468 | 132 | $5,352 |
| SP12 BTE Blue | $590,543 | 112 | $5,273 |
| | | | |
| Total | $20,573,364 | 4,032 | $5,103 |

**Source:**
(1) Exhibit 6.8
(2) Exhibit 6.9

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**SP12 REVENUE, 1 DECEMBER 2001 - 22 SEPTEMBER 2009 (1)**
**Exhibit 9.7**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 (2) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| SP12 - Final Pack Beige | - | - | - | $261,000 | - | - | - | - | - | $261,000 |
| SP12 BTE Beige | - | - | - | $4,409,604 | $19,289,052 | $31,195,417 | $29,099,501 | - | - | $83,993,574 |
| SP12 BTE Brown | - | - | - | $1,460,968 | $7,904,744 | $13,891,873 | $16,339,744 | - | - | $39,597,329 |
| SP12 BTE Black | - | - | - | $618,000 | $3,752,936 | $7,435,146 | $8,669,326 | - | - | $20,475,408 |
| SP12 BTE Silver | - | - | - | $1,099,500 | $7,211,304 | $12,677,864 | $11,291,304 | - | - | $32,279,972 |
| SP12 BTE Pink | - | - | - | - | $174,000 | $1,907,096 | $2,481,026 | - | - | $4,562,122 |
| SP12 BTE Blue | - | - | - | - | $120,000 | $1,331,592 | $2,115,007 | - | - | $3,566,599 |
| SP12 (3) | - | - | - | - | - | - | - | $80,567,007 | $13,809,870 | $94,376,877 |
| Total SP12 Revenue | - | - | - | $7,849,072 | $38,452,036 | $68,438,988 | $69,995,908 | $80,567,007 | $13,809,870 | $279,112,881 |

**Notes/Source:**
(1) Exhibit 9.16
(2) There is no product color information for FY2009 or later.

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**CALCULATION OF REVENUE FROM ESPRIT 3G SPEECH PROCESSORS USED WITH THE CI24 IMPLANT**

**Exhibit 9.8**

| | Total |
|---|---|
| 1 December 2001 - 30 June 2002 (1) | $4,122,259 |
| Fiscal Year 2003 (1) | $16,698,181 |
| Fiscal Year 2004 - 22 September 2009 (2) | $21,919,243 |
| | |
| Revenue from ESPrit 3G Speech Processors Used with the CI24 Impant | $42,739,683 |

**Notes/Sources:**
(1) Exhibit 9.11
(2) Exhibit 9.9

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**CALCULATION OF REVENUE FROM ESPRIT 3G SPEECH PROCESSORS USED WITH CI24 IMPLANTS AFTER THE INTRODUCTION OF ESPRIT 3G FOR CI22**

**Exhibit 9.9**

|  | FY 2004 - 22 Sep. 2009 |
|---|---|
| Esprit 3G Units (1) | 12,174 |
| U.S. Nucleus 22 Implants (2) | 8,000 |
| Minimum Esprit 3G Units Used with a CI24 | 4,174 |
| ESPrit 3G ASP (1) | $5,252 |
| Revenue from ESPrit 3G Units Used with CI24 Implants | $21,919,243 |

**Notes/Sources:**
(1) Exhibit 9.10
(2) *ESPrit 3G for Nucleus 22* , Cochlear Press Release, 28 May 2004

*Attorneys' Eyes Only*

281

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF ESPRIT 3G PROCESSOR AVERAGE SELLING PRICE, FY 2004 - 22 SEPTEMBER 2009**
**Exhibit 9.10**

| | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 | Total |
|---|---|---|---|---|---|---|---|---|
| ESPrit 3G Revenue (1) | $22,209,231 | $22,580,158 | $9,235,340 | $7,704,862 | $2,010,810 | $163,302 | $29,719 | $63,933,422 |
| ESPrit 3G Units (2) | 5,488 | 5,160 | 1,399 | 24 | 93 | 16 | (6) | 12,174 |
| Average Selling Price | | | | | | | | $5,252 |

**Sources:**
(1) Exhibit 9.11
(2) Exhibit 9.12

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ESPRIT 3G PROCESSOR REVENUE, 1 DECEMBER 2001 TO 22 SEPTEMBER 2009** (1)
**Exhibit 9.11**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Beige ESPrit 3G | $2,598,045 | $10,670,053 | ($33,000) | $15,000 | ($6,000) | ($24,950) | - | - | - | $13,219,148 |
| Brown ESPrit 3G | $621,130 | $2,873,956 | $4,500 | - | - | ($3,500) | - | - | - | $3,496,086 |
| Black ESPrit 3G | $142,700 | $924,180 | $15,000 | ($6,000) | - | - | - | - | - | $1,075,880 |
| Silver ESPrit 3G | $760,384 | $2,893,069 | ($33,000) | - | - | ($3,000) | - | - | - | $3,617,453 |
| ESPrit 3G Beige | - | - | $14,619,270 | $13,714,026 | $2,362,835 | $1,407,391 | $402,912 | - | - | $32,506,434 |
| ESPrit 3G Brown | - | - | $4,207,290 | $3,747,986 | $910,500 | $521,526 | $146,500 | - | - | $9,533,802 |
| ESPrit 3G Black | - | - | $1,336,750 | $2,005,200 | $237,500 | $192,829 | $146,400 | - | - | $3,918,679 |
| ESPrit 3G Silver | - | - | $4,067,835 | $4,552,654 | $331,460 | $145,740 | $61,400 | - | - | $9,159,089 |
| ESPrit 3G Deferred | - | ($663,076) | ($1,975,414) | ($1,448,708) | $5,399,045 | $5,468,826 | $1,253,598 | - | - | $8,034,271 |
| ESPrit 3G (2) | - | - | - | - | - | - | - | $163,302 | $29,719 | $193,021 |
| Total | $4,122,259 | $16,698,181 | $22,209,231 | $22,580,158 | $9,235,340 | $7,704,862 | $2,010,810 | $163,302 | $29,719 | $84,753,862 |

**Notes/Source:**
(1) Exhibit 9.16
(2) There is no product color information for FY2009 or later.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**ESPRIT 3G PROCESSOR UNITS SOLD,  1 DECEMBER 2001 TO 22 SEPTEMBER 2009** (1)
**Exhibit 9.12**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Beige ESPrit 3G | 1,949 | 3,576 | (102) | (17) | (3) | (111) | (39) | - | - | 5,253 |
| Brown ESPrit 3G | 472 | 1,060 | (16) | (4) | - | (24) | (12) | - | - | 1,476 |
| Black ESPrit 3G | 145 | 291 | (3) | (2) | (1) | (4) | (1) | - | - | 425 |
| Silver ESPrit 3G | 624 | 949 | (9) | (5) | - | (32) | (9) | - | - | 1,518 |
| ESPrit 3G Beige | - | - | 3,334 | 2,905 | 880 | 139 | 117 | - | - | 7,375 |
| ESPrit 3G Brown | - | - | 995 | 852 | 318 | 74 | 13 | - | - | 2,252 |
| ESPrit 3G Black | - | - | 347 | 424 | 91 | 9 | 25 | - | - | 896 |
| ESPrit 3G Silver | - | - | 942 | 1,007 | 114 | (27) | (1) | - | - | 2,035 |
| ESPrit 3G Deferred | - | - | - | - | - | - | - | - | - | - |
| ESPrit 3G (2) | - | - | - | - | - | - | - | 16 | (6) | 10 |
| Total | 3,190 | 5,876 | 5,488 | 5,160 | 1,399 | 24 | 93 | 16 | (6) | 21,240 |

**Note/Source:**
(1) Exhibit 9.17
(2) There is no product color information for FY2009 or later.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**CALCULATION OF REVENUE OF SP12 SPEECH PROCESSORS USED WITH A CI24 FOR FISCAL YEAR 2008**
**Exhibit 9.13**

|  | Total |
|---|---|
| SP12 Units Used with a CI22 (1) | 448 |
| Average Selling Price (2) | $5,103 |
| Revenue from SP12s Used with a CI22 | $2,287,154 |
| Total FY 2008 SP12 Revenue (3) | $69,995,908 |
| Revenue from SP12s Used with a CI24 | $67,708,754 |

**Sources:**
(1) Exhibit 9.5
(2) Exhibit 9.6
(3) Exhibit 9.7

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF IMPLANTS IN THE AMERICAS,  1 DECEMBER 2001 TO 22 SEPTEMBER 2009** (1)
**Exhibit 9.14**

| *(in USD)* | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 (2) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | $71,370 | $303,199 | $169,126 | $315,299 | $248,123 | $462,316 | $138,174 | - | - | $1,707,607 |
| CI11+11+2M (3) | - | - | - | - | - | - | - | $367,954 | $127,900 | $495,854 |
| Abi 24M | $412,925 | $266,439 | $422,259 | $675,781 | $787,906 | $931,236 | $685,022 | $917,568 | $92,878 | $5,192,014 |
| CI22M | ($29,680) | ($16,050) | ($15,500) | - | - | - | - | - | - | ($61,230) |
| CI24M - Micro Implant | | | | | | | | | | |
| CI24M - Cochlear Implant | $217,528 | $236,721 | $271,950 | $55,350 | $21,000 | - | - | - | - | $802,549 |
| CI24 Contour [CI24R (CS)](4) | $22,697,591 | $46,066,053 | $34,628,834 | $8,256,096 | $2,259,860 | $2,551,202 | $1,477,038 | $301,360 | $12,901 | $118,250,935 |
| CI24 Contour CA [CI24R (CA)](4) | - | $1,583,488 | $10,835,999 | $20,269,052 | $1,573,346 | $911,550 | $585,585 | $369,246 | - | $36,128,266 |
| Contour with Softtip | | | | | | | | | | |
| MATCI24R (CA)  [CI24R (CA2)](4) | - | - | - | $2,033,373 | ($14,275) | - | - | - | - | $2,019,098 |
| CI24RE (ST) | - | - | - | $526,122 | $1,512,341 | $1,959,854 | $2,136,251 | $1,991,626 | $244,485 | $8,370,680 |
| CI24R (ST) | $1,384,137 | $2,030,946 | $1,706,763 | $2,275,426 | $1,834,732 | $1,145,793 | $655,792 | $373,137 | $58,551 | $11,465,277 |
| CI24RE (CA) [CI24RE (CA1)](4) | - | $120,160 | $31,000 | $22,493,100 | $69,308,421 | $83,594,320 | $95,522,629 | $101,665,476 | $16,486,849 | $389,221,955 |
| CI24RE Hybrid | - | - | - | $64,450 | $598,200 | $353,720 | - | - | - | $1,016,370 |
| CI6+16+2M [Custom Implant N24] (4)(5) | - | $122,650 | $150,960 | $135,560 | ($14,480) | - | - | - | - | $394,690 |
| PABI 24M | - | - | - | - | $77,064 | - | - | - | - | $77,064 |
| Percutaneous Implant | - | - | - | - | - | - | - | - | - | - |
| Other Implants | - | - | - | - | - | - | - | - | - | - |
| Perc Externals | - | - | - | - | - | - | - | - | - | - |
| Freedom H10 | - | - | - | - | - | - | $75,800 | - | - | $75,800 |
| CI500 Series Cochlear Implant (3) | - | - | - | - | - | - | - | $254,100 | $6,791,515 | $7,045,615 |
| CI422 (3) | - | - | - | - | - | - | - | - | - | - |
| Fixtures (3) | - | - | - | - | - | - | - | $4,580 | - | $4,580 |
| Total | $24,753,871 | $50,713,606 | $48,201,391 | $57,099,609 | $78,192,238 | $91,909,991 | $101,276,291 | $106,245,047 | $23,815,079 | $582,207,123 |

**Notes/Sources:**
(1) Exhibit 6 1
(2) The '691 Patent expired 22 September 2009  I have multiplied FY2010Q1 by (83/92) to reflect the number of days in that quarter during which the '691 patent was not expired  FY2010Q1 data taken from Exhibit 6 6
(3) This product type is only presented in the new data and has been added as such
(4) The product name in brackets is the name appearing on data sheets produced for the years 2009-2012
(5) For years 2009-2012, this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNITS SOLD OF IMPLANTS IN THE AMERICAS,  1 DECEMBER 2001 TO 22 SEPTEMBER 2009** (1)
**Exhibit 9.15**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 (2) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Z99012 | 5 | 24 | 24 | 21 | 13 | 34 | 3 | - | - | 124 |
| CI11+11+2M (3) | - | - | - | - | - | - | - | 24 | 10 | 34 |
| Abi 24M | 32 | 21 | 24 | 38 | 38 | 46 | 33 | 40 | 6 | 278 |
| CI22M | (3) | (3) | (1) | - | - | - | - | - | - | (7) |
| CI24M - Micro Implant | - | - | (1) | - | - | - | - | - | - | (1) |
| CI24M - Cochlear Implant | 45 | 59 | 70 | 22 | 8 | - | - | - | - | 204 |
| CI24 Contour [CI24R (CS)](4) | 1,825 | 3,578 | 2,594 | 679 | 280 | 340 | 192 | 35 | 2 | 9,525 |
| CI24 Contour CA [CI24R (CA)](4) | - | 123 | 827 | 1,439 | 159 | 146 | 87 | 62 | - | 2,843 |
| Contour with Softtip | - | - | - | - | - | - | - | - | - | - |
| MATCI24R (CA)  [CI24R (CA2)](4) | - | - | - | 152 | (2) | - | - | - | - | 150 |
| CI24RE (ST) | - | - | - | 37 | 86 | 127 | 147 | 136 | 20 | 553 |
| CI24R (ST) | 187 | 292 | 305 | 374 | 300 | 179 | 103 | 48 | 9 | 1,797 |
| CI24RE (CA) [CI24RE (CA1)](4) | - | 8 | 2 | 1,459 | 4,454 | 5,894 | 6,646 | 7,042 | 1,091 | 26,596 |
| CI24RE Hybrid | - | - | - | 4 | 36 | 20 | - | - | - | 60 |
| CI6+16+2M [Custom Implant N24] (4)(5) | - | 11 | 9 | 8 | 2 | - | (1) | - | - | 29 |
| PABI 24M | - | 2 | 3 | 1 | 5 | 1 | (2) | - | - | 10 |
| Percutaneous Implant | - | - | 8 | - | - | 4 | - | - | - | 12 |
| Other Implants | - | - | - | - | - | - | - | - | - | - |
| Perc Externals | - | - | 7 | 10 | - | 4 | - | - | - | 21 |
| Freedom H10 | - | - | - | - | - | - | 4 | - | - | 4 |
| CI500 Series Cochlear Implant (3) | - | - | - | - | - | - | - | 21 | 416 | 437 |
| CI422 (3) | - | - | - | - | - | - | - | - | - | - |
| Fixtures (3) | - | - | - | - | - | - | - | 2 | - | 2 |
| Total | 2,091 | 4,115 | 3,871 | 4,244 | 5,379 | 6,795 | 7,213 | 7,409 | 1,554 | 42,671 |

**Notes/Sources:**
(1) Exhibit 6 2
(2) The '691 Patent expired 22 September 2009  I have multiplied FY2010Q1 by (83/92) to reflect the number of days in that quarter during which the '691 patent was not expired  FY2010Q1 data taken from Exhibit 6 7
(3) This product type is only presented in the new data and has been added as such
(4) The product name in brackets is the name appearing on data sheets produced for the years 2009-2012
(5) For years 2009-2012, this product type includes: PABI 24M, CI6+16+2M, Percutaneous Implant, and Perc Externals

*Attorneys' Eyes Only*

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR REVENUE FROM THE SALE OF SPEECH PROCESSORS IN THE AMERICAS,  1 DECEMBER 2001 TO 22 SEPTEMBER 2009** (1)
**Exhibit 9.16**

| (in USD) | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 (2) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | - | - | - | - | - | - | - | - | - | - |
| Beige/Beige Esprit | $1,183,861 | ($84,265) | ($12,000) | $5,000 | - | - | - | - | - | $1,092,596 |
| Beige/Brown Esprit | $500,640 | ($30,000) | ($6,000) | - | - | - | - | - | - | $464,640 |
| Brown/Brown Esprit | $242,760 | ($9,000) | ($3,000) | - | - | - | - | - | - | $230,760 |
| Black/Black Esprit | $6,000 | - | - | - | - | - | - | - | - | $6,000 |
| ESPrit (3) | - | - | - | - | - | - | - | - | - | - |
| Discount - First 1000 Spectra Trade In | - | - | ($4,121,760) | ($633,600) | - | - | - | - | - | ($4,755,360) |
| Discount - No Special Promotion | - | - | ($133,000) | ($1,654,405) | - | - | - | - | - | ($1,787,405) |
| Discount - Esprit 22 Trade In | - | - | ($356,800) | ($1,381,690) | - | - | - | - | - | ($1,738,490) |
| Beige Esprit 3G | $2,598,045 | $10,670,053 | ($33,000) | $15,000 | ($6,000) | ($24,950) | - | - | - | $13,219,148 |
| Brown Esprit 3G | $621,130 | $2,873,956 | $4,500 | - | - | ($3,500) | - | - | - | $3,496,086 |
| Black Esprit 3G | $142,700 | $924,180 | $15,000 | ($6,000) | - | - | - | - | - | $1,075,880 |
| Silver Esprit 3G | $760,384 | $2,893,069 | ($33,000) | - | - | ($3,000) | - | - | - | $3,617,453 |
| Esprit 3G Beige | - | - | $14,619,270 | $13,714,026 | $2,362,835 | $1,407,391 | $402,912 | - | - | $32,506,434 |
| Esprit 3G Brown | - | - | $4,207,290 | $3,747,986 | $910,500 | $521,526 | $146,500 | - | - | $9,533,802 |
| Esprit 3G Black | - | - | $1,336,750 | $2,005,200 | $237,500 | $192,829 | $146,400 | - | - | $3,918,679 |
| Esprit 3G Silver | - | - | $4,067,835 | $4,552,654 | $331,460 | $145,740 | $61,400 | - | - | $9,159,089 |
| Esprit 3G Deferred | - | ($663,076) | ($1,975,414) | ($1,448,708) | $5,399,045 | $5,468,826 | $1,253,598 | - | - | $8,034,271 |
| ESPrit 3G (3) | - | - | - | - | - | - | - | $163,302 | $29,719 | $193,021 |
| Black Esprit22 | $11,000 | $83,000 | $9,000 | ($6,000) | - | - | - | - | - | $97,000 |
| Beige/Beige Esprit22 | $1,274,900 | $1,614,871 | $374,200 | ($54,000) | ($6,000) | - | $6,000 | - | - | $3,209,971 |
| Beige/Brown Esprit22 | $303,700 | $420,750 | $91,671 | ($30,000) | - | - | - | - | - | $786,121 |
| ESPrit 22 (3) | - | - | - | - | - | - | - | - | - | - |
| Spectra 22 | - | - | - | - | - | - | - | - | - | - |
| Spectra 22, Smd | $55,150 | $67,350 | $47,635 | $33,178 | $2,500 | - | - | - | - | $205,813 |
| Spectra (3) | - | - | - | - | - | - | - | - | - | - |
| Spice (3) | - | - | - | - | - | - | - | - | - | - |
| MSP | - | - | - | - | - | - | - | - | - | - |
| Sprint | $8,452,933 | $14,886,769 | $11,843,510 | $9,389,476 | $2,076,480 | $1,452,950 | $398,375 | $6,000 | $5,870 | $48,512,362 |
| Z60067 | - | - | - | $6,000 | - | - | - | - | - | $6,000 |
| SP12 - Final Pack Beige | - | - | - | $261,000 | - | - | - | - | - | $261,000 |
| SP12 - Base System Beige | - | - | - | - | - | - | - | - | - | - |
| SP12 BTE Beige | - | - | - | $4,409,604 | $19,289,052 | $31,195,417 | $29,099,501 | - | - | $83,993,574 |
| SP12 BTE Brown | - | - | - | $1,460,968 | $7,904,744 | $13,891,873 | $16,339,744 | - | - | $39,597,329 |
| SP12 BTE Black | - | - | - | $618,000 | $3,752,936 | $7,435,146 | $8,669,326 | - | - | $20,475,408 |
| SP12 BTE Silver | - | - | - | $1,099,500 | $7,211,304 | $12,677,864 | $11,291,304 | - | - | $32,279,972 |
| SP12 BTE Pink | - | - | - | - | $174,000 | $1,907,096 | $2,481,026 | - | - | $4,562,122 |
| SP12 BTE Blue | - | - | - | - | $120,000 | $1,331,592 | $2,115,007 | - | - | $3,566,599 |
| SP12 (3) | - | - | - | - | - | - | - | $80,567,007 | $13,809,870 | $94,376,877 |
| Hybrid for Freedom Beige | - | - | - | - | - | $10,275 | - | - | - | $10,275 |
| Hybrid for Freedom Silver | - | - | - | - | - | $10,275 | - | - | - | $10,275 |
| Freedom Hybrid Processor(3) | - | - | - | - | - | - | - | - | - | - |
| FTEP Redemption | - | - | $325,743 | $159,245 | - | - | - | - | - | $484,988 |
| FTEP Certs Issued | - | - | ($2,375,895) | $574,328 | - | - | - | - | - | ($1,801,567) |
| FTEP Revaluations | - | ($1,506,972) | - | - | - | - | - | - | - | ($1,506,972) |
| CP800 Series Sound Processor(4) | - | - | - | - | - | - | - | - | $429,457 | $429,457 |
| Total | $16,153,203 | $32,140,683 | $27,892,535 | $36,836,762 | $49,760,356 | $77,596,800 | $72,431,643 | $80,736,308 | $14,274,916 | $407,823,207 |

**Notes/Sources:**
(1) Exhibit 6.3
(2) The '691 Patent expired 22 September 2009.  I have multiplied FY2010Q1 by (83/92) to reflect the number of days in that quarter during which the '691 patent was not expired. FY2010Q1 data taken from Exhibit 6.8.
(3) There is not product color information for 2009.
(4) This product type is only presented in the new data and has been added as such.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*
**COCHLEAR UNITS SOLD OF SPEECH PROCESSORS IN THE AMERICAS,  1 DECEMBER 2001 TO 22 SEPTEMBER 2009  (1)**
**Exhibit 9.17**

| | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 (2) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| SP7, ARW | - | - | - | - | - | (1) | - | - | - | (1) |
| Beige/Beige Esprit | (1,410) | (2,532) | (5) | - | - | (13) | (4) | - | - | (3,964) |
| Beige/Brown Esprit | 165 | (20) | (5) | 1 | - | (15) | (2) | - | - | 124 |
| Brown/Brown Esprit | 73 | (6) | - | - | - | (1) | - | - | - | 66 |
| Black/Black Esprit | 1 | - | - | - | - | - | - | - | - | 1 |
| ESPrit(3) | - | - | - | - | - | - | - | (5) | (1) | (6) |
| Discount - First 1000 Spectra Trade In | - | - | - | - | - | - | - | - | - | - |
| Discount - No Special Promotion | - | - | - | - | - | - | - | - | - | - |
| Discount - Esprit 22 Trade In | - | - | - | - | - | - | - | - | - | - |
| Beige Esprit 3G | 1,949 | 3,576 | (102) | (17) | (3) | (111) | (39) | - | - | 5,253 |
| Brown Esprit 3G | 472 | 1,060 | (16) | (4) | - | (24) | (12) | - | - | 1,476 |
| Black Esprit 3G | 145 | 291 | (3) | (2) | (1) | (4) | (1) | - | - | 425 |
| Silver Esprit 3G | 624 | 949 | (9) | (5) | - | (32) | (9) | - | - | 1,518 |
| Esprit 3G Beige | - | - | 3,334 | 2,905 | 880 | 139 | 117 | - | - | 7,375 |
| Esprit 3G Brown | - | - | 995 | 852 | 318 | 74 | 13 | - | - | 2,252 |
| Esprit 3G Black | - | - | 347 | 424 | 91 | 9 | 25 | - | - | 896 |
| Esprit 3G Silver | - | - | 942 | 1,007 | 114 | (27) | (1) | - | - | 2,035 |
| Esprit 3G Deferred | - | - | - | - | - | - | - | - | - | - |
| ESPrit 3G(3) | - | - | - | - | - | - | - | 16 | (6) | 10 |
| Black Esprit22 | 1 | 12 | 2 | (1) | - | - | - | - | - | 14 |
| Beige/Beige Esprit22 | 275 | 324 | 80 | (11) | (1) | - | 1 | - | - | 668 |
| Beige/Brown Esprit22 | 66 | 77 | 17 | (5) | - | - | - | - | - | 155 |
| ESPrit 22(3) | - | - | - | - | - | - | - | (14) | (3) | (17) |
| Spectra 22 | - | (2) | (1) | (1) | - | - | (1) | - | - | (5) |
| Spectra 22, Smd | 16 | 27 | 27 | 7 | 1 | (1) | - | - | - | 77 |
| Spectra(3) | - | - | - | - | - | - | - | (12) | (2) | (14) |
| Spice(3) | - | - | - | - | - | - | - | (10) | - | (10) |
| MSP | - | - | - | (8) | - | - | - | (2) | - | (10) |
| Sprint | 1,656 | 2,741 | 2,238 | 1,798 | 506 | (180) | (99) | (57) | (24) | 8,579 |
| Z60067 | - | - | - | 2 | - | - | - | - | - | 2 |
| SP12 - Final Pack Beige | - | - | - | 52 | - | - | - | - | - | 52 |
| SP12 - Base System Beige | - | - | - | 14 | - | - | - | - | - | 14 |
| SP12 BTE Beige | - | - | - | 1,207 | 4,582 | 7,114 | 5,850 | - | - | 18,753 |
| SP12 BTE Brown | - | - | - | 289 | 1,794 | 3,168 | 3,220 | - | - | 8,471 |
| SP12 BTE Black | - | - | - | 127 | 871 | 1,654 | 1,659 | - | - | 4,311 |
| SP12 BTE Silver | - | - | - | 222 | 1,705 | 2,890 | 2,192 | - | - | 7,009 |
| SP12 BTE Pink | - | - | - | - | 51 | 521 | 496 | - | - | 1,068 |
| SP12 BTE Blue | - | - | - | - | 34 | 375 | 419 | - | - | 828 |
| SP12(3) | - | - | - | - | - | - | - | 15,081 | 2,642 | 17,723 |
| Hybrid for Freedom Beige | - | - | - | - | - | - | 2 | - | - | 2 |
| Hybrid for Freedom Silver | - | - | - | - | - | - | 2 | - | - | 2 |
| Freedom Hybrid Processor(3) | - | - | - | - | - | - | - | (5) | - | (5) |
| FTEP Redemption | - | (1,207) | - | - | - | - | - | - | - | (1,207) |
| FTEP Certs Issued | - | 2,614 | - | - | - | - | - | - | - | 2,614 |
| FTEP Revaluations | - | - | - | - | - | - | - | - | - | - |
| CP800 Series Sound Processor(4) | - | - | - | - | - | - | - | - | 326 | 326 |
| | | | | | | | | | | |
| Total | 4,033 | 7,904 | 7,841 | 8,853 | 10,942 | 15,535 | 13,828 | 14,992 | 2,931 | 86,859 |

**Notes/Sources:**
(1) Exhibit 6.4
(2) The '691 Patent expired 22 September 2009.  I have multiplied FY2010Q1 by (83/92) to reflect the number of days in that quarter during which the '691 patent was not expired. FY2010Q1 data taken from Exhibit 6.9.
(3) There is no product color information for 2009.
(4) This product type is only presented in the new data and has been added as such.

EXHIBIT K

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation (N/K/A Cochlear Americas) and Cochlear Ltd.*

**COCHLEAR UNITS SOLD AND REVENUE FROM HEADSETS, PROGRAMMING SYSTEMS, REPAIRS, AND SPARES & ACCESSORIES IN THE AMERICAS,  1 DEC. 2001 TO 22 SEPT. 2009** (1)

**Exhibit 9.18**

| Units | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 (2)(3) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | 2,009 | 3,467 | 2,808 | 2,199 | 965 | 815 | 382 | 175 | 34 | 12,854 |
| Programming Systems | 198 | 232 | 145 | 570 | 451 | 395 | 467 | 252 | 69 | 2,779 |
| Repairs | 162 | (488) | (63) | (1,836) | 82 | (1,055) | 901 | 1,357 | 589 | (351) |
| Spares & Accessories | 105,064 | 165,067 | 183,147 | 219,244 | 1,088,132 | 1,120,400 | 1,082,357 | 1,098,270 | 231,783 | 5,293,464 |
| Total | 107,433 | 168,278 | 186,037 | 220,177 | 1,089,630 | 1,120,555 | 1,084,107 | 1,100,054 | 232,476 | 5,308,747 |

| Revenue *(in USD)* | 1 Dec. 2001 - 30 Jun. 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | 1 Jul. 2009 - 22 Sep. 2009 (2)(3) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Headsets | $741,310 | $1,300,099 | $311,190 | $159,098 | $197,502 | $165,003 | $116,212 | $67,306 | $14,631 | $3,072,350 |
| Programming Systems | $146,802 | $58,690 | $61,500 | $46,200 | $10,200 | $9,975 | $9,600 | ($3,600) | $1,083 | $340,450 |
| Repairs | $38,895 | $146,025 | $144,803 | $105,690 | ($256,682) | $308,771 | $657,354 | $819,279 | $261,332 | $2,225,467 |
| Spares & Accessories | ($678,880) | ($945,439) | $1,366,760 | $796,032 | $6,485,532 | $6,428,047 | $7,019,167 | $5,410,602 | $1,825,657 | $27,707,478 |
| Total | $248,127 | $559,375 | $1,884,253 | $1,107,020 | $6,436,552 | $6,911,796 | $7,802,333 | $6,293,587 | $2,102,702 | $33,345,745 |

**Notes/Sources:**

(1) Exhibit 6 5

(2) The '691 Patent expired 22 September 2009   I have multiplied FY2010Q1 by (83/92) to reflect the number of days in that quarter during which the '691 patent was not expired

(3) FY2010Q1 data taken from Exhibit 6 10

# *Appendix C*

EXHIBIT K



# OCEAN TOMO™
### INTELLECTUAL CAPITAL EQUITY®

## CATE ELSTEN
## CURRICULUM VITAE

November 2012

**Cate Elsten** is a Managing Director for Ocean Tomo, an integrated intellectual property consulting firm providing financial products and services including expert testimony, valuation, investments, risk management and transactions.

Ms. Elsten has been a consultant since 1990. She was a Principal for Tait Advisory Services and led that firm's Intellectual Property and Dispute Services Practice prior to its acquisition by Ocean Tomo. Before joining Tait, Ms. Elsten was a Partner in PricewaterhouseCoopers' Financial Advisory Services Practice, working with intellectual property of all types and serving as National Director for Trademark and Copyright matters. Ms. Elsten worked in industry for twelve years before beginning her consulting career and held management positions for companies including Playhouse Square Center, Dayton-Hudson Corporation's Target Stores Division (now Target Corporation), Aveda Corporation (now a division of Estée Lauder) and Sign Consultants, Inc.

Ms. Elsten has provided services including expert testimony, valuation and licensing, strategic and management consulting for companies in a wide range of industries, including biotechnology, software, medical devices and equipment, high-tech and traditional manufacturing, agriculture and food processing, pharmaceuticals, financial services, retail, hospitality, telecommunications, media and entertainment. She has testified on issues informing economic damages, marketing and industry trends, licensing and management practices, corporate and intellectual asset valuations and plans of reorganization in depositions, trials, arbitrations, bankruptcy courts and other settings. She has also served as an AAA arbitrator.

Ms. Elsten is a Certified Management Accountant and a Certified Licensing Professional. She is a member of the International Trademark Association, for whom she serves on the editorial board of *The Trademark Reporter*. She is also a member of the Licensing Executives Society and the American Marketing Association and has served on the Board of Governors for the Brand Name Education Foundation. She has lectured on a variety of intellectual property topics for the Los Angeles and Orange County Patent Lawyers Associations, Minnesota Institute of Legal Education, Institute for International Research, International Business Forum and other professional organizations and universities.

EXHIBIT K



**OCEAN TOMO**
INTELLECTUAL CAPITAL EQUITY®

| | |
|---|---|
| **PROFESSIONAL EXPERIENCE** | Managing Director, *Ocean Tomo* 2003 to present |
| | Principal, *Tait Advisory Services, LLC* 2001-2003 |
| | Partner (Principal), *PricewaterhouseCoopers, LLP* Director, *Coopers & Lybrand, LLP* 1992-2001 |
| | Senior Manager, *Ernst & Young, LLP* 1990-1992 |
| | Chief Operating Officer, *Sign Consultants, Inc.* 1989-1990 |
| | Manager of Financial and Strategic Planning, *Aveda Corporation* 1988-1989 |
| | Senior Corporate Sales and Marketing Analyst, *Dayton-Hudson Corporation, Target Stores Division* 1984-1988 |
| | Chief Financial Officer, *Playhouse Square Center* 1981-1984 |
| **EDUCATION** | University of Wisconsin-Madison, Master of Arts in Business.  Graduated 1981.  Beta Gamma Sigma. |
| | Oberlin College, B.A., Bachelor of Arts in English and Art History. Graduated 1979.  Phi Beta Kappa. |
| **ACTIVE MEMBERSHIPS** | International Trademark Association Licensing Executives Society American Marketing Association |

EXHIBIT K



**OCEAN TOMO**
INTELLECTUAL CAPITAL EQUITY®

| | |
|---|---|
| **PUBLICATIONS** | "Bubbles and Squeaks: 'Irrational Exuberance' and Its Impact (or Lack Thereof) on Damages Under the Lanham Act in the Dot.Com Era," <u>The Trademark Reporter</u>, Vol. 95, No. 5. Robert Morrill and Kevin Arst, co-authors |
| | "Damage Issues of Trademark, Trade Secret, False Advertising and Copyright Cases," Chapter 21, <u>Litigation Services Handbook: The Role of the Financial Expert</u>, Third Edition, John Wiley & Sons, Inc., Roman L. Weil, Michael J. Wagner and Peter B. Frank, editors, 2001 |
| | "Establishing Intellectual Property Values", <u>E-Coverage Guide</u>, The National Underwriter Co., Leo L. Clarke and Martin C. Loesch, editors, 2000. S. Michael Markman, co-author |
| | "Trademark Litigation: Thunder on the Horizon?", Minnesota Institute of Legal Education, 1999 and 2001 |
| | "False Advertising Damages: Highlights of the Past Twenty Years and the Current Implications for Developing and Rebutting Damages Claims," Coopers & Lybrand L.L.P. Intellectual Property News, 1997 |
| | "Valuation of Intellectual Property", Tennessee Bar Association, 1997 |
| | "Do Licensing Negotiators Leave Money on the Table?", Minnesota Institute of Legal Education, 1996 |
| | "Valuing Intellectual Property Rights in Litigation", Minnesota Institute of Legal Education, 1994 |

---

| | |
|---|---|
| **EXPERT TESTIMONY** | *Tektronix Inc. v. Sypris Solutions, Inc.*<br>Venue: JAMS |
| | *Genentech, Inc. v. The Trustees of the University of Pennsylvania*<br>Venue: Federal Court, Northern District of California |
| | *Quest Software, Inc. v. Centrify Corporation*<br>Venue: Federal Court, District of Utah, Central Division |
| | *Bauer Bros. LLC v. Nike, Inc.*<br>Venue: Federal Court, Southern District of California |
| | *In the Matter of Certain Electronic Devices with Multi-touch Enabled Touchpads and Touchscreens*<br>Venue: ITC |
| | *Conceptus, Inc. v. Hologic, Inc.*<br>Venue: Federal Court, Northern District of California |

EXHIBIT K



# OCEAN TOMO™
### INTELLECTUAL CAPITAL EQUITY®

*Attachmate Corporation v. HealthNet, Inc.*
Federal Court, Western District of Washington

*STMicroelectronics, Inc. v. Eliyahou Harari, SanDisk Corporation et al.*
California State Court, County of Santa Clara

*Zimmer Melia and Zimmer U.S., Inc. v. Kirkland Stallings and Stallings & Assoc.*
Federal Court, Middle District of Tennessee

*Fields Medical Corp. et al. v. Kirkland Stallings and Stallings & Assoc.*
Jefferson County, Kentucky Circuit Court

*Alfred E. Mann Foundation for Scientific Research v. Cochlear Corporation*
Federal Court, Central District of California

*PalTalk Holdings, Inc. v. Microsoft Corporation*
Federal Court, Eastern District of Texas

*Crocs, Inc. v. Australia Unlimited, Inc.*
Federal Court, District of Colorado

*Northbrook Digital Corporation v. Browster, Inc*
Federal Court, District of Minnesota

*Medtronic AVE et al. v. Cordis Corporation*
Federal Court, Eastern District of Texas

*Boston Scientific Corporation et al. v. Johnson & Johnson and Cordis Corporation*
Federal Court, Northern District of California

*Avago Technologies General IP PTE Ltd. & Avago Technologies ECBU IP PTE Ltd. v. Elan Microelectronics Corp. and Elan Information Technology Group*
Federal Court, Northern District of California

*Timeline, Inc. v. ProClarity Corporation*
Federal Court, Western District of Washington

*Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc. v. BorgWarner Inc. and Borg Warner Morse Tec Inc.*
Federal Court, Delaware

*Cache la Poudre Feeds, L.L.C. v. Land O'Lakes, Inc. et al.*
Federal Court, District of Colorado

*Peter A. Hochstein et al. v. Microsoft Corporation*
Federal Court, Eastern District of Michigan, Southern Division

EXHIBIT K



*ICON Health & Fitness, Inc. v. The Nautilus Group, Inc. et al.*
Federal Court, District of Utah

*Linear Technology Corporation v. Micrel, Inc.*
Federal Court, Northern District of California, San Francisco

*CIVIX-DDI, LLC v. Expedia, Inc. et al.*
Federal Court, Northern District of Illinois

*Applied Medical Resources Corp. v. Ethicon Endo-Surgery, Inc.*
Federal Court, Central District of California

*Mylan Pharmaceuticals Inc. v. The Procter & Gamble Company*
Federal Court, Southern District of New York

*S&M NuTec, L.L.C. v. T.F.H. Publications, Inc.*
Federal Court, Western District of Missouri

*Hi-Shear Technology Corporation v. United Space Alliance LLC and USBI Co.*
Circuit Court, Brevard County Florida

*Boston Scientific Corporation and Target Therapeutics, Inc. v. Cordis Corporation*
Federal Court, Northern District of California

*Schwan's IP, LLC and Schwan's Consumer Brands North America, Inc. v. Kraft Pizza Company*
Federal Court, Minnesota

*The Nautilus Group, Inc v. Icon Health & Fitness, Inc.*
Federal Court, Western District of Washington

*AT&T v. Microsoft Corporation*
Federal Court, Southern District of New York

*Mastercard Int'l, Inc. v. First National Bank of Omaha*
Federal Court, Southern District of New York

*Greenlight Financial Services, Inc. v. Hartford Casualty Insurance Company*
Federal Court, Central District of California

*GFI America, Inc. v. Tecumseh Poultry LLC*
Federal Court, Minnesota

*Knot Just Beads v. Knot Just Beads, Inc.*
District Court, Alabama

EXHIBIT K



**OCEAN TOMO™**
INTELLECTUAL CAPITAL EQUITY®

*Imagexpo L.L.C. v. Microsoft Corporation*
Federal Court, Eastern District of Virginia

*On-Line Technologies, Inc. v. Perkin-Elmer Corporation et al.*
Federal Court, District of Connecticut

*ATC Distribution Group, Inc. v. WITT et al.*
Federal Court, Western District of Kentucky

*Gold Banc Corporation, Inc. v. Credit Union National Association, Inc.*
Federal Court, District of Kansas

*A&A Mechanical, Inc. v. Thomas & Betts*
Federal Court, Western District of Kentucky

*General Data Company Inc. v. Solvay Paperboard Company, L.L.C.*
Federal Court, Southern District of Ohio, Western Division

*We Media, Inc. v. Cablevision Systems Corp. et al.*
Federal Court, Southern District of New York

*Vicki D. Smith v. Mather Hamilton & Co., et al.*
Circuit Court, Jefferson County, Kentucky

*Halston LLC v. HF6, Inc. and Heller Financial, Inc.*
Federal Court, Southern District of New York

*Thomas Horn et al. v. Robert B. McQueen et al.*
Federal Court, Western District of Kentucky

*Luigino's, Inc. v. Robert Peterson and IBP, Inc.*
Federal Court, District of Minnesota

*Heidi Ott A.G. and Heidi Ott v. Target Corporation, et al.*
Federal Court, District of Minnesota

*Monsanto Company v. Pioneer Hi-Bred International, Inc.*
Federal Court, Eastern District of Missouri

*Simon Property Group, LP v. mySimon, Inc.*
Federal Court, Southern District of Indiana

*Pioneer Hi-Bred International, Inc. v. Monsanto Company*
Federal Court, Eastern District of Missouri

*Scott Schroering et al. v. KFS et al.*

EXHIBIT K



OCEAN TOMO
INTELLECTUAL CAPITAL EQUITY®

Jefferson County Circuit Court, Kentucky

*Darrel Lemon v. Prince Rogers Nelson, et al.*
Federal Court, Western District of Washington

*Wrench LLC et al. v. Taco Bell Corporation*
Federal Court, Western District of Michigan

*Ferdinand Picket v. Prince Rogers Nelson*
Federal Court, Northern District of Illinois

*Oreck Corporation v. Wal-Mart Stores, Inc.*
Federal Court, Eastern District of Louisiana

*Conco, Inc. v. General Dynamics Ordnance Systems, Inc. and Lockheed Martin Ordnance Systems, Inc*
Jefferson County Circuit Court, Kentucky

*EG&G Instruments, Inc. v. Canberra Industries, Inc.*
Federal Court, Eastern District of Tennessee

*KCJ Corporation v. Kinetic Concepts, Inc., et al*
Federal Court, District of Kansas

*StairMaster Sports/Medical Products, Inc. v. Groupe Procycle, Inc. and Procycle U.S.A., Inc*
Federal Court, Western District of Washington

*Spec-Mix, Inc. v. Midwest Premix, Inc. and Midwest Block & Brick, Inc.*
Federal Court, Western District of Missouri

*F.J. Joseph Inc. v. Lida Advertising, Inc.*
Federal Court, District of Kansas

*Graphic Technologies, Inc. v. Pitney Bowes, et al*
Federal Court, District of Kansas

*Hillerich & Bradsby v. Heavy Hitter Industries and the Major League Baseball Players Association*
Federal Court, Western District of Kentucky

*Perfume Pizazz, Inc. v. The May Department Stores Company*
Greene County Circuit Court, Missouri

*Fireplace Manufacturers, Inc. vs. Hearth Technologies, Inc.*
Federal Court, District of Minnesota



**OCEAN TOMO**
INTELLECTUAL CAPITAL EQUITY ®

*In re: Worth A. Sallee et al*
Federal Bankruptcy Court, Western District of Kentucky

*In re: Drivers & Drovers Diversified, Inc.*
Federal Bankruptcy Court, Western District of Kentucky

*Ostex International, Inc. v. Boehringer-Mannheim*
Arbitration, Seattle, Washington

*Straight Arrow Products, Inc. v. Miriam Collins Palm Beach Beauty Products Company*
Federal Court, Eastern District of Pennsylvania

*Stout Industries, Inc. v. Anheuser-Busch, Inc.,*
Circuit Court of the City of St. Louis, MO

*Porous Media Corporation v. Pall Corporation*
Federal Court, District of Minnesota

*Travelers Express Company, Inc. v. American Express Integrated Payment Systems, Inc.*
Federal Court, District of Minnesota

*Jurgens v. CBK, Inc.*
Federal Court, Western District of Tennessee

---

**CONTACT**          Cate Elsten
                     Ocean Tomo
                     101 Montgomery Street, Suite 2100
                     San Francisco, CA 94104

                     415-388-0368 Direct
                     415-520-9994 Facsimile
                     415-272-4762 Cell
                     celsten@oceantomo.com

EXHIBIT K