Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Expert Damages Opinion of Russell L. Parr
Page 46

**Appendix A**
**Professional Qualifications of Russell L. Parr, CFA, ASA, CLP**

**Mr. Parr** is President of IPRA, Inc. He is an expert in determining the value and royalty rate pricing of intellectual property. His books are published in Japanese, Korean, Italian, Chinese, Romanian and Russian.

Mr. Parr has completed complex consulting assignments involving the valuation and pricing of patents, trademarks, copyrights and other intangible assets. His opinions are used to accomplish licensing transactions, acquisitions, transfer pricing, litigation support, collateral-based financing, and joint ventures. Mr. Parr also has served as an expert witness regarding intellectual property infringement damages.

Mr. Parr also publishes three royalty rate resource books, which have been sold all over the world. These books are dedicated to reporting detailed information about the economic aspects of intellectual property transactions including licensing and joint ventures.

Past assignments have included the valuation of the Dr. Seuss copyrights and the patent portfolio of AT&T. Mr. Parr has also conducted valuations and royalty rate studies for pharmaceuticals, semiconductor process and product technology, agricultural formulations, automotive battery technology, biotechnology, camera technology, chemical formulations, communications technology, computer software, cosmetics, consumer and corporate trademarks, drug delivery systems, flowers, incinerator feed systems, lasers, medical instrument technology, motivational book copyrights.

### Education

- Masters Business Administration, Rutgers University, 1981;
- Bachelor of Science in Electrical Engineering, Rutgers University, 1976;
- Coursework toward Ph.D. in the International Business Management Program at Rutgers University.

### Professional Designations and Honors

- Chartered Financial Analyst (CFA) awarded by the CFA Institute
- Accredited Senior Appraiser (ASA) awarded by the American Society of Appraisers
- Certified Licensing Professional (CLP) awarded by The Licensing Executives Society
- Rutgers Alumni Association – Class of '31 Award.
- Rutgers Alumni Association – Loyal Sons Award.

### Professional Affiliations

- Advisory Board Member to Innovation Asset Group, Inc. an early-stage company developing intellectual property management software
- Intangible Asset Valuation Standards Committee of the American Society of Appraisers - Member
- Licensing Executives Society – Member
- Licensing Economics Review – Editorial Board
- The Licensing Journal – Advisory Board
- American Society of Appraisers – Member
- Chartered Financial Analysts Institute – Member
- Rutgers University Alumni Association, Past Board Director

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
680

Case 2:07-cv-08108-FMO-SH   Document 325-23   Filed 11/26/13   Page 2 of 14   Page ID #:12494

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 47

### Publications - Books

Royalty Rates for Licensing Intellectual Property, author, John Wiley & Sons, Inc. Hoboken, New Jersey, 2007

Royalty Rates for Technology, Fourth Edition, Intellectual Property Research Associates, Yardley, Pennsylvania, 2003.

The Royalty Rate Report for Pharmaceuticals & Biotechnology, Sixth Edition, Intellectual Property Research Associates, Yardley, Pennsylvania, 2006.

Royalty Rates for Trademarks & Copyrights, Fourth Edition, Intellectual Property Research Associates, editor, Yardley, 2004.

Technology Licensing - Corporate Strategies for Maximizing Value, co-author, John Wiley & Sons, Hoboken, New Jersey, 1996. Translated into Chinese.

Intellectual Property: Valuation, Exploitation & Infringement Damages, co-author, John Wiley & Sons, Hoboken, New Jersey, 2005.

Valuation of Intellectual Property and Intangible Assets, Third Edition, annually supplemented, co-author, John Wiley & Sons, Hoboken, New Jersey, 2000.

Investing In Intangible Assets: Finding and Profiting From Hidden Corporate Value, author, John Wiley & Sons, Hoboken, New Jersey, 1991.

Intellectual Property: Licensing and Joint Venture Profit Strategies, Third Edition, annually supplemented, co-author, John Wiley & Sons, Hoboken, New Jersey, 2004.

Intellectual Property Infringement Damages: A Litigation Support Handbook, Second Edition, annually supplemented, author, John Wiley & Sons, Hoboken, New Jersey, 1999.

### Publications - Articles

Royalty Rates & License Fees for Technology, les Nouvelles- The Journal of the Licensing Executive Society International, March 200, page 15.

IP Leverage, Chapter Thirteen of the book titled From Ideas to Assets, edited by Bruce Berman and published by John Wiley & Sons, New York, 2002.

Damage Awards, The IP Litigator, November/December 1995, Volume 1, Number 1, page 23.

Royalty Rates in General and on Average, The Journal of Technology Transfer, September 1995, Vol. 20, No. 2, page 22.

Intellectual Property Takes Center Stage, Multimedia and Technology Licensing Law Report, July 1994, page 1.

Quantitative Methods of Valuing Intellectual Property, chapter co-author, The New Role of Intellectual Property in Commercial Transactions, edited by Melvin Simensky and Lanning G. Bryer, published by

Case 2:07-cv-08108-FMO-SH   Document 325-23   Filed 11/26/13   Page 3 of 14   Page ID #:12495

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 48

John Wiley & Sons, 1994.

Emergence of Intellectual Property Exploitation Strategies, The Licensing Journal, May 1993, page 10.

The Future Is Intangible, The TQM Magazine, March-April 1993, page 7.
The Doubled-Barreled Benefits of Acquiring a Brand, Mergers & Acquisitions, March-April 1993, page 36.

Valuation Issues in Transfer Pricing, chapter co-author, Transfer Pricing Handbook, edited by Robert Feinschreiber, published by John Wiley & Sons, 1993.

Intangible Asset Investing: Basic Trend of '90s, Successful Innovator, March-April 1992, Vol. 1 No. 3, page 6.

The New Focus of Acquisitions Is Intangible, Licensing Economics Review, Dec. 1991, pg. 19

Investment Theory For Royalty Rates, co-authored, les Nouvelles - The Journal of the Licensing Executive Society, December 1987, page 95.

The Future is Intangible: Licensing and Joint Venturing Will Create Higher Corporate Value, International Company and Commercial Law Review, page 313.

The Power of Trademarks in Mature Industries, Licensing Product Times, Fall Issue 1991, pg. 1.

Determining Royalty Rates for Intellectual Property by Using a Discounted Cash Flow Analysis Pricing, Business & Tax Planning Quarterly, Fall 1990, page 23.

An Economic Approach to Royalty Rate Determination Part III of III, co-authored, The Journal of Proprietary Rights, September 1990, page 17.

How To Make Money By Investing In Innovative Leaders, Boardroom Reports, August 1, 1991, page 14.

An Economic Approach to Royalty Rate Determination Part II of III, co-authored, The Journal of Proprietary Rights, August 1990, page 17.

An Economic Approach to Royalty Rate Determination Part I of III, co-authored, The Journal of Proprietary Rights, June 1990, page 19.

No Name. No Gain, Personal Investor, May 1990, page 27.

Royalty Rate Economics, European Intellectual Property Review, April 1990, page 133.

The Inefficient Market for Intellectual Property: An Update on the Global Scene, The Journal of Proprietary Rights, February 1990, page 17.

Brand Name Buying, Registered Representative, February 1990, page 46.

IRS White Paper On Intercompany Pricing, co-authored, Trademark World, February 1989, page 28.

Royalties - Fair Rates of Return, Patent World, July 1988, page 36.

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
682

Case 2:07-cv-08108-FMO-SH Document 325-23 Filed 11/26/13 Page 4 of 14 Page ID #:12496
Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 49

### Conferences Presentations

Valuation and Pricing of Early-Stage and Mature Patented Technology, presented at the Spring School conference sponsored by Cotec Portugal Associcao Empressarial para a Inovacao, Porto, Portugal, May 11, 2010

IP Valuation – Patent Damages, presented at Suffolk University Law School, Boston, MA, October 25, 2007

Royalty Rates In and Out of Litigation, presented at the Law Seminars International conference titled Complex Intellectual Property Licensing, Philadelphia, Pennsylvania, May 19, 2005.

Valuation of Patents Using the Relief from Royalty Approach, presented at the National Association of Certified Valuation Analysts Twelvth Annual Consultants' Conference, Philadelphia, Pennsylvania, June 2, 2005.

Recent Royalty Rate Trends in Technology Licensing, presented to the Licensing Executives Society Annual Conference, San Diego, California, Illinois, September 24, 2003.

Calculating Royalty Rates, presented to the Licensing Executives Society Annual Conference, San Diego, California, Illinois, September 23, 2003.

Royalty Rate Derivation Methods, presented to the Licensing Executives Society Annual Conference, Chicago, Illinois, October 2002.

Royalty Rates for Technology, presented to the Licensing Executives Society Chicago Chapter, Chicago, Illinois, February 26, 2002.

Valuation and Royalty Rate Methods for Pharma and Biotech, presented at the Strategic Research Institute conference titled Pharma Biotech: Intellectual Property and Business Development, Crowne Plaza Hotel, San Francisco, California, April 23, 2001.

Patent Valuation and Royalty Rate Development, presented at the 2000 Licensing Executives Society Conference, Toronto, Ontario, Sheraton Centre, September 11, 2000

Intellectual Property Valuation Issues and Strategies, presented at the Singapore-WIPO Joint Training Course for Asian and Pacific Region on Intellectual Property and Technopreneurship Development, November 16, 1999, Hotel Rendezvous, Singapore, Jointly sponsored by World Intellectual Property Organization and the Government of Singapore.

Intellectual Property Valuation presented at the 10th Annual Cyberspace Licensing in the Electronic Age conference, sponsored by Glasser LegalWorks, Marriott Marquis, New York City, November 8, 1999.

Methods for the Valuation of Intellectual Property, presented at Seminario Internaional sobre Valorization de la Propiedad Intelectual, November 19 and 20, 1998, Sheraton Hotel, Lima Peru, sponsored by INDECOPI of Peru and the World Intellectual Property Organization, of the United Nations.

Methods for the Valuation of Intellectual Property, presented at Seminario Internaional sobre Valorization de la Propiedad Intelectual, November 19 and 20, 1998, Sheraton Hotel, Lima Peru, sponsored by INDECOPI of Peru and the World Intellectual Property Organization, of the United Nations.

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
683

Case 2:07-cv-08108-FMO-SH Document 325-23 Filed 11/26/13 Page 5 of 14 Page ID #:12497

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 50

Valuing Intellectual Property: What's it Worth? presented at the American Conference Institute's conference titled Intellectual Property in Business Transactions, The Park Lane Hotel, New York City, January 30, 1997.

Economic Factors for Intellectual Property Portfolio Management presented at the Licensing Executives Society E4 Committee Winter Conference titled Portfolio Management Strategies, Crystal Gateway Marriott, Crystal City, Virginia, December 12, 1996.

Basic Intellectual Property Valuation for Licensing Executives presented at the 1996 Licensing Executives Society Conference, El Conquistador Resort, Fajardo, Puerto Rico, September 30, 1996.

Intellectual Property Valuation and Licensing, presented to the Office of Corporate Relations and Technology Transfer of Rutgers University, co-hosted with Michael J. Lennon of Kenyon & Kenyon, Piscataway, New Jersey, June 26, 1996.

Establishing Royalty Rates for Business Transactions, presented at the conference titled The Basics of Licensing and Licensing Law, sponsored by The Licensing Journal, Kent Press, The University Club, New York, New York, March 27, 1996.

Computation of Damages, presented at the conference titled The Basics of Intellectual Property Litigation, sponsored by The IP Litigator, Kent Press, The University Club, New York, New York, March 28, 1996.

Intellectual Property Valuation, presented at the American Intellectual Property Law Association, 19th Mid-Winter Institute - The Law of Computer Related Technology IV, La Quinta Resort Hotel, Palm Springs, California, January 26, 1996.

A Conflicted Global Economy, presented at the 1995 Licensing Executives Society Annual Conference, Marriott's Orlando World Conference Center, Orlando Florida, October 24, 1995.

Technology Licensing Strategies, presented at the 1995 Licensing Executives Society Annual Conference, Marriott's Orlando World Conference Center, Orlando Florida, October 25, 1995.

Panel Discussion on Valuing Preclinical Trial Biodiagnostic Technology, presented at the 1995 Licensing Executives Society Annual Conference, Marriott's Orlando World Conference Center, Orlando Florida, October 26, 1995.

Valuation of Intellectual Property, presented at the First Annual Licensing Seminar of the New Jersey Intellectual Property Law Association, Woodbridge Hilton, Iselin, New Jersey, October 19, 1995.

Intellectual Property Valuation, presented at the Advanced Licensing Institute of the Franklin Pierce Law Center, Concord, New Hampshire, July 26, 1995.

New Trends in Intellectual Property, presented at the Intellectual Property Conference, Cooper Union, New York, New York, April 27, 1995

Intellectual Property Infringement Damages, presented at the American Society of Appraisers, Philadelphia Chapter, Business Valuation Conference, Sheraton of Bucks County, Fairless Hills, Pennsylvania, April 21, 1995.

Technology, Royalty Rates & Investment Risk, presented at the 1994 Licensing Executives Society Annual Conference, Hilton Waikoloa Village, Waikoloa, Hawaii, October 19, 1994.

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
684

Case 2:07-cv-08108-FMO-SH   Document 325-23   Filed 11/26/13   Page 6 of 14   Page ID #:12498

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 51

Quantifying and Valuing Royalties for Intellectual Property presented at the annual conference of The Intellectual Property Institute for Corporate Counsel at Le Meridien Hotel, Chicago, Illinois, September 26, 1994.

Royalty Rate Negotiations, presented to the New Jersey Entrepreneurial Network, Princeton, New Jersey, June 1, 1994.

Valuing Intellectual Property presented at the American Society of Appraisers conference titled Current Topics in Business Valuation '94 at The Warwick Hotel, New York City on May 17, 1994.

Valuation of Intellectual Property Rights presented at the Fourth Annual American Law Institute-American Bar Association Course of Study titled Trademarks, Copyrights, and Unfair Competition for the General Practitioner, Stouffer Concourse Hotel, Washington, DC, April 15, 1994.

Technology Royalty Rates presented at the Association of Federal Technology Transfer Executives at the Los Angeles Airport Marriott, January 26, 1994.

The Wall Street Perspective - Brand Values presented at the conference titled Brands sponsored by Strategic Research Institute at The Grand Hyatt Hotel, New York, New York, November 10-11, 1993.

Quantifying and Valuing Royalties for Intellectual Property presented at the annual conference of The Intellectual Property Institute for Corporate Counsel at the Hyatt Regency, San Francisco, September, 30, 1993.

The New Role of Intellectual Property in Commercial Transactions presented as part of the Executive MBA Seminar Series at the Leonard N. Stern School of Business, New York University, New York City, March 26, 1993 and June 21, 1993.

Royalty Rates in Licensing & Litigation presented to the New Jersey Intellectual Property Law Association at the Forrestal Center Marriott Hotel, Princeton, NJ on January 14, 1993.

Technology Valuation presented at the conference titled Appraising Intellectual Property, sponsored by the American Society of Appraisers at Hyatt Regency at Reunion, Dallas, Texas, January 11, 1993.

Valuation and Royalty Rate Determination presented at the conference titled Licensing Opportunities in the Pharmaceutical and Biotechnology Industries sponsored by The Institute for International Research, Park Hyatt Hotel, Washington DC, December 2, 1992.

Hidden Corporate Assets and Royalties, presented at the Third Annual Invention Convention, The Pasadena Convention Center, Pasadena Ca., September 5, 1992.

Co-Chairman of the Conference titled Strategies for Intellectual Property Valuation, Exploitation and Underwriting sponsored by the Institute for International Research presented at the Park Lane Hotel, New York on May 18-19, 1992.

Valuation of Technology presented at the conference titled Joint Ventures and Other Cooperative Business Arrangements sponsored by Prentice Hall Law & Business and presented at the Loews-Summit Hotel on October 30-31, 1990.

Valuation of Technology presented at the conference titled Joint Ventures and Other Cooperative Business

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 52

Arrangements sponsored by Prentice Hall Law & Business and presented at the Four Seasons Clift Hotel on November 9-10, 1991.

<u>Advanced Valuation of Intellectual Property</u> presented at the International Conference of the American Society of Appraisers in Washington DC on June 15, 1987.

## Court Testimony, 1991 to Present

**Case**: <u>Finjan, Inc. v. Symantec Corp., Websense, Inc. and Sophos, Inc.</u> Civil Action No. 10-593-GMS United States District Court for the District of Delaware
**Issue**: Patent infringement damages regarding use of behavior based antimalware software technology
**Client**: Finjan, Inc. plaintiff

**Case**: <u>B.O.B. Trailer, Inc. v. Townsend, Townsend & Crew LLP</u> JAMS Reference No. 11000-58248 Judicial Arbitration Mediation Service
**Issue**: Attorney Malpractice causing loss of patent
**Client**: B.O.B. Trailers

**Case**: <u>John Wiley & Sons, Inc. v. Fred W. McLafferty et al</u> No. 13 143 Y 01321 05 American Arbitration Association
**Issue**: Breach of Contract
**Client**: John Wiley & Sons

**Case**: <u>Finjan Software, Ltd. v. Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG.,</u> Civil Action No. 06-369-GMS United States District Court for the District of Delaware
**Issue**: Infringement damages regarding proactive scanning network malware protection
**Client**: Finjan

**Case**: <u>Pedinol Pharmacal, Inc. v. Rising Pharmaceuticals, Inc.,</u> Civil Action No. 06-2120 (Wexler, J., Tomlinson, M.) United States District Court Eastern District of New York
**Issue**: False advertising regarding Lactinol™ skin therapy product
**Client**: Pedinol

**Case**: <u>US Phillips Corporation v. International Norcent Technology, et al.,</u> No. 06-CV-01366 ER (PLAX), United States District Court Central District of California, Western Division
**Issue**: Infringement damages regarding DVD players
**Client**: International Norcent

**Case**: <u>Smith & Nephew, Inc. and John O. Hayhurst, MD v. Arthrex, Inc.,</u> Civil Case No. CV04 0029 SI, United States District Court District of Oregon
**Issue**: Infringement damages regarding shoulder anchors used in surgery
**Client**: Arthrex, Inc.

**Case**: <u>Monsanto, Inc. v. Bayer Crop Science</u> Civil Action No. 4:00CV01915 ERW, United States District Court for the Eastern District of Missouri
**Issue**: Infringement damages regarding agricultural-genetic patented invention.
**Client**: Bayer Crop Science

**Case**: <u>Freedom Wireless, Inc. v. Boston Communications Group, Inc. et al</u>, No. 00-CV-12234 EFH, United States District Court for the District Massachusetts
**Issue**: Infringement damages regarding prepaid wireless phone services

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
686

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 53

**Client**: Plaintiff

**Case**: PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al Civil Action No. 02-148-GMS, United States District Court for the District of Delaware
**Issue**: Infringement damages regarding cord blood collection and storage
**Client**: Plaintiff

**Case**: Tulip Computers International B.V. v. Dell Computer Corp. Civil Action No. 00-981-Jordan United States District Court for the District of Delaware
**Issue**: Infringement damages regarding personal computer Form Factor.
**Client**: Plaintiff

**Case**: Honeywell International v. Hamilton Sundstrand, Inc. Civil Action No. 99-309-GMS (Sleet), United States District Court for District of Delaware.
**Issue**: Infringement damages regarding auxiliary power unit engine technology.
**Client**: Plaintiff

**Case**: BioNumerik Pharmaceuticals, Inc. v. M. Gopal Nair, American Arbitration Association, No. AAA 70 181 0030900, Austin, Texas.
**Issue**: Damages to intellectual property and business value from failure to perform contracted obligations.
**Client**: Plaintiff

**Case**: Plant Genetics Systems v. DeKalb ., Civil Action No. 3:96CV02015, United States District Court for Connecticut, East Hartford.
**Issue**: Infringement damages regarding glufosinate resistant (Liberty herbicide) corn seeds.
**Client**: Plaintiff

**Case**: Plant Genetics Systems v. Novartis, Civil Action No. 96-459, United States District Court for the District of Delaware, Judge Farnan.
**Issue:** Infringement damages regarding agricultural-genetic patented invention.
**Client:** Plaintiff

**Case**: Pocklington Foods, Inc. v. Her Majesty the Queen in Right of the Province of Alberta as Represented by the Provincial Treasurer of Alberta, Court of Queens, Bench of Alberta, Judicial District of Alberta.
**Issue:** Appropriate methods for valuing expropriated trademarks.
**Client:** Plaintiff

**Case**: CFMT, Inc. and CFM Technologies, Inc. v. Steag Microtech, Inc. Civil Action No. 95-442 (McKelvie), United States District Court for the District of Delaware.
**Issue:** Infringement damages regarding semiconductor manufacturing equipment patent.
**Client:** Plaintiff.

**Case**: The Procter & Gamble Company v. Paragon Trade Brands, Inc., C.A. No. 94-16-LON, United States District Court for the District of Delaware, Wilmington, Delaware.
**Issue:** Infringement damages regarding disposable infant diaper patents.
**Client:** Defendant

**Case**: Ensco Inc. v. Komar Industries, No. LR-C-93-159, United States District Court, Eastern District of Arkansas, Western Division, Little Rock, Arkansas.

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
687

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 54

**Issue:** Infringement damages regarding incinerator conveyor system.
**Client:** Plaintiff

**Case:** Gardner v. Ford Motor Company, United States District Court, District of Washington, Seattle, Washington.
**Issue:** Infringement damages regarding exhaust gas recovery system for automobiles and trucks.
**Client:** Plaintiff

**Case:** GNB Technologies, Inc. v. Exide Corporation, C.A. No. 88-407, United States District Court, District of Delaware, Wilmington, Delaware, Roderick P. McKelvie presiding.
**Issue:** Infringement damages regarding automotive battery terminal configuration.
**Client:** Defendant

**Case:** In Re IA Holdings, Delaware County Court of Common Pleas, No. 86-14981, Media, Pennsylvania, Edward S. Lawhorne presiding.
**Issue:** Valuation of public company shares for dissenting shareholder lawsuit.
**Client:** Delaware County Court, Media, Pennsylvania

**Case:** Warner Lambert v. American Safety Razor, Civil Action No. 91-11, United States District Court, District of Delaware, Wilmington, Delaware, Joseph J, Farnan, Jr. presiding.
**Issue:** Infringement damages regarding placement of polyox strip on razor blade cartridges.
**Client:** Defendant

**Case:** Wojick v. Wojick, Family Law Matter, No. 92-FA-836797, Cheyenne, Wyoming.
**Issue:** Valuation of closely held business, Cheyenne Outfitters, for divorce proceedings.
**Client:** Husband and wife.

### Deposition Testimony, 1991 to Present

**Case:** Finjan, Inc. v. McAfee, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc. and Sophos, Inc. Civil Action No. 10-593-GMS United States District Court for the District of Delaware
**Issue:** Patent infringement damages regarding Sophos' use of behavior based antimalware software technology
**Client:** Finjan, Inc. plaintiff

**Case:** Finjan, Inc. v. McAfee, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc. and Sophos, Inc. Civil Action No. 10-593-GMS United States District Court for the District of Delaware
**Issue:** Patent infringement damages regarding Webense's use of behavior based antimalware software technology
**Client:** Finjan, Inc. plaintiff

**Case:** Finjan, Inc. v. McAfee, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc. and Sophos, Inc. Civil Action No. 10-593-GMS United States District Court for the District of Delaware
**Issue:** Patent infringement damages regarding Symantec's use of behavior based antimalware software technology
**Client:** Finjan, Inc. plaintiff

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
688

Case 2:07-cv-08108-FMO-SH   Document 325-23   Filed 11/26/13   Page 10 of 14   Page ID #:12502

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 55

**Case**: <u>Finjan, Inc. v. McAfee, Inc., Symantec Corp., Webroot Software, Inc., Websense, Inc. and Sophos, Inc.</u> Civil Action No. 10-593-GMS United States District Court for the District of Delaware
**Issue**: Patent infringement damages regarding McAfee's use of behavior based antimalware software technology
**Client**: Finjan, Inc.  plaintiff

**Case**: <u>Bear Creek Technologies, INc. v. Verizon Communications, Inc.</u> C. A. No. 1:11CV1880 (TSE/FJA) United States District Court for the Eastern District of Virginia
**Issue**: Patent infringement damages regarding ViOP technology
**Client**: Bear Creek, plaintiff

**Case**: <u>B.O.B. Trailer, Inc. v. Townsend, Townsend & Crew LLP</u> JAMS Reference No. 11000-58248 Judicial Arbitration Mediation Service
**Issue**: Attorney Malpractice causing loss of patent
**Client**: B.O.B. Trailers

**Case**: <u>IA Labs LLC v. Nintendo Co. Ltd.</u> C. A. No. 8-10-CV-00833-PJM United States District Court for the District of Maryland Southern District
**Issue**: Patent infringement damages
**Client**: IA Labs

**Case**: <u>Livjo, Inc. and Diana FitzGerald v. Deckers Outdoor Corporation</u> Civil Case No. 10-4557 PA United States District Central District of California
**Issue**: Patent infringement damages
**Client**: Livjo, Inc. and Diana FitzGerald

**Case**: <u>Personalized Media Communications LLC v. EchoStar Corp. and Dish Network</u> Civil Case No. 2:08-cv-00070-CE United States District Court District for the Eastern District of Texas, Marshall Division
**Issue**: Patent infringement damages
**Client**: Personalized Media Communications LLC

**Case**: <u>Altavion, Inc. v. Konica Minolta Systems Laboratory</u>, Inc. In the Superior Court of the State of California for the County of San Mateo, No. CIV 467662
**Issue**: Misappropriation of trade secrets
**Client**: Altavion, Inc.

**Case**: <u>Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.</u> . USDC Case No.: CV 07-08108-GHK (CTX) United States District Court for the Central District of California, Western Division
**Issue**: Infringement damages regarding cochlear hearing implants back telemetry technology
**Client**: Cochlear

**Case**: <u>Freedom Wireless, Inc. v. Cingular Wireless LLC et al.</u> Case No.. 2:06-CV-00505-TJW-CE United States District Court for the Eastern District of Texas Marshall Division
**Issue**: Infringement damages regarding real-time prepaid wireless service monitoring
**Client**: Freedom Wireless

**Case**: <u>ZymoGenetics, Inc. v. Bristol-Myers Squibb, Inc.</u> Civil Action No. 06-CV-0500 United States District Court for the District of Delaware

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
689

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 56

**Issue**: Infringement damages regarding ORENCIA®
**Client**: ZymoGenetics, Inc.

**Case**: John Wiley & Sons, Inc. v. Fred W. McLafferty et al No. 13 143 Y 01321 05
American Arbitration Association
**Issue**: Breach of Contract
**Client**: John Wiley & Sons

**Case**: GTX Corporation v. Kofax Image Products, Inc., Nuance Communications, Inc., and Canon USA, Inc., Civil Action No. 6:06-CV-244 (LED) United States District Court for the
**Issue**: Infringement damages regarding de-skewing scanner software
**Client**: GTX Corporation

**Case**: Domain Assets, LLC v, Petters Group Worldwide, LLC File No. 06-4379 (PAM/JSM)
United States District Court for the District of Minnesota
**Issue**: Breach of Contract
**Client**: Domain Assets, LLC

**Case**: Finjan Software, Ltd. v. Secure Computing Corporation, Cyberguard Corporation, and Webwasher AG., Civil Action No. 06-369-GMS United States District Court for the District of Delaware
**Issue**: Infringement damages regarding proactive scanning network malware protection
**Client**: Finjan

**Case**: Pedinol Pharmacal, Inc. v, Rising Pharmaceuticals, Inc., Civil Action No. 06-2120
(Wexler, J., Tomlinson, M.) United States District Court Eastern District of New York
**Issue**: False advertising regarding Lactinol™ skin therapy product
**Client**: Pedinol

**Case**: US Phillips Corporation v. International Norcent Technology, et al., No. 06-CV-01366 ER (PLAX), United States District Court Central District of California, Western Division
**Issue**: Infringement damages regarding DVD players
**Client**: International Norcent

**Case**: Schindler Elevator Corporation, and Inventio AG, v Otis Elevator Company, Civil Action No. 06-CV-05377 (RCC), United States District Court District for the Southern District of New York
**Issue**: Infringement damages regarding elevator systems
**Client**: Schindler

**Case**: NEBL, Inc. and Jeffrey Dann, MD v. American Medical Systems, Inc., Civil Case No. 04-CV-12482 RGS, United States District Court District of Massachusetts
**Issue**: Infringement damages regarding urinary incontinence
**Client**: NEBL, Inc.

**Case**: Smith & Nephew, Inc. and John O. Hayhurst, MD v. Arthrex, Inc., Civil Case No. CV04 0029 SI, United States District Court District of Oregon
**Issue**: Infringement damages regarding shoulder anchors used in surgery
**Client**: Arthrex, Inc.

**Case**: Procter & Gamble v. The United States, Civil Case No. 1:05cv355 United States District Court District for the Southern District of Ohio Western Division
**Issue**: Value of technology given as a charitable donation

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
690

Case 2:07-cv-08108-FMO-SH   Document 325-23   Filed 11/26/13   Page 12 of 14   Page ID #:12504

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 57

**Client**: Procter & Gamble

**Case**: Paul Cozza v. Network Associates, Inc., Civil Action No. 02-11135 RGS, United States District Court District of Massachusetts
**Issue**: Anti-virus software invention
**Client**: Network Associates, Inc.

**Case**: Lear Corporation v. Harness, Dickey & Pierce, PLC et al, Case, No. 03-054226-CK, State of Michigan, Circuit Court fo the County of Oakland
**Issue**: Attorney Malpractice – loss of patent rights for interior automtive dorr manufacturing process
**Client**: Plaintiff

**Case**: Cedars-Sinai Medical Center et al v. Mitchell, Silberberg & Knupp, Case, No. BC 297823, Superior Court for the State of California for the County of Los Angeles
**Issue**: Attorney Malpractice – loss of patent rights for laser eye surgery invention
**Client**: Plaintiff

**Case**: Wesleyan Company v. US Army, ASBCA No. 53896, Armed Services Board of Contract Appeals
**Issue**: Taking of technology regarding On-The-Move Soldier Hydration System
**Client**: Plaintiff

**Case**: Freedom Wireless, Inc. v. Boston Communications Group, Inc. et al, No. 00-CV-12234 EFH, United States District Court for the District Massachusetts
**Issue**: Infringement damages regarding prepaid wireless phone services
**Client**: Plaintiff

**Case**: Edwards LifeSciences v. Sulzer Carbomedics, Inc. Civil Action No. 02-508-SLR United States District Court for the District of Delaware
**Issue**: Infringement damages regarding heart value ring repair products
**Client**: Plaintiff

**Case**: Novamedix Ltd. v. Kinetic Concepts, Inc. Civil Action No. SA-92-CA-0177 United States District Court for the Western District of Texas San Antonio Division
**Issue**: Infringement damages regarding compression therapy foot pump for DVT prevention
**Client**: Defendant

**Case**: PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al Civil Action No. 02-148-GMS, United States District Court for the District of Delaware
**Issue**: Infringement damages regarding cord blood collection and storage
**Client**: Plaintiff

**Case**: Tulip Computers International B.V. v. Dell Computer Corp. Civil Action No. 00-981-Jordan United States District Court for the District of Delaware
**Issue**: Infringement damages regarding personal computer Form Factor.
**Client**: Plaintiff

**Case**: Monsanto, Inc. v. Aventis CropScience, NV Civil Action No. 4:00CV01915 ERW, United States District Court for the Eastern District of Missouri
**Issue**: Infringement damages regarding agricultural-genetic patented invention.
**Client**: Defendant

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
691

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 58

**Case**: Edwards LifeSciences Corp and Edwards Lifesciences LLC v. Medtronic, Inc. Civil Action No. 00-621-SLR, United States District Court of Delaware
**Issue**: Infringement damages regarding patented technology used in artificial heart valves
**Client**: Plaintiff

**Case**: Dr. George S. Allen. v. Howmedica Leibinger, Inc. et al, Civil Action No. 98-613 (JIF), United States District Court of Delaware
**Issue**: Misrepresentation of patent position regarding surgical imaging systems and markers.
**Client**: Plaintiff

**Case:** Revlon Consumer Products Corp. v. The Estee Lauder Companies, Inc. et al, Civ. No. 00-CIV-5930 (RMB), United States District Court Southern District of New York
**Issue**: Infringement damages regarding patented technology used in makeup foundations.
**Client**: Defendant

**Case:** Honeywell International, Inc. v. Hamilton Sunstrand Corporation, Civil Action No. 99-309 (GMS), United States District Court for the District of Delaware.
**Issue**: Infringement damages patented technology used in jet aircraft auxiliary power units.
**Client**: Plaintiff

**Case:** Nova Biomedical Corporation v. iStat Corporation., Civil Action No. 95-11396-RGS, United States District Court District Court of Massachusetts.
**Issue**: Infringement damages regarding patented blood gas medical instrument.
**Client**: Plaintiff

**Case:** Plant Genetics Systems v. DeKalb ., Civil Action No. 3:96CV02015, United States District Court for Connecticut, East Hartford.
**Issue**: Infringement damages regarding glufosinate resistant (Liberty herbicide) corn seeds.
**Client**: Plaintiff

**Case:** Crystal Semiconductor Corporation v. Opti, Inc. and TriTech Microelectronics, Inc., Civil Action No. 97-CA-026-SS, United States District Court for the Western District of Texas, Austin Division.
**Issue**: Noise reduction technology used in PC audio analog to digital converters.
**Client**: Defendant

**Case**: American Online, Inc. v. AT&T Corp., Case No. 98-1821-A, United States District Court for the Eastern District of Virginia.
**Issue**: Trademark infringement.
**Client**: Defendant

**Case:** Fort James Corporation v. Sweetheart Cup Company, Inc., Civil Action No. 97-C-1221, United States District Court for the Eastern District of Wisconsin.
**Issue:** Infringement of paper plate manufacturing technology.
**Client**: Plaintiff

**Case**: Plant Genetics Systems v. Novartis, Civil Action No. 96-459, United States District Court for the District of Delaware, Judge Farnan.
**Issue**: Infringement damages regarding agricultural-genetic patented invention.
**Client**: Plaintiff

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
692

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 59

**Case:** Evans Medical Ltd., Medeva Plc., and SmithKline Beecham v. American Cyanamid Company, 96 Civ. 3529 (WCC), United States District Court for the Southern District of New York.
**Issue:** Infringement damages regarding pertusis antigene (69k) patent.
**Client:** Defendant

**Case:** Plant Genetics Systems v. Ciba Seeds and Mycogen Plant Science Inc., Civil Action No. 1:95CV00741, United States District Court for the Middle District of North Carolina, Durham Division.
**Issue:** Infringement damages regarding agricultural-genetic patented invention.
**Client:** Plaintiff

**Case:** Gerald L. Terwilliger v. York International, United States District Court, District of Richmond Virginia.
**Issue:** Employee compensation for patented invention
**Client:** Plaintiff.

**Case:** Thiokol Corporation v. Alliant Techsystems, Inc. and Hercules Inc., Case No. 95-706 (JJF), United States District Court, District of Delaware
**Issue:** Infringement damages regarding rocket motor insulation.
**Client:** Defendant.

**Case:** Nova Biomedical Corporation v. Mallinckrodt Sensor Systems, Inc., Case No. 94-12288-PBS, United States District Court, District of Massachusetts
**Issue:** Infringement damages regarding blood gas medical instrument.
**Client:** Plaintiff.

**Case:** Mobil Oil Corporation v. Exxon Corporation, Case No. 96-1603-A, United States District Court for the Eastern District of Virginia, Alexandria Division
**Issue:** Infringement damages regarding plastic film resins.
**Client:** Plaintiff.

**Case:** Logan Farms v. Pravel et al., Harris County Court, Houston Texas
**Issue:** Patent attorney malpractice
**Client:** Plaintiff.

**Case:** CFMT, Inc. and CFM Technologies, Inc. v. Steag Microtech, Inc. Civil Action No. 95-442 (McKelvy), United States District Court for the District of Delaware.
**Issue:** Infringement damages regarding semiconductor manufacturing equipment patent.
**Client:** Plaintiff.

**Case:** Chemtron, Inc. v. Diversey US Holdings, Inc. et al., Civil Action No. 95-1722-A, United States District Court, Eastern District of Virginia, Alexandria Division.
**Issue:** Infringement damages regarding detergent dispensing system for institutional warewash.
**Client:** Plaintiff.

**Case:** Gilbarco, Inc. v. Octel Communications Corp., Case No. C-94-20780-JW, United States District Court, Northern District of California, San Jose Division.
**Issue:** Infringement damages regarding voice information processing patents.
**Client:** Plaintiff.

**Case:** The Procter & Gamble Company v. Paragon Trade Brands, Inc., C.A. No. 94-16-LON, United