Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 60

|  | States District Court for the District of Delaware, Wilmington, Delaware. |
|---|---|
| **Issue:** | Infringement damages regarding disposable infant diaper patents. |
| **Client:** | Defendant |

| **Case:** | Ensco Inc. v. Komar Industries, No.  LR-C-93-159, United States District Court, Eastern District of Arkansas, Western Division, Little Rock, Arkansas. |
|---|---|
| **Issue:** | Infringement damages regarding incinerator conveyor system. |
| **Client:** | Plaintiff |

| **Case:** | GNB Technologies, Inc. v. Exide Corporation, C.A. No. 88-407, United States District Court, District of Delaware, Wilmington, Delaware, Roderick P. McKelvy presiding. |
|---|---|
| **Issue:** | Infringement damages regarding automotive battery terminal configuration. |
| **Client:** | Defendant |

| **Case:** | Allied Materials and Equipment Company, Inc. v. Pappa Geppetto's Toys Victoria, Ltd., Case No. 92-2030-0, United States District Court, District of Kansas. |
|---|---|
| **Issue:** | Infringement damages regarding copyright toy - *The Squish.* |
| **Client:** | Defendant |

| **Case:** | Kinetic Concepts, Inc. v. Support Systems International, Inc., Civil Action No.  SA-91-CA-0927, United States District Court, Western District of Texas. |
|---|---|
| **Issue:** | Infringement damages regarding hospital bed therapeutic systems |
| **Client:** | Plaintiff |

| **Case:** | Pfizer, Inc. v. Astra |
|---|---|
| **Issue:** | Infringement damages associated with trademark suffix - XL. |
| **Client:** | Plaintiff |

| **Case:** | Susan M. Maxwell v. K Mart Corp., Melville Corp., Morse Shoe Inc. and Shopko, Inc., Civil Action No.  4-93-525, United States District Court, District of Minnesota. |
|---|---|
| **Issue:** | Infringement damages regarding system to tie together pairs of shoes for rack display. |
| **Client:** | Defendant |

| **Case:** | Davis-Lynch, Inc. v. William Norvell |
|---|---|
| **Issue:** | Damages regarding failure to obtain foreign patents for well-drilling equipment. |
| Client: | Davis Lynch, Plaintiff |

-60-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

**Exhibit 20**
**694**

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Expert Damages Opinion of Russell L. Parr
Page 61

## Appendix B

### Information Reviewed

Conference call with Tony Nygard of Cochear Ltd. and Bruce Chapman of Connooly Bove et al, March 3, 2009.

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| 2002 Cochlear Annual Report | COC-5000000 | COC-5000069 |
| 2003 Cochlear Annual Report | COC-5000070 | COC-5000141 |
| 2004 Cochlear Annual Report | COC-5000142 | COC-5000225 |
| 2005 Cochlear Annual Report | COC-5000226 | COC-5000316 |
| 2006 Cochlear Annual Report | COC-5000317 | COC-5000427 |
| 2007 Cochlear Annual Report | COC-5000428 | COC-5000536 |
| 06/30/2002 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000537 | COC-5000561 |
| 06/30/2003 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000562 | COC-5000587 |
| 06/30/2004 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000588 | COC-5000614 |
| 06/30/2005 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000615 | COC-5000641 |
| 06/30/2006 Cochlear Americas Annual Financial Report | COC-5000642 | COC-5000674 |
| 06/30/2007 Cochlear Americas Annual Financial Report | COC-5000675 | COC-5000703 |
| Cochlear Americas Sales Spreadsheet for F03 Q1 | COC-5000704 | COC-5000759 |
| Cochlear Americas Sales Spreadsheet for F03 Q2 | COC-5000760 | COC-5000813 |
| Cochlear Americas Sales Spreadsheet for F03 Q3 | COC-5000814 | COC-5000863 |
| Cochlear Americas Sales Spreadsheet for F03 Q4 | COC-5000864 | COC-5000916 |
| Cochlear Americas Sales Spreadsheet for F04 Q1 | COC-5000917 | COC-5000960 |
| Cochlear Americas Sales Spreadsheet for F04 Q2 | COC-5000961 | COC-5001005 |
| Cochlear Americas Sales Spreadsheet for F04 Q3 | COC-5001006 | COC-5001045 |
| Cochlear Americas Sales Spreadsheet for F04 Q4 | COC-5001046 | COC-5001091 |
| Cochlear Americas Sales Spreadsheet for F05 Q1 | COC-5001092 | COC-5001132 |
| Cochlear Americas Sales Spreadsheet for F05 Q2 | COC-5001133 | COC-5001173 |
| Cochlear Americas Sales Spreadsheet for F05 Q3 | COC-5001174 | COC-5001215 |
| Cochlear Americas Sales Spreadsheet for F05 Q4 | COC-5001216 | COC-5001263 |
| Cochlear Americas Sales Spreadsheet for F06 Q1 | COC-5001264 | COC-5001307 |
| Cochlear Americas Sales Spreadsheet for F06 Q2 | COC-5001308 | COC-5001352 |
| Cochlear Americas Sales Spreadsheet for F06 Q3 | COC-5001353 | COC-5001400 |
| Cochlear Americas Sales Spreadsheet for F06 Q4 | COC-5001401 | COC-5001441 |
| Cochlear Americas Sales Spreadsheet for F07 Q1 | COC-5001442 | COC-5001480 |
| Cochlear Americas Sales Spreadsheet for F07 Q2 | COC-5001481 | COC-5001517 |
| Cochlear Americas Sales Spreadsheet for F07 Q3 | COC-5001518 | COC-5001557 |
| Cochlear Americas Sales Spreadsheet for F07 Q4 | COC-5001558 | COC-5001598 |
| Cochlear Americas Sales Spreadsheet for F08 Q1 | COC-5001599 | COC-5001650 |

SMRH:407741853.1

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
695

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 62

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Cochlear Americas Sales Spreadsheet for F08 Q2 | COC-5001651 | COC-5001695 |
| Cochlear Americas Sales Spreadsheet for F08 Q3 | COC-5001696 | COC-5001748 |
| Cochlear Americas Sales Spreadsheet for F08 Q4 | COC-5001749 | COC-5001792 |
| Cochlear Americas Sales Spreadsheet for F02 Dec | COC-5001793 | COC-5001813 |
| Cochlear Americas Sales Spreadsheet for F02 Q3 | COC-5001814 | COC-5001845 |
| Cochlear Americas Sales Spreadsheet for F02 Q4 | COC-5001846 | COC-5001885 |
| 2008 Cochlear Annual Report | COC-5001886 | COC-5001994 |
| Cochlear Americas - Summary Information from audited Annual Reports | COC-5001995 | COC-5001998 |
| Cochlear Americas - Reconciliation of Cost of Sale from Sales Cube to Annual Reports | COC-5001999 | COC-5002005 |
| Cochlear Americas - Reconciliation of Cost of Sale from Sales Cube to Annual Reports | COC-5002006 | COC-5002009 |
| 1996 Cochlear Limited Annual Report | COC-5002010 | COC-5002068 |
| 1997 Cochlear Annual Report | COC-5002069 | COC-5002128 |
| 1998 Cochlear Annual Report | COC-5002129 | COC-5002188 |
| 1999 Cochlear Annual Report | COC-5002189 | COC-5002252 |
| 2000 Cochlear Annual Report | COC-5002253 | COC-5002318 |
| 2001 Cochlear Annual Report | COC-5002319 | COC-5002386 |
| Cochlear Ltd Royalties Paid to The Commonwealth & University of Melbourne from Start of Cochlear | COC-5002387 | COC-5002387 |
| N22, N24 and Freedom (Sys 4) R&D Tax Concession D&D Actuals (Financial Years 95 – 07) | COC-5002388 | COC-5002388 |
| Cross-License Agreement effective May 1, 2002, by and between Cochlear, Ltd. and Advanced Bionics Corporation | COC-5002389 | COC-5002394 |
| IHPS Technology Licence Agreement made June 30, 2008 between Hearworks Pty Limited, Hearing CRC Limited and The University of Melbourne and Cochlear Limited | COC-5002395 | COC-5002416 |
| Design and Production Services Agreement made as of September 19, 1990 by and between Cochlear Pty Ltd and Avasem Corporation | COC-5002417 | COC-5002426 |
| Agreement No. DA 10406 made June 3, 1981 between The Commonwealth of Australia and Nucleus Ltd | COC-5002427 | COC-5002435 |
| Agreement No. DA 10407 made June 23, 1981 between The Commonwealth of Australia and Nucleus Ltd | COC-5002436 | COC-5002444 |
| Agreement No. DA 10409 made May 3, 1983 between The Commonwealth of Australia and Nucleus Ltd | COC-5002445 | COC-5002455 |
| Assignment Deed dated April 17, 1989 between Cochlear Pty. Limited, Cochlear Corporation, The University of Melbourne, and The Commonwealth of Australia | COC-5002456 | COC-5002481 |

-62-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
696

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 63

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Deed dated April 17, 1989 between Cochlear Pty. Limited, The University of Melbourne, and The Commonwealth of Australia | COC-5002482 | COC-5002484 |
| Deed of Novation dated August 22, 1985 between The Commonwealth of Australia, The University of Melbourne, Nucleus Limited, and Cochlear Pty. Limited | COC-5002485 | COC-5002495 |
| Exhibit A to the Manufacturing Sub-Licence Deed dated April 17, 1989 Licence Agreement dated December 10, 1982 between The University of Melbourne, The Commonwealth of Australia, and Nucleus Limited | COC-5002496 | COC-5002512 |
| Exhibit B to the Manufacturing Sub-License Deed dated April 17, 1989 Deed of Novation dated August 22, 1985 between The University of Melbourne, The Commonwealth of Australia, and Cochlear Pty. Limited | COC-5002513 | COC-5002523 |
| Manufacturing Sub-Licence Deed dated April 17, 1989 between Cochlear Pty. Limited, Cochlear Corporation, The University of Melbourne, and The Commonwealth of Australia | COC-5002524 | COC-5002535 |
| Deed between Cochlear Limited and Commonwealth of Australia represented by the Department of Industry, Science and Resources (undated) | COC-5002536 | COC-5002543 |
| Deed dated April 20, 2000 between Cochlear Limited and Commonwealth of Australia represented by the Department of Industry, Science and Resources | COC-5002544 | COC-5002551 |
| Deed of Variation dated November 8, 2001 between Commonwealth of Australia and Cochlear Limited (to Deed dated April 20, 2000) | COC-5002552 | COC-5002556 |
| Agreement of Co-Operation signed March 7, 2008 between Cochlear Limited and K.U.Leuven | COC-5002557 | COC-5002579 |
| Exhibit A to the Assignment Deed dated April 17, 1989 Licence Agreement dated December 10, 1982 between The University of Melbourne, The Commonwealth of Australia, and Nucleus Limited | COC-5002580 | COC-5002596 |
| Exhibit B to the Assignment Deed dated April 17, 1989 Deed of Novation dated August 22, 1985 between The University of Melbourne, The Commonwealth of Australia, and Cochlear Pty. Limited | COC-5002597 | COC-5002607 |
| Licence Agreement dated December 10, 1982 between The University of Melbourne, The Commonwealth of Australia, and Nucleus Limited | COC-5002608 | COC-5002623 |
| Bionic Ear University of Melbourne Subcontract dated February 19, 1982 between Nucleus Limited and The University of Melbourne (to DA10407 of June 23,1981) | COC-5002624 | COC-5002645 |

-63-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
697

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 64

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Addendum to Licence Agreement dated December 16, 1982 between The University of Melbourne, The Commonwealth of Australia, and Cochlear Pty Limited | COC-5002646 | COC-5002651 |
| N22, N24 and Freedom (Sys 4) R&D Tax Concession D&D Actuals Exc Implants (Financial Years 95 – 08) | COC-5002652 | COC-5002652 |
| N22, N24 and Freedom (Sys 4) R&D Tax Concession D&D Actuals Inc Implants (Financial Years 95 – 08) | COC-5002653 | COC-5002653 |
| Deposition transcript of 30(b)(6) deposition witness Lawrence Allen Fischer dated December 17, 2008 designated as ATTORNEYS' EYES ONLY under the terms of the Protective Order | N/A | N/A |
| Exhibit 1099 – Alfred Mann Foundation Cochlear Royalties Analysis of Royalty Account as of 9/30/08; 1 page | N/A | N/A |
| Exhibit 1100 – Advanced Bionics Stockholders' Representative Trustees of the Bionics Trust dated September 4, 2007; 42 pages | N/A | N/A |
| Exhibit 1101 – Information Statement Concerning the Merger of Advanced Bionics Corporation with Claude Acquisition Corp.; 84 pages | N/A | N/A |
| Exhibit 1102 –Alfred E. Mann Foundation for Scientific Research General Ledger Detail History for Advanced Bionics Royalty Payment | AMF045193 | AMF045193 |
| Exhibit 1103 – 1990 Form 990-PF for Alfred E. Mann Foundation for Scientific Research | AMF045345 | AMF045363 |
| Exhibit 1104 – 1991 Form 990-PF for Alfred E. Mann Foundation for Scientific Research | AMF045364 | AMF045383 |
| Exhibit 1105 –1992 Form 990-PF for Alfred E. Mann Foundation for Scientific Research | AMF045384 | AMF045395 |
| Exhibit 1106 –1993 Form 990-PF for Alfred E. Mann Foundation for Scientific Research | AMF045396 | AMF045413 |
| Exhibit 1107 –1994 Form 990-PF for Alfred E. Mann Foundation for Scientific Research | AMF045414 | AMF045431 |
| Exhibit 1108 – 1995 Form 990-PF for Alfred E. Mann Foundation for Scientific Research | AMF045432 | AMF045452 |
| Exhibit 1109 – 1996 Form 990-PF for Alfred E. Mann Foundation for Scientific Research | AMF045453 | AMF045469 |
| Exhibit 1110 – 1997 Form 990-PF for Alfred E. Mann Foundation for Scientific Research; 23 pages | N/A | N/A |
| Exhibit 1111 – 1998 Form 990-PF for Alfred E. Mann Foundation for Scientific Research; 27 pages | N/A | N/A |
| Exhibit 1112 – 1999 Form 990 for Alfred E. Mann Foundation for Scientific Research; 33 pages | N/A | N/A |
| Exhibit 1113 – 2000 Form 990 for Alfred E. Mann Foundation for Scientific Research; 41 pages | N/A | N/A |

-64-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
698

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 65

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Exhibit 1114 – 2001 Form 990 for Alfred E. Mann Foundation for Scientific Research; 59 pages | N/A | N/A |
| Exhibit 1115 –2002 Form 990 for Alfred E. Mann Foundation for Scientific Research; 55 pages | N/A | N/A |
| Exhibit 1116 – 2003 Form 990 for Alfred E. Mann Foundation for Scientific Research; 56 pages | N/A | N/A |
| Exhibit 1117 – 2004 Form 990 for Alfred E. Mann Foundation for Scientific Research; 47 pages | N/A | N/A |
| Exhibit 1118 – 2005 Form 990 for Alfred E. Mann Foundation for Scientific Research; 78 pages | N/A | N/A |
| Exhibit 1119 – 2006 Form 990 for Alfred E. Mann Foundation for Scientific Research; 85 pages | N/A | N/A |
| Exhibit 1120 – 2007 Form 990 for Alfred E. Mann Foundation for Scientific Research; 72 pages | AMF045489 | AMF045560 |
| Exhibit 1121 – Alfred E. Mann Foundation for Scientific Research and Subsidiary Financial Statements, March 31, 2008 | AMF045653 | AMF045661 |
| Deposition transcript of Jeffrey Greiner dated December 16, 2008 designated as ATTORNEYS' EYES ONLY under the terms of the Protective Order | N/A | N/A |
| Exhibit 1085 – Memorandum dated February 19, 1999 to Jeff Greiner from Al Mann | AB00340 | AB00341 |
| Exhibit 1086 – Cochlear Implant Field License Agreement made and effective on April 15, 1999 between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AB00001 | AB00016 |
| Exhibit 1087 – Cochlear Implant Field License Agreement made and effective on May 18, 1999 between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AB00049 | AB00065 |
| Exhibit 1088 – First Amendment to License Agreements agreed to on October 11, 2001 between The Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AB00066 | AB00069 |
| Exhibit 1089 – Letter dated April 16, 2003 to Joseph Schulman, Ph.D. from Jesse Jenner | AB00342 | AB00342 |
| Exhibit 1090 – Letter dated July 24, 2003 to Malcolm Romano from Bryant R. Gold | AB00346 | AB00346 |
| Exhibit 1091 – Cochlear Technology License and Royalty Agreement entered as of January 1, 2004, by and between The Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AB00297 | AB00318 |
| Exhibit 1092 – Letter dated August 11, 2004 to Jeffrey Greiner from Malcolm Romano | AB00347 | AB00347 |

-65-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, ɪɴᴄ

Exhibit 20
699

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 66

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Exhibit 1093 – Advanced Bionics payments to Alfred E. Mann Foundation for Royalty payments from 1999-2008 | AB00070 | AB00071 |
| Exhibit 1094 – Cochlear Patent Assignment, Execution Version made and entered January 3, 2008 by and between Boston Scientific Neuromodulation Corporation and Advanced Bionics, LLC | AB00230 | AB00250 |
| Exhibit 1095 – Company-Seller Auditory IP Cross-License Agreement, Execution Version dated as of January 3, 2008, between Boston Scientific Neuromodulation Corporation and Advanced Bionics, LLC | AB00251 | AB00275 |
| Exhibit 1096 – RF Bion Technology Field License Agreement made effective on April 15, 1999 between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AB00017 | AB00032 |
| Exhibit 1097 – Battery-Powered Bion Technology Field License Agreement made and effective on April 15, 1999 between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AB00033 | AB0048 |
| Exhibit 1098 –License, Royalty and Manufacturing Agreement Battery Powered Bion Devices and Services entered into as of January 1, 2004, by and between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AMF045276 | AMF045304 |
| Deposition transcript 30(b)(6) deposition witness David Lee Hankin dated December 17, 2008 designated as ATTORNEYS' EYES ONLY under the terms of the Protective Order | N/A | N/A |
| Exhibit 1122 – Foundation Payroll | AMF019403 | AMF019403 |
| Exhibit 1123 – Advanced Bionics Employee List | AMF019404 | AMF019404 |
| Exhibit 1124 – Exclusive License Agreement for Cochlear Products made and effective December 30, 1988 by and between the Regents of the University of California and Pacesetter Infusion, Ltd., doing business as MiniMed Technologies | AMF029301 | AMF029330 |
| Exhibit 1125 – Platinum Series User Reference Binder for the Clarion Behind-The-Ear (BTE) Sound Processor | AMF045669 | AMF045706 |
| Previously Marked Exhibit 1001 – United States Patent 5,609,616 | N/A | N/A |
| Previously Marked Exhibit 1002 – United States Patent 5,938,691 | N/A | N/A |
| Previously Marked Exhibit 1071 – Letter dated July 21, 2003 to Jack O'Mahony from Joseph H. Schulman, Ph.D. | AMF004044 | AMF004044 |

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
700

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 67

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Previously Marked Exhibit 1072 – Letter dated October 1, 2003 to Joseph H. Schulman, Ph.D. from Jack O'Mahony | AMF000009 | AMF000009 |
| Deposition transcript of 30(b)(6) deposition witness Alfred E. Mann dated December 10, 2008 designated as ATTORNEYS' EYES ONLY under the terms of the Protective Order | N/A | N/A |
| Exhibit 1082 – Amended Notice of Videotaped 30(b)(6) Deposition to Plaintiff Alfred E. Mann Foundation for Scientific Research | N/A | N/A |
| Exhibit 1083 – AMF Board of Directors web site | N/A | N/A |
| Exhibit 1084 – Letter dated May 21, 1987 to Edward Maker from Alfred E. Mann | AMF023085 | AMF023086 |
| Letter dated July 21, 2003 from Joseph H. Schulman, PhD, President of AMF to Ingeborg Hochmair-Desoyer of MED-EL regarding infringement of U.S. Patent No. 5,609,616 | AB00344 | AB00344 |
| Cochlear Implant Field License Agreement made and effective on May 18, 1999 between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AMF018352 | AMF018368 |
| Battery-Powered Bion Technology Field License Agreement made and effective on May 18, 1999 between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AMF045214 | AMF045230 |
| RF Bion Technology Field License Agreement made effective on May 18, 1999 between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AMF045233 | AMF045248 |
| Cochlear Technology License and Royalty Agreement entered as of January 1, 2004, by and between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AMF045254 | AMF045275 |
| License, Royalty and Manufacturing Agreement RF Bion Devices and Services entered into as of January 1, 2004, by and between the Alfred E. Mann Foundation for Scientific Research and Advanced Bionics Corporation | AMF045305 | AMF045334 |
| Alfred E. Mann Foundation for Scientific Research Financial Statements and Independent Auditor's Report Years Ended March 31, 2005, 2004 and 2003 | AMF045607 | AMF045620 |
| Citi Company Flash dated February 12, 2008 for Cochlear Ltd. | COC-3000850 | COC-3000944 |
| Deposition transcript of Theresa Adkins dated December 30, 2008 designated as CONFIDENTIAL under the terms of the Protective Order | N/A | N/A |

-67-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

**Exhibit 20**

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 68

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Previously Marked Exhibit 47 – Custom Sound EP (EPS5) Product Marketing Specification, E11664MS | COC-2087888 | COC-2087895 |
| Deposition transcript of David Kelsall, M.D. dated December 10, 2008 | N/A | N/A |
| Deposition transcript of Tony Nygard dated October 1, 2008 designated as CONFIDENTIAL under the terms of the Protective Order | N/A | N/A |
| Exhibit 1 – Amended Notice of Videotaped 30(b)(6) Deposition to Cochlear Ltd. and Cochlear Americas | N/A | N/A |
| Exhibit 2 – Second Amended Answer to Complaint and Counterclaims | N/A | N/A |
| Exhibit 3 – SP5 Electrical Functional Specification Document Number: N43504DD | COC-2026366 | COC-2026537 |
| Exhibit 4 – Custom Sound User Manual | COC-2083636 | COC-2083700 |
| Exhibit 5 – CIC4 Electrical Design Specification E10069DD, Issue 4, dated February 22, 2006 | COC-2086758 | COC-2086858 |
| Exhibit 6 – Nucleus 24 and Nucleus Freedom, Screen Shot of Custom Sound 1.3 (Training Mode) | N/A | N/A |
| Exhibit 7 – CI24R Functional Specification dated June 29, 1999, I10466 – Rev C | COC-2012990 | COC-2013019 |
| Exhibit 8 – CIC3 Receiver Stimulator IC Detailed Specification dated May 31, 1996, I10085 – Rev E | COC-2085496 | COC-2085570 |
| Exhibit 9 – CI24RE Implant Electrical Specification | COC-2077260 | COC-2077322 |
| Exhibit 10 – SP12-BTE Equivalence Description, E12120AE | COC-2083778 | COC-2083788 |
| Exhibit 11 – SP12 BTE Main Module Drawing (U22253H-) | COC-2085811 | COC-2085811 |
| Exhibit 12 – CIC3 Receiver Stimulator IC Functional Specification, Document Number: I10085 (Revision 6) dated April 19, 1995 | COC-2085696 | COC-2085719 |
| Exhibit 13 – CPL100B6 Schematic | COC-2085571 | COC-2085695 |
| Exhibit 14 – SP5 Speech Processor Drawing (U00D59H-) | COC-2085727 | COC-2085727 |
| Exhibit 15 – Cochlear Americas – Summary Information from Audited Annual Reports, Schedules 1 – 2 | COC-5001995 | COC-5001998 |
| Exhibit 16 – Cochlear Americas – Reconciliation of Cost of Sale from Sales Cube to Annual Reports, Schedule 3 | COC-5001999 | COC-5002005 |
| Exhibit 17 – Cochlear Americas - Reconciliation of Cost of Sale from Sales Cube to Annual Reports | COC-5002006 | COC-5002009 |
| Exhibit 18 – Cochlear Americas Sales Spreadsheet for F07 Q1 | COC-5001442 | COC-5001480 |
| Exhibit 19 – Cochlear Americas Sales Spreadsheet for F07 Q2 | COC-5001481 | COC-5001517 |

-68-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
702

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 69

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Exhibit 20 – Cochlear Americas Sales Spreadsheet for F07 Q3 | COC-5001518 | COC-5001557 |
| Exhibit 21 – Cochlear Americas Sales Spreadsheet for F07 Q4 | COC-5001558 | COC-5001598 |
| Exhibit 22 – 06/30/2007 Cochlear Americas Annual Financial Report | COC-5000675 | COC-5000703 |
| Exhibit 23 – 2007 Cochlear Annual Report | COC-5000428 | COC-5000536 |
| Exhibit 24 – 06/30/2002 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000537 | COC-5000561 |
| Exhibit 25 – 06/30/2003 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000562 | COC-5000587 |
| Exhibit 26 – 06/30/2004 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000588 | COC-5000614 |
| Exhibit 27 – 06/30/2005 Cochlear Americas (Wholly Owned by Cochlear Limited) Annual Financial Report | COC-5000615 | COC-5000641 |
| Exhibit 28 – 06/30/2006 Cochlear Americas Annual Financial Report | COC-5000642 | COC-5000674 |
| Deposition transcript of James Findlay Patrick, BA, ME dated December 18, 2008 designated as CONFIDENTIAL ATTORNEYS' EYES ONLY under the terms of the Protective Order | N/A | N/A |
| Exhibit 48 – Declaration of James F. Patrick executed October 29, 2008 | N/A | N/A |
| Exhibit 49 – Internal Cochlear Memorandum dated April 27, 1990 to Jim Patrick, MSH, CND, CMD, MF, RBM, TN, RGJ, and NJI from Andrew Evans Regarding Trip Report – RVEEH, Melbourne – 24 April, 1990 | COC-1009446 | COC-1009448 |
| Exhibit 50 – Letter dated January 30, 1987 to Professor G. M. Clark from Jim Patrick | COC-1001395 | COC-1001396 |
| Exhibit 51 – Memorandum dated February 26, 1988 to Jim Patrick from Peter Seligman | COC-1009356 | COC-1009356 |
| Exhibit 52 – The article "The Development of the Nucleus Freedom Cochlear Implant System," by James F. Patrick, et al., in Trends in Amplification, Vol. 10, No. 4, December 2006, pp.175-200 | AMF004658 | AMF004684 |
| Exhibit 53 – Minutes of International Clinical and R&D Meeting, Sydney, February 3 – 7, 1992 – 2nd Draft | COC-1008724 | COC-1008749 |
| Exhibit 54 – CPL R&D Meeting Notes dated June 21, 1991 | COC-1004595 | COC-1004603 |
| Exhibit 55 – Cochlear Pty Limited SP5 Speech Processor Product Marketing Specification dated May 28, 1991 | COC-1001287 | COC-1001335 |

-69-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

**Exhibit 20**

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 70

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Exhibit 56 – Fax dated October 15, 1992 with Notes to M. S. Hirshorn, M. Lehnhardt, D. K. Money, and J. Patrick from R. E. West Regarding Meeting with Professor Clark | COC-1001465 | COC-1001471 |
| Exhibit 57 – Letter dated February 28, 1991 to Chris Daly from Hugh McDermott and Colette McKay | COC-1001521 | COC-1001525 |
| Exhibit 58 – Memorandum dated June 23, 1989 to Hugh McDermott from Jim Patrick | COC-1001437 | COC-1001439 |
| Exhibit 59 – Document entitled, "Advanced Programming" | COC-1006043 | COC-1006060 |
| Exhibit 60 – Meeting with the Food and Drug Administration Notes, March 24, 1994 | COC-2034366 | COC-2034394 |
| Exhibit 61 – Minutes of International Clinical and R&D Meeting, Sydney, February 3 – 7, 1992 – 1st Draft Only | COC-1008750 | COC-1008754 |
| Exhibit 62 – Nucleus 24 Cochlear Implant System Pre-Market Approval Application, Volume 13, Attachments 17-18n, October 31, 1997 | COC-2028637 | COC-2028650 |
| Exhibit 63 – Nucleus 24 Cochlear Implant System Pre-Market Approval Application, Volume 14, Attachments 18o & 18p, October 31, 1997 | COC-2008639 | COC-2008750 |
| Exhibit 64 – Nucleus System 4 Cochlear Implant System Investigational Testing Authorization Application, October 28, 2004, Cochlear Americas, Volume 3 of 3 | COC-2070422 | COC-2070780 |
| Exhibit 65 – Letter dated October 1, 2003 to Dr. Joseph H. Schulman, PhD from Jack O'Mahoney | COC-2087810 | COC-2087810 |
| Deposition transcript of Scott Rinehart dated December 9, 2008 | N/A | N/A |
| Deposition transcript of Christopher van den Honert dated December 8, 2008 designated as CONFIDENTIAL ATTORNEYS' EYES ONLY under the terms of the Protective Order | N/A | N/A |
| Exhibit 29 – PMA P840024 and P890027 – Nucleus 22 Cochlear Implant System for Adults and Children, PMA P970051, Nucleus 24 Cochlear Implant System, Supplement: Crystal Integrity System, April 16, 2001 | COC-2010823 | COC-2011249 |
| Exhibit 30 – Nucleus News, "Neural Response Telemetry (NRT), Part One," by Carolyn J. Brown, Ph.D. | COC-2006224 | COC-2006225 |
| Exhibit 31 – The article "The Development of the Nucleus Freedom Cochlear Implant System," by James F. Patrick, et al., in Trends in Amplification, Vol. 10, No. 4, December 2006, pp.175-200 | AMF004658 | AMF004684 |
| Exhibit 32 – Cochlear PowerPoint slides "Online Training and Education" | AMF004807 | AMF004871 |

-70-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

**Exhibit 20**

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 71

| DOCUMENT DESCRIPTION | BEG. BATES | END BATES |
|---|---|---|
| Exhibit 33 – Transcription of "Overview of Neural Response Telemetry 3.0 – Clinical Applications," presented by Anne Beiter, Director of Education and Training for Cochlear Americas | AMF045707 | AMF045713 |
| Exhibit 34 – Using a Streamlined Programming Method | AMF004787 | AMF004789 |
| Exhibit 35 – Obtaining Impedance Measurements | AMF004772 | AMF004773 |
| Deposition transcript of Joseph H. Schulman dated December 2, 2008 designated as CONFIDENTIAL ATTORNEYS' EYES ONLY under the terms of the Protective Order | N/A | N/A |

-71-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

**Exhibit 20**
**705**

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 72

## Additional Information Reviewed

| Beginning Bates Number | Ending Bates Number | Beginning Bates Number | Ending Bates Number |
|---|---|---|---|
| AB00319 | AB00339 | AMF051345 | AMF051359 |
| AMF004685 | AMF004704 | AMF051360 | AMF051375 |
| AMF004769 | AMF004770 | AMF051376 | AMF051495 |
| AMF004772 | AMF004773 | AMF051496 | AMF051499 |
| AMF004784 | AMF004784 | COC1000001 | COC1000015 |
| AMF004787 | AMF004789 | COC1001340 | COC1001340 |
| AMF004803 | AMF004804 | COC1001341 | COC1001342 |
| AMF019404 | AMF019404 | COC1001343 | COC1001343 |
| AMF029301 | AMF029330 | COC1004155 | COC1004155 |
| AMF045193 | AMF045196 | COC1007751 | COC1007769 |
| AMF045197 | AMF045199 | COC1007782 | COC1007788 |
| AMF045200 | AMF045202 | COC1009446 | COC1009446 |
| AMF045203 | AMF045205 | COC1009546 | COC1009546 |
| AMF045206 | AMF045213 | COC2006082 | COC2006083 |
| AMF045231 | AMF045232 | COC2006184 | COC2006185 |
| AMF045249 | AMF045253 | COC2008639 | COC2008994 |
| AMF045276 | AMF045304 | COC2012990 | COC2013019 |
| AMF045335 | AMF045336 | COC2026537 | COC2026537 |
| AMF045470 | AMF045488 | COC2034621 | COC2034629 |
| AMF045561 | AMF045562 | COC2070739 | COC2070780 |
| AMF045563 | AMF045568 | COC2083636 | COC2083699 |
| AMF045569 | AMF045577 | COC2083700 | COC2083700 |
| AMF045578 | AMF045580 | COC2085811 | COC2085811 |
| AMF045581 | AMF045583 | COC2086758 | COC2086858 |
| AMF045584 | AMF045592 | COC2087888 | COC2087895 |
| AMF045621 | AMF045629 | COC2087896 | COC2087923 |
| AMF045637 | AMF045645 | COC2088184 | COC2088193 |
| AMF045707 | AMF045713 | COC2088347 | COC2088358 |
| AMF045720 | AMF045720 | COC3000382 | COC3000423 |
| AMF050886 | AMF050918 | COC3001214 | COC3001221 |
| AMF050985 | AMF050999 | COC3002538 | COC3002640 |
| AMF050100 | AMF051014 | COC5002646 | COC5002651 |
| AMF051015 | AMF051030 | COC5002652 | COC5002652 |
| AMF051328 | AMF051329 | COC5002653 | COC5002653 |
| AMF051330 | AMF051344 | COC5002669 | COC5002678 |

-72-

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
706