Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 73

| Beginning Bates Number | Ending Bates Number |
|---|---|
| COC5010000 | COC5010400 |
| COC5010401 | COC5012072 |
| COC5010856 | COC5011229 |
| COC5011230 | COC5011617 |
| COC5011618 | COC5012072 |
| COC5012073 | COC5013002 |
| COC5013003 | COC5014186 |
| COC5014187 | COC5014205 |
| COC5018248 | COC5018832 |
| COC5018833 | COC5021397 |
| COC5021398 | COC5021680 |
| COC5021681 | COC5021686 |
| COC006082 | COC006082 |

*Publicly Available Documents*

U.S. Pat. No. 4,990,845

U.S. Pat. No. 4,991,582

U.S. Pat. No. 5,443,493

U.S. Pat. No. 5,477,855

U.S. Pat. No. 5,522,865

U.S. Pat. No. 5,531,774

U.S. Pat. No. 5,545,191

U.S. Pat. No. 5,571,148

U.S. Pat. No. 6,035,237

U.S. Pat. No. 4,931,795

http___www cochlear com_sea_nucleus-cochlear-implants_nucleus5_.pdf

Sonova Media Release_E_20110524.pdf

http://agbell.org/DesktopDefault.aspx?p=About_Hearing_Loss

How Many People are Deaf in The United States, http://gri.gallaudet.edu/Demographics/deaf-US.php

How Many Deaf People Are There in the United States? Estimates from the Survey of Income and Program Participation, Ross E. Mitchell, http://jdsde.oxfordjournals.org/cgi/content/full/11/1/112

http://agbell.org/DesktopDefault.aspx?p=About_Hearing_Loss

How Many People are Deaf in The United States, http://gri.gallaudet.edu/Demographics/deaf-US.php

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
707

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 74

How Many Deaf People Are There in the United States?  Estimates from the Survey of Income and Program Participation, Ross E. Mitchell, http://jdsde.oxfordjournals.org/cgi/content/full/11/1/112

http://www.fda.gov/cdrh/cochlear/WhatAre.html#a

http://agbell.org/DesktopDefault.aspx?p=Cochlear_Implants

http://agbell.org/DesktopDefault.aspx?p=How_Cochlear_Implants_Work

http://www.ipaustralia.gov.au/patents/ex_ear.shtml

http://www.sonova.com/en/investors/news/Pages/ab_closing.aspx

http://www.sonova.com/en/investors/news/Pages/ab_closing.aspx

http://www.sonova.com/en/investors/news/Pages/MM_e_201011223.aspx

http://www.sonova.com/en/investors/Pages/DetailView.aspx?XmlSource=http://xml.newsbox.ch/corporate_web/che/sonova/press_release/339_105_8f12c.xml

http://www.oanda.com/currency/historical-rates/

http://www.ipaustralia.gov.au/patents/ex_ear.shtml

http://blogs.wsj.com/health/2007/08/10/boston-scientific-ends-a-troubled-marriage/

Boston Globe Wire Service, August 10, 2007, http://www.boston.com/business/globe/articles/2007/08/10/device_maker_to_undo_part_of_purchase/?p1=MEWell_Pos4

http://www.sonova.com/en/investors/news/Pages/ab_closing.aspx

http://www.sonova.com/en/investors/news/Pages/MM_e_201011223.aspx

http://www.cochlear.com/wps/wcm/connect/us/for-professionals/cochlear-implants/products/implants-and-instrumentation

http://www.cochlear.com/sea/nucleus-cochlear-implants/nucleus5/upgrading-to-nucleus-5


*Depositions*
Deposition of Tony Nygard, October 1, 2008
Exhibit 6 from Deposition of Tony Nygard, October 1, 2008
Deposition of Joseph Schulman, PhD, dated December 2, 2008
Deposition of Christopher van den Honert, December 8, 2008
Deposition of Scott Rinehart, dated December 9, 2008
Deposition of David Kelsall, M.D., December 10, 2008
Deposition of Alfred E. Mann, dated December 10, 2008
Deposition of Graunke, dated December 12, 2008
Deposition of Jeffrey Grenier, dated December 16, 2008
Deposition of David Lee Hankin, dated December 17, 2012
30(b)(6) Deposition of Lawrence Fischer, dated December 17, 2008

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
708

Alfred E. Mann Foundation for Scientific Research v. Cochlear Americas and Cochlear Ltd.
Supplemental Expert Damages Opinion of Russell L. Parr, January 4, 2013
Page 75

30(b)(6) Deposition of David Hankin, dated December 17, 2008
Deposition of James F. Patrick, dated December 18, 2008
Deposition of Theresa Adkins, dated December 30, 2008

***Other Case Materials***
Order Granting Plaintiff's Motion to Join [DI 162]
Minute Order re Plaintiff's Motion to Join [DI 163]
First amended Complaint [DI 164]
Declaration of Manuel Nelson, dated June 29, 2011
Complaint, dated December 13, 2007 [DI 1]
Amended 30(b)(6) Notice of Deposition to Cochlear, dated September 11, 2008
Report of Dr. Gerald Loeb, dated November 25, 2012

CONFIDENTIAL – ATTORNEY'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

IPRA, INC

Exhibit 20
709

# CERTIFICATE OF SERVICE

I, Dori Dellisanti, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is Connolly Bove Lodge & Hutz LLP, 333 South Hope Street, 43rd Floor, Los Angeles, California 90071.

On January 4, 2013, I served the foregoing documents described as: **SUPPLEMENTAL EXPERT DAMAGES REPORT OF RUSSELL L. PARR, CFA, ASA, CLP** on the following person in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| Daniel Grunfeld<br>Oscar Ramallo<br>KAYE SCHOLER LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067 | Attorneys for Plaintiff and Counterdefendant, Alfred E. Mann Foundation for Scientific Research<br><br>Tel: (310) 788-1000<br>Fax: (310) 788-1200<br>Email:<br>dan.grunfeld@kayescholer.com<br>Oscar.ramallo@kayescholer.com |
| Scott Lindvall (*pro hac vice*)<br>Robert Laurenzi (*pro hac vice*)<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022 | Attorneys for Plaintiff and Counterdefendant, Alfred E. Mann Foundation for Scientific Research<br><br>Tel: (212) 836-3000<br>Fax: (212) 836-8689<br>Email: slindvall@kayescholer.com<br>rlaurenzi@kayescholer.com |
| Todd Malynn<br>FELDMAN GALE, P.A.<br>880 W. First Street, Suite 315<br>Los Angeles, CA 90012 | Attorneys for Defendant, Advanced Bionics, LLC<br><br>Tel: (213) 625-5992<br>Fax: (213) 624-5993<br>Email: tmalynn@FeldmanGale.com |

[ ] **BY MAIL** I am readily familiar with the firm's practice regarding collection and processing of correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the addressee(s) as stated above.

[X] **FEDERAL EXPRESS**: I am readily familiar with the office practice of Connolly Bove Lodge & Hutz LLP for collecting and processing correspondence for overnight delivery by Federal Express. Such practice is that when correspondence for overnight delivery by Federal Express is deposited with the Connolly Bove Lodge & Hutz LLP personnel responsible fore

Exhibit 20
710

delivering correspondence to Federal Express, such correspondence is delivered to a Federal Express location or to an authorized courier or driver authorized by Federal Express to receive documents or deposited at a facility regularly maintained by Federal Express for receipt of documents on the same day in the ordinary course of business.

[X] **BY E-MAIL:** Based on General Order 10-07, I caused the document(s) to be sent to the person(s) at the e-mail addres(es) indicated above through the Court's Electronic Filing System (ECF).

[X] **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2013 at Los Angeles, California.

| Dori Dellisanti | [signature] |
|---|---|
| Name | Signature |