DANIEL JOHNSON, JR. (SBN 57409)
DANIEL GRUNFELD (SBN 128494)
MICHAEL J. LYONS (SBN 202284)
JASON E. GETTLEMAN (SBN 269733)
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 7000
Palo Alto, CA 94306-2122
Tel:   650.843.4000
Fax:  650.843.4001
Email: djjohnson@morganlewis.com
Email: dgrunfeld@morganlewis.com
Email: mlyons@morganlewis.com
Email: jgettleman@morganlewis.com

Attorneys for Plaintiff and Counterdefendant
ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

BRUCE G. CHAPMAN (SBN 164253)
SCOTT R. MILLER (SBN 112656)
LAURA M. BURSON (SBN 204459)
MANUEL C. NELSON (SBN 229590)
DENNIS J. SMITH (SBN 233842)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Tel: 213.620.1780
Fax: 213.620.1398
Email: bchapman@sheppardmullin.com
Email: smiller@sheppardmullin.com
Email: lburson@sheppardmullin.com
Email: mnelson@sheppardmullin.com
Email: djsmith@sheppardmullin.com

Attorneys for Defendants and Counterclaimants
COCHLEAR LIMITED and COCHLEAR AMERICAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| Alfred E. Mann Foundation for Scientific Research, | Case No. 2:07-cv-08108-FMO-SH |
|---|---|
| Plaintiff, | **JOINT STATEMENT OF THE CASE** |

| | | |
|---|---|---|
| 1 | vs. | **JURY TRIAL DEMANDED** |
| 2 | Cochlear Corporation, et al., | Judge: Hon. Fernando M. Olguin |
| 3 | Defendants. | Pretrial: December 17, 2013<br>Trial Date: January 13, 2014 |
| 4 | | Time: 8:30 A.M.<br>Courtroom: Ctrm 22, 5th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

JOINT STATEMENT OF THE CASE;
CASE NO. 2:07-CV-08108-FMO-SH

Pursuant to this Court's Order re Further Proceedings (Dkt. 300), the parties hereby submit the following joint statement of the case:

This is a patent infringement case relating to technology used in cochlear implants, a medical device surgically implanted into a portion of the inner ear called the cochlea of a patient who is profoundly deaf or hard of hearing. The cochlear implant electrically stimulates the cochlea allowing the patient to experience hearing. The patents in the case are directed to technology that allows an implanted device to monitor aspects of its own operation and to send this monitored data out of the body wirelessly using a process called "back telemetry."

The plaintiffs in this case are the Alfred E. Mann Foundation for Scientific Research, which I will refer to as "the Foundation," and Advanced Bionics, LLC, which I will refer to as "Advanced Bionics." The Foundation conducts research in medical technologies. The Foundation owns two patents relating to cochlear implant technology. Advanced Bionics has received a license from the Foundation by which it is permitted to manufacture and sell cochlear implant systems that practice those patents. The Plaintiffs have accused the Defendants of infringing those two patents, and contend that they are entitled to damages as a result.

The defendants in this case are Cochlear Americas and Cochlear Limited. The parties and I will refer to them collectively as the "Cochlear Defendants." The Cochlear Defendants manufacture and sell cochlear implant systems. The Cochlear Defendants deny that they infringe the patents-in-suit, and also contend that the patents-in-suit are invalid. The Cochlear Defendants also deny that the Plaintiffs are entitled to damages.

The jury in this case will be asked to determine whether the Foundation's patents are infringed by the Cochlear Defendants' cochlear implant systems, and whether the Foundation's patent claims are valid. If the jury finds that any claim of the Foundation's patents are valid and infringed, they will be asked to determine the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3

JOINT STATEMENT OF THE CASE;
CASE NO. 2:07-CV-08108-FMO-SH

amount of damages owed by the Cochlear Defendants to the Foundation as a result of infringement.

Dated: December 3, 2013            Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J. Lyons
Michael J. Lyons
Attorneys for Plaintiff
ALFRED E. MANN
FOUNDATION FOR SCIENTIFIC RESEARCH

Dated: December 3, 2013            SHEPPARD MULLIN, RICHER & HAMPTON LLP

By /s/ Bruce G. Chapman
Bruce G. Chapman
Attorneys for Defendants
COCHLEAR LTD. and
COCHLEAR AMERICAS

Dated: December 3, 2013            FELDMAN GALE, P.A.

By /s/ Todd Malynn
Todd Malynn
Attorneys for Defendant/Involuntary Plaintiff
ADVANCED BIONICS, LLC

## **FILER ATTESTATION**

I, Michael J. Lyons, pursuant to L.R. 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Michael J. Lyons
Michael J. Lyons