# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8108 FMO (SHx) | Date | December 19, 2013 |
|---|---|---|---|
| Title | Alfred E. Mann Foundation For Scientific Research v. Cochlear Corporation, et al. | | |

**Present: The Honorable**   Fernando M. Olguin, United States District Judge

| Julieta Lozano | Lisa Gonzalez | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Michael Lyons<br>Daniel Johnson, Jr.<br>Daniel Grunfeld<br>Todd Malynn | Laura Burson<br>Bruce Chapman<br>Scott Miller |

**Proceedings:**   **Final Pretrial Conference** (held and continued)

The final pretrial conference is held. A separate order will issue regarding the matters discussed on the record.

Defense counsel is sanctioned $500, payable to the Clerk of the Court, by no later than December 20, 2013. Counsel shall file a notice indicating that payment has been made and is further ordered to send Defendants (clients) notification of the sanction imposed by the court.

The Final Pretrial Conference is continued to **January 9, 2014 at 10:00 a.m.**

IT IS SO ORDERED.

|   | 1 | : | 26 |
|---|---|---|---|
| Initials of Preparer | | | jloz |

cc. Fiscal