```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
 2     Including Professional Corporations
    BRUCE G. CHAPMAN, Cal. Bar No. 164258
 3  bchapman@sheppardmullin.com
    SCOTT R. MILLER, Cal. Bar No. 112656
 4  smiller@sheppardmullin.com
    LAURA M. BURSON, Cal. Bar No. 204459
 5  lburson@sheppardmullin.com
    MANUEL C. NELSON, Cal. Bar No. 229590
 6  mnelson@sheppardmullin.com
    DENNIS J. SMITH, Cal. Bar No. 233842
 7  dsmith2@sheppardmullin.com
    333 South Hope Street, 43rd Floor
 8  Los Angeles, California 90071-1422
    Telephone:  213.620.1780
 9  Facsimile:  213.620.1398

10  Attorneys for Defendants and
    Counterclaimants COCHLEAR LTD. and
11  COCHLEAR AMERICAS
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFRED MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>          Plaintiff,<br><br>     v.<br><br>COCHLEAR CORPORATION (n/k/a COCHLEAR AMERICAS), COCHLEAR LTD., and ADVANCED BIONICS, LLC,,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-08108 FMO (SHx)<br><br>**NOTICE REGARDING PAYMENT OF SANCTIONS**<br><br>Trial Date:  January 13, 2014<br>Time:       9:00 a.m.<br>Place:      Hon. Fernando M. Olguin<br>            Crtrm. 22, Fifth Floor |

SMRH:414871025.1

-1-

-2-

1  Pursuant to the Court's Order of December 19, 2013, the undersigned
2  attempted to pay the Clerk of the Court $500 on December 20, 2013.  However, the
3  Clerk refused payment by personal check.  As a result, Pro Legal Attorney Service
4  paid the sanctions and will be reimbursed by the undersigned.  Defendants' (clients)
5  have been given notice of the sanctions.

7  Dated:  December 20, 2013    Respectfully submitted,
8                SHEPPARD, MULLIN, RICHTER &
                  HAMPTON LLP


                  By:       /s/ Bruce G. Chapman
                  Attorneys for Defendants and Counterclaimants
                  COCHLEAR LTD. and COCHLEAR
                  AMERICAS

SMRH:414871025.1           -2-