MORGAN, LEWIS & BOCKIUS LLP
DANIEL JOHNSON, JR. (SBN 57409)
djjohnson@morganlewis.com
DAN GRUNFELD (SBN 128494)
dgrunfeld@morganlewis.com
MICHAEL J. LYONS (SBN 202284)
mlyons@morganlewis.com
JASON E. GETTLEMAN (SBN 269733)
jgettleman@morganlewis.com
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:   650.843.4000
Fax:   650.843.4001

Attorneys for Plaintiff ALFRED E. MANN
FOUNDATION FOR SCIENTIFIC RESEARCH

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
BRUCE G. CHAPMAN (SBN 164253)
bchapman@sheppardmullin.com
SCOTT R. MILLER (SBN 112656)
smiller@sheppardmullin.com
LAURA M. BURSON (SBN 204459)
lburson@sheppardmullin.com
MANUEL C. NELSON (SBN 229590)
mnelson@sheppardmullin.com
DENNIS J. SMITH (SBN 233842)
djsmith@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Tel: 213.620.1780
Fax: 213.620.1398

Attorneys for Defendants COCHLEAR LIMITED and
COCHLEAR AMERICAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH,<br><br>Plaintiff,<br><br>vs.<br><br>COCHLEAR CORPORATION, et al.,<br><br>Defendants. | Case No. 2:07-cv-08108-FMO-SH<br><br>**JOINT MEET AND CONFER INDEX RE: JOINT EXHIBIT STIPULATIONS**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:   Hon. Fernando M. Olguin<br>Trial Date: January 13, 2014<br>Time:   8:30 A.M.<br>Courtroom: Ctrm. 22, 5th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24589171.2

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT
STIPULATIONS
2:07-CV-08108-FMO-SH

| No. of Exhibit | Citation to meet and confer transcript |
|---|---|
| 6 | 12/30/2013 Tr: 38:21-39:7 |
| 15 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 16 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 17 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 18 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 19 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 20 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 21 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 22 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 23 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 24 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 25 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 26 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 27 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 28 | 12/30/2013 Tr: 15:11-14; 39:11-13 |
| 29 | 12/30/2013 Tr: 39:14-40:5 |
| 31 | 12/30/2013 Tr: 40:9-11p |
| 32 | 12/30/2013 Tr: 40:12-41:17; 01/02/2014 Tr: 49:9-50-6 |
| 33 | 12/30/2013 Tr: 40:12-41:17; 01/02/2014 Tr: 49:9-50-6 |
| 34 | 12/30/2013 Tr: 41:18-42:2; 01/02/2014 Tr: 50:7-52:21 |
| 35 | 12/30/2013 Tr: 41:18-42:2; 01/02/2014 Tr: 50:7-52:21 |
| 36 | 01/02/2014 Tr: 21:15-29:13 |
| 37 | 12/30/2013 Tr: 42:3-6 |
| 42 | 12/30/2013 Tr: 42:11-43:2 |
| 44 | 12/30/2013 Tr: 43:5-15; 01/02/2014 Tr: 50:7-52:21 |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Palo Alto

DB2/ 24589171.2

1

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT
STIPULATIONS
2:07-CV-08108-FMO-SH

| No. of Exhibit | Citation to meet and confer transcript |
|---|---|
| 45 | 12/30/2013 Tr: 43:5-15; 01/02/2014 Tr: 50:7-52:21 |
| 47 | 12/30/2013 Tr: 43:17-44:17 |
| 58 | 01/02/2014 Tr: 31:13-32:4 |
| 59 | 12/30/2013 Tr: 46:5-47:2 |
| 65 | 12/30/2013 Tr: 17:8-13 |
| 68 | 12/30/2013 Tr: 48:5-9; 01/02/2014 Tr: 70-17-72:22 |
| 96 | 12/30/2013 Tr: 49:8-50-12; 01/02/2014 Tr: 34:5-12; 63:7-66:16 |
| 98 | 12/30/2013 Tr: 50-15-21; 01/02/2014 Tr: 34:5-12; 58:22-63:6 |
| 107 | 12/30/2013 Tr: 50:25-52:21; 01/02/2014 Tr: 52:22-53:9 |
| 190 | 12/30/2013 Tr: 35:1-3 |
| 191 | 12/30/2013 Tr: 35:1-3 |
| 192 | 12/30/2013 Tr: 35:1-3 |
| 248 | 12/30/2013 Tr: 17:20-18:16; 01/02/2014 Tr: 66:13-67:22 |
| 257 | 12/30/2013 Tr: 19:24-20:23 |
| 261 | 12/30/2013 Tr: 20:25-21:9 |
| 262 | 12/30/2013 Tr: 20:25-21:9 |
| 263 | 12/30/2013 Tr: 20:25-21:9 |
| 264 | 12/30/2013 Tr: 20:25-21:9 |
| 265 | 12/30/2013 Tr: 20:25-21:9 |
| 266 | 12/30/2013 Tr: 20:25-21:9 |
| 267 | 12/30/2013 Tr: 20:25-21:9 |
| 268 | 12/30/2013 Tr: 20:25-21:9 |
| 269 | 12/30/2013 Tr: 20:25-21:9 |
| 270 | 12/30/2013 Tr: 20:25-21:9 |
| 271 | 12/30/2013 Tr: 20:25-21:9 |

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 24589171.2

2

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT STIPULATIONS
2:07-CV-08108-FMO-SH

| No. of Exhibit | Citation to meet and confer transcript |
|---|---|
| 272 | 12/30/2013 Tr: 20:25-21:9 |
| 273 | 12/30/2013 Tr: 20:25-21:9 |
| 274 | 12/30/2013 Tr: 20:25-21:9 |
| 275 | 12/30/2013 Tr: 20:25-21:9 |
| 276 | 12/30/2013 Tr: 20:25-21:9 |
| 278 | 12/30/2013 Tr: 20:25-21:9 |
| 279 | 12/30/2013 Tr: 20:25-21:9 |
| 280 | 12/30/2013 Tr: 20:25-21:9 |
| 282 | 12/30/2013 Tr: 21:11-16 |
| 285 | 12/30/2013 Tr: 21:16-18 |
| 283 | 12/30/2013 Tr: 21:16-18 |
| 287 | 12/30/2013 Tr: 21:16-18 |
| 288 | 12/30/2013 Tr: 21:16-18 |
| 289 | 12/30/2013 Tr: 21:16-18 |
| 290 | 12/30/2013 Tr: 21:16-18 |
| 291 | 12/30/2013 Tr: 21:16-18 |
| 292 | 12/30/2013 Tr: 21:16-18 |
| 293 | 12/30/2013 Tr: 21:16-18 |
| 294 | 12/30/2013 Tr: 21:16-18 |
| 302 | 12/30/2013 Tr: 19:21-23:21 |
| 303 | 12/30/2013 Tr: 19:21-23:21 |
| 304 | 12/30/2013 Tr: 19:21-23:21 |
| 305 | 12/30/2013 Tr: 23:23-24:6 |
| 306 | 12/30/2013 Tr: 23:23-24:6 |
| 307 | 12/30/2013 Tr: 23:23-24:6 |

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 24589171.2

3

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT STIPULATIONS
2:07-CV-08108-FMO-SH

| No. of Exhibit | Citation to meet and confer transcript |
|---|---|
| 308 | 12/30/2013 Tr: 23:23-24:6 |
| 309 | 12/30/2013 Tr: 23:23-24:6 |
| 441 | 12/30/2013 Tr: 25:22-26:20 |
| 442 | 12/30/2013 Tr: 25:22-26:20 |
| 443 | 12/30/2013 Tr: 26:21-27:1 |
| 444 | 12/30/2013 Tr: 26:21-27:1 |
| 445 | 12/30/2013 Tr: 26:21-27:1 |
| 446 | 12/30/2013 Tr: 26:21-27:1 |
| 447 | 12/30/2013 Tr: 26:21-27:1 |
| 481 | 12/30/2013 Tr: 27:2-25 |
| 482 | 12/30/2013 Tr: 27:2-25 |
| 483 | 12/30/2013 Tr: 27:2-25 |
| 486 | 12/30/2013 Tr: 57:15-21; 01/02/2014 Tr: 53:14-23 |
| 488 | 12/30/2013 Tr: 57:24-59-1 |
| 489 | 12/30/2013 Tr: 57:24-59-1 |
| 557 | 12/30/2013 Tr: 60:16-61:8; 01/02/2014 Tr: 53:24-54:6 |
| 561 | 12/30/2013 Tr: 61:21-62:2101/02/2014 Tr: 54:7-13 |
| 574 | 12/30/2013 Tr: 63:20-64:17 |
| 575 | 12/30/2013 Tr: 28:4-29:15; 63:20-64:17 |
| 576 | 12/30/2013 Tr: 28:4-29:15; 63:20-64:17 |
| 577 | 12/30/2013 Tr: 28:4-29:15; 63:20-64:17 |
| 578 | 12/30/2013 Tr: 64:18-65:23; 67:7-1701/02/2014 Tr: 54:20-55:6 |
| 579 | 12/30/2013 Tr: 66:13-67:17; 01/02/2014 Tr: 55:7-16 |
| 582 | 12/30/2013 Tr: 29:16-18 |
| 583 | 12/30/2013 Tr: 29:16-18 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Palo Alto

4

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT STIPULATIONS
2:07-CV-08108-FMO-SH

DB2/ 24589171.2

| No. of Exhibit | Citation to meet and confer transcript |
|---|---|
| 585 | 12/30/2013 Tr: 68:6-16 |
| 587 | 12/30/2013 Tr: 68:20-69:7; 01/02/2014 Tr: 50:7-52:21 |
| 588 | 12/30/2013 Tr: 68:20-69:7; 01/02/2014 Tr: 50:7-52:21 |
| 590 | 12/30/2013 Tr: 69:8-13; 01/02/2014 Tr: 50:7-52:21 |
| 591 | 12/30/2013 Tr: 69:14-70:22; 01/02/2014 Tr: 55:7-16 |
| 595 | 12/30/2013 Tr: 71:8-72:13; 01/02/2014 Tr: 49:9-50-6 |
| 596 | 12/30/2013 Tr: 71:8-72:13; 01/02/2014 Tr: 49:9-50-6 |
| 600 | 12/30/2013 Tr: 72:19-73:16; 01/02/2014 Tr: 55:18-58:13 |
| 608 | 12/30/2013 Tr: 73:22-76:13; 01/02/2014 Tr: 40:19-43:2 |
| 623 | 12/30/2013 Tr: 77:24-77:18; 01/02/2014 Tr: 50:7-52:21 |
| 624 | 12/30/2013 Tr: 77:24-77:18; 01/02/2014 Tr: 50:7-52:21 |
| 633 | 12/30/2013 Tr: 29:19-21; 77:22-78:9 |
| 634 | 12/30/2013 Tr: 29:19-21 |
| 635 | 12/30/2013 Tr: 29:19-21 |
| 636 | 12/30/2013 Tr: 77:22-78:9 |
| 643 | 12/30/2013 Tr: 78:16-79:9; 01/02/2014 Tr: 76:22-80:10 |
| 653-745 | 01/02/2014 Tr: 80:15-84:11 |
| 1064 | 12/30/2013 Tr: 79:18-81:7 |
| 1065 | 12/30/2013 Tr: 81:8-82-6 |
| 1066 | 12/30/2013 Tr: 82:7-85:14 |
| 1067 | 12/30/2013 Tr: 82:7-85:14 |
| 1068 | 12/30/2013 Tr: 85:15-87:14 |
| 1071 | 12/30/2013 Tr: 29:24-25 |
| 1072 | 12/30/2013 Tr: 30:1-31:8 |
| 1075 | 12/30/2013 Tr: 31:9-32:6 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT STIPULATIONS
2:07-CV-08108-FMO-SH

DB2/ 24589171.2

| No. of Exhibit | Citation to meet and confer transcript |
|---|---|
| 1076 | 12/30/2013 Tr: 87:19-88:24 |
| 1084 | 12/30/2013 Tr: 32:13-33:6 |
| 1085 | 12/30/2013 Tr: 33:7-25 |
| 1086 | 12/30/2013 Tr: 34:1-3 |
| 1087 | 12/30/2013 Tr: 34:1-3 |
| 1088 | 12/30/2013 Tr: 34:1-3 |
| 1089 | 12/30/2013 Tr: 34:5:25 |
| 1094 | 12/30/2013 Tr: 35:11-14 |
| 1096 | 12/30/2013 Tr: 35:17-19 |
| 1125 | 12/30/2013 Tr: 35:23-36:18; 47:23-48:4 |
| 1148 | 12/30/2013 Tr: 91:22-92:10 |
| 1149 | 12/30/2013 Tr: 91:22-92:10 |
| 1157 | 12/30/2013 Tr: 92:12-15 |
| 1196 | 12/30/2013 Tr: 92:24-96:3 |
| 1205-1211 | 12/30/2013 Tr: 36:19-25 |
| 1213-1215 | 12/30/2013 Tr: 36:19-25 |
| 1298 | 12/30/2013 Tr: 97:19:98:9 |
| 1307 | 12/30/2013 Tr: 98:13-9999:16 |
| 1311-1354 | 12/30/2013 Tr: 99:23-100:12 |
| 1355-1357 | 12/30/2013 Tr: 100:13-25 |
| 1367 | 12/30/2013 Tr: 102:9-103:24; 01/02/2014 Tr: 70-17-72:22 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24589171.2

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT STIPULATIONS
2:07-CV-08108-FMO-SH

| No. of Exhibit | Citation to meet and confer transcript |
|---|---|
| 1368 | 12/30/2013 Tr: 102:9-106:9 |
| 1370 | 12/30/2013 Tr: 102:9-103:24; 01/02/2014 Tr: 70-17-72:22 |
| 1371 | 12/30/2013 Tr: 103:16-106:13 |

Dated: January 3, 2014　　　　　Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Michael J. Lyons
　　　Michael J. Lyons

Attorneys for Plaintiff
ALFRED E. MANN
FOUNDATION FOR SCIENTIFIC
RESEARCH

Dated: January 3, 2014　　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Bruce G. Chapman
　　　Bruce G. Chapman

Attorneys for Defendants
COCHLEAR LTD. and
COCHLEAR AMERICAS

## FILER'S ATTESTATION

I, Bruce G. Chapman, pursuant to L.R. 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:  /s/ Bruce G. Chapman
　　　Bruce G. Chapman

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24589171.2

7

JOINT MEET AND CONFER INDEX
RE: JOINT EXHIBIT
STIPULATIONS
2:07-CV-08108-FMO-SH