SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BRUCE G. CHAPMAN (Cal. Bar No. 164258)
bchapman@sheppardmullin.com
SCOTT R. MILLER (Cal. Bar No. 112656)
smiller@sheppardmullin.com
LAURA M. BURSON (Cal. Bar No. 204459)
lburson@sheppardmullin.com
MANUEL C. NELSON (Cal. Bar No. 229590)
mnelson@sheppardmullin.com
DENNIS J. SMITH (Cal. Bar No. 233842)
djsmith@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendants and
Counterclaimants COCHLEAR LIMITED
and COCHLEAR AMERICAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COCHLEAR CORPORATION, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-08108 FMO (SHx)<br><br>**[PROPOSED] SECOND AMENDED SPECIAL VERDICT FORM**<br><br>Hon. Fernando M. Olguin<br><br>Trial:    Jan. 13, 2014<br>Time:   9:00 a.m.<br>Place:  Ctrm 22, 5th Floor |

We, the jury, unanimously find as follows:

# I.   United States Patent No. 5,609,616 ("the '616 patent")

## A.   Infringement of Claim 1

**1.**  **Have plaintiffs proven, by a preponderance of the evidence, that defendants directly infringe claim 1 of the '616 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?**

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**2.**  **Have plaintiffs proven, by a preponderance of the evidence, that defendants directly infringe claim 1 of the '616 patent under the doctrine of equivalence by making, using, selling, offering for sale or importing into the USA any of the accused products?** [1]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and | | |

---

[1] Delete if the Court does not allow the Jury to consider.

| | YES | NO |
|---|---|---|
| CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**3.** **Have plaintiffs proven, by a preponderance of the evidence, that a third party uses any of the Cochlear Defendants' accused products to directly infringe claim 1 of the '616 patent?** [2]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants. (skip to Question B. 1 below)*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**4.** **Have plaintiffs proven, by a preponderance of the evidence, that defendants induced the third party to infringe claim 1 of the '616 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?** [3]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |

---

[2] Delete if the Court does not allow the Jury to consider.
[3] Delete if the Court does not allow the Jury to consider.

[PROPOSED] VERDICT FORM

| PRODUCT | | |
|---|---|---|
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

5. **Have plaintiffs proven, by a preponderance of the evidence, that defendants contributed to the infringement by another of claim 1 of the '616 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?** [4]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

## B.   Infringement of Claim 10

1. **Have plaintiffs proven, by a preponderance of the evidence, that defendants directly infringe claim 10 of the '616 patent by making,**

---
[4] Delete if the Court does not allow the Jury to consider.

[PROPOSED] VERDICT FORM

**using, selling, offering for sale or importing into the USA any of the accused products?**[5]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**2. Have plaintiffs proven, by a preponderance of the evidence, that defendants directly infringe claim 10 of the '616 patent under the doctrine of equivalence by making, using, selling, offering for sale or importing into the USA any of the accused products?**[6]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

---

[5] Delete if the Court does not allow the Jury to consider.
[6] Delete if the Court does not allow the Jury to consider.

**3.** **Have plaintiffs proven, by a preponderance of the evidence, that a third party uses any of the Cochlear Defendants' accused products to directly infringe claim 10 of the '616 patent?**

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants. (skip to Question C. 1 below)*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**4.** **Have plaintiffs proven, by a preponderance of the evidence, that defendants induced others to infringe claim 10 of the '616 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?**

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**5.** **Have plaintiffs proven, by a preponderance of the evidence, that defendants contributed to the infringement by another of claim 10 of**

SMRH:414227360.4                                                    [PROPOSED] VERDICT FORM

**the '616 patent by making, using, selling, offering for sale or**

**importing into the USA any of the accused products?**

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

## C.   Validity

**1.  Have defendants proven, by clear and convincing evidence, that claim**

**10 of the '616 patent is invalid due to anticipation?**

*Checking "NO" below indicates a finding for plaintiffs.*
*Checking "YES" below indicates a finding for defendants.*

| Claim | YES | NO |
|---|---|---|
| 10 | | |

**2.  Have defendants proven, by clear and convincing evidence, that any**

**asserted claim of the '616 patent is invalid due to obviousness?**

*Checking "NO" below indicates a finding for plaintiffs.*
*Checking "YES" below indicates a finding for defendants.*

| Claim | YES | NO |
|---|---|---|
| 1 | | |
| 10 | | |

SMRH:414227360.4                                    [PROPOSED] VERDICT FORM

## D.   Inequitable Conduct

1. **Have defendants proven, by a preponderance of the evidence, that the inventors and/or patent attorney withheld from the U.S. Patent and Trademark Office prior art that was material to the prosecution of the '616 patent?**

*Checking "NO" below indicates a finding for plaintiffs.*
*Checking "YES" below indicates a finding for defendants.*

| YES | NO |
|-----|-----|
|     |     |

2. **Have defendants proven, by clear and convincing evidence, that the inventors and/or patent attorney that prosecuted the application for the '616 patent intentionally withheld the prior art in an attempt to deceive the U.S. Patent and Trademark Office?**

*Checking "NO" below indicates a finding for plaintiffs.*
*Checking "YES" below indicates a finding for defendants.*

| YES | NO |
|-----|-----|
|     |     |

# II.   United States Patent No. 5,938,691 ("the '691 patent")

## A.   Infringement of Claim 6

1. **Have plaintiffs proven, by a preponderance of the evidence, that defendants directly infringe claim 6 of the '691 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?**

[PROPOSED] VERDICT FORM

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**2. Have plaintiffs proven, by a preponderance of the evidence, that defendants directly infringe claim 6 of the '691 patent under the doctrine of equivalence by making, using, selling, offering for sale or importing into the USA any of the accused products?** [7]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

---

[7] Delete if the Court does not allow the Jury to consider.

[PROPOSED] VERDICT FORM

**3. <u>Have plaintiffs proven, by a preponderance of the evidence, that a third party uses any of the Cochlear Defendants' accused products to directly infringe claim 6 of the '691 patent?</u>** [8]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants. (skip to Question B. 1 below)*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**4. <u>Have plaintiffs proven, by a preponderance of the evidence, that defendants induced others to infringe claim 6 of the '616 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?</u>** [9]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |

---

[8] Delete if the Court does not allow the Jury to consider.

[9] Delete if the Court does not allow the Jury to consider.

SMRH:414227360.4                                    [PROPOSED] VERDICT FORM

| Custom Sound software | | |
|---|---|---|

**5. Have plaintiffs proven, by a preponderance of the evidence, that defendants contributed to the infringement by another of claim 6 of the '691 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?[10]**

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

## B.   Infringement of Claim 7

**1. Have plaintiffs proven, by a preponderance of the evidence, that defendants directly literally infringe claim 7 of the '691 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?**

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |

---

[10] Delete if the Court does not allow the Jury to consider.

[PROPOSED] VERDICT FORM

| | | |
|---|---|---|
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**2. Have plaintiffs proven, by a preponderance of the evidence, that
defendants directly infringe claim 7 of the '691 patent under the
doctrine of equivalence by making, using, selling, offering for sale or
importing into the USA any of the accused products?** [11]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**3. Have plaintiffs proven, by a preponderance of the evidence, that a
third party uses any of the Cochlear Defendants' accused products to
directly infringe claim 7 of the '691 patent?** [12]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants. (skip to Question III
A. 1 below)*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |

---

[11] Delete if the Court does not allow the Jury to consider.

[12] Delete if the Court does not allow the Jury to consider.

-11-

[PROPOSED] VERDICT FORM

| | | |
|---|---|---|
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**4.** **Have plaintiffs proven, by a preponderance of the evidence, that defendants induced others to infringe claim 7 of the '691 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?** [13]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | | |
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

**5.** **Have plaintiffs proven, by a preponderance of the evidence, that defendants contributed to the infringement by another of claim 7 of the '616 patent by making, using, selling, offering for sale or importing into the USA any of the accused products?** [14]

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| PRODUCT | YES | NO |
|---|---|---|
| Nucleus 24 (CI24 series) cochlear implants | | |
| Nucleus Freedom (CI24RE series and | | |

[13] Delete if the Court does not allow the Jury to consider.
[14] Delete if the Court does not allow the Jury to consider.

SMRH:414227360.4
[PROPOSED] VERDICT FORM

| CI422) cochlear implants | | |
|---|---|---|
| Nucleus 5 (CI500 series) cochlear implants | | |
| Sprint (SP5) sound processors | | |
| Freedom (SP12) sound processors | | |
| Nucleus 5 (SP15) sound processors | | |
| WinDPS software | | |
| Custom Sound software | | |

## C.   Validity

**1.   Have defendants proven, by clear and convincing evidence, that claim 6 of the '691 patent is invalid due to anticipation?**

*Checking "NO" below indicates a finding for plaintiffs.*
*Checking "YES" below indicates a finding for defendants.*

| Claim | YES | NO |
|---|---|---|
| 6 | | |

**2.   Have defendants proven, by clear and convincing evidence, that any asserted claim of the '691 patent is invalid due to obviousness?**

*Checking "NO" below indicates a finding for plaintiffs.*
*Checking "YES" below indicates a finding for defendants.*

| Claim | YES | NO |
|---|---|---|
| 6 | | |
| 7 | | |

-13-

# III. Damages

## A.   Notice and Marking

1.  **If you find that defendants have infringed a valid claim of the '616 patent, when did plaintiffs give defendants notice of the alleged infringement?**

    _____[Date]

2.  **If you find that defendants have infringed a valid claim of the '691 patent, when did plaintiffs give defendants notice of the alleged infringement?**

    _____[Date]

## B.   Reasonable Royalty

1.  **If you find that defendants have infringed a valid claim of either the '616 patent or the '691 patent, what is the reasonable royalty rate (if any) that defendants should pay to plaintiffs based on the making, using, selling, offering for sale or importing into the USA any of the accused products?**

| PRODUCT | Rate, if any |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

-14-

[PROPOSED] VERDICT FORM

2.  **If you find that defendants have infringed a valid claim of either the '616 patent or the '691 patent, what are the total damages that defendants should pay to plaintiffs based on the making, using, selling, offering for sale or importing into the USA any of the accused products?**

| PRODUCT | Total Damages, if any |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

# C.   Willfulness (answer only if you found infringement of a valid claim)

1.  <u>Did the Foundation prove, by clear and convincing evidence, that the defendants failed to raise any substantial question of whether the infringed patent is not infringed, invalid or, as to the '616 patent, that the inventors and/or patent attorney that prosecuted the application for the '616 patent engaged in inequitable conduct?</u>

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants (and you should skip down to the end below).*

| YES | NO |
|---|---|
| | |

[PROPOSED] VERDICT FORM

**2.** <u>**Did the Foundation prove, by clear and convincing evidence, that the defendants knew or should have known that their actions constituted infringement of a valid and enforcible patent?**</u>

*Checking "YES" below indicates a finding for plaintiffs.*
*Checking "NO" below indicates a finding for defendants.*

| YES | NO |
|---|---|
|  |  |

Dated:  January 9, 2014

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____/s/ Scott R. Miller_____

SCOTT R. MILLER
Defendants and Counterclaimants
COCHLEAR LIMITED and COCHLEAR
AMERICAS

-16-

SMRH:414227360.4                                          [PROPOSED] VERDICT FORM