DANIEL JOHNSON, JR. (SBN 57409)
DANIEL GRUNFELD (SBN 128494)
MICHAEL J. LYONS (SBN 202284)
JASON E. GETTLEMAN (SBN 269733)
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 7000
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: djjohnson@morganlewis.com
Email: dgrunfeld@morganlewis.com
Email: mlyons@morganlewis.com
Email: jgettleman@morganlewis.com

Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION FOR
SCIENTIFIC RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, <br><br> Plaintiff, <br><br> vs. <br><br> COCHLEAR CORPORATION, ET AL., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:07-cv-08108-FMO-SH <br><br> **PLAINTIFF'S SECOND AMENDED [PROPOSED] JURY VERDICT FORM** <br><br> Judge: Hon. Fernando M. Olguin <br> Trial Date: January 13, 2014 <br> Time: 9:00 a.m. <br> Place: Ctrm 22, 5th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFF'S REVISED
[PROPOSED]
JURY VERDICT; 07-08108-FMO-SH

# JURY VERDICT FORM

You, the jury, are to answer the following questions based on the evidence admitted at trial and according to all of the instructions I have given you.

I. **U.S. Patent No. 5,609,616 – Claim 1**

    A.    Direct Infringement

        1.    Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants literally infringed Claim 1 of U.S. Patent No. 5,609,616? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

        2.    If you answered No to Question I.A.1 above, did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants infringed Claim 1 of U.S. Patent No. 5,609,616 under the doctrine of equivalents? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |

| WinDPS or Custom Sound Software | |

B.  Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants induced infringement of Claim 1 of U.S. Patent No. 5,609,616? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
| --- | --- |
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

C.  Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants contributorily infringed Claim 1 of U.S. Patent No. 5,609,616? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
| --- | --- |
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3

PLAINTIFF'S REVISED
[PROPOSED]
JURY VERDICT; 07-08108-FMO-SH

D. Did the Foundation prove, by clear and convincing evidence, that the Cochlear Defendants willfully infringed Claim 1 of U.S. Patent No. 5,609,616?

**Answer "Yes" or "No": \_\_\_\_**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

4

PLAINTIFF'S REVISED
[PROPOSED]
JURY VERDICT; 07-08108-FMO-SH

II. **U.S. Patent No. 5,609,616 – Claim 10**

    A. Direct Infringement

        1. Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants literally infringed Claim 10 of U.S. Patent No. 5,609,616? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
| --- | --- |
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

        2. If you answered No to Question II.A.1 above, did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants infringed Claim 10 of U.S. Patent No. 5,609,616 under the doctrine of equivalents? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
| --- | --- |
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

5

PLAINTIFF'S REVISED
[PROPOSED]
JURY VERDICT; 07-08108-FMO-SH

B. Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants induced infringement of Claim 10 of U.S. Patent No. 5,609,616? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
| --- | --- |
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

C. Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants contributorily infringed Claim 10 of U.S. Patent No. 5,609,616? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
| --- | --- |
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

D. Did the Foundation prove, by clear and convincing evidence, that the Cochlear Defendants willfully infringed Claim 10 of U.S. Patent No. 5,609,616?

**Answer "Yes" or "No": \_\_\_\_**

Morgan, Lewis & Bockius LLP
Attorneys at Law
Palo Alto

6

PLAINTIFF'S REVISED [PROPOSED] JURY VERDICT; 07-08108-FMO-SH

III. **U.S. Patent No. 5,938,691 – Claim 6**

   A. Direct Infringement

   1. Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants literally infringed Claim 6 of U.S. Patent No. 5,938,691? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

   2. If you answered No to Question III.A.1 above, did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants infringed Claim 6 of U.S. Patent No. 5,938,691 under the doctrine of equivalents? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

B.  Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants induced infringement of Claim 6 of U.S. Patent No. 5,938,691? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

C.  Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants contributorily infringed Claim 6 of U.S. Patent No. 5,938,691? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

D.  Did the Foundation prove, by clear and convincing evidence, that the Cochlear Defendants willfully infringed Claim 6 of U.S. Patent No. 5,938,691?

**Answer "Yes" or "No": ____**

IV. **U.S. Patent No. 5,938,691 – Claim 7**

A. Direct Infringement

1. Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants literally infringed Claim 7 of U.S. Patent No. 5,938,691? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

2. If you answered No to Question IV.A.1 above, did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants infringed Claim 7 of U.S. Patent No. 5,938,691 under the doctrine of equivalents? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

B.  Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants induced infringement of Claim 7 of U.S. Patent No. 5,938,691? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

C.  Did the Foundation prove, by a preponderance of evidence, that the Cochlear Defendants contributorily infringed Claim 7 of U.S. Patent No. 5,938,691? *(Answer "Yes" or "No" for each of the accused products)*

| PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| CI24 Series Cochlear Implants | |
| CI24RE, CI422 and CI500 Series Cochlear Implants | |
| SP5 Series Speech Processors | |
| SP12 or SP15 Series Speech Processors | |
| WinDPS or Custom Sound Software | |

D.  Did the Foundation prove, by clear and convincing evidence, that the Cochlear Defendants willfully infringed Claim 7 of U.S. Patent No. 5,938,691?

**Answer "Yes" or "No": ____**

V. **VALIDITY OF THE FOUNDATION'S PATENTS**

    A. **Prior Art Status of McDermott Thesis[1]**

        1. Did the Cochlear Defendants prove, by clear and convincing evidence, that the document titled "An Advanced Cochlear Implant Hearing Prosthesis for Profound To Total Deafness" by Hugh McDermott, was publicly available as prior art on or before August 29, 1990?

            **Answer "Yes" or "No": ____**

    B. **Claim 1 of U.S. Patent No. 5,609,616**

        1. Did the Cochlear Defendants prove, by clear and convincing evidence, that Claim 1 of U.S. Patent No. 5,609,616 is invalid due to obviousness?

            **Answer "Yes" or "No": ____**

    C. **Claim 10 of U.S. Patent No. 5,609,616**

        1. Did the Cochlear Defendants prove, by clear and convincing evidence, that Claim 10 of U.S. Patent No. 5,609,616 is invalid due to anticipation?

            **Answer "Yes" or "No": ____**

        2. Did the Cochlear Defendants prove, by clear and convincing evidence, that Claim 10 of U.S. Patent No. 5,609,616 is invalid due to obviousness?

            **Answer "Yes" or "No": ____**

    D. **Claim 6 of U.S. Patent No. 5,938,691**

        1. Did the Cochlear Defendants prove, by clear and convincing evidence, that Claim 6 of U.S. Patent No. 5,938,691 is invalid due to anticipation?

            **Answer "Yes" or "No": ____**

---

[1] This question should not be asked if the Thesis is not admitted into evidence.

2. Did the Cochlear Defendants prove, by clear and convincing evidence, that Claim 6 of the U.S. Patent No. 5,938,691 is invalid due to obviousness?

**Answer "Yes" or "No": \_\_\_\_**

E. **Claim 7 of U.S. Patent No. 5,938,691**

1. Did the Cochlear Defendants prove, by clear and convincing evidence, that Claim 7 of the U.S. Patent No. 5,938,691 is invalid due to obviousness?

**Answer "Yes" or "No": \_\_\_\_**

## VI. DEFENDANTS' CLAIMS OF INEQUITABLE CONDUCT (ADVISORY)

A. Did the Cochlear Defendants prove, by clear and convincing evidence, that the patent attorney who prosecuted the application from which U.S. Patent 5,609,616 issued, Mr. Gold, withheld or misrepresented information before the U.S. Patent and Trademark Office?

**Answer "Yes" or "No": ____**

B. Did the Cochlear Defendants prove, by clear and convincing evidence, that the information withheld or misrepresented was material to the prosecution of the application from which U.S. Patent 5,609,616 issued?

**Answer "Yes" or "No": ____**

C. Did the Cochlear Defendants prove, by clear and convincing evidence, that the Mr. Gold acted with intent to deceive the U.S. Patent and Trademark Office?

**Answer "Yes" or "No": ____**

## VII. DAMAGES FOR THE COCHLEAR DEFENDANTS' PATENT INFRINGEMENT

*Answer the question posed in this Section only if (i) you answered "Yes" for the corresponding product in Sections I through IV that the Foundation proved that the Cochlear Defendants infringed at least one claim of U.S. Patent Nos. 5,609,616 or 5,938,691, and (ii) found that the Cochlear Defendants did not prove that a claim for which you answered "Yes" for any product in Sections I through IV was invalid.*

A. **What damages should the Foundation recover for the Cochlear Defendants' infringement of the Foundation's patents?**

| PRODUCT | DAMAGES AWARD |
| --- | --- |
| CI24 Series Cochlear Implants | $ |
| CI24RE, CI422 and CI500 Series Cochlear Implants | $ |
| SP5 Series Speech Processors | $ |
| SP12 or SP15 Series Speech Processors | $ |
| WinDPS or Custom Sound Software | $ |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

14

PLAINTIFF'S REVISED
[PROPOSED]
JURY VERDICT; 07-08108-FMO-SH

Signed this ___ day of January, 2014:

_____     _____
Jury Foreperson                                            Juror

_____     _____
Juror                                                              Juror

_____     _____
Juror                                                              Juror

_____     _____
Juror                                                              Juror

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

PLAINTIFF'S REVISED [PROPOSED]
JURY VERDICT; 07-08108-FMO-SH

Dated: January 9, 2013

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Daniel Grunfeld
Daniel Grunfeld
Attorneys for Plaintiff
Alfred E. Mann Foundation for Scientific Research