| | |
|---|---|
| 1 | DANIEL JOHNSON, JR. (SBN 57409) |
| 2 | DANIEL GRUNFELD (SBN 128494)<br>MICHAEL J. LYONS (SBN 202284) |
| 3 | JASON E. GETTLEMAN (SBN 269733)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 4 | 3000 El Camino Real, Suite 7000<br>Palo Alto, CA  94306-2122 |
| 5 | Tel:   650.843.4000<br>Fax:  650.843.4001 |
| 6 | Email: djjohnson@morganlewis.com<br>Email:  dgrunfeld@morganlewis.com |
| 7 | Email:  mlyons@morganlewis.com<br>Email:  jgettleman@morganlewis.com |
| 8 | Attorneys for Plaintiff |
| 9 | ALFRED E. MANN FOUNDATION FOR<br>SCIENTIFIC RESEARCH |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Alfred E. Mann Foundation for Scientific Research,<br><br>             Plaintiff,<br><br>     vs.<br><br>Cochlear Corporation, et al.,<br><br>             Defendants. | Case No. 2:07-cv-08108-FMO-SH<br><br>**PLAINTIFF'S NOTICE OF LODGING OF ORIGINAL EXHIBITS FOR BENCH TRIAL**<br><br>Jury Trial Date: January 14, 2014<br>Time:            9:00 a.m.<br>Courtroom:   22, 5th Floor<br>Judge:           Hon. Fernando M. Olguin |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24610909.1

PLAINTIFF'S NOTICE OF
LODGING ORIGINAL EXHIBITS
FOR BENCH TRIAL
2:07-CV-08108-FMO-SH

1  Plaintiff Alfred E. Mann Foundation for Scientific Research hereby manually
2  lodges the original exhibits and corresponding bench books for the bench trial. Due
3  to the size of the original exhibits, they have not been attached electronically to this
4  notice. Exhibits for the bench trial from the First Amended Pretrial Exhibit
5  Stipulation that may be used will be lodged under a separate notice.

Dated:       January 13, 2014           Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Daniel Grunfeld
    Daniel Grunfeld
    Attorneys for Plaintiff
    Alfred E. Mann Foundation for
    Scientific Research

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24610909.1

2

PLAINTIFF'S NOTICE OF
LODGING ORIGINAL EXHIBITS
FOR BENCH TRIAL 2:07-CV-08108-
FMO-SH