DANIEL JOHNSON, JR. (SBN 57409)
Email:  djjohnson@morganlewis.com
DANIEL GRUNFELD (SBN 128494)
Email:  dgrunfeld@morganlewis.com
MICHAEL J. LYONS (SBN 202284)
Email:  mlyons@morganlewis.com
JASON E. GETTLEMAN (SBN 269733)
Email:  jgettleman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 7000
Palo Alto, CA  94306-2122
Tel:   650.843.4000
Fax:   650.843.4001

Attorneys for Plaintiff and Counterdefendant
ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership Including Professional Corporations
BRUCE G. CHAPMAN (Cal. Bar No. 164258)
Email: bchapman@sheppardmullin.com
SCOTT R. MILLER (Cal. Bar No. 112656)
Email: smiller@sheppardmullin.com
LAURA M. BURSON (Cal. Bar No. 204459)
Email: lburson@sheppardmullin.com
MANUEL C. NELSON (Cal. Bar No. 229590)
Email: mnelson@sheppardmullin.com
DENNIS J. SMITH (Cal. Bar No. 233842)
Email: djsmith@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendants and Counterclaimants
COCHLEAR LIMITED and COCHLEAR AMERICAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, <br><br> Plaintiff, <br><br> vs. | Case No. 2:07-cv-08108-FMO-SH <br><br> **JOINT BENCH TRIAL EXHIBIT LIST** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-1-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| | COCHLEAR CORPORATION, et al., Defendants. | Judge: Hon. Fernando M. Olguin<br>Trial Date: TBD<br>Time: TBD<br>Courtroom: Ctrm 22, 5th Floor |
|---|---|---|
| | AND RELATED COUNTERCLAIMS. | |
| | Case Title: <u>AMF v. Cochlear, et al.</u>   Case No: <u>CV 07-08108FMO (SHx)</u> | |

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| 55 | Cochlear Pty Limited, SP5 Speech Processor, Product Marketing Specification [COC-1001287-COC-1001335] | | | Stipulated to admission |
| 56 | Fax from West to Hirshorn, Lehnhardt, Money, and Patrick Re Meeting with Prof. Clark [COC-1001465-COC-1001471] | | | Stipulated to admission |
| 60 | Meeting with the Food and Drug Administration, Agenda March 24, 1994 [COC-2034366-COC- 2034394] | | | Stipulated to admission |
| 65 | Letter from Jack O'Mahony to Dr. Schulman re July 21, 2003 letter and U.S. Patent No. 5,609,616 [COC-2087810] | | | Stipulated to admission |
| 154 | '616 Patent File History, March 18, 1996 Response to Office Action produced by AMF. [AMF001024-AMF001103] | | | Stipulated to admission |
| 169 | SP12 Firmware Architecture [COC-2083809-COC-2083824] | | | Stipulated to admission |
| 178 | Excerpts from letter/application dated November 20, 2008 from Cochlear to the FDA to supplement P970051, the Nucleus Cochlear Implant System [COC-2091521-COC-2091532 ; COC- | | | Stipulated to admission |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-2-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
|  | 2091540-COC-2091547; COC-2091568-COC-2091588; COC-2091820- COC-2091829] |  |  |  |
| 179 | Letter/Application dated December 19, 2008 from Cochlear to the FDA to supplement P970051, the Nucleus Cochlear Implant System [COC-2094288-COC-2094419] |  |  | Stipulated to admission |
| 233 | Cochlear Philips Champ-LP Manual for the Champ-LP R1 and R1A, February 2, 2006 [COC-6000000] |  |  | Stipulated to admission |
| 244 | Cochlear Third Amended Response to Plaintiff First Set of Interrogatories and Exhibits dated 1/14/2009 |  |  | Stipulated to admission |
| 277 | License between AMF and Advanced Bionics  [AMF018352-AMF018368] |  |  | Stipulated to admission |
| 279 | Cochlear Technology License and Royalty Agreement, January 1, 2004 [AMF045254-AMF045275] |  |  | Stipulated to admission |
| 410 | CIC3/Ceramic Implant Device Description [COC-1000001] |  |  | Stipulated to admission |
| 425 | AMENDMENT TO THE LICENSE, ROYALTY AND MANUFACTURING AGREEMENT RF BION® DEVICES AND SERVICES  [AMF045231-AMF045232] |  |  | Stipulated to admission |
| 440 | December 31, 2007 letter from Boston Scientific to AMF and Bioness Inc re Boston Scientific hereby agrees that AMF may grant to Bioness Inc. ("Bioness") manufacturing rights for "FES Micro-Stimulators" [AMF045561-AMF045562] |  |  | Stipulated to admission |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-3-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| 444 | AMF FINANCIAL STATEMENTS AND INDEPENDENT AUDITOR'S REPORT YEARS ENDED March 31, 2005, 2004 and 2003 [AMF045607-AMF045620] | | | Stipulated to admission |
| 445 | ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH FINANCIAL STATEMENTS MARCH 31, 2006 [AMF045621-AMF045636] | | | Stipulated to admission |
| 446 | ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH AND SUBSIDIARY FINANCIAL STATEMENTS MARCH 31, 2007 [AMF045637-AMF045652] | | | Stipulated to admission |
| 447 | ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH AND SUBSIDIARY FINANCIAL STATEMENTS MARCH 3 I, 2008 [AMF045653-AMF045668] | | | Stipulated to admission |
| 574 | 2013-04-01 CV of Darrin Young | | | Stipulated to admission |
| 581 | United States Patent File History of 5,699,616 [AMF800401-AMF800607] | | | Stipulated to admission |
| 585 | United States Patent 6,751,505 B1, Jun. 15,2004 [AMF800618-AMF800623] | | | Stipulated to admission |
| 633 | Verga letter to Chu dated October 24, 2006 re Patent 5,609,616 [AMF000013-AMF000014 ] | | | Stipulated to admission |
| 634 | Chu letter to Roberts dated August 28, 2006 re Patent 5,609,616 [AMF000010-AMF000011] | | | Stipulated to admission |
| 635 | White letter to Chu dated September 12, 2006 re Patent 5,609,616 [AMF000012] | | | Stipulated to admission |
| 637 | November 2009 Amendment to Cochlear Technology License and Royalty Agreement [AMF050866-AMF050918 ] | | | Stipulated to admission |
| 746 | March 13, 1991 Letter from Ronald | | | Stipulated |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-4-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| | West to Professor Graeme Clark re Visit to the C.O.S.M [COC-1001519-20] | | | to admission |
| 747 | Complaint filed on July 17, 2006 in U.S.D.C. Southern District of New York, styled *Woods et al. v. Boston Scientific Corporation,* 06-cv-5380 | | | Stipulated to admission |
| 748 | "Algorithm Specification for SPEAK, ACE or CIS Audio Processors" Doc. No. E10853RD, 12 Nov. 02 COC-2089014-2089062. | | | Stipulated to admission |
| 749 | File History for Patent Number 5,938,691 [COC-0003938-COC-0004261] | | | Stipulated to admission |
| 750 | United States Patent No. 4,408,608 | | | Stipulated to authenticity |
| 751 | United States Patent No. 4,730,603 | | | Stipulated to authenticity |
| 1192 | United States Patent No. 4,741,339 | | | Stipulated to admission |
| 753 | United States Patent No. 5,193,539 | | | Stipulated to authenticity |
| 754 | United States Patent No. 5,193,540 | | | Stipulated to authenticity |
| 755 | United States Patent No. 5,324,316 | | | Stipulated to authenticity |
| 756 | United States Patent No. 5,358,514 | | | Stipulated to authenticity |
| 757 | United States Patent No. 5,405,367 | | | Stipulated to authenticity |
| 758 | United States Patent No. 5,484,404 | | | Stipulated to authenticity |
| 759 | United States Patent No. 5,522,865 | | | Stipulated to authenticity |
| 760 | United States Patent No. 5,531,774 | | | Stipulated to authenticity |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-5-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| 761 | United States Patent No. 5,562,716 | | | Stipulated to authenticity |
| 762 | United States Patent No. 5,569,307 | | | Stipulated to authenticity |
| 763 | United States Patent No. 5,571,148 | | | Stipulated to authenticity |
| 764 | United States Patent No. 5,584,869 | | | Stipulated to authenticity |
| 765 | United States Patent No. 5,597,380 | | | Stipulated to authenticity |
| 766 | United States Patent No. 5,603,726 | | | Stipulated to authenticity |
| 767 | United States Patent No. 5,651,767 | | | Stipulated to authenticity |
| 768 | United States Patent No. 5,653,742 | | | Stipulated to authenticity |
| 769 | United States Patent No. 5,674,264 | | | Stipulated to authenticity |
| 770 | United States Patent No. 5,755,747 | | | Stipulated to authenticity |
| 771 | United States Patent No. 5,776,172 | | | Stipulated to authenticity |
| 772 | United States Patent No. 5,876,425 | | | Stipulated to authenticity |
| 774 | United States Patent No. 5,941,905 | | | Stipulated to authenticity |
| 775 | United States Patent No. 5,957,985 | | | Stipulated to authenticity |
| 776 | United States Patent No. 5,991,664 | | | Stipulated to authenticity |
| 777 | United States Patent No. 6,035,237 | | | Stipulated to authenticity |
| 778 | United States Patent No. 6,205,360 | | | Stipulated to authenticity |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-6-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| 779 | United States Patent No. 6,246,911 | | | Stipulated to authenticity |
| 780 | United States Patent No. 5,312,439 | | | Stipulated to authenticity |
| 781 | United States Patent No. 5,443,493 | | | Stipulated to authenticity |
| 782 | United States Patent No. 5,522,865 | | | Stipulated to authenticity |
| 783 | United States Patent No. 5,549,658 | | | Stipulated to authenticity |
| 784 | United States Patent No. 5,584,870 | | | Stipulated to authenticity |
| 785 | United States Patent No. 5,601,617 | | | Stipulated to authenticity |
| 786 | United States Patent No. 5,609,616 | | | Stipulated to authenticity |
| 787 | United States Patent No. 5,626,629 | | | Stipulated to authenticity |
| 788 | United States Patent No. 5,749,912 | | | Stipulated to authenticity |
| 789 | United States Patent No. 5,824,022 | | | Stipulated to authenticity |
| 790 | United States Patent No. 5,833,714 | | | Stipulated to authenticity |
| 791 | United States Patent No. 5,843,140 | | | Stipulated to authenticity |
| 792 | United States Patent No. 5,948,006 | | | Stipulated to authenticity |
| 793 | United States Patent No. 5,999,849 | | | Stipulated to authenticity |
| 794 | United States Patent No. 6,002,966 | | | Stipulated to authenticity |
| 795 | United States Patent No. 6,011,993 | | | Stipulated to authenticity |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-7-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| 796 | United States Patent No. 6,038,484 | | | Stipulated to authenticity |
| 797 | United States Patent No. 6,051,017 | | | Stipulated to authenticity |
| 798 | United States Patent No. 6,052,624 | | | Stipulated to authenticity |
| 799 | United States Patent No. 6,078,841 | | | Stipulated to authenticity |
| 804 | Gord PowerPoint Presentation (Demonstrative) | | | Stipulated to authenticity |
| 808 | Young PowerPoint Presentation (Demonstrative) | | | Stipulated to authenticity |
| 809-1000 | Reserved for demonstratives | | | Stipulated to authenticity |
| 1001 | United States Patent Number 5,609,616 | | | Stipulated to admission |
| 1002 | United States Patent Number 5,938,691 | | | Stipulated to admission |
| 1039 | "An Advanced Multiple Channel Cochlear Implant," by Hugh McDermott - IEEE Transactions on Biomedical Engineering," Vol. 36, No. 7, July 1989 (COC-0102105 to COC-0102113) | | | Stipulated to admission |
| 1071 | Letter dated July 21, 2003 from Schulman to O'Mahony AMF004044 | | | Stipulated to admission |
| 1072 | October 1, 2003 letter from Jack O'Mahoney to Dr. Joseph Schulman re: 5,609,616 - Nucleus cochlear implants do not infringe AMF000009 | | | Stipulated to admission |
| 1147 | Information Disclosure Statement, dated Jan. 9, 1995, regarding application serial number 08/322,066 (AMF000513 to AMF000517) | | | Stipulated to admission |
| 1148 | Amendment in response to Office Action, dated March 18, 1996, | | | Stipulated |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Palo Alto

SMRH:415750430.1
DB2/ 24608870.1

-8-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| | regarding application serial number 08/447,157 (AMF001024 to AMF001039) | | | to admission |
| 1150 | U.S. Patent No. 4,947,844 (AMF001718 to AMF001730) | | | Stipulated to admission |
| 1287 | SP12 Supervisor Firmware Detailed Design Description, Doc. No. E11952DD, March 16, 2005 (COC-2089812 to COC-2089870) | | | Stipulated to admission |
| 1288 | Functional Design Description Power Management Optimization, Doc. No. E11986DD, Aug. 30, 2006 (COC-2089505 to COC-2089539) | | | Stipulated to admission |
| 1290 | SP12 Main Module BTE Hardware Design Description, Doc. No. S50632DD, Jan. 7, 2005 (printed from COC-6000000 Hard Drive) | | | Stipulated to admission |
| 1301 | Production copy of file history of patent application SN 07/752,069, filed 8/29/91, Doc No.s (COC-0000203 to COC-0000634) | | | Stipulated to admission |
| 1303 | Production copy of file history of patent application SN 08/447,157, filed 05/25/95, Doc No.s (COC-0001983 to COC-0002311) | | | Stipulated to admission |
| 1304 | Stevenson's CV from June 20, 2013 Decl. | | | Stipulated to admission |
| 1358 | Production copy of file history of patent application SN 07/411,563, filed 9/22/89, (COC-0000001 to COC-0000202) | | | Stipulated to admission |
| 1359 | First application filed on Sept. 22, 1989 in the prosecution file of application SN 07/411,563 (COC-0000003 to COC-0000052) | | | Stipulated to admission |
| 1360 | Production copy of file history of patent application SN 08/322,066, filed 10/12/94, Doc No.s (COC-0002767 to COC-0003022) | | | Stipulated to admission |
| 1371 | "Comparative Studies of Speech Processing Strategies For Cochlear Implants," B.F. Wilson, *et al.*, 98 Laryngoscope 1069 (Oct. 1988) (COC-0120983 to COC-0120993) | | | Stipulated to admission |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-9-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

| No. of Exh. | Description | Date Identified | Date Admitted | Stipulated To Admission |
|---|---|---|---|---|
| 3026 | United States Patent No. 6,144,883 | | | Stipulated to authenticity |
| 3027 | United States Patent No. 6,181,969 | | | Stipulated to authenticity |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SMRH:415750430.1
DB2/ 24608870.1

-10-

JOINT BENCH TRIAL EXHIBIT LIST
07-08108-FMO-SH

Respectfully submitted,

Dated: January 13, 2013          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michael J. Lyons
   Michael J. Lyons
   Attorneys for Plaintiff
   ALFRED E. MANN FOUNDATION
   FOR SCIENTIFIC RESEARCH

Dated: January 13, 2013          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Dennis J. Smith
   Dennis J. Smith
   Attorneys for Defendants
   COCHLEAR LTD. and COCHLEAR AMERICAS

Dated: January 13, 2013          FELDMAN GALE, P.A.

By: /s/ Greg Wood
   Greg Wood
   Attorneys for Defendant/Involuntary Plaintiff
   ADVANCED BIONICS, LLC

## FILER ATTESTATION

I, Dennis J. Smith, pursuant to L.R. 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Dennis J. Smith
   DENNIS J. SMITH