# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Case No. _____   Date _____

Title: _____

Present: The Honorable _____

_____   _____
*Deputy Clerk*              *Court Reporter/Recorder*

Attorneys Present for Plaintiff(s):     Attorneys Present for Defendants:

Malynn

_____ Day Court Trial   _____ Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.  ___ Exhibits Identified  ___ Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.  ___ Polling waived.
___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
___ Judgment by Court for _____  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.  ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Motion for mistrial by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is  ___ granted.  ___ denied.  ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
___ Other:

January 18, 2014.                    _____ : _____
Initials of Deputy Clerk _____

cc: