DANIEL JOHNSON, JR. (SBN 57409)
DANIEL GRUNFELD (SBN 128494)
MICHAEL J. LYONS (SBN 202284)
JASON E. GETTLEMAN (SBN 269733)
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 7000
Palo Alto, CA  94306-2122
Tel:   650.843.4000
Fax:   650.843.4001
Email:  djjohnson@morganlewis.com
Email:  dgrunfeld@morganlewis.com
Email:  mlyons@morganlewis.com
Email:  jgettleman@morganlewis.com

Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Alfred E. Mann Foundation for Scientific Research,<br><br>              Plaintiff,<br><br>         vs.<br><br>Cochlear Corporation, et al.,<br><br>              Defendants. | Case No. 2:07-cv-08108-FMO-SH<br><br>**NOTICE OF LODGING OF RELEVANT PROSECUTION HISTORIES**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:           Hon. Fernando M. Olguin<br>Trial Date:    January 14, 2014<br>Time:            9:00 A.M.<br>Courtroom:   Ctrm 22, 5th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 24662240.1

NOTICE OF
LODGING OF RELEVANT
PROSECUTION HISTORIES
2:07-CV-08108-FMO-SH

1   PLEASE TAKE NOTICE that Plaintiff Alfred E. Mann Foundation for
2   Scientific Research hereby lodges the following attached documents from the
3   Parties' Exhibit List:

4   1. Exhibit 1 is Trial Exhibit 749 (Production copy of file history of patent
5      application SN 09/103,264, filed June 23, 1998 (the '691 Patent
6      Application) (COC-0003938-COC-0004261));

7   2. Exhibit 2 is Trial Exhibit 1301 (Production copy of file history of
8      patent application SN 07/752,069, filed 8/29/91 (COC-0000203 to
9      COC-0000634));

10  3. Exhibit 3 is Trial Exhibit 1303 (Production copy of file history of
11     patent application SN 08/447,157, filed 05/25/95 (the '616 Patent
12     Application) (COC-0001983 to COC-0002311));

13  4. Exhibit 4 is Trial Exhibit 1358 (Production copy of file history of
14     patent application SN 07/411,563, filed 9/22/89 (COC-0000001 to
15     COC-0000202)); and

16  5. Exhibit 5 is Trial Exhibit 1360 (Production copy of file history of
17     patent application SN 08/322,066, filed 10/12/94 (COC-0002767 to
18     COC-0003022)).

19
20  ///
21  ///
22  ///
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Palo Alto

2

NOTICE OF LODGING OF
RELEVANT PROSECUTION
HISTORIES
2:07-CV-08108-FMO-SH

DB2/ 24662240.1

| | | |
|---|---|---|
| Dated: | January 17, 2014 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By /s/ Michael J. Lyons<br>    Michael J. Lyons<br>    Attorneys for Plaintiff<br>    Alfred E. Mann Foundation for<br>    Scientific Research |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

3

NOTICE OF
LODGING OF RELEVANT
PROSECUTION HISTORIES
2:07-CV-08108-FMO-SH

DB2/ 24662240.1