UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COCHLEAR CORPORATION, et al., <br><br> Defendants. | Case No. CV 07-08108 FMO (SHx) <br><br> **VERDICT FORM** |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

## I. United States Patent No. 5,609,616 ("the '616 patent")

### A. Infringement of Claim 1

**1. For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 1 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**2. For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 1 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |

| ACCUSED PRODUCT | |
|---|---|
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**3. For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 1 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**B. Infringement of Claim 10**

**4. For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 10 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and | |

| ACCUSED PRODUCT | |
|---|---|
| CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

5. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 10 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

6. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 10 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |

| | |
|---|---|
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**C. Willfulness**

**7. If you answered "Yes" to any of Questions 1 through 6, and thus found that the Cochlear Defendants infringed <u>the '616 patent</u>, has the Foundation proven by clear and convincing evidence that the Cochlear Defendants' infringement was willful?**

(Please answer with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

Answer "Yes" or "No": \_\_\_\_

**D. Validity**

**8. Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 1 of the '616 patent</u> is invalid due to obviousness?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": \_\_\_\_

**9. Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 10 of the '616 patent</u> is invalid due to anticipation or a statutory bar?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": \_\_\_\_

10. **Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 10 of the '616 patent</u> is invalid due to obviousness?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": \_\_\_\_

## II.   United States Patent No. 5,938,691 ("the '691 patent")

### A.   Infringement of Claim 6

11. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 6 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

12. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 6 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**13.** For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 6 of the '691 patent</u>?

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**B.   Infringement of Claim 7**

**14.** For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 7 of the '691 patent</u>?

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**15.   For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 7 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**16.   For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 7 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | |
| Nucleus 5 (CI500 series) cochlear implants | |
| Sprint (SP5) sound processors | |
| Freedom (SP12) sound processors | |
| Nucleus 5 (SP15) sound processors | |
| WinDPS software | |
| Custom Sound software | |

**C.  Willfulness**

**17.   If you answered "Yes" to any of Questions 11 through 16, and thus found that the Cochlear Defendants infringed <u>the '691 patent</u>, has the Foundation proven by clear and convincing evidence that the Cochlear Defendants' infringement was willful?**

(Please answer with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

Answer "Yes" or "No": _____

**D.  Validity**

**18.   Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 6 of the '691 patent</u> is invalid due to anticipation or a statutory bar?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": _____

**19. Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 6 of the '691 patent</u> is invalid due to obviousness?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": ____

**20. Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 7 of the '691 patent</u> is invalid due to obviousness?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": ____

### III. Inequitable Conduct

**21. Have the Cochlear Defendants proven, by clear and convincing evidence, that the inventors and/or patent attorney who prosecuted the application from which <u>the '616 patent</u> issued, withheld from the United States Patent and Trademark Office prior art that was material to the prosecution of the '616 patent?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": ____

**22. Have the Cochlear Defendants proven, by clear and convincing evidence, that the inventors and/or patent attorney that prosecuted the application from which <u>the '616 patent</u>**

-9-

**issued, acted with an intent to deceive the United States Patent and Trademark Office?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": \_\_\_\_

## IV. Damages

### A. Notice and Marking

**23. If you find that the Cochlear Defendants have infringed a valid claim of <u>the '616 patent</u>, when did the Foundation give the Cochlear Defendants notice of the alleged infringement?**

_____[Date]

**24. If you find that the Cochlear Defendants have infringed a valid claim of <u>the '691 patent</u>, when did the Foundation give the Cochlear Defendants notice of the alleged infringement?**

_____[Date]

### B. Reasonable Royalty

**25. If you find that the Cochlear Defendants have infringed a valid claim of either <u>the '616 patent or the '691 patent</u>, what is the reasonable royalty rate that the Cochlear Defendants should pay to the Foundation?**

_____**%**

**26. If you find that the Cochlear Defendants have infringed a valid claim of either <u>the '616 patent or the '691 patent</u>, what are the total damages that the Cochlear Defendants should pay to the Foundation?**

**$**_____

Have the presiding juror sign and date this form.

Signed:_____          Date:_____

                                                PRESIDING JUROR