FILED
CLERK, U.S. DISTRICT COURT

JAN 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10
11
12
13
14
15
16
17
18
19
20

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, <u>et al.</u>, | Case No. CV 07-08108 FMO (SHx) **VERDICT FORM** (REDACTED) |
| Plaintiffs, | |
| v. | |
| COCHLEAR CORPORATION, <u>et al.</u>, | |
| Defendants. | |

21
22
23
24
25
26
27
28

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

**I.    United States Patent No. 5,609,616 ("the '616 patent")**

**A.   Infringement of Claim 1**

    **1.  For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 1 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

    **2.  For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 1 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |

| | |
|---|---|
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

3. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 1 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | No |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | NO |
| Nucleus 5 (CI500 series) cochlear implants | NO |
| Sprint (SP5) sound processors | NO |
| Freedom (SP12) sound processors | NO |
| Nucleus 5 (SP15) sound processors | NO |
| WinDPS software | NO |
| Custom Sound software | NO |

## B.   Infringement of Claim 10

4. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 10 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and | YES |

| | |
|---|---|
| CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

5. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 10 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

6. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 10 of the '616 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | NO |

| | |
|---|---|
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | No |
| Nucleus 5 (CI500 series) cochlear implants | NO |
| Sprint (SP5) sound processors | NO |
| Freedom (SP12) sound processors | NO |
| Nucleus 5 (SP15) sound processors | NO |
| WinDPS software | No |
| Custom Sound software | No |

## C. Willfulness

7. **If you answered "Yes" to any of Questions 1 through 6, and thus found that the Cochlear Defendants infringed <u>the '616 patent</u>, has the Foundation proven by clear and convincing evidence that the Cochlear Defendants' infringement was willful?**

(Please answer with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

Answer "Yes" or "No": <u>YES</u>

## D. Validity

8. **Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 1 of the '616 patent</u> is invalid due to obviousness?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": <u>NO</u>

9. **Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 10 of the '616 patent</u> is invalid due to anticipation or a statutory bar?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": <u>NO</u>

10. **Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 10 of the '616 patent</u> is invalid due to obviousness?**

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": <u>NO</u>

## II.   United States Patent No. 5,938,691 ("the '691 patent")

### A.   Infringement of Claim 6

11. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 6 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

12. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 6 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

13. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 6 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | NO |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | No |
| Nucleus 5 (CI500 series) cochlear implants | No |
| Sprint (SP5) sound processors | No |
| Freedom (SP12) sound processors | NO |
| Nucleus 5 (SP15) sound processors | NO |
| WinDPS software | NO |
| Custom Sound software | NO |

B. **Infringement of Claim 7**

14. **For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have directly infringed <u>claim 7 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

**15.   For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have contributed to the infringement of <u>claim 7 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | YES |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | YES |
| Nucleus 5 (CI500 series) cochlear implants | YES |
| Sprint (SP5) sound processors | YES |
| Freedom (SP12) sound processors | YES |
| Nucleus 5 (SP15) sound processors | YES |
| WinDPS software | YES |
| Custom Sound software | YES |

**16.   For each of the following products, has the Foundation proven by a preponderance of the evidence that the Cochlear Defendants have induced the infringement of <u>claim 7 of the '691 patent</u>?**

(Please answer in each cell with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).

| ACCUSED PRODUCT | WRITE "YES" OR "NO" |
|---|---|
| Nucleus 24 (CI24 series) cochlear implants | NO |
| Nucleus Freedom (CI24RE series and CI422) cochlear implants | NO |
| Nucleus 5 (CI500 series) cochlear implants | NO |
| Sprint (SP5) sound processors | NO |
| Freedom (SP12) sound processors | NO |
| Nucleus 5 (SP15) sound processors | NO |
| WinDPS software | NO |
| Custom Sound software | NO |

## C.  Willfulness

> **17.    If you answered "Yes" to any of Questions 11 through 16, and thus found that the Cochlear Defendants infringed <u>the '691 patent</u>, has the Foundation proven by clear and convincing evidence that the Cochlear Defendants' infringement was willful?**
>
> (Please answer with a "YES" (for the Foundation), or with a "NO" (for the Cochlear Defendants)).
>
> Answer "Yes" or "No": YES

## D.  Validity

> **18.    Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 6 of the '691 patent</u> is invalid due to anticipation or a statutory bar?**
>
> (Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).
>
> Answer "Yes" or "No": NO

-8-

19.   Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 6 of the '691 patent</u> is invalid due to obviousness?

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": <u>No</u>

20.   Have the Cochlear Defendants proven, by clear and convincing evidence, that <u>claim 7 of the '691 patent</u> is invalid due to obviousness?

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": <u>No</u>

## III.   Inequitable Conduct

21.   Have the Cochlear Defendants proven, by clear and convincing evidence, that the inventors and/or patent attorney who prosecuted the application from which <u>the '616 patent</u> issued, withheld from the United States Patent and Trademark Office prior art that was material to the prosecution of the '616 patent?

(Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for the Foundation)).

Answer "Yes" or "No": <u>NO</u>

22.   Have the Cochlear Defendants proven, by clear and convincing evidence, that the inventors and/or patent attorney that prosecuted the application from which <u>the '616 patent</u>

1   issued, acted with an intent to deceive the United States Patent
2   and Trademark Office?

3   (Please answer with a "YES" (for the Cochlear Defendants), or with a "NO" (for
    the Foundation)).
4

5                                       Answer "Yes" or "No": __NO__

6   **IV.   Damages**

7   **A.   Notice and Marking**

8       **23.   If you find that the Cochlear Defendants have infringed a
9       valid claim of <u>the '616 patent</u>, when did the Foundation give the
10      Cochlear Defendants notice of the alleged infringement?**

11                      __July 21, 2003__ [Date]

12      **24.   If you find that the Cochlear Defendants have infringed a
13      valid claim of <u>the '691 patent</u>, when did the Foundation give the**
        **Cochlear Defendants notice of the alleged infringement?**
14

15                  __DECEMBER 13, 2007__ [Date]

16  **B.   Reasonable Royalty**

17      **25.   If you find that the Cochlear Defendants have infringed a
18      valid claim of either <u>the '616 patent or the '691 patent</u>, what is**
        **the reasonable royalty rate that the Cochlear Defendants**
19      **should pay to the Foundation?**

20                      __7.5%__ %

21      **26.   If you find that the Cochlear Defendants have infringed a
22      valid claim of either <u>the '616 patent or the '691 patent</u>, what are**
        **the total damages that the Cochlear Defendants should pay to**
23      **the Foundation?**
24
                        $ __131,216,325.00__
25

26

27

28

1   Have the presiding juror sign and date this form.

2   Signed: ██████████████████ _____

3

4                                    **PRESIDING JUROR**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HC
1-23-2ac/tHC
1-24-2014

Date: 1-23-2013

-11-