# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COCHLEAR CORPORATION, et al., <br><br> Defendants. | Case No. CV 07-8108 FMO (SHx) <br><br> **ORDER Re: SCHEDULE FOR POST-TRIAL BRIEFING** |

Upon consideration of the parties' Joint Proposed Schedule For Post-Trial Briefing (Document No. 470), the following schedule IS HEREBY ORDERED:

**Annotated Proposed Findings of Fact and Conclusions of Law**

1. No later than **February 14, 2014**, each party shall: (a) lodge its Proposed Findings of Fact and Conclusions of Law and include a disk or CD containing its version of the lodged document in WordPerfect version 9.0 or higher or Word; and (b) file his Memorandum of Points and Authorities Re: Bench Trial (not to exceed 25 pages).

   a) The parties shall address the issues of laches, equitable estoppel, indefiniteness, inequitable conduct, prosecution history estoppel, and award of enhanced damages due to willful infringement.

   b) The Proposed Findings of Facts and Conclusions of Law shall be annotated and provide specific pinpoint citations to the record and the

trial transcript by page and line number(s).

**Motions Pursuant to Federal Rules of Civil Procedure 50 and/or 59**

2. The parties shall file any motions pursuant to Federal Rules of Civil Procedure 50 and/or 59 as follows:

    a) February 20, 2014 – parties exchange opening briefs

    b) March 6, 2014 – parties exchange opposition briefs

    c) March 13, 2014 – parties exchange reply briefs

    d) March 17, 2014 – parties file a joint brief with the Court

**Other Post-Trial Related Briefing**

3. The parties shall file other post-trial related briefing as follows:

    a) No later than 14 days after entry of judgment, parties exchange opening briefs

    b) No later than 14 days after exchanging opening briefs, parties exchange opposition briefs

    c) No later than 7 days after exchanging opposition briefs, parties exchange reply briefs

    d) No later than 1 business day after exchanging reply briefs, parties file joint brief(s) with the Court Post-trial related briefing will address issues including pre-judgment interest, post-judgment interest, supplemental damages, post judgment compulsory royalties accounting for infringement from January 1, 2014, through the expiration of U.S. Patent No. 5,609,616, attorneys' fees and any other post-judgment matters.

Dated this 30th day of January, 2014.

                                        /s/
                            Fernando M. Olguin
                          United States District Judge