1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2 |   Including Professional Corporations
    BRUCE G. CHAPMAN, Cal. Bar No. 164258
3 | bchapman@sheppardmullin.com
    SCOTT R. MILLER, Cal. Bar No. 112656
4 | smiller@sheppardmullin.com
    LAURA M. BURSON, Cal. Bar No. 204459
5 | lburson@sheppardmullin.com
    MANUEL C NELSON, Cal. Bar No. 229590
6 | mnelson@sheppardmullin.com
    DENNIS J. SMITH, Cal. Bar No. 233842
7 | dsmith2@sheppardmullin.com
    333 South Hope Street, 43rd Floor
8 | Los Angeles, California 90071-1422
    Telephone:  213.620.1780
9 | Facsimile:   213.620.1398

10 | Attorneys for Defendants and
     Counterclaimants COCHLEAR LTD. and
11 | COCHLEAR AMERICAS

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14 |

15 | ALFRED MANN FOUNDATION FOR SCIENTIFIC RESEARCH,

16 |            Plaintiff,

17 |      v.

18 | COCHLEAR CORPORATION (n/k/a COCHLEAR AMERICAS),

19 | COCHLEAR LTD., and ADVANCED BIONICS, LLC,,

20 |

21 |            Defendants.

22 | AND RELATED COUNTERCLAIMS.

23 |

Case No. CV 07-08108 FMO (SHx)

Hon. Fernando M. Olguin

**DEFENDANTS COCHLEAR AMERICAS AND COCHLEAR LTD.'S OBJECTION TO [PROPOSED] FORM OF JUDGMENT [D.I. 471-1]**

-1-

1          Pursuant to Local Rule 52-7, Defendants Cochlear Corporation and

2   Cochlear Ltd. note that the [Proposed] Form of Judgment lodged by Plaintiffs

3   [D.I. 471-1] may need to be amended once the Court rules on the issues presented

4   during the Bench Trial.

5

6   DATED:  January 30, 2014                    SHEPPARD MULLIN RICHTER &
                                                HAMPTON LLP
7

8                                               By:__/s/ Dennis J. Smith_____
                                                    DENNIS J. SMITH
9                                                   Attorneys for Defendant/
                                                    Counterclaimants COCHLEAR
10                                                  LTD. and COCHLEAR
                                                    AMERICAS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28