1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| ALFRED MANN FOUNDATION FOR SCIENTIFIC RESEARCH, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>COCHLEAR CORPORATION, *et al.*,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-08108 FMO (SHx)<br><br>**ORDER GRANTING DEFENDANTS' COUNSEL LEAVE TO ENTER COURTHOUSE WITH ELECTRONIC EQUIPMENT ON APRIL 17, 2014** |
|---|---|

1 **IT IS HEREBY ORDERED THAT**, on Thursday, April 17, 2014, Defendants Cochlear Ltd. and Cochlear Corporation, through their counsel of record, may bring into the United States Courthouse for the Central District of California, Western Division, located at 312 N. Spring Street, the equipment listed below for purposes of the hearing on Cochlear's motions pursuant to Federal Rules of Civil Procedure 50 and 59 in Courtroom 22:

**Two (2) laptop computers**

IT IS SO ORDERED.

Dated:  April 8, 2014

/s/
The Hon. Fernando M. Olguin