DANIEL JOHNSON, JR. (SBN 57409)
DANIEL GRUNFELD (SBN 128494)
MICHAEL J. LYONS (SBN 202284)
JASON E. GETTLEMAN (SBN 269733)
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 7000
Palo Alto, CA  94306-2122
Tel:   650.843.4000
Fax:   650.843.4001
Email:  djjohnson@morganlewis.com
Email:  dgrunfeld@morganlewis.com
Email:  mlyons@morganlewis.com
Email:  jgettleman@morganlewis.com

Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION FOR
SCIENTIFIC RESEARCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>COCHLEAR CORPORATION, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:07-cv-08108-FMO-SH<br><br>**PLAINTIFF ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH'S REQUEST FOR ORDER GRANTING LEAVE TO ENTER COURTHOUSE WITH ELECTRONIC EQUIPMENT FOR USE DURING ORAL ARGUMENT**<br><br>[*Proposed Order attached hereto*]<br><br>Judge:  Hon. Fernando M. Olguin<br>Date:   April 17, 2014<br>Time:   10:00 a.m.<br>Crtrm.: 22, Fifth Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. 2:07-cv-08108-FMO-SH
PLAINTIFF'S REQUEST RE ENTRY INTO COURTHOUSE WITH ELECTRONIC EQUIPMENT
DB2/ 24309697.3

Plaintiff Alfred E. Mann Foundation for Scientific Research ("AMF") hereby requests an order granting AMF leave to enter the United States Courthouse for the Central District of California, Western Division, located at 312 N. Spring Street with electronic equipment to be used in the event of oral argument regarding Defendants' Rule 50 and 59 motions on April 17 at 10:00 a.m. before the Honorable Fernando M. Olguin in Courtroom 22.

Specifically, AMF seeks leave to bring into the courthouse and use:

**Three laptop computers.**

Dated: April 10, 2014                    Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Michael J. Lyons
    MICHAEL J. LYONS
    Attorneys for Plaintiff
    ALFRED E. MANN
    FOUNDATION FOR SCIENTIFIC
    RESEARCH

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1                              CASE NO. 2:07-cv-08108-FMO-SH
PLAINTIFF'S REQUEST RE ENTRY INTO COURTHOUSE WITH ELECTRONIC EQUIPMENT
DB2/ 24309697.3