# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, ET AL., <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> COCHLEAR CORPORATION, ET AL., <br><br> Defendants and Counter-Plaintiffs. | Case No. 2:07-cv-08108-FMO-SH <br><br> **ORDER GRANTING JOINT STIPULATION TO MODIFY THE PROTECTIVE ORDER [D.I. 42]** <br><br> Judge: Hon. Fernando M. Olguin <br> Courtroom: Ctrm 22, 5th Floor |

The Court, having considered the parties' Joint Stipulation to Modify the Protective Order [D.I. 42], finds good cause to modify the Protective Order as stipulated.

The Protective Order is hereby modified to permit attorneys from the firm of Morgan, Lewis and Bockius LLP, including those attorneys who have acted as trial counsel on behalf of the Foundation and who have had access to Defendants' discovery designated as Attorneys Eyes Only, to participate in the prosecution of U.S. Patent Reexamination Application Nos. 90/013,276 and 90/013,294; provided however that any such attorneys participating in those reexaminations shall be

1 prohibited from using, directly or indirectly, any information designated by
2 Defendants as Attorneys Eyes Only under the Protective Order filed July 17, 2008
3 [D.I. 42] pursuant to paragraph 19 of that Order.

5     IT IS SO ORDERED.
6 Dated: December 08, 2014

By: _____
    Hon. Stephen J. Hillman
    U.S. Magistrate Judge

Morgan, Lewis & Bockius LLP
Attorneys at Law
Palo Alto

2

[PROP.] ORDER GRANTING JOINT
STIPULATION TO MODIFY THE
PROTECTIVE ORDER [D.I. 42]
Case No. 2:07-CV-08108-FMO-SH