DANIEL JOHNSON, JR. (SBN 57409)
djjohnson@morganlewis.com
DANIEL GRUNFELD (SBN 128494)
dgrunfeld@morganlewis.com
MICHAEL J. LYONS (SBN 202284)
mlyons@morganlewis.com
JASON E. GETTLEMAN (SBN 269733)
jgettleman@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel:  650.843.4000
Fax:  650.843.4001

Attorneys for Plaintiff
and Counter-Defendant
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

TODD M. MALYNN (SBN 181595)
TMalynn@FeldmanGale.com
FELDMAN GALE, P.A.
Promenade West
880 West First Street, Suite 315
Los Angeles, CA 90012
Tel:  213.625.5992
Fax:  213.625.5993

Attorneys for Plaintiff
and Counter-Defendant
ADVANCED BIONICS, LLC

BRUCE G. CHAPMAN (SBN 164258)
Email: bchapman@sheppardmullin.com
SCOTT R. MILLER (SBN 112656)
Email: smiller@sheppardmullin.com
LAURA M. BURSON (SBN 204459)
Email: lburson@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:  213.620.1398

Attorneys for Defendants
and Counter-Plaintiffs
COCHLEAR LIMITED and
COCHLEAR AMERICAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Alfred E. Mann Foundation for Scientific Research, and Advanced Bionics, LLC,<br><br>   Plaintiffs and Counter-Defendants,<br><br>   vs.<br><br>Cochlear Corporation, and Cochlear, Ltd.,<br><br>   Defendants and Counter-Plaintiffs. | Case No. 2:07-cv-08108-FMO-SH<br><br>**JOINT STIPULATION**<br><br>Judge: Hon. Fernando M. Olguin<br>Courtroom: Ctrm 22, 5th Floor |

Pursuant to the Court's April 7, 2015 Order (Dkt. No. 545), Plaintiffs Alfred E. Mann Foundation for Scientific Research ("the Foundation") and Advanced Bionics, LLC (collectively, "Plaintiffs") and Defendants Cochlear Corporation (n/k/a Cochlear Americas) and Cochlear Ltd. (collectively, "Defendants") hereby stipulate as follows:

1. The Court conducted a jury trial in this matter from January 14 to January 22, 2014, culminating in a jury verdict. (Dkt. No. 460, Jury Verdict.)
2. The Court also conducted a January 22, 2014 bench trial regarding (1) equitable estoppel, (2) laches, (3) inequitable conduct, (4) prosecution history estoppel, and (5) indefiniteness. (Dkt. No. 539, Findings of Fact and Conclusions of Law at 3.)
3. Prior to the jury and bench trials, on January 3, 2014, the Court issued its Order re Cross-Motions for Summary Judgment. (Dkt. No. 352.)
4. On March 31, 2015, the Court entered its Findings of Fact and Conclusions of Law. (Dkt. No. 539.) Also on that date, the Court entered an Order, granting in part and denying in part Defendants' Motion for Judgment as a Matter of Law and Motion for a New Trial. (Dkt. No. 540.)
5. On April 7, 2015, the Court ordered the parties to "file either a Stipulation Re: Rule 54(b) judgment, or each side shall file a memorandum of points and authorities setting forth its position with respect to the entry of a Rule 54(b) judgment" by April 13, 2015. (Dkt. No. 545.)
6. The parties have met and conferred and, subject to and without waiving any objections to the Court's rulings, stipulate that this Court should enter a judgment enabling the parties to appeal the issues that have been decided in the case to the United States Court of Appeals for the Federal Circuit.
7. The parties agree that this Court has the authority to enter such a judgment, and further understand that the Court is willing to enter a final judgment except for determination of damages.

Therefore, the parties hereby stipulate and move this Court to enter the [Proposed] Order Regarding Federal Rule of Civil Procedure 54(b) that is attached hereto as Exhibit A, as well as the [Proposed] Judgment that is attached hereto as Exhibit B.

Respectfully submitted,

Dated: April 13, 2015　　　MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Michael J. Lyons*
　　Michael J. Lyons
　　Attorneys for Plaintiff and Counter-Defendant
　　ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

Dated: April 13, 2015　　　FELDMAN GALE, P.A.

By: */s/ Todd M. Malynn*
　　Todd M. Malynn
　　Attorneys for Plaintiff and Counter-Defendant
　　ADVANCED BIONICS LLC

Dated: April 13, 2015　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s/ Bruce G. Chapman*
　　Bruce G. Chapman
　　Attorneys for Defendants and Counter-Plaintiffs
　　COCHLEAR LTD. and COCHLEAR AMERICAS

**FILER ATTESTATION**

I, Michael J. Lyons, pursuant to L.R. 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Michael J. Lyons*
Michael J. Lyons