# EXHIBIT A

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Alfred E. Mann Foundation for Scientific Research, and Advanced Bionics, LLC, | Case No. 2:07-cv-08108-FMO-SH |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE: FEDERAL RULE OF CIVIL PROCEDURE 54(b)** |
| v. | Courtroom: 22, 5th Floor |
| Cochlear Corporation, and Cochlear Ltd., | Judge: Hon. Fernando M. Olguin |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

[PROPOSED] ORDER RE: RULE 54(B)
2:07-CV-08108-FMO-SH

On March 31, 2015, this Court entered its Findings of Fact and Conclusions of Law (Dkt. No. 539) and Order Re: Post-Trial Motions (Dkt. No. 540). Pursuant to Federal Rule of Civil Procedure 54(b) and/or 28 U.S.C. § 1292(c)(2), the Court hereby directs entry of these rulings, and the claims and counterclaims adjudicated thereby, over any and all objections, as a final judgment except for a determination of damages from which an appeal may be taken immediately to the United States Court of Appeals for the Federal Circuit ("Federal Circuit").

In directing entry of a final judgment, the Court expressly determines that there is no just reason for delay. After considering the circumstances and equities of the parties and the Joint Stipulation that they have submitted, the Court finds that the parties would benefit from an immediate appeal to the Federal Circuit, particularly in light of the extended duration of this litigation, which began in 2007. The Court finds that the parties have jointly requested such an immediate appeal, as evidenced by their Joint Stipulation. The Court finds that an immediate appeal to the Federal Circuit would be an efficient use of party and judicial resources and would materially advance the ultimate termination of the case. The Court further finds that the issues presented in the immediate appeal would not be mooted by future developments in this case nor otherwise have to be decided more than once by the Federal Circuit should a subsequent appeal be necessary.

Accordingly, based on these reasons, and others which may be gleaned from the record, the Court finds "that there is a sound reason to justify departure from the general rule that all issues decided by the district court should be resolved in a single appeal of a final judgment." *iLOR, LLC v. Google, Inc.*, 550 F.3d 1067, 1072 (Fed. Cir. 2008); *e.Digital Corp. v. Futurewei Techs., Inc.*, 772 F.3d 723, 727 (Fed. Cir. 2014). In addition, under 28 U.S.C. §1292(c)(2) the Court of Appeals for the Federal Circuit has jurisdiction over "appeals from patent infringement liability determinations when a trial for damages has not yet occurred." *Robert Bosch, LLC v. Pylon Mfg. Corp.*, 719 F.3d 1305, 1317 (Fed. Cir. 2013) (*en banc*).

1  The Court hereby directs entry of final judgment from which an appeal may
2  be taken immediately to the Federal Circuit.
3  **IT IS SO ORDERED.**
4  Dated:

6  HON. FERNANDO M. OLGUIN
   UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] ORDER RE: RULE 54(B)
2:07-CV-08108-FMO-SH