UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-8108 FMO (SHx) | Date | **July 19, 2018** |
|---|---|---|---|
| Title | **Alfred E. Mann Foundation For Scientific Research, et al. v. Cochlear Corporation, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:   Attorney Present for Defendant:

None Present   None Present

**Proceedings:**   **(In Chambers) Order Re: Joint Request for Decision Pursuant to Local Rule 83-9**

Due to the court's caseload and congestion in the court's calendar, the court hereby advises the parties that it will not be able to issue a decision with respect plaintiffs' Motion for Judgment Entering the Jury's Damages Award (Dkt. 579), defendant's Renewed Motion for Judgment as a Matter of Law [] (Dkt. 580), plaintiffs' Motion for Enhanced Damages (Dkt. 602), and plaintiff's Motion to Strike Defendants' Supplemental Damages Brief [] (Dkt. 616) by the deadline set forth in the Court's Order of June 18, 2018. The court hopes and intends to issue its decision relating to the subject motions no later than **August 31, 2018**.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |