MICHAEL J. LYONS (SBN 202284)
JASON E. GETTLEMAN (SBN 269733)
MICHAEL F. CARR (SBN 259911)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   650.843.4000
Fax:   650.843.4001
Email: michael.lyons@morganlewis.com
Email: jason.gettleman@morganlewis.com
Email: michael.carr@morganlewis.com

Attorneys for Plaintiff
ALFRED E. MANN FOUNDATION
FOR SCIENTIFIC RESEARCH

DONALD M. FALK (SBN 150256)
DAVID E. WANG (SBN 167339)
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306
Tel:   650-331-2000
Fax:   650-331-2060
Email: dfalk@mayerbrown.com
Email: dwang@mayerbrown.com

Attorney for Involuntary Plaintiff
ADVANCED BIONICS, LLC

BRUCE G. CHAPMAN, Cal. Bar No. 164258
bchapman@sheppardmullin.com
SCOTT R. MILLER, Cal. Bar No. 112656
smiller@sheppardmullin.com
LAURA M. BURSON, Cal. Bar No. 204459
lburson@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendants and Counterclaimants
COCHLEAR LTD. and COCHLEAR AMERICAS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Alfred E. Mann Foundation For Scientific Research, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Cochlear Corporation, et al.,<br><br>Defendants. | Case No. 2:07-cv-08108-FMO-SH<br><br>**JOINT REQUEST FOR DECISIONS ON PENDING MOTIONS, PURSUANT TO LOCAL RULE 83-9.4**<br><br>CHIEF JUDGE: HON. VIRGINIA A PHILLIPS |

Pursuant to Local Rule 83-9.4, Plaintiffs Alfred E. Mann Foundation for Scientific Research (the "Foundation") and Advanced Bionics, LLC ("Advanced Bionics") (collectively, "Plaintiffs") and Defendants Cochlear Corporation and Cochlear Ltd. (collectively, "Cochlear") respectfully request, to the extent Local Rule 83-9.4 applies, that the Chief Judge of this Court establish an intended decision date on the following motions:

1. Plaintiffs' Motion for Summary Judgment Entering the Jury's Damages Award, which briefing was completed on April 13, 2017. *See* Dkt. No. 579.
2. Defendants' Renewed Motion for Judgment as Matter of Law of Non-Infringement of Claim 1 of the '616 Patent, which briefing was completed on April 13, 2017. *See* Dkt. No. 580.
3. Plaintiffs' Motion for Enhanced Damages, which briefing was completed on June 1, 2017. *See* Dkt. No. 602.
4. Plaintiffs' Motion to Strike Defendants' Supplemental Damages Brief Regarding Damages From January 1, 2014 To March 11, 2014, which briefing was completed on June 15, 2017. *See* Dkt. No. 616.

In compliance with the requirements set forth in Local Rule 83-9.2, on March 1, 2018, Plaintiffs and Cochlear submitted a Joint Request For Decisions on the above-mentioned motions. *See* Dkt. No. 625. Pursuant to Local Rule 83-9.3, within 30 days of the filing of the Joint Request, the Court is required to either render its decision on the submitted motions or advise the parties in writing of the date by which the decision would be rendered. L.R. 83-9.3. No decisions on the submitted motions have been rendered and filed.

The Court issued an order on March 19, 2018 stating an intended decision date of May 30, 2018. *See* Dkt. No. 627. On May 21, 2018, the Court issued another order extending the intended decision date until June 30, 2018. *See* Dkt. No. 628. Since then, the Court has issued a series of orders each month extending

the intended decision date until the last day of the following month.  *See* Dkt. No. 629 (June 18, 2018 order delaying intended decision date until July 31, 2018); Dkt. No. 630 (July 19, 2018 order delaying until August 31, 2018); Dkt. No. 631 (August 17, 2018 order delaying until September 30, 2018); Dkt. No. 632 (September 25, 2018 order delaying until October 31, 2018).

To the extent L.R. 83-9.4 applies under these circumstances, the parties hereby jointly request an intended decision date being set under L.R. 83-9.5.  *See* L.R. 83-9.4 ("In the event the Court fails timely to make its decision or to advise the parties of an intended decision date, as required by L.R. 83-9.3, counsel shall then file a joint request with the Chief Judge to establish an intended decision date.").

Dated: October 10, 2018        Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J. Lyons
Michael J. Lyons
Attorneys for Plaintiff
ALFRED E. MANN
FOUNDATION FOR SCIENTIFIC
RESEARCH

Dated: October 10, 2018        Respectfully submitted,

MAYER BROWN LLP

By /s/ David E. Wang
Donald M. Falk
David E. Wang
Attorney for Involuntary Plaintiff
ADVANCED BIONICS, LLC

Dated: October 10, 2018        Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Bruce G. Chapman
Bruce G. Chapman
Attorneys for Defendants
COCHLEAR CORPORATION
AND COCHLEAR LTD.

## FILER ATTESTATION

I, Michael J. Lyons, pursuant to L.R. 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Michael J. Lyons
Michael J. Lyons