JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COCHLEAR CORPORATION, et al., <br><br> Defendants. | Case No. CV 07-8108 FMO (SHx) <br><br><br><br> **JUDGMENT** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in consideration of the Jury Verdict delivered on January 23, 2014, (Dkt. 460); the decision and mandate of the U.S. Court of Appeals for the Federal Circuit, dated November 17, 2016, (Dkt. 557), and January 17, 2017, (Dkt. 558), respectively; the Court's Order Re: Pending Motions, filed on November 4, 2018, (Dkt. 634); and the entirety of the record in this case, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is entered in favor of plaintiffs Alfred E. Mann Foundation for Scientific Research and Advanced Bionics, LLC (collectively, "plaintiffs") as to the validity and infringement of claims 1 and 10 of U.S. Patent No. 5,609,616 ("the '616 patent").

2. Judgment is entered in favor of plaintiffs as to defendants Cochlear Corporation's and Cochlear Ltd.'s (collectively, "Cochlear") willful infringement of the '616 patent.

3.  Plaintiffs are hereby awarded compensatory damages against Cochlear in the amount of $134,028,539, comprised of the jury award of $131,216,325 and supplemental damages of $2,812,214.  The award of compensatory damages is based on a reasonable royalty rate of 7.5% for Cochlear's willful infringement of the '616 patent.

4.  Plaintiffs' compensatory damages against Cochlear are hereby enhanced by the additional amount of $134,028,539, such that plaintiffs are hereby awarded combined compensatory and enhanced damages against Cochlear in the amount of $268,057,078.

5.  Plaintiffs are the prevailing parties.

6.  Pursuant to 28 U.S.C. § 1961, plaintiffs are awarded post-judgment interest on all sums awarded herein, at the statutory rate, until the Judgment is satisfied.

Dated this 9th day of November, 2018.

                                    /s/
                          Fernando M. Olguin
                      United States District Judge