1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| Alfred E. Mann Foundation For Scientific Research, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Cochlear Corporation, et al.,<br><br>Defendants. | Case No. 2:07-cv-08108-FMO-SH<br><br>**ORDER AWARDING PLAINTIFF ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH'S TAXABLE COSTS**<br><br>Judge: Hon. Fernando M. Olguin |
|---|---|

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the Stipulation of Plaintiff Alfred E. Mann Foundation for Scientific Research (the "Foundation") and Defendants Cochlear Corporation and Cochlear Ltd. (collectively, "Cochlear") that the Foundation is entitled to recover certain taxable costs pursuant to Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and Civil Local Rule 54, the Court hereby orders that the following costs be awarded to the Foundation:

| Taxable Costs | Amount |
| --- | --- |
| Fees of the Clerk, 28 U.S.C. § 1920(1) and Civil Local Rule 54-3.1 | $350.00 |
| Hearing and Trial Transcripts, 28 U.S.C. § 1920(2) and Civil Local Rule 54-3.4 | $14,017.04 |
| Meet and Confer Transcripts, 28 U.S.C. § 1920(2) and Civil Local Rule 54-3.4 | $13,794.59 |
| Deposition Transcripts, 28 U.S.C. § 1920(2) and Civil Local Rule 54-3.5 | $37,355.71 |
| Master's fees, Civil Local Rule 54-3.9 | $84,727.53 |
| Document Reproductions for Jury and Bench Trial, 28 U.S.C. § 1920(4) and Civil Local Rule 54-3.10 | $43,529.22 |
| Exemplifications/Trial Graphics, 28 U.S.C. § 1920(4) and Civil Local Rule 54-3.12 | $56,521.73 |
| Witness Expenses, 28 U.S.C. § 1821 and Civil Local Rule 54-3.6 | $4,956.00 |
| **Total** | **$255,251.82** |

**IT IS SO ORDERED.**

Dated:     November 27, 2018

                                                          /s/
                                                          _____
                                                          HON. FERNANDO M. OLGUIN
                                                          UNITED STATES DISTRICT JUDGE