1  MORGAN LEWIS & BOCKIUS LLP
   MICHAEL J. LYONS, Cal. Bar No. 202284
2  1400 Page Mill Road
   Palo Alto, California  94304
3  Telephone:  (650) 843-4000
   Facsimile:   (650) 843-4001
4  E-mail:       michael.lyons@morganlewis.com
       Attorneys for Plaintiff ALFRED E. MANN
5      FOUNDATION FOR SCIENTIFIC RESEARCH

6  MAYER BROWN LLP
   DONALD M. FALK, Cal. Bar No. 150256
7  Two Palo Alto Square
   3000 El Camino Real, Suite 300
8  Palo Alto, California  94306
   Telephone:  (650) 331-2000
9  Facsimile:   (650) 331-2060
   E-mail:       dfalk@mayerbrown.com
10     Attorneys for Plaintiff ADVANCED BIONICS, LLC

11 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   KENT R. RAYGOR, Cal. Bar No. 117224
12 1901 Avenue of the Stars, Suite 1600
   Los Angeles, California  90067-6055
13 Telephone:  (310) 228-3700
   Facsimile:   (310) 228-3701
14 E-mail:       kraygor@sheppardmullin.com
       Attorneys for Defendants COCHLEAR
15     CORPORATION and COCHLEAR LTD.

16                UNITED STATES DISTRICT COURT

17         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALFRED MANN FOUNDATION FOR SCIENTIFIC RESEARCH, and ADVANCED BIONICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>COCHLEAR CORPORATION (n/k/a COCHLEAR AMERICAS), COCHLEAR LTD.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-08108 FMO (SHx)<br><br>**JOINT STIPULATION:**<br><br>**(1) WITHDRAWING ALL POST-JUDGMENT MOTIONS; AND**<br><br>**(2) REQUEST FOR AN ORDER:**<br><br>　**(a) DISCHARGING THE SUPERSEDEAS BOND [ECF DOCKET NO. 640]; AND**<br><br>　**(b) CLOSING THIS CASE IN ITS ENTIRETY**<br><br>[Proposed Order Lodged Concurrently Herewith Under Separate Cover]<br><br>Courtroom:  6D |

1

Defendants Cochlear Corporation and Cochlear Ltd. (collectively "**Cochlear**") and Plaintiffs Alfred E. Mann Foundation for Scientific Research ("**AMF**") and Advanced Bionics, LLC ("**AB**") (Cochlear, AMF, and AB are collectively referred to herein as "**the Parties**") hereby notify the Court that on December 14, 2020, the United States Supreme Court denied Defendants' petition for a writ of certiorari. The Parties now stipulate and request an order from the Court (Paragraph 4, below) as follows:

1. Three motions remain pending in this Action: (a) AMF's and AB's motion for attorneys' fees and non-taxable costs [ECF Docket Nos. 649, 650, 651, 657, 661, 665]; (b) AMF's and AB's motion for prejudgment interest [ECF Docket Nos. 642, 644, 645, 646, 658, 663, 664]; and (c) Cochlear's motion to strike AMF's and AB's motion for prejudgment interest for lack of subject matter jurisdiction [ECF Docket Nos. 681, 689, 693, 694, 697]. (Hereinafter collectively referred to as "**the Pending Post-Judgment Motions**".)

2. The Parties have finally settled all differences and disputes between the Parties concerning the Pending Post-Judgment Motions, including, but not limited to, all differences and disputes arising from the claims, counterclaims, and defenses asserted by the Parties in the Pending Post-Judgment Motions. The final settlement and closing of the Action is not intended to and does not alter or amend the Judgment entered in favor of AMF and AB and against Cochlear in the Action on November 9, 2018 [ECF Docket No. 636] or impair or limit AMF's and AB's right to use and enjoy any funds previously paid by Cochlear for the awards in that Judgment.

3. The Pending Post-Judgment Motions are hereby withdrawn by the Parties.

4. Therefore, the Parties hereby request that the Court enter an order:

(a) First discharging the supersedeas bond entered by the Court on November 20, 2018 [ECF Docket No. 640]; and then

(b) Closing this case in its entirety.

Dated: January 6, 2021        MORGAN LEWIS & BOCKIUS LLP

By: /s/ Michael J. Lyons
      MICHAEL J. LYONS

Attorneys for Plaintiff ALFRED E. MANN FOUNDATION FOR SCIENTIFIC RESEARCH

Dated: January 6, 2021        MAYER BROWN LLP

By: /s/ Donald M. Falk
      DONALD M. FALK

Attorneys for Plaintiff ADVANCED BIONICS, LLC

Dated: January 6, 2021        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Kent R. Raygor
      KENT R. RAYGOR

Attorneys for Defendants COCHLEAR CORPORATION and COCHLEAR LTD.

**<u>FILER ATTESTATION</u>**

I, Michael J. Lyons, pursuant to L.R. 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Michael J. Lyons
      Michael J. Lyons

4822-7052-7702.2